AUG 03 2007
CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHLOÉ, S.A.S., J. CHOO LIMITED

    Plaintiffs,

- against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),

    Defendants.

-----------------------------------------------------------------X

Civil Action No.: 07 cv 6491 (WHP)

**CONTINUED TEMPORARY RESTRAINING ORDER AS TO DEFENDANTS HOWARD EXPRESS SHIPPING, QUICK GLOBAL SHIPPING, INC., SONG GAO, LISA WU, JAE MAN YOO, PSK AMERICA, INC., CHEN XING GIFT CHOP, ENYI HUANG, CARLOS RENE TSE SIO, JOSE CHONG WEN, FU ALEJANDRO CHANG, AND CATSE INC. AND ORDER UNSEALING THE FILE AND [PROPOSED]-ORDER THEREON**

[FILED UNDER SEAL — YAN FEN CHEN, PURSUANT TO 15 U.S.C. § 1116]

MICROFILM
AUG - 8 2007

Plaintiffs CHLOÉ, S.A.S. and J. CHOO LIMITED ("Plaintiffs") having moved *ex parte* against Ken Chen a/k/a Shu Chen a/k/a Xiang Chen, Daniel Doe, Goddess Trading d/b/a goddesstrading@hotmail.com, Luxung Goods, Luxury Goods, Terry Doe d/b/a aznterry911@hotmail.com, Jason Doe d/b/a jarry326@yahoo.com.cn, Fashion Handbags, Benny Doe, JeanCarlo Doe, Joseph a/k/a Jose Doe, Sisi a/k/a Ceci Doe, Top Luxury

Handbags d/b/a luxuryhandbags277@yahoo.com, Francisco Doe, Ben Doe, Carlos Doe, Instyle Luxury Handbags, Corina Doe a/k/a Qimiao Hu a/k/a Qi Miao Hu, Kenny Doe a/k/a Ye Guo a/k/a Guo Q Ye, Newcome Trading d/b/a TOSCA, Quick Global Shipping, Howard Express Shipping, Randy Doe, and various unidentified XYZ corporations and/or unidentified John and Jane Doe Defendants (collectively, "Defendants"), for a Temporary Restraining Order, Seizure Order, Order Restraining the Transfer of Assets, Order Sealing the File, Order for Expedited Discovery and Order to Show Cause for Preliminary Injunction (the "Order") pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. § 1051 et seq.), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"); and

The Court, having issued such Order on July 19, 2007 granting Plaintiffs' *ex parte* application for the reason that Plaintiffs succeeded in showing that they are likely to prove that Defendants are manufacturing, importing, exporting, marketing, advertising, distributing, offering for sale and/or selling goods ("Counterfeit Products") bearing counterfeit reproductions of Plaintiffs' federally registered trademarks and trade names as defined in Plaintiffs' Complaint (collectively, "Plaintiffs' Trademarks"); and Plaintiffs having served and executed the Order and related papers in this action as against Defendants; and,

Plaintiffs, having served Defendants Howard Express Shipping, Quick Global Shipping, Inc., Song Gao, Lisa Wu, Jae Man Yoo, PSK America, Inc., Chen Xing Gift Chop, Enyi Huang, Carlos Rene Tse Sio, Jose Chong Wen, Fu Alejandro Chang, Yan Fen Chen and Catse Inc. ("Represented Defendants"); and the Court, having reviewed the Complaint, Memorandum of Law, Reply Memorandum of Law, supporting Declarations and exhibits

submitted therewith, as well as Defendants' opposition papers, and having heard oral argument,

IT IS HEREBY ORDERED that the Order of July 19, 2007 is continued against the Represented Defendants until August 10, 2007; and

IT IS FURTHER ORDERED that Represented Defendants' opposition papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiffs by delivering copies thereof to the offices of Greenberg Traurig LLP, 200 Park Avenue, 34th Floor, New York, NY 10166, Attention: Scott Gelin, Esq., by 5:00 pm on August 8, 2007 with any reply by Plaintiffs to be filed and served by 5:00 pm on August 9, 2007; and

IT IS FURTHER ORDERED that the Represented Defendants appear to show cause on the 10th day of August, 2007 at 11:00 am in Courtroom 11D, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, why an Order pursuant to Federal Rule of Civil Procedure 65 and Section 34 of the Lanham Act should not be entered granting Plaintiffs a preliminary injunction in the form contained in the Order of July 19, 2007; and

IT IS FURTHER ORDERED that the seal on this action is hereby removed; and

~~IT IS FINALLY ORDERED that the bond posted by Plaintiffs is hereby released.~~

**SO ORDERED**

Dated: 8/3/07

By: William H. Pauley III
UNITED STATES DISTRICT JUDGE

NY 238492961