IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
CHLOE, S.A.S., J. CHOO LIMITED,

                Plaintiffs,


        v.

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE cl/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),

                Defendants.


Civil Action No.: 07-cv-6491


**NOTICE OF DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1**

    COMES NOW Defendant Tosca Handbags and hereby certifies that it is not a publicly held corporation and that no publicly held corporation owns any stock interest in it.

Dated: New York, New York
      August 1, 2007

                                      Yours, etc.

**GAINEY & McKENNA**
Attorneys for Defendants
NEWCOME TRADING d/b/a TOSCA,
NEW WEALTH TRADING d/b/a TOSCA
AND TOSCA HANDBAGS
295 Madison Avenue - 4th Floor
New York, New York 10017
(212) 983-1300
Our File No. :355.152

By:  S/_____
    Thomas J. McKenna (7109)

To:   Harley Lewin, Esq.
       Heidi Garfield, Esq.
       Kathy Compton, Esq.
       Greenburg Trauig
       Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

Noemi Escarment certifies that on August 3, 2007, I caused copies of the foregoing Disclosure Statement Pursuant to Federal Rule of Civil Procedure Rule 7.1, dated August 1, 2007 to be served via e-mail on the counsel listed below.

Dated: August 3, 2007
       New York, New York

To:    Harley Lewin, Esq.
          Heidi Garfield, Esq.
          Kathy Compton, Esq.
          Julie Brookbinder, Esq.
          Greenburg Trauig
          Attorneys for Plaintiff

                                              S/ _____
                                              Noemi Escarment