# HARTFORD FIRE INSURANCE COMPANY

**BOND NUMBER 10BSBER4468**
**CIVIL ACTION NO.:  07 - 6491**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHLOE, S.A.S., J. CHOO LIMITED

                          Plaintiffs,

        -against-

KEN CHEN A/K/A SHU CHEN A/K/A XIANG
CHEN, DANIEL DOE, GODDESS TRADING
D/B/A GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE D/B/A
AZNTERRY911@HOTMAIL.COM, JASON
DOE D/B/A JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE,
JEANCARLO DOE, JOSEPH A/K/A JOSE
DOE, SISI A/K/A CECI DOE, TOP LUXURY
HANDBAGS D/B/A
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS
DOE, INSTYLE LUXURY HANDBAGS,
CORINA DOE A/K/A QUIMIAO HU A/K/A
QI MIAO HU, KENNY DOE A/K/A YE GUO
A/K/A GUO Q YE, NEWCOME TRADING
D/B/A TOSCA, QUICK GLOBAL SHIPPING,
HOWARD EXPRESS SHIPPING, RANDY DOE,
AND VARIOUS JOHN AND JANE DOES 1-10
AND XYZ COMPANIES (UNIDENTIFIED),

                          Defendants.

## TEMPORARY RESTRAINING ORDER AND SEIZURE BOND

**WHEREAS,** by Order of the above entitled court, CHLOE, S.A.S., J. CHOO LIMITED, Plaintiffs were required to file an undertaking in the sum of **Fifty Thousand and No/100---($50,000.00) Dollars** as a condition for a Temporary Restraining Order and Seizure to be in effect restraining and enjoining the above named Defendants, from the commission of certain acts as more fully set forth in said Order.

**NOW, THEREFORE**, Hartford Fire Insurance Company, a corporation organized and existing under the laws of the State of Connecticut and authorized to transact business of surety, in the State of New York, having an office and place of business at One Park Place 300 S. State Street, 8th Floor, Syracuse, NY 13202 as Surety, in consideration of the premises and the issuance of said Temporary Restraining Order and Seizure does hereby undertake to pay all costs and disbursements that may be decreed to the Defendants and such damages not exceeding the amount of **Fifty Thousand and No/100---($50,000.00) Dollars** as the Defendants may sustain by reason of said Temporary Restraining Order and Seizure, if the same be wrongful obtained and without sufficient cause.

**IN WITNESS WHEREOF**, we have set our hand and seal this **20th** day of **July, 2007**.

**Hartford Fire Insurance Company**

By: _____

Lourdes Scheel-Attorney-In-Fact

## ACKNOWLEDGMENT OF PRINCIPAL - IF A CORPORATION

STATE OF NEW YORK
COUNTY OF } ss

On this .................................................day of ..........................., ........ before me personally appeared

.............................................................................to be known, who, being by me duly sworn, did depose and

say; that he/she resides at.............................................................................., that he/she is the .......................

President of ...........................................................................the corporation described in and which
executed the within insurance instrument; that he/she knows the seal of said corporation; that the seal affixed
to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation;
and that he/she signed his/her name thereto by like order.

.............................................................................

## ACKNOWLEDGMENT OF PRINCIPAL - IF INDIVIDUAL OR FIRM

STATE OF NEW YORK
COUNTY OF } ss

On this .................................................day of ........................., ......... before me personally appeared

.............................................................................to me know to be (the individual) (one of the firm

of...............................................), described in and who executed the within instrument and he/she
thereupon acknowledged to me that he/she executed the same (as the act and deed of said firm).

.............................................................................

## ACKNOWLEDGMENT OF SURETY COMPANY

STATE OF New York
COUNTY OF New York } ss

On this July 20, 2007..................., before me personally came Lourdes Scheel...............................

to me known, who, being by me duly sworn, did depose and say; that he/she resides in

New York...........................................……….......…….........; that he/she is the Attorney-in-Fact of the
Hartford Fire Insurance Company........................................ the corporation described in which
executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to said
instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation; and that
he/she signed his/her name thereto by like order; and the affiant did further depose and say that the
Superintendent of Insurance of the State of New York, has, pursuant to Section 1111 of the Insurance Law of
the State of New York, issued to Hartford Fire Insurance Company................................... his/her
certificate of qualification evidencing the qualification of said Company and its sufficiency under any law of the
State of New York as surety and guarantor, and the propriety of accepting and approving it as such; and that
such certificate has not been revoked.

