IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

| | |
|---|---|
| CHLOÉ, S.A.S., J. CHOO LIMITED<br>                Plaintiffs,<br>      - against -<br>KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),<br>                Defendants. | Civil Action No.: 07 CV 6491 (WHP)<br><br>**SUPPLEMENTAL DECLARATION OF HEIDI GARFIELD IN SUPPORT OF SECOND REPLY TO DEFENDANTS' QUICK GLOBAL SHIPPING, LISA WU d/b/a QUICK GLOBAL SHIPPING AND SONG GAO d/b/a QUICK GLOBAL SHIPPING's OPPOSITION TO THE TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY ORDER, ORDER RESTRAINING ASSETS AND ORDER SEALING FILE** |

I, HEIDI GARFIELD, under penalty of perjury, hereby declare as follows:

      1.    I am an attorney licensed to practice law in the State of New York and before the bar of the Southern of New York. I am an associate at the law firm of Greenberg Traurig, LLP ("GT") and counsel to Chloé, S.A.S. and J. Choo Limited (collectively, "Plaintiffs"). I make this supplemental declaration in support of Plaintiffs' Second Reply to Defendants Quick Global Shipping ("Quick Global"), Lisa Wu ("Wu")

*NY 238499170*

d/b/a Quick Global Shipping and Song Gao ("Gao") d/b/a Quick Global Shipping (collectively, "Quick Defendants") Opposition to Plaintiffs' Application for a Temporary Restraining Order, Seizure Order, Order to Show Cause for a Preliminary Injunction, Expedited Discovery Order, Order Restraining Assets and Order Sealing File (collectively, "Order") as it applies to the Quick Defendants. This declaration follows the Declaration of Heidi Garfield in Reply to Quick Defendants' Opposition to the Order, which was filed August 2, 2007 and is incorporated herein by reference. If called as a witness, I could testify to the following upon personal knowledge and/or upon my review of GT's files on this matter.

2. Annexed hereto as <u>Exhibit F</u> is a true and correct copy of Quick Global Defendants' filing report with the New York Department of State, Division of Corporations, which was initially filed on March 3, 2004. GT obtained this document from the Division of Corporations website on August 2, 2007.

3. Annexed hereto as <u>Exhibit G</u> is a true and correct copy of handwritten notes identifying Lisa Wu as a manager of Quick Global. <u>Exhibit G</u> was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been bates labeled by Plaintiffs as 25HOWARD 00964.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 9, 2007 at New York, New York.

*/s/ Heidi D. Garfield*
Heidi S. Garfield

# EXHIBIT F

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: QUICK GLOBAL SHIPPING INC.

Selected Entity Status Information

**Current Entity Name:** QUICK GLOBAL SHIPPING INC.
**Initial DOS Filing Date:** MARCH 03, 2004
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
QUICK GLOBAL SHIPPING INC.
25 HOWARD STREET
NEW YORK, NEW YORK, 10013

**Chairman or Chief Executive Officer**
SONG GAO
25 HOWARD STREET
G/F
NEW YORK, NEW YORK, 10013

**Principal Executive Office**
QUICK GLOBAL SHIPPING INC.
25 HOWARD STREET
G/F
NEW YORK, NEW YORK, 10013

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# EXHIBIT G

UPS Acct. Information.

Name           Lisa Wu.
Title          Manager
Company        Quick ~~Glob~~ Global Shipping
Street Add.    25 Howard St.
$ FL           Ground Fl.
City           New York.
State          NY
Postal Code    10013.
Country        United States
Telephone      212-343-0068
E-Mail         Quickglobal@yahoo.com.
User ID        Quickglobal.
Password       212 343 0068.

UPS Acct #     08R74V

25HOWARD 00964