IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                  :

| | |
|---|---|
| CHLOÉ, S.A.S., J. CHOO LIMITED | : |
|                            Plaintiffs, | : |

Civil Action No.: 07 CV 6491 (WHP)

         - against -                    :

KEN CHEN a/k/a SHU CHEN a/k/a XIANG  :
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a                                 :
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a                              :
AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,  :
FASHION HANDBAGS, BENNY DOE,
JEANCARLO DOE, JOSEPH a/k/a JOSE
DOE, SISI a/k/a CECI DOE, TOP LUXURY  :
HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS
DOE, INSTYLE LUXURY HANDBAGS,     :
CORINA DOE a/k/a QIMIAO HU a/k/a QI
MIAO HU, KENNY DOE a/k/a YE GUO     :
a/k/a GUO Q YE, NEWCOME TRADING
d/b/a TOSCA, QUICK GLOBAL SHIPPING,  :
HOWARD EXPRESS SHIPPING, RANDY
DOE, and various JOHN and JANE DOES 1-
10 and XYZ COMPANIES
(UNIDENTIFIED),

                         Defendants.          :

                                                :

                                                :

**DECLARATION OF JULIE BOOKBINDER
IN SUPPORT OF PLAINTIFFS' SECOND
REPLY TO DEFENDANT HOWARD
EXPRESS SHIPPING'S OPPOSITION TO
THE TEMPORARY RESTRAINING
ORDER, SEIZURE ORDER, ORDER TO
SHOW CAUSE FOR A PRELIMINARY
INJUNCTION, EXPEDITED DISCOVERY
ORDER, ORDER RESTRAINING ASSETS
AND ORDER SEALING FILE**

I, JULIE BOOKBINDER, under penalty of perjury, hereby declare as follows:

       1.      I am an attorney licensed to practice law in the State of New York and

before the bars of the Southern and Eastern Districts of New York.  I am an associate at

the law firm of Greenberg Traurig, LLP ("GT") and counsel to Chloé, S.A.S. and J. Choo

Limited (collectively, "Plaintiffs").  I make this declaration in support of Plaintiffs'

Second Reply to Defendant Howard Express Shipping's ("Howard Express") Opposition

to Plaintiffs' *ex parte* Application for a Temporary Restraining Order, Seizure Order, Order to Show Cause for a Preliminary Injunction, Expedited Discovery Order, Order Restraining Assets and Order Sealing File as it applies to the Tosca Defendants. If called as a witness, I could testify to the following upon personal knowledge and/or upon my review of GT's files on this matter.

2.    Howard Express has not approached Plaintiffs, as allowed for in the this Court's Order of July 19, 2007, regarding the release of any assets, nor has Howard Express provided documentation to Plaintiffs to support such a request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 9, 2007 at New York, New York.

Julie Bookbinder