# LEASE CONTRACT

Location: 420 Broadway, New York, NY 10013

Tenant, __Yu Lin__, and Leaser, __SUZY PALACE, INC__, have made a contract, as following:

1. The Tenant, __Yu Lin__, has agreed to refrain from selling any counterfeit items. If, by any occasion, something should happen, such as the arrest of the Tenant, or the closing of the rented place (by the force of the law) for selling any counterfeit items, the Tenant will lose the right to request his money back for the 3-month-deposit of the amount of __$17,100.xx__. If this should occur, then the Leaser has the right to take the ¯ months' deposit money.

2. The Tenant will have the right to sell only these following items:

   __LEATHER HANDBAG / WALLET__

3. When requesting the payment of the deposit, the Tenant must notify the Leaser at least 30 days before the Tenant leaves the rented place. If this procedure is not followed, the deposit money cannot be refunded.

4. This Lease Contract will be renewed every month.

These preceding conditions have been read and agreed upon.

Tenant: _____  Date: 12/1/05

Leaser: _____  Date: 12/1/05

# LEASE CONTRACT

Location: 420 Broadway, New York, NY 10013

Tenant, __YULIN__, and Leaser, __SUZY PALACE, INC__, have made a contract, as following:

1. The Tenant, __YULIN__, has agreed to refrain from selling any counterfeit items. If, by any occasion, something should happen, such as the arrest of the Tenant, or the closing of the rented place (by the force of the law) for selling any counterfeit items, the Tenant will lose the right to request his money back for the 3-month-deposit of the amount of __$3,600.00__. If this should occur, then the Leaser has the right to take the   months' deposit money.

2. The Tenant will have the right to sell only these following items:
   __LEATHER HANDBAG / WALLET__

3. When requesting the payment of the deposit, the Tenant must notify the Leaser at least 30 days before the Tenant leaves the rented place. If this procedure is not followed, the deposit money cannot be refunded.

4. This Lease Contract will be renewed every month.

These preceding conditions have been read and agreed upon.

RECEIVED 3 MONTH DEPOSIT
& FEB RENT
TOTAL $4,800.00

Tenant: _____ Date: 1/10/06

Leaser: _____ Date: 1/10/06