H/Bay ~~$500~~ +195 +70 +1000 + ~~25~~ 184    Sakanext $45 (6/v)
       (Jes)  (Be) (Ben) (Ben)  (Jess)
+184         (7/13)
(Jess)         6/5/07 (Tue)    watches $60  $390   (7/13)
                                    (Allen) (Allen)

| # | Amount | |
|---|---|---|
| 1 | 9⁰⁰ | |
| 2 | 10⁰⁰ | |
| 3 | 5⁰⁰ | |
| 4 | 41⁸⁸ | (card use) |
| 5 | 270⁹⁴ | (card) |
| 6 | 16³³ | (card use) |
| 7 | 46⁰⁰ | |
| 8 | 5⁰³ | (card use) |
| 9 | 2²⁰ | 342.94 |
| 10 | 3⁷⁷ | (card use) |
| 11 | 7⁵⁴ | (card use) |
| 12 | 6²² | |
| 13 | 5⁸⁶ | (card use) |
| 14 | 83⁷⁵ | (card use) |
| 15 | 15⁰⁰ | (card use) |
| 16 | 40²² | 388.94 |
| 17 | 15⁰⁰ | (card use) |
| 18 | | |
| 19 | | |
| 20 | Total → 586.1 | |
| 21 | Cash → $119 | |
| 22 | | |
| 23 | Card → $467.1 | |
| 24 | | |

233
15