# George Arnold & Associates

1161 East Marion Street, #230
Shelby, NC 28150

Property Receipt/Chain of Custody

INVESTIGATOR: _Jake Arnold_     CASE NUMBER: _114-0321-CT_

Name of Person whom property was obtained: _Jae M Yoo_

Signature of Person whom property was obtained: _____

Address: _420 Bway (front)_

Phone: _____

Driver's License: _____

Company Representing: _PSK America Inc._

Purpose for which obtaining: _evidence_

Date and Time evidence/property obtained: _7/20/07  12:41 PM_

## CHAIN OF CUSTODY

| ITEM # | QUANTITY # | DATE | Released By: | Received By: | Purpose for Change of Custody |
|---|---|---|---|---|---|
| | | | Print Name | Print Name | |
| | | | Signature | Signature | |
| | | | Print Name | Print Name | |
| | | | Signature | Signature | |
| | | | Print Name | Print Name | |
| | | | Signature | Signature | |
| | | | Print Name | Print Name | |
| | | | Signature | Signature | |
| | | | Print Name | Print Name | |
| | | | Signature | Signature | |
| | | | Print Name | Print Name | |
| | | | Signature | Signature | |

## CUSTODY RECEIPT FOR RETAINED OR SEIZED PROPERTY

| ITEM # | QUANTITY | DESCRIPTION OF ARTICLES | VALUE |
|---|---|---|---|
| 1 | 35 | Misc Handbags bearing name Chloé | |
| 2 | 10 | Locks | |
| 3 | 1 | Misc Documents | |

*LAST ITEM*