# PAK & WHANG PC
### ATTORNEYS AT LAW

BYONGCHAE PAK***
TAE HYUN WHANG**

*NEW YORK BAR
**NEW JERSEY BAR
***DC BAR

12 WEST 32ND STREET SUITE 1200
NEW YORK, NEW YORK 10001
TEL (212) 239-2376
FAX (212) 239-8732

91 ESSEX DRIVE
TENAFLY, NEW JERSEY 07670
TEL (201) 227-8238
FAX (201) 569-1127

September 18, 2006

Mr. Jae Man Yoo
PSK America, Inc.
420 Broadway
New York, NY 10013

    Re:    Louis Vuitton Malletier v. Forever Win Trading, Inc, et al.
           Case Number 06 CV 3256

Dear Mr. Yoo:

    Earlier today, I spoke with Alison Besunder, Esq., the attorney for the plaintiff. Ms. Besunder informed me that in addition to Louis Vuitton and Marc Jacobs, LVMH Fashion Group Americas owns "Celine", "Givenchy", "Kenzo" and "Loewe" and they will be actively pursuing all counterfeiting of these trademarks. As such, please make sure that all persons at your store do not sell any counterfeit merchandise, especially these marks.

    Additionally, with respect to all counterfeiting, if a person at your business location directs a customer to another location or they sell counterfeit goods at another location, they are using your premises for counterfeiting. For example, if a customer asks for a Louis Vuitton bag, and you direct them to go to another store or lead them to another location to make a sale, you are using the premises for counterfeiting.

    Finally, I have been advised by Ms. Besunder that the preliminary conference has been adjourned to September 29, 2006.

                                      Very truly yours,

                                      Tae Hyun Whang

THW/ta
CC:   Via facsimile (212) 274-9612

---

I RECEIVED THE COPY OF THIS LETTER.
I WILL NOT SELL ANY COUNTERFEIT MERCHANDISE, AND IF I SELL ANY COUNTERFEIT MERCHANDISE, I WILL BE RESPONSIBLE FOR ALL DAMAGES INCLUDING ATTORNEY'S FEES.

DATE: SEPT 18. 2006
NAME: BENNY (Lim Yu)
SIGNATURE: Benny