0166837

Date 7/1/07

M To HELEN

No. Thompson American

Reg. No. ____ Clerk ____  ACCOUNT FORWARDED

| # | | |
|---|---|---|
| 1 | Rent | $350 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | $350 |
| 15 | | |

Your account stated to date. If error is found, return at once.   930

0166838

Date 7/1/07

M ___ To: SADIWG

No. ___ From: PS/C American (?)

Reg. No. ___ Clerk ___  ACCOUNT FORWARDED

| # | | | |
|---|---|---|---|
| 1 | Rent | | $4,500 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | $4,500 |
| 15 | | | |

Your account stated to date. If error is found, return at once.  930

| | | 0166839 | |
|---|---|---|---|
| **Date** | To: SACHWIT | | |
| **M** | 7/1/07 | | |
| **No.** | From: ASK America, we | | |
| **Reg. No.** _____ **Clerk** _____ | ACCOUNT FORWARDED | | |
| 1 | Received | | $3,500 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | $3,500 |
| 15 | | | |

Your account stated to date. If error is found, return at once.    930



0166840

Date 7/1/07

M

To: Taruso

No. From: B/C American Inc

Reg. No. ____ Clerk ____ ACCOUNT FORWARDED

| 1 | Rent | $3,700 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | $3,700 |
| 15 | | |

Your account stated to date. If error is found, return at once. 930

0166841

Date 7/1/07

M To: Yu Lin

No. From: PSK America, Inc

Reg. No. ____ Clerk ____ | ACCOUNT FORWARDED

| | | |
|---|---|---|
| 1 | Rent | $6.5~ |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | $6.5~ |
| 15 | | |

Your account stated to date. If error is found, return at once.  930

| | | 0166842 | |
|---|---|---|---|
| | Date | 7/2/07 | |
| M | To: An | | |
| No. | FROM: PSK America Inc | | |
| Reg. No. | Clerk | ACCOUNT FORWARDED | |
| 1 | Rent | | $3,300 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | $3,300 |
| 15 | | | |

Your account stated to date. If error is found, return at once.  930