**BINGHAMTON UNIVERSITY**

**Binghamton University**
Student Accounts Office
PO Box 6003
Binghamton, NY 13902-6003

To  YOO, HYERI
    60 KNIGHTSBRIDGE RD APT 1F
    GREAT NECK, NY
    11021

# SEMESTER BILL
ACCOUNT # 900456573

DATE: JULY 06, 2007

| SEMESTER | DATE OF BILL | BILLED FOR | STATUS | DUE DATE |
|---|---|---|---|---|
| Fall 2007 | 07/06/07 | Full Time | Matriculated Undergraduate - Resident Tuition | 08/15/07 |

| DESCRIPTION OF CHARGES/FINANCIAL AID | AMOUNT | PAYMENTS/FINANCIAL AID | AMOUNT | BALANCE DUE |
|---|---|---|---|---|
| Tuition | 2175.00 | | | |
| Activity Fee | 86.50 | | | |
| Comprehensive Fee | 744.50 | | | |
| Room | 3041.00 | | | |
| Dining Plan | 1763.00 | | | |
| Insurance | 330.00 | | | |
| Total Charges | 8140.00 | | | |
| | | Tuition Deposit | 150.00 | |
| | | Room Deposit | 200.00 | |
| | | Total Deductions | 350.00 | |
| | | TOTAL IF PAID IN FULL | 7790.00 | DUE: 08/15/07 |
| | | TIME PAYMENT PLAN FEE + | 35.00 | |
| | | TOTAL | 7825.00 | |
| | | TIME PAYMENT PLAN OPTION | 1956.25 | DUE: 10/02/07 |
| | | | 1956.25 | 11/02/07 |
| | | | 1956.25 | 12/03/07 |