Pak & Whang PC
Tae Hyun Whang (TW-9226)
12 West 32nd Street
Suite 1200
New York, NY 10001
Tel: (212) 239-2378
Fax: (212) 239-8732

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHLOE, S.A.S., J. CHOO LIMITED,                    Case No.: 07 CIV 6491

                Plaintiffs,

      -against-

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS TRADING
d/b/a GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON DOE
d/b/a JARRY326@YAHOO.COM.CN, FASHION
HANDBAGS, BENNY DOE, JEANCARLO DOE,
JOSHEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE,
TOP LUXURY HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS DOE,
INSTYLE LUXURY HANDBAGS, CORINA
DOE a/k/a QIMIAO HU a/k/a QI MIAO HU,
KENNY DOE a/k/a YE GUO a/k/a GUO Q YE,
NEWCOME TRADING d/b/a TOSCA, QUICK
GLOBAL SHIPPING, HOWARD EXPRESS
SHIPPING, RANDY DOE, and various JOHN and
JANE DOES 1-10 and XYZ COMPANIES
(UNIDENTIFIED),

                Defendants.
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

       Hye Jin Yoon, being duly sworn, deposes and says:
that she is not a party to this action, is over the age of 18 years, and resides in New York, New York, and that on the 1st day of August, 2007, she served the **AFFIDAVIT OF JAE MAN YOO IN OPPOSITION TO PRELIMINARY INJUNCTION AND FOR THE DISSOLUTION AND MODIFICATION OF THE COURT'S ORDER AS TO PSK AMERICA, INC. AND JAE MAN YOO and MEMORANDUM OF LAW** upon the following person(s) at the following address:

    Greenberg Traurig LLP
    Scott Gelin, Esq.
    200 Park Avenue
    New York, NY 10166

       Service was made by delivering true copies to Christy Schaeffer, the managing clerk of Greenberg Traurig LLP.

                                            Hye Jin Yoon

Sworn to before me on the
1st day of August, 2007

Notary Public

TAE H WHANG
NOTARY PUBLIC State of New York
NO. 02WH6011784
Qualified in Rockland County
Commission Expires June 15, 2011