IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

CHLOÉ, S.A.S., J. CHOO LIMITED
                                    Plaintiffs,

        - against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE,
JEANCARLO DOE, JOSEPH a/k/a JOSE
DOE, SISI a/k/a CECI DOE, TOP LUXURY
HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS
DOE, INSTYLE LUXURY HANDBAGS,
CORINA DOE a/k/a QIMIAO HU a/k/a QI
MIAO HU, KENNY DOE a/k/a YE GUO
a/k/a GUO Q YE, NEWCOME TRADING
d/b/a TOSCA, QUICK GLOBAL SHIPPING,
HOWARD EXPRESS SHIPPING, RANDY
DOE, and various JOHN and JANE DOES 1-
10 and XYZ COMPANIES
(UNIDENTIFIED),

                                    Defendants.

Civil Action No.: 07 CV 6491 (WCP)

**[FILED UNDER SEAL
PURSUANT TO 15 U.S.C. § 1116]**

**DECLARATION OF HEIDI GARFIELD IN
SUPPORT OF REPLY TO DEFENDANT
HOWARD EXPRESS SHIPPING'S
OPPOSITION TO THE TEMPORARY
RESTRAINING ORDER, SEIZURE
ORDER, ORDER TO SHOW CAUSE FOR
A PRELIMINARY INJUNCTION,
EXPEDITED DISCOVERY ORDER,
ORDER RESTRAINING ASSETS AND
ORDER SEALING FILE**

I, HEIDI GARFIELD, under penalty of perjury, hereby declare as follows:

        1.        I am an attorney licensed to practice law in the State of New York and

before the bar of the Southern District of New York.  I am an associate at the law firm of

Greenberg Traurig, LLP ("GT") and counsel to Chloé, S.A.S. and J. Choo Limited

(collectively, "Plaintiffs").  I make this declaration in support of Plaintiffs' Reply to

Defendant Howard Express Shipping's ("Howard Express") Opposition to Plaintiffs' *ex*

*parte* Application for a Temporary Restraining Order, Seizure Order, Order to Show Cause for a Preliminary Injunction, Expedited Discovery Order, Order Restraining Assets and Order Sealing File as it applies to the Tosca Defendants.  If called as a witness, I could testify to the following upon personal knowledge and/or upon my review of GT's files on this matter.

2.    Annexed hereto as Exhibit A is a true and correct copy of Howard Express' mailbox service agreement with an individual identified as Benny Lin.  Exhibit A was seized from Howard Express' premises at 33 Howard Street, New York, New York on July 25, 2007.

3.    Annexed hereto as Exhibit B are true and correct copies of Federal Express shipping receipts filled out by Howard Express for the shipment of "Fashion Watches" and "Fashion Handbags" for individuals at locations such as 265 Canal Street, which is the place of business of the named Defendants in this action.  Exhibit B was seized from Howard Express' premises at 33 Howard Street, New York, New York on July 25, 2007.

4.    Annexed hereto as Exhibit C are true and correct copies of excerpts of Howard Express' account and phone list, which includes notations, often first name only, that match the names and/or addresses of many of the named Defendants in this action, including, for example, Shu Chen at 277 Canal Street and other individuals at 421 Broadway, 265 Canal Street, and 277 Canal Street.  Exhibit C was seized from Howard Express' premises at 33 Howard Street, New York, New York on July 25, 2007.

5.    Annexed hereto as Exhibit D are true and correct copies of excerpts of handwritten notes with names of Howard Express' customers and phone numbers, which

include notations, often first name only, that match the names of several Defendants in this action, including, for example, "Lin", possibly Yu Lin a/k/a Benny Doe, "Cisi", possibly Sisi a/k/a Ceci Doe and "Chen", possibly Ken Chen a/k/s Shu Chen a/k/a Xiang Chen. Exhibit D was seized from Howard Express' premises at 33 Howard Street, New York, New York on July 25, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 2, 2007 at New York, New York.

Heidi S. Garfield

# A

*Senior and #50 08/05*

# HOWARD SHIPPING AND TRADING INC.

## MAILBOX SERVICE AGREEMENT

CUSTOMER NAME: *Benny Lin*
COMPANY:
ADDRESS: *103 Allen St Apt #2  N.Y N.Y 10002*
HOME PHONE: *(646) 249-1932* WORK PHONE: / FAX:
MAILBOX NUMBER: *#11*     E-MAIL ADDRESS:

1) This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox (the "Mailbox") at Howard Shipping And Trading Inc. ("HST") under the terms set forth herein.