LUCY LEE YON WONG
Notary Public, State of New York
No. 01WO4912223
Qualified in Queens County,
Commission Expires Feb. 23, 20/0

.............................................................................
Notary Public

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* **888-266-3488** *or fax:* **860-757-5835)**
Agency Code: 10    257086

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

| | |
|---|---|
| X | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* UNLIMITED             :
DAVID J. SMITH, LOURDES SCHEEL OF NEW YORK, NEW YORK

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ⊠, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

    **In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

Paul A. Bergenholtz, Assistant Secretary                    M. Ross Fisher, Assistant Vice President

**STATE OF CONNECTICUT**
            } ss.     Hartford
**COUNTY OF HARTFORD**

    On this 1st day of February, 2004, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



CERTIFICATE

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

    I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of July 20, 2007
    Signed and sealed at the City of Hartford.

       

Gary W. Stumper, Assistant Vice President

POA 2005

# Hartford Fire Insurance Company

## Hartford Plaza
## Hartford, Connecticut, 06115

### *Financial Statement, December 31, 2006*

(Statutory Basis)

| ASSETS | | | LIABILITIES | | |
|---|---|---:|---|---|---:|
| U.S. Government Bonds ……………. | $ | 42,957,484 | Reserve for Claims | $ | |
| Bonds of other Governments ……….. | | 129,693,452 |     and Claim Expense……… | | 6,620,539,801 |
| State, County, Municipal and | | | Reserve for Unearned Premiums ….. | | 2,128,639,119 |
|     Miscellaneous Bonds ……… | | 11,687,941,081 | Reserve for Taxes, License | | |
|     Stocks ……………………… | | 6,787,582,942 |     and Fees ………………… | | 75,064,117 |
| Short Term Investments …………… | | 398,285,361 | Miscellaneous Liabilities …………. | | 2,744,754,498 |
| | $ | **19,046,460,320** | **Total Liabilities ………………….** | $ | **11,568,997,535** |
| | | | | | |
| Real Estate …………………………. | $ | 102,202,234 | Capital Paid In  $ | 54,740,000 | |
| Cash ………………………………… | | 169,440,452 | Surplus ……….  | 12,966,123,372 | |
| Agents' Balances (Under 90 Day…... | | 2,908,867,876 | | | |
| Other Invested Assets ……………… | | 426,951,735 | **Surplus as regards Policyholders…** | $ | **13,020,863,372** |
| Miscellaneous ……………………… | | 1,935,938,290 | **Total Liabilities, Capital** | | |
| **Total Admitted Assets** …………… | $ | **24,589,860,907** |     **and Surplus …………….** | $ | **24,589,860,907** |

STATE OF CONNECTICUT

COUNTY OF HARTFORD     } ss.

CITY OF HARTFORD

    Colleen Mastroianni, Vice-President, and Patricia A. Murrone, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and says that the foregoing is a true and correct statement of the said company's financial condition as of December 31, 2006.

Subscribed and sworn to before me this 29th
day of March, 2007.

*Patricia E. Davis*

Patricia E. Davis
Notary Public
My Commission Expires September 30, 2007

*Colleen Mastroianni*

Colleen Mastroianni, Vice-President

*Patricia A. Murrone*

Patricia A. Murrone, Assistant Secretary

Form CS-19-37 HF    Printed in U.S.A.

# STATE OF NEW YORK
# INSURANCE DEPARTMENT

### CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

It is hereby certified that

**Hartford Fire Insurance Company
of Hartford, Connecticut**

a corporation organized under the laws of the State of New York, and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $13,020,863,372.(Capital $55,320,000.), as is shown by its sworn financial statement for the quarter ended December 31, 2006, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 19th day of March, 2007.

Eric R. Dinallo
Acting Superintendent

By _Salvatore Castiglione_

Salvatore Castiglione
Special Deputy Superintendent