2) Customer agrees that Customer will not use the HST premise or services for any unlawful, illegitimate or fraudulent purpose or for any purpose prohibited by U.S. Postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state and local laws. Each individual or entity must complete a separate U.S. Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3) This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. Additionally, Customer acknowledges that pursuant to postal regulations the information required to complete Form 1583 may be made available by the U.S. Postal Service to the public if "yes" in block five (5) on Form 1583 is checked. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign an updated versions of this Agreement and Form 1583 upon request.

4) Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, HST will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5) Mailbox service fees are all due and payable in advance and Customer agrees that HST may hold mail and packages pending payment. There will be no prorations or refunds for cancellation of any service. Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to HST's reasonable judgment, HST may require Customer to upgrade to a larger size mailbox and pay any additional charge. HST reserves the rights to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6) Upon expiration, cancellation or termination of this Agreement, HST will:

   a) Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. It is Customer's responsibility to make arrangements with HST to identify any mail forwarding needs prior to the expiration, cancellation or termination of this Agreement.

   b) Discard or destroy any "Unsolicited Mail" (e.g., bulk mail; mail addressed as "occupant," "current resident" or similar designation; or coupons, advertising or other promotional material) delivered to or remaining at HST.

   c) Retain Customer's mail, other than Unsolicited Mail, at the Center for a period of thirty (30) days from the date of delivery or six (6) months after the expiration, cancellation or termination of this Agreement, whichever comes first. If Customer leaves no forwarding fees or forwarding address. After such time any mail or packages may be discarded or destroyed. In order to pick up any mail or package during the six (6) month periods, Customer must pay a storage fee for the time period in which HST holds the mail or package(s), plus a service fee for each time Customer visits HST to pick up such items.

   d) Refuse any package addressed to Customer delivered by any party other than the U.S. Postal Service, such as a commercial courier service.

7) Six (6) months after the expiration, cancellation or termination of this Agreement, HST may:

    a) Refuse any mail or package addressed to Customer and delivered to HST

    b) Discard or destroy any of Customer's mail or package 'delivered to or remaining at HST at such time.

8) The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at HST sole discretion.

9) Customer agrees that HST may terminate or cancel this Agreement for good cause at any time by providing Customer thirty (30) days written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate or fraudulent purposes; 3) Customer fails to pay monies owed HST when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive or disruptive behavior toward other customers of HST or HST's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to HST.

10) Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial courier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage prepaid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

11) As Customer's authorized agent for receipt of mail, HST will accept all mail, including registered, insured and certified items. Unless prior arrangements have been made, HST shall only be obligated to accept mail, or packages delivered by commercial courier services which require a signature from HST as a condition of delivery. Customer must accept and sign for all mail or packages upon the request of HST. In the event Customer refuses to accept any mail or package, HST may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to HST.

12) Customer agrees to protect, indemnify, defend and hold harmless HST and their respective officers, directors, agents and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession, from failure of the U.S. Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state or local laws.

13) Customer herein agrees that the total amount of liability of HST, if any, for any and all claims arising out of or related to this agreement shall not exceed $50.00 regardless of the nature of the claim.

14) Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. Mail received by Customer must bear a delivery address that contains at least the following elements, in this form:
    1) Intended addressee's name or other identification. Examples: Jane Doe or XYZ Inc.
    2) "PMB" and number. Example: PMB 123
    3) Street number and name or post office box number or rural route designation and number. Example: 12 Mott St. Or P.O. BOX 22 or RR 7 BOX
    4) City, state, and Zip Code (5-digit or ZIP+4). Example: Seattle, WA 22131-7720

The Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

15) Delivery by commercial courier services must be made to HST street address only (and not to a P.O. Box). Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

CUSTOMER SIGNATURE _____ DATE _8̲5̲/̲0̲5̲

AUTHORIZED HST REPRESENTATIVE'S SIGNATURE _____ DATE 0̲8̲/̲0̲5̲/̲0̲5̲

# EXHIBIT

# B

**FedEx. Express** International Air Waybill
For FedEx service worldwide

Tea $60

**1 From** Please print and press hard.
Date: 7/16/07
Sender's FedEx Account Number: 
Sender's Name: KENDU
Phone: 
Company: 
Address: 365 Canal ST
City: NJ
State/Province: NJ
Country: USA
ZIP/Postal Code: 10013

**2 To**
Recipient's Name: PETER HANNOUGH   Phone: 416-841-2626
Company: 
Address: 3101 BATHURST ST   Suite/Floor: #102
City: TORONTO
State/Province: ON
Country: CANADA
ZIP/Postal Code: M6A2A6

**3 Shipment Information**
Total Packages: 1   Total Weight: 4   Total Declared Value: 

Commodity Description: FASHION WATCHES / WATCHES IN CA-FINISH

Harmonized Code:    Country of Manufacture:    Value for Customs: 108

Total Declared Value for Carriage: 108

**4 Express Package Service**
☐ FedEx Int'l Priority
☒ FedEx Int'l Economy
☐ FedEx Int'l First

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☐ Other
☒ FedEx Box
☐ FedEx Tube
☐ FedEx 25kg Box
☐ FedEx 10kg Box

**6 Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:
☐ Sender   ☒ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

**7b Payment** Bill duties and taxes to:
☐ Sender   ☒ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

**8 Your Internal Billing Reference**

**9 Required Signature**

For Completion Instructions, see back of fifth page.

8564 8605 6026

Try online shipping at fedex.com.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

0402
500

RETAIN THIS COPY FOR YOUR RECORDS    SRF

**FedEx** Express

**International Air Waybill**

$60

From Date 7/16/07    Sender's FedEx Account Number

Sender's Name  LIZ    Phone

Company

Address  276 CANAL ST

City  NEW YORK    State/Province  NY    ZIP/Postal Code  10013    Country  USA

To Recipient's Name  JOANA BOSHOER    Phone  647 003 5553

Company

Address  18 KILBARRY CRT

City  RICHMOND HILL    State/Province  ON    Country  CANADA    ZIP/Postal Code  L4C 6M8

Recipient's Tax ID number for Customs purposes

**Shipment Information**

Total Packages 1    Total Weight 4    Total Declared Value

Commodity Description  9 FASHION WATCHES    PERSONAL WATCHES

4 Express Package Service

☐ FedEx Int'l. Priority
☒ FedEx Int'l. Economy

5 Packaging
☐ FedEx Envelope
☐ FedEx Pak
☒ Other

6 Special Handling
☐ HOLD at FedEx Location

7a Payment: Bill transportation charges to:
☒ Sender
☐ Recipient
☐ Third Party

7b Payment: Bill duties and taxes to:
☒ Sender
☐ Recipient
☐ Third Party

9 Required Signature

8 Your Internal Billing Reference

For Completion Instructions, see back of fifth page.

8564 8605 6015

500    0402

Try online shipping at fedex.com.

RETAIN THIS COPY FOR YOUR RECORDS

SRF

500  0402

**FedEx Express — International Air Waybill**

From  Date 6/8/2007

Sender's Name: ZHENG XIAO OU   Phone

Company: 422 BROADWAY

Address:

City: NY   State/Province: NY   ZIP: USA   Postal Code: 10013   Country: USA

To  Recipient's Name:

Company:

Address:

City: SHENZHEN   State/Province: GUANGDONG   ZIP/Postal Code: 518116   Country: CHINA

3  Shipment Information
Total Packages: 1   Total Weight: 6   Date: 5/10/21

2 Fashion Handbag

20XX   20XX

4  Express Package Service — FedEx Intl. Priority

5  Packaging — FedEx Box

6  Special Handling

7a Payment — Sender   7b Payment — Sender

8  Your Internal Billing Reference

Required Signature

8571 4118 1960

Try online shipping at fedex.com

#115

# EXHIBIT
# C

| | |
|---|---|
| **Business Address:** | 365 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919172957574 |

## • XIA

| | |
|---|---|
| **Full Name:** | XIA |
| **Company Name:** | XIA |
| **Business Address:** | 180 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919175599904 |

## • XIA CHENG

| | |
|---|---|
| **Full Name:** | XIA CHENG |
| **Company Name:** | XIA CHENG |
| **Business Address:** | 265 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919172954183 |

## • XIAO HUA GUAN

| | |
|---|---|
| **Full Name:** | XIAO HUA GUAN |
| **Company Name:** | XIAO HUA GUAN |
| **Business Phone:** | 919179391772 |

## • YE

| | |
|---|---|
| **Full Name:** | YE |
| **Company Name:** | YE |
| **Business Address:** | 277 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919175199996 |

50

## • UPS(NICKERBOCKER)

| | |
|---|---|
| Full Name: | UPS(NICKERBOCKER) |
| Company Name: | UPS(NICKERBOCKER) |
| Business Phone: | 916464412695 |

## • VICTOR CHENG

| | |
|---|---|
| Full Name: | VICTOR CHENG |
| Company Name: | VICTOR CHENG |
| Business Address: | 241 CENTER STREET |
| | NEW YORK NY 10013 |
| Business Phone: | 912126838839 |

## • WEN YAO LI

| | |
|---|---|
| Full Name: | WEN YAO LI |
| Company Name: | WEN YAO LI |
| Business Address: | 277 CANAL STREET |
| | NEW YORK NY 10013 |
| Business Phone: | 919176629876 |

## • WILLIAM GIFTS

| | |
|---|---|
| Full Name: | WILLIAM GIFTS |
| Company Name: | WILLIAM GIFTS |
| Business Address: | 277 CANAL STREET |
| | NEW YORK NY 10013 |
| Business Phone: | 919179393035 |

## • WINNIE WANG ( C.A.S.)

| | |
|---|---|
| Full Name: | WINNIE WANG ( C.A.S.) |
| Company Name: | WINNIE WANG ( C.A.S.) |

49

## • TONY ZHANG

| | |
|---|---|
| **Full Name:** | TONY ZHANG |
| **Company Name:** | TONY ZHANG |
| **Business Address:** | 421 BROADWAY STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916465235762 |

## • UPS ( ROBERT)

| | |
|---|---|
| **Full Name:** | UPS ( ROBERT) |
| **Company Name:** | UPS ( ROBERT) |
| **Business Phone:** | 919177092147 |

## • UPS (CENTER)

| | |
|---|---|
| **Full Name:** | UPS (CENTER) |
| **Company Name:** | UPS (CENTER) |
| **Business Phone:** | 918007425877 |

## • UPS (JOSE)

| | |
|---|---|
| **Full Name:** | UPS (JOSE) |
| **Company Name:** | UPS (JOSE) |
| **Business Phone:** | 913472874128 |

## • UPS(MIKE STUMPS)

| | |
|---|---|
| **Full Name:** | UPS(MIKE STUMPS) |
| **Company Name:** | UPS(MIKE STUMPS) |
| **Business Phone:** | 916464412697 |

| **Business Phone:** | 919172178844 |
| --- | --- |

## • TINA HUANG

| **Full Name:** | TINA HUANG |
| --- | --- |
| **Company Name:** | TINA HUANG |
| **Business Address:** | 302 CANAL STREET<br>NEW YORK NEW YORK 10013 |
| **Business Phone:** | 919175595587 |

## • TODD SAMATI

| **Full Name:** | TODD SAMATI |
| --- | --- |
| **Company Name:** | TODD SAMATI |
| **Business Address:** | 401 BROADWAY STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 913472519885 |

## • TONY MARCO

| **Full Name:** | TONY MARCO |
| --- | --- |
| **Company Name:** | TONY MARCO |
| **Business Address:** | 277 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919177512330 |

## • TONY WANG

| **Full Name:** | TONY WANG |
| --- | --- |
| **Company Name:** | TONY WANG |
| **Business Address:** | 277 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916462842080 |

## • SYLVIA (PHI)

| | |
|---|---|
| **Full Name:** | SYLVIA (PHI) |
| **Company Name:** | SYLVIA (PHI) |
| **Business Phone:** | 919175192525 |

## • T.E.A

| | |
|---|---|
| **Full Name:** | T.E.A |
| **Company Name:** | T.E.A |
| **Business Address:** | 401 BROADWAY STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919179153522 |

## • THAI

| | |
|---|---|
| **Full Name:** | THAI |
| **Company Name:** | THAI |
| **Business Phone:** | 919174210409 |

## • TIMES, JIMMY NG.

| | |
|---|---|
| **Full Name:** | JIMMY NG. TIMES |
| **Company Name:** | JIMMY NG. TIMES |
| **Business Address:** | 300 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916464793019 |

## • TINA & GARY

| | |
|---|---|
| **Full Name:** | TINA & GARY |
| **Company Name:** | TINA & GARY |
| **Business Address:** | 310 CANAL STREET<br>NEW YORK NY |

46

**Business Phone:**       916462281836

---

### • ST.

| | |
|---|---|
| **Full Name:** | ST. |
| **Company Name:** | ST. |
| **Business Address:** | 277 CANAL STREET |
| | NEW YORK NY 10013 |
| **Business Phone:** | 919175135785 |

---

### • STEVEN COOPER

| | |
|---|---|
| **Full Name:** | STEVEN COOPER |
| **Company Name:** | STEVEN COOPER |
| **Business Address:** | 396 BROADWAY STREET |
| | NEW YORK NEW YORK 10013 |
| **Business Phone:** | 646-725-3369 |

---

### • SU ZHEN XIE

| | |
|---|---|
| **Full Name:** | SU ZHEN XIE |
| **Company Name:** | SU ZHEN XIE |
| **Business Address:** | 277 CANAL STREET |
| | NEW YORK NY 10013 |
| **Business Phone:** | 919173927260 |

---

### • SUMMER TIME

| | |
|---|---|
| **Full Name:** | SUMMER TIME |
| **Company Name:** | SUMMER TIME |
| **Business Phone:** | 912129650978 |

---

| | |
|---|---|
| **Full Name:** | SHU CHEN |
| **Company Name:** | SHU CHEN |
| **Business Address:** | 277 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916467751975 |

### • SOFIA ( C.A.S.)

| | |
|---|---|
| **Full Name:** | SOFIA ( C.A.S.) |
| **Company Name:** | SOFIA ( C.A.S.) |
| **Business Address:** | 421 BROADWAY<br>NEW YORK NY 10013 |
| **Business Phone:** | 919176422579 |

### • SONNY BE

| | |
|---|---|
| **Full Name:** | SONNY BE |
| **Company Name:** | SONNY BE |
| **Business Address:** | 311 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916464008890 |

### • SOTO

| | |
|---|---|
| **Full Name:** | SOTO |
| **Company Name:** | SOTO |
| **Business Phone:** | 919174065052 |

### • SOUKOUNA MOUSSA

| | |
|---|---|
| **Full Name:** | SOUKOUNA MOUSSA |
| **Company Name:** | SOUKOUNA MOUSSA |
| **Business Address:** | 365 CANAL STREET<br>NEW YORK NY 10013 |

44

- **KENNY**

| | |
|---|---|
| **Full Name:** | KENNY |
| **Company Name:** | KENNY |
| **Business Phone:** | 919175825825 |

- **KEVIN SILVER HOUSE**

| | |
|---|---|
| **Full Name:** | KEVIN SILVER HOUSE |
| **Company Name:** | KEVIN SILVER HOUSE |
| **Business Address:** | 396 BROADWAY STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916463342672 |

- **KIM VU INC.**

| | |
|---|---|
| **Full Name:** | KIM VU INC. |
| **Company Name:** | KIM VU INC. |
| **Business Address:** | 401 BROADWAY STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916464923785 |

- **KIMVU LADY**

| | |
|---|---|
| **Full Name:** | KIMVU LADY |
| **Company Name:** | KIMVU LADY |
| **Business Phone:** | 912018893369 |

- **KING'S FASHION**

| | |
|---|---|
| **Full Name:** | KING'S FASHION |
| **Company Name:** | KING'S FASHION |
| **Business Address:** | 245 CANAL STREET<br>NEW YORK NY 10013 |

28

| | |
|---|---|
| **Full Name:** | JOININ (USA) TRADING |
| **Company Name:** | JOININ (USA) TRADING |
| **Business Address:** | 335 36TH STREET |
| | BROOKLYN NY 11232 |
| **Business Phone:** | 917188329378 |

## • JOJI  PERFUME

| | |
|---|---|
| **Full Name:** | JOJI  PERFUME |
| **Company Name:** | JOJI  PERFUME |
| **Business Phone:** | 919176508828 |

## • JOSE CHON

| | |
|---|---|
| **Full Name:** | JOSE CHON |
| **Company Name:** | JOSE CHON |
| **Business Address:** | 401 BROADWAY STREET |
| | NEW YORK NY 10013 |
| **Business Phone:** | 919177312300 |

## • JOSE TH.

| | |
|---|---|
| **Full Name:** | JOSE TH. |
| **Company Name:** | JOSE TH. |
| **Business Address:** | 257 CANAL STREET |
| | NEW YORK NY 10013 |
| **Business Phone:** | 913472874128 |

## • JULIA KONG

| | |
|---|---|
| **Full Name:** | JULIA KONG |
| **Company Name:** | JULIA KONG |
| **Business Address:** | 277 CANAL STREET |
| | NEW YORK NY 10013 |

26

Business Phone:        919177054865

---

## • JIAN LI INC.

| | |
|---|---|
| **Full Name:** | JIAN LI INC. |
| **Company Name:** | JIAN LI INC. |
| **Business Address:** | 421 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919173460475 |

---

## • JIAN SEN LI

| | |
|---|---|
| **Full Name:** | JIAN SEN LI |
| **Company Name:** | JIAN SEN LI |
| **Business Address:** | 277 CANAL STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 916467037352 |

---

## • JIANG

| | |
|---|---|
| **Full Name:** | JIANG |
| **Company Name:** | JIANG |
| **Business Address:** | 401 BROADWAY STREET<br>NEW YORK NY 10013 |
| **Business Phone:** | 919176815830 |

---

## • JIMY NG. CO.

| | |
|---|---|
| **Full Name:** | JIMY NG. CO. |
| **Company Name:** | JIMY NG. CO. |
| **Business Address:** | 320 CANAL STREET NEW YORK NY |
| **Business Phone:** | 916464793019 |

---

24

**Full Name:**        JAY FASHION
**Company Name:**     JAY FASHION

**Business Address:**  225 CANAL STREET
                      NEW YORK NY 10013

**Business Phone:**    916465330023

---

## • JE

**Full Name:**        JE
**Company Name:**     JE

**Business Phone:**    919177535319

---

## • JENNIFER T.

**Full Name:**        JENNIFER T.
**Company Name:**     JENNIFER T.

**Business Address:**  150 LAFAYETTE STREET
                      NEW YORK NY 10013

**Business Phone:**    919176816750

---

## • JENNY CASN

**Full Name:**        JENNY CASN
**Company Name:**     JENNY CASN

**Business Address:**  302 CANAL STREET
                      NEW YORK NY 10013

**Business Phone:**    917189138878

---

## • JERRY ZHANG

**Full Name:**        JERRY ZHANG
**Company Name:**     JERRY ZHANG

**Business Address:**  277 CANAL STREET
                      NEW YORK NY 10013

23

# EXHIBIT

# D

✓ A-sily crew    (917) 642 2577 X

2 yvw

✓ Guo zwei ( 917 ) 609 7138
✓ oomac li ( 78 ) 212 2371
✓ Jen    917 977 - 0207
✓ sm    682 - 8937
✓ Jin    (212) 966 - 935.0
✓ Jerry 917  708  4865
✓ Norell  917  578  8073
✓ Jin  (646) 731 - 4617
✗ chole  (347) 386 - 1972

✓✗ A  (917) 335 9792

N Hen
    347  996  7391
                    92
✓ Chew  917  33 5  428 7551  185

✓ Donovan (917) 673  579 -

✓ Jnvo  (347) 236 - 9209
✓ Younghim  201  906  5466

✓ Laura  (917) 560  0387
                0556
✓ Fulin ( ) (646) 996 4869
    JC → Fulin
✓ Zm  646 - 996 - 8815

DD (Michel)
(917) 643-6861
(917) 288-6779    846-288-6779

| Name | Phone | |
|---|---|---|
| OMANLI (718)869-2371 (TIP) | | |
| OPHELIA (917)688-6176 (TIP) | | |
| ALIOUNE SECK (034) 403-0799 | | |
| ANNCHU  (917) 991-0865 | | |
| ANEESH  838-141 (TIP) | | |
| ANNIE CHEN P (917) 923 | | |
| ASTNA CHEN + (917) 643-6579 | | |
| ABDUL  SSU (401) 454-7044  646-882-2372 | | |
| BABA  (46) 308-747/416 | | |
| BAIG  (917) 337-3103 | | |
| BABAK  (917) 261-5219 | | |
| BEN +  (917) 217-8448  (917) 376-9795 | | |
| BETTY CHAN (917) 770-6891 | | |
| CALEB  PC (646) 824-Y-92 | | |
| CASH / JENNY  (917) 872-8162 D/C | | |
| CATHY  (917) 681-5706 | | |
| CHEN  (917) 355-4289 | | |
| CHEN AI ZNU (917) 662-838 | | |
| CHU HAI (212) 974-7747 | | |
| CHU  (212) 226-0191 | | |
| CHUNKIA (917) 287-1466 | | |
| CODE  (646) 460-7726 | | |
| DANNY/DEB  (917) 971-6760 | | |
| DILKEVIN  (917) 627-2287 | | |
| DIU  (215) 968-9350 | | |
| DONG  (TIP) | | |
| DONG, NGUYEN (917) 673-8790 | | |
| FRAN  (TIP) | | |
| EL HADJI TOURE (347) 373-105 | | |
| FENDAMIKE  (646) 972-5849 | | |
| GIABUN  (917) 690-1126 | | |

