IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                       :
CHLOÉ, S.A.S., J. CHOO LIMITED          :          Civil Action No.: 07 CV 6491 (WCP)
                          Plaintiffs,         :
            - against -                        :          **[FILED UNDER SEAL**
KEN CHEN a/k/a SHU CHEN a/k/a XIANG   :          **PURSUANT TO 15 U.S.C. § 1116]**
CHEN, DANIEL DOE, GODDESS               :
TRADING d/b/a                                   :          **DECLARATION OF HEIDI GARFIELD IN**
GODDESSTRADING@HOTMAIL.COM,        :          **SUPPORT OF REPLY TO DEFENDANTS'**
LUXUNG GOODS, LUXURY GOODS,          :          **QUICK GLOBAL SHIPPING, LISA WU**
TERRY DOE d/b/a                               :          **d/b/a QUICK GLOBAL SHIPPING AND**
AZNTERRY911@HOTMAIL.COM, JASON    :          **SONG GAO d/b/a QUICK GLOBAL**
DOE d/b/a JARRY326@YAHOO.COM.CN,    :          **SHIPPING's OPPOSITION TO THE**
FASHION HANDBAGS, BENNY DOE,           :          **TEMPORARY RESTRAINING ORDER,**
JEANCARLO DOE, JOSEPH a/k/a JOSE      :          **SEIZURE ORDER, ORDER TO SHOW**
DOE, SISI a/k/a CECI DOE, TOP LUXURY  :          **CAUSE FOR A PRELIMINARY**
HANDBAGS d/b/a                               :          **INJUNCTION, EXPEDITED DISCOVERY**
LUXURYHANDBAGS277@YAHOO.COM,     :          **ORDER, ORDER RESTRAINING ASSETS**
FRANCISCO DOE, BEN DOE, CARLOS        :          **AND ORDER SEALING FILE**
DOE, INSTYLE LUXURY HANDBAGS,        :
CORINA DOE a/k/a QIMIAO HU a/k/a QI   :
MIAO HU, KENNY DOE a/k/a YE GUO      :
a/k/a GUO Q YE, NEWCOME TRADING     :
d/b/a TOSCA, QUICK GLOBAL SHIPPING, :
HOWARD EXPRESS SHIPPING, RANDY      :
DOE, and various JOHN and JANE DOES 1- :
10 and XYZ COMPANIES                        :
(UNIDENTIFIED),                                :
                                                       :
                          Defendants.       :
                                                       :
                                                       :
                                                       :
                                                       :

I, HEIDI GARFIELD, under penalty of perjury, hereby declare as follows:

        1.      I am an attorney licensed to practice law in the State of New York and

before the bar of the Southern of New York.  I am an associate at the law firm of

Greenberg Traurig, LLP ("GT") and counsel to Chloé, S.A.S. and J. Choo Limited

(collectively, "Plaintiffs").  I make this declaration in support of Plaintiffs' Reply to

Defendants Quick Global Shipping ("Quick Global"), Lisa Wu ("Wu") d/b/a Quick

Global Shipping and Song Gao ("Gao") d/b/a Quick Global Shipping (collectively, "Quick Defendants") Opposition to Plaintiffs' *ex parte* Application for a Temporary Restraining Order, Seizure Order, Order to Show Cause for a Preliminary Injunction, Expedited Discovery Order, Order Restraining Assets and Order Sealing File as it applies to the Quick Defendants. If called as a witness, I could testify to the following upon personal knowledge and/or upon my review of GT's files on this matter.

2.    Annexed hereto as Exhibit A is a true and correct copy of Defendant Quick Global's handwritten notes regarding rental of storage facilities, including, for example to an individual identified only by the first name "Benny". Exhibit A was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007.

3.    Annexed hereto as Exhibit B is a true and correct copy of Defendant Quick Global's accounts, organized by account number, name (often, only first name) and phone number, including, for example accounts for individuals identified as "Kenny" and "Ken Chen". Exhibit B was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007.

4.    Annexed hereto as Exhibit C are a true and correct copies of sales receipts seized from the Quick Defendants' premises at 25 Howard Street, New York, New York on July 25, 2007. These sales receipts identify sales made by Newcome Trading, Inc. d/b/a Tosca ("Tosca"), another Defendant in this action. Tosca also appears in Exhibit B.

5.    Annexed hereto as Exhibit D is a true and correct copy of a letter sent by Julie Bookbinder, an associate at Greenberg Traurig, to China Trust Bank, regarding the release of the Quick Defendants' assets, dated July 30, 2007.

6.     Annexed hereto as <u>Exhibit E</u> is a true and correct copy of a letter sent by Julie Bookbinder, an associate at Greenberg Traurig, to Mahendra Ramgopal, counsel for Quick Defendants, regarding the release of the Quick Defendants' assets, dated July 30, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 2, 2007 at New York, New York.

Heidi S. Garfield

# EXHIBIT

# A





# EXHIBIT

# B

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 001 | ~~JENNY~~ Casi Jerry Sister | 347-680-0232 |
| 002 | ~~TONY~~ Lei (Cash) | (# 028) 646-262-9388 |
| 003 | SANDY/KENNY | 347-453-7312 |
| 004 | | |
| 005 | ~~DAVID~~ Cas (Jimmy) | 347-806-1890 |
| 006 | | |
| 007 | - Ash | ~~917-578-8440~~ 646-351-2373 |
| 008 | LIU | 917-662-2012 |
| 009 | Yang Ming Hui | 917-939-6361 |
| 010 | | |
| 011 | JEFF | 917-682-7894 |
| 012 | XUN QAUNG HUANG Danki | 646-431-3440 |
| 013 | CAI | 646-541-1116 |
| 014 | | |
| 015 | | |
| 016 | | |
| 017 | | |
| 018 | ZHOU MIAO | |
| 019 | | |
| 020 | LINDA 917-335-2557 | ~~347-680-5766/201-519-5200~~ |
| 021 | LILY | 917-559-5652 |
| 022 | | |
| 023 | YAN FEN CHEN (CARLOS) | 917-731-1464 |
| 024 | | |
| 025 | | |
| 026 | | |
| 027 | T.C. WONG | |
| 028 | LILI | 646-262-9389 |
| 029 | | |
| 030 | | |
| 031 | PACIFIC GROUP INC | |
| 032 | | 917-671-5738 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 033 | YUN | |
| 034 | BERNARD L. YE | |
| 035 | LING | |
| 036 | DEMBA SOW | 917-482-6465 |
| 037 | MAY | |
| 038 | CHEN | 917-587-1684. |
| 039 | HUANG | |
| 040 | SOW | 646-456-7366. 671-7441 |
| 041 | ASH ( JIMMY ) | 917-578-8110 |
| 042 | LINDA | 917-681-8681 |
| 043 | JACK LEE | |
| 044 | TASLIM CHOWDHURY | 646-436-5431 |
| 045 | LITON SARDER | |
| 046 | MAHAMET | |
| 047 | GOUSUL ANOWER 212-578-3697 (Cellular) 718- 718-277-5399. | |
| 048 | PAK CHUEN LAM | |
| 049 | EMON | 917-498-0643 |
| 050 | LIANG | |
| 051 | TING LEE | 646-778-2393 |
| 052 | JACKY ZOU | 646-996-5800 |
| 053 | KIM | 917-578-8444 |
| 054 | MOHAMMED ALAM | 718-450-1288/ 718-838-8594 |
| 055 | STEPHANIE | 917-416-5832. |
| 056 | LE | 917-463-8789 |
| 057 | CHEIKHE GUEY | |
| 058 | PING | 917-385-8707 |
| 059 | JENNY | |
| 060 | TONY LI | 917-682-6160 |
| 061 | MONICA/ WAN PING PAN | 212-343-0408 |
| 062 | SOPHIA | |
| 063 | KEN CHEN | |
| 064 | ZAHEER RAZA | 917-650-8628 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 065 | JIAN | 917-968-4962 |
| 066 | ~~PETER LI~~ Chuen Li | 212-203-7198 / 917-295-~~8767~~ |
| 067 | JAY | 917-217-1355 |
| 068 | LINDA PARK | |
| 069 | PETER | |
| 070 | LI | |
| 071 | DONG | 917-681-5722 |
| 072 | LIN | 917-682-8665 |
| 073 | MARCO | |
| 074 | CHEIKHOU DIOP | 917-621-6418/ 917-569-2015 |
| 075 | JIANG CHONG | |
| 076 | MAMAN PENG | |
| 077 | DUNG | |
| 078 | LUCY | |
| 079 | JAM | 347-728-0644/ 646-235-4446 |
| 080 | LENA | 917-418-4365 |
| 081 | RICHARD | |
| 082 | LI PING YE | 917-577-5870 |
| 083 | MIAO LING LIU | 212-226-5278/ 917-399-4813 |
| 084A | JIN WOO KIM | 646-423-8871 |
| 085 | XIU | 646-354-1714/~~917-642-2426~~ |
| 086 | JIMMIE | |
| 087 | YE | 917-578-9966 |
| 088 | WWY/ TOSCA/ URCA | 347-236-7213 |
| 089 | CAS | |
| 090 | KEVIN WONG | |
| 091 | CHRIS | 917-416-9339 |
| 092 | E-Z ENTERPRISE | |
| 093 | SANG LEE | 917-528-6352 |
| 094 | TINA HUANG | |
| 095 | ZENA / CA | 917-560-4332 |
| 096 | THE DIVINE TRIBE | 917-771-3062/ 917-405-7716 |

646-431-5310 Chad

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 097 | TOS | 917-528-6350 |
| 098 | HUANG | |
| 099 | JIANG | 718-801-5691 |
| 100 | TOMMY LY 646-409-5819. | ~~917-468-2818/ 646-322-1599~~ |
| 101 | DAME DIOP / Markhtar Tour | 646-372-9254 |
| 102 | OPHEALIA | 917-682-6176 |
| 103 | ~~WEN~~ Ces In the | 917-939-8558 |
| 104 | SHAFIUDDIN MIAH | 646-372-9254 |
| 105 | XU | |
| 106 | TOMMY (apple) | 917-335-1213 |
| 107 | SOW HADYA ( Philen) | 646-965 506-1252. |
| 108 | CHI | |
| 109 | DAVID | |
| 110 | ZAKIR HOSSAIN | 703-362-8314 |
| 111 | JOSE CHONG | 917-731-2300 |
| 112 | LUCY | |
| 113 | DIALLO | 646-256-3320 |
| 114 | NAAEM | 917-627-8034 |
| 115 | HUANG | |
| 116 | MUKA | 917-733-0644 |
| 117 | JOHN SIAO | 917-299-7805 |
| 118 | ASH ( PETER) | 917-335-5311 |
| 119 | KEVIN | |
| 120 | JOHN HUANG | 917-662-6814 |
| 121 | LISA | 917-660-6888 |
| 122 | AIN | |
| 123 | THOMDUP GYALSTEN | 917-838-9252 |
| 124 | MY LUU | 917-544-2580 |
| 125 | AROMA HOUSE GIFT INC | 212-625-0383/ 646-251-1838 |
| 126 | DANNY LI | |
| 127 | LIN | |
| 128 | CANAL & BROADWAY | |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 129 | JENNY | 718-285-2124 |
| 130 | BEGUM SHEFALI | 917-945-7727/ 917-535-0478 |
| 131 | CHEIKH DIOUF | 917-577-9564 |
| 132 | JERRY | |
| 133 | HUANG LIAO MIN | 917-415-3160 |
| 134 | | |
| 135 | H | 917-337-9391 |
| 136 | MAKO | ~~347-538-1683~~ 646-577-7229 |
| 137 | ERIC KEY | |
| 138 | AMY JIANG | 646-339-6335 |
| 139 | TERRY KAM | 917-886-1087 |
| 140 | YE | 917-682-5126 |
| 141 | DANNY | 917-559-0965 |
| 142 | HI | 917-217-8158 |
| 143 | QU JIANG | 917-578-6269 |
| 144 | SAMBA | |
| 145 | C | 917-577-2188 |
| 146 | ZHENG XIAO QU | 646-529-1318 |
| 147 | EAGLE | 917-882-4857 |
| 148 | MIKE CHEN | |
| 149 | KUI | |
| 150 | WEN YAO LI | 917-416-1402 |
| 151 | LI | |
| 152 | JIANG DIAN KAI | |
| 153 | ALASSANE BIANKA | |
| 154 | LIN CHAO FEI | |
| 155 | TONY | |
| 156 | ZHENG | |
| 157 | JACK | 718-301-3176 |
| 158 | LILI | 917-578-3998 |
| 159 | | |
| 160 | HO | |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 161 | AHMED NABI CHY | |
| 162 | YAN LI | |
| 163 | LAM | |
| 164 | WOPPA ALIOU | 646-613-9783 |
| 165 | HUANG XI KAI | 917-299-0535 |
| 166 | MANDY ( cas ) | 917-349-6809 |
| 167 | | |
| 168 | WEN | 212-268-0885 |
| 169 | KATHY | 917-302-4987 |
| 170 | XING WU JIANG | 917-662-5230 |
| 171 | BELL | 917-682-5230 / 917-650-3685 |
| 172 | CH | 646-296-0890 |
| 173 | CAS | |
| 174 | MOHAMMAD S. ISLAM est: kulaim | 646-318-3546 / 646-272-8447 |
| 175 | LUCY | |
| 176 | HU | 917-731-8376 |
| 177 | LILI | 347-680-1924 |
| 178 | JUDY | 917-417-0053 |
| 179 | BAO WEN KANG | 718-208-6636 |
| 180 | LI | |
| 181 | HUANG YUN | 917-299-5661 |
| 182 | TONY HUANG | 917-577-8707 |
| 183 | WU Maggie | 917-440-1761 |
| 184 | CONNIE | 347-219-1317 |
| 185 | YE RONG PING | 646-623-4496 |
| 186 | ASH | |
| 187 | VICTOR VI | 917-299-6606 |
| 188 | SUN HING DA | 212-961-6668/ 212-385-1118 |
| 189 | MAMADOU BAH | 646-241-9564 |
| 190 | AZIZ | 917-547-8197 |
| 191 | RAY | 917-547-0183/ 646-633-9035 |
| 192 | JOHN LI | |

| ACCOUNT NUMBER | NAME | PHONE # |
|---|---|---|
| 193 | JJ | |
| 194 | CHEN | 917-417-1460 |
| 195 | ZHOU | |
| 196 | LIU | |
| 197 | MERIT TRADING INC | 212-807-0068 |
| 198 ? Related | ~~BANNY~~ CaS | ~~917-971-6760~~ 917-807-3867 |
| 199 | ALBA/ TOSCA 347-600-3083 Amy | 347-992-2811 |
| 200 | DIAN KAI JIANG | |
| 201 | CA | 917-577-8099 |
| 202 | BANNY ( ASH ) | 347-234-7727 |
| 203 | ALI | 917-627-8034 |
| 204 | ALIOUNE SECK | 347-423-2792 |
| 205 | JOHN LEE ( CASH ) | 917-662-3823 |
| 206 | A.B. TRADE INTERNATIONAL, INC | 917-412-4858 |
| 207 | LONG | ~~917-681-2268~~ |
| 208 | CA | |
| 209 | BRYAN | 347-416-9443 |
| 210 | KUNGA TENZIN | |
| 211 | ADAM LY | 917-402-4764 |
| 212 | LIKE | ~~917-682-5246~~ 560-5084 |
| 213 | CYM | 917-256-9062 |
| 214 | LILY | 646-739-6286 |
| 215 | WU BING | 917-295-1779 |
| 216 | WEI | 917-295-1779 |
| 217 | WANG YU LI PING | 917-295-8058 |
| 218 | CA | 917-662-5135 |
| 219 | LILI | |
| 220 | ZHANG | 917-417-2693 |
| 221 | AIEX JEWELRY | 212-343-1535 |
| 222 | COS ( JAM ) | 646-235-4446 |
| 223 | ZHENG DONG LAN | 646-239-6920 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 224 | PA | |
| 225 | HU XING | 917-337-9391 |
| 226 | T.J | 917-399-7037 |
| 227 | OUMAR BARRY | 646-709-3757 |
| 228 | SHEN | ~~646-301-2899~~ 646-641-1189 |
| 229 | JAM PHEL | 212-920-7605 |
| 230 | DAVID | 917-335-7597 / Lisa 646-721-0412 |
| 231 | KIN SHENG TRADING | 212-343-8708 |
| 232 | PING PING LIN ( 266 ) | 917-432-9288 |
| 233 | CHAO LONG HUANG | 917-939-8586 |
| 234 | YE XIANG WEI | 917-881-7261 |
| 235 | MONICA | 917-459-8320 |
| 236 | CAI JOEY | 646-541-1116 |
| 237 | SBN TRADING | 917-627-8034 |
| 238 | JULIA/ CHI  (Jimmy) | 917-682-6606 / 917-682-8770 |
| 239 | QU  ( Basement ) | 917-815-8660 |
| 240 | CA | 917-709-5768  917-295-6609 |
| 241 | CAS | 917-939-2597 |
| 242 | ANNIE CHEN | 646-702-0642 |
| 243 | LILI | 917-468-0344 |
| 244 | VENCEIT | |
| 245 | RASHID SM HARUN, U | 646-637-4758 |
| 246 | ASH | 347-393-7707 |
| 247 | HUANG, YUN LING | 347-558-7179 |
| 248 | LI | 347-680-1924 |
| 249 | WANG YU LI PAN | 917-295-8058 |
| 250 | CA | 917-412-3849 |
| 251 | PA | ~~646-879-6399~~ 917-731-7763 |
| 252 | GEM PARADISE | 646-643-8781 |
| 253 | GAO | 347-723-2891 ✓ |
| 254 | QU JIANG PING | 917-681-1387 |
| 255 | QU | 917-295-9529 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 256 | FUJI | 212-274-8887 |
| 257 | NEW HERBAL WOLRD | 646-479-9090 |
| 258 | HUANG | 917-567-6308 |
| 259 | TSETEN THUPTEN | 917-328-7229 |
| 260 | DAVID FANG | 917-335-7597 |
| 261 | CAI CHANG PU | |
| 262 | XIAO HUA GUAN | 917-939-1772 |
| 263 | LOURDES MERCEDES | 917-627-8034 |
| 264 | MIMI LI | 917-807-6288 |
| 265 | DING QIAO YUE  *Basement.* | 917-560-2370 |
| 266 | CASH ( PING PING LIN ) | 917-432-9288 |
| 267 | CHRISTY ZHU | 646-539-0016 |
| 268 | MICHAEL LEE | 646-853-1902 |
| 269 | XIAN YONG GAO | 646-229-1982 |
| 270 | YUKIONADA | 646-321-9621 |
| 271 | FORHAD ( FRANKY ) | 917-385-9442 |
| 272 | YE SHUI XIAN | 973-332-2727 |
| 273 | CAS | 917-559-3278 |
| 274 | PURE LION LIGHTING, INC | 718-599-5719 |
| 275 | DOU MING LU | 917-402-8148 |
| 276 | AARON ( LIN CHAO FEI ) | ~~646-705-4778~~ /917-721-2259 |
| 277 | CAI LAN FEN | 917-299-7378 |
| 278 | ~~XUE YUN WU~~ | 917-~~295-8778~~ 915-9565 |
| 279 | CASH ( CHANG HE YE ) | 646-302-5524 |
| 280 | DALEIN KABA | 646-245-2474 |
| 281 | SUSAN | 917-882-4857 |
| 282 | LIN HAI YAN | |
| 283 | JENNIFER T. | 917-681-6750 |
| 284 | NICK COOK | 917-403-4998 |
| 285 | Black Choi | 646-542-3682 |
| 286 | ~~Lili~~ Zheng Jian Hua | 917-577-7782 |
| 287 | Zeng | 917-560-3211 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 288 | PAN | 917-573-7565 |
| 289 | LI ZHAO X | 646-258-2093 |
| 290 | ZHU | 917-560-5775 |
| 291 | HUANG CHUN JIN | 917-709-7805 |
| 292 | COSH | 917-662-9676 |
| 293 | CHEN HUA | 973-332-2727 |
| 294 | CASH | 646-773-1205 |
| 295 | SUNNY | 917-815-6360 |
| 296 | FANNY CRYSTAL JEWELRY | 212-925-1898 |
| 297 | -------------------- | -------------------- |
| 298 | ZHENG GUANG RONG | 917-662-6335 |
| 299 | YUNG | 917-622-1202 |
| 300 | LO, SERIGNE, M | 917-528-5488 |
| 301 | CASH | 917-807-8261 |
| 302 | -------------------- | -------------------- |
| 303 | JIMMY/ JIN DU | 646-533-7299 |
| 304 | GUANG MANG CHEN | 917-498-9280 |
| 305 | SAI WEI PAN | 718-256-6024 |
| 306 | XU LEI XU | ~~917-682-5733~~ 646-261-5588 |
| 307 | SHERRY HO | 917-302-9839 |
| 308 | SHARON (CAS) | 917-640-9291 |
| 309 | PASHMINA | 212-965-1012 |
| 310 | JAY | 917-609-7378 |
| 311 | WU LI PO | 646-702-1106 |
| 312 | XIAO RONG LI (CAS) | 646-431-8772 |
| 313 | -------------------- | -------------------- |
| 314 | CAS (#008) Winnie | 917-886-9707 |
| 315 | -------------------- | -------------------- |
| 316 | RUBEL KHAN | 646-541-5731 |
| 317 | ASHLEY | 917-881-7276 |
| 318 | NEW TOP JEWERLY INC | 212-226-8159 |
| 319 | YE YONG CAI | 917-417-8245 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 320 | CASH | 917-578-7571 |
| 321 | H | 917-337-9391 |
| 322 | KAI | 917-299-0535 |
| 323 | MA SU FEN | ~~917-299-0785~~ 3⍾7-680-0960. |
| 324 | AINY | 917-939-0533 |
| 325 | JING ZHU | 646-289-1778 |
| 326 | 429 | 917-523-6879 |
| 327 | MAGGIE | ~~917-807-6152~~ 9⍾7-807-0190. |
| 328 | CAS | 917-559-0965 |
| 329 | LIN HUI ( AARON'S SISTER) upstairs: Lin Cha: Fu's sister | 917-807-6152 |
| 330 | CHEN.(AS) | 646-523-8191 |
| 331 | CASH (HUANG) | 917-337-5455 |
| 332 | LINDA HARRIS | |
| 333 | CAS  (AH DAO) | |
| 334 | HUANG XIN YUN | 917-299-5661 |
| 335 | LIN | 917-662-5160 |
| 336 | NANCY ( ENG WI CHABO) | 917-686-8785 |
| 337 | | |
| 338 | CASH | |
| 339 | FONG MOOK FOOK | 517-862-5739 |
| 340 | GUO XIN LI | 917-567-5721 |
| 341 | CA | 917-292-6279 |
| 342 | KOK HEONG TSENG | 917-407-7666 |
| 343 | KHAN, MUSLLEH, U / Nurul Islam | 347-712-8230 /9⍾7-704-3467 |
| 346 | CAS ( SAM ) #139 | 917-662-8861 |
| 347 | YI HUEI KAM | 347-328-3828 |
| 348 | H.S. MING XING IMPORT, inc | 646-338-3466 |
| 349 | ZHU LING | 347-723-0328 |
| 350 | LI | 917-337-7153 |
| 351 | LHAPA TSERING | 718-415-4366 |
| 352 | HUI QING LI Qiang | 917-939-2525 |
| 353 | DIPOK MOLLICK | 646-732-1728 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 354 | CA ( TONY) | 917-681-7686 |
| 355 | XIAO CHUN ZHENG | 917-378-4817 |
| 356 | MIN | 646-778-1176 |
| 357 | YUE XU | 212-920-4188 |
| 358 | ZHENG | 917-299-7358 |
| 359 | EAST GOODIES (SYLVIA) | 646-239-8689 |
| 360 | Chen lop Soon | 646-898-7864 |
| 361 | YE SHUE ZHU | |
| 362 | MOHAMMED HOSSAINI | 347-873-8818 |
| 363 | CAS (#010) | 917-567-0501 / 917-567-8165 |
| 364 | CA | 646-706-8053 |
| 365 | QI MIAO HU | 646-202-0238 |
| 366 | CASH (ANGELA) | 917-681-7588 |
| 367 | CHEN | 646-512-6093 |
| 368 | LEE | 917-577-8695 |
| 369 | BABAO | 917-418-8851 |
| 370 | CASH | 917-731-3992 |
| 371 | CASH (YANG) | 347-556-6066 |
| 372 | DISCOUNT PERFUME | 212-431-3178 |
| 373 | AMY | 917-577-9839 |
| 374 | SHI WAI PAN | 917-517-2798 |
| 375 | WILSEN HUNG | 917-559-8810 |
| 376 | CHEN MEI ZHEN(150's wife) | 917-416-1408 |
| 377 | CO 金辉 | 917-681-2860 |
| 378 | CA | 917-299-3810 |
| 379 | XIANG CHEN | 917-353-5073 |
| 380 | CAS (WINNY) | 917-886-9707 |
| 381 | LI YU QING | 917-254-7248 |
| 382 | LIN YUE FENG | 718-708-9968 |
| 383 | CAS | 917-559-0838 |
| 384 | XIU RONG | 917-519-9996 |
| 385 | SUSAN FORD | |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 386 | CASH ( ANDY) | 917-468-0050 |
| 387 | JIN SEONG SEO (CASH) | 917-294-1255 |
| 388 | CAS  水上愚弟 | 917-807-8261 |
| 389 | DONNA (CAS) | 718-710-1128 |
| 390 | MOHAMMED MONIRUZZAMAN | 347-8795089 |
| 391 | N.L LEE(BAO HIN YUE) | 917-821-5513 |
| 392 | CAS | 917-731-3650 |
| 393 | SAM CHONG | 917-640-2361 |
| 394 | KEMEI DAI | 917-478-3677 |
| 395 | CA | 917-560-8363 |
| 396 | WANG YU LI PIN | 917-559-7145 |
| 397 | ALIEU BARRY | 646-247-9901 |
| 398 | ZHOU YU LIAN | 347-291-3233 |
| 399 | LIN JIN CHENG | 646-812-0698 |
| 400 | DONG NGUYEN | 917-673-5790 |
| 401 | FANG LI PING | 646-610-3889 |
| 402 | JACK | 917662-3818 |
| 403 | CAS (JOE) | 646-207-2283 |
| 404 | CHANG YU JIANG | 917-682-4468 |
| 405 | KABIR AHMAD | 917-459-6691 |
| 406 | CHEIKH DIOUF | 646-707-1145 |
| 407 #228 | LUCY (EDDIE) 646-641-1189 | |
| 408 | CAS | 646-208-7250 |
| 409 | ZHANG WEN HU | 212-431-8433 |
| 410 | CASH (CHEN MING) | 646-691-0038 |
| 411 | CAS | 917-577-3329 |
| 412 | YANG ZONG XING | 718-7108010 |
| 413 | FASHION JEWELRY BIN, INC | 646-431-3440 (SARKI) |
| 414 孝明's friend | COS | 917-682-3064 |
| 415 | LUCKY PERFUME & GARMENT | 917-478-5731 |
| 416 孝明's friend | JMC | 917-337-9731 |
| 417 | CAS | 718-304-4484 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 418 | Gidi Fashion. | 347-741-3399 |
| 419 | Chen Fen Guang | 917-577-2338. |
| 420 | Chen | 917-682-2578 |
| 421 | Choong Kim Yoong | 646-824-0559. |
| 422 | Ring Jing | 718-812-2857 |
| 423 | Zhu Zai Hang 917-815-2398 | 646-996-3255 |
| 424 | Amy | 646-409-6168 |
| 425 | Xiao Ning Wang | 646-421-8016- |
| 426 | Emran | 917-445-7727 718-879-0623 |
| 427 | | |
| 428 | Xia Han | 646-209-6168 |
| 429 | | |
| 430 | | |
| 431 | | |
| 432 | | |
| 433 | | |
| 434 | | |
| 435 | | |
| 436 | | |
| 437 | | |
| 438 | | |
| 439 | | |
| 440 | | |
| 441 | | |
| 442 | | |
| 443 | | |
| 444 | | |
| 445 | | |
| 446 | | |
| 447 | | |
| 448 | | |
| 449 | | |

# EXHIBIT
# C

**TOSCA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax: 212-279-2571

No. 24614

DATE 7-19-07

NAME IVY

ADDRESS

CITY, STATE, ZIP

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 4 | 6385 | 22 | 88 | |
| 2 | 3 | 112 | 16 | 48 | |
| 3 | 3 | 116 | 16 | 48 | |
| 4 | 3 | 2452 | 20 | 60 | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

RECEIVED BY

TOTAL 244

KEEP THIS SLIP FOR REFERENCE

# Newcome Trading, Inc.

### d/b/a TOSCA

125 West 30th Street, New York, NY 10001
Tel : (212) 279-2570 • Fax: (212) 279-2571

**114336**

| CUSTOMERS ORDER NO. | PHONE | DATE 7-20-07 |
|---|---|---|

NAME  Yi PiNG TRADING

ADDRESS

CITY, STATE, ZIP

| | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|---|

| | QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 5 | 3010 | 22- | 110 |
| 2 | 11 | 8604 | 18- | 198 |
| 3 | 5 | 490 | 21- | 105 |
| 4 | 5 | 2551 | 18- | 90 |
| 5 | 4 | 691 | 19- | 76 |
| 6 | 4 | 692 | 18- | 72 |
| 7 | 3 | 1852 | 17- | 51 |
| 8 | 3 | 1694 | 19- | 57 |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |

RECEIVED BY

SUB TOTAL

TOTAL  759

**KEEP THIS SLIP FOR REFERENCE**

**TOSCA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

**24605**

DATE 7-16 07

| NAME | 114 |
| ADDRESS | |
| CITY, STATE, ZIP | |

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 5 | 2630 | 20 — | 100 | |
| 2 | 7 | 2211 | 20 — | 140 | |
| 3 | 3 | 2171 | 20 — | 60 | |
| 4 | 5 | 1910 | 18 — | 90 | |
| 5 | 2 | 692 | 18 — | 36 | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | TOTAL | 426 | |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                                    **24533**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

| | QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 45 | 640 | 17 — | 765 |
| 2 | 28 | 641 | 18 — | 332 |
| 3 | 15 | 9201 | 15 — | 225 |
| 4 | 8 | 1792 | 20 — | 160 |
| 5 | 5 | 2631 | 21 — | 105 |
| 6 | 5 | 1250 | 18 — | 90 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | 1907 — |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 1712 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax 212-279-2571

No. 24585

DATE 7-2-07

NAME IVY

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 3 | 2552 | 16 — | 48 | |
| 2 | 3 | 2454 | 15 — | 45 | |
| 3 | 12 | 490 | 21 — | 252 | |
| 4 | 6 | 1790 | 17 — | 102 | |
| 5 | 6 | 691 | 14 — | 132 | |
| 6 | 2 | 492 | 16 — | 32 | |
| 7 | 17 | 2538 D | 8 — | 136 | |
| 8 | 15 | 695 D | 8 — | 120 | |
| 9 | 3 | 8520 | 22 — | 66 | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | $ 1161 | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | TOTAL | 903 | |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                           **24610**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE 7-18-07

NAME

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 5 | 6385 | 22 | 110 |
| 2 | 2 | 692 | 18 | 36 |
| 3 | 6 | 802 | 17 | 102 |
| 4 | 5 | 773 | 18 | 90 |
| 5 | 8 | 604 | 18 | 144 |
| 6 | 5 | 1792 | 20 | 100 |
| 7 | 5 | 491 | 19 | 95 |
| 8 | 3 | 2551 | 18 | 54 |
| 9 | 5 | 116 | 16 | 80 |
| 10 | 2 | 112 | 16 | 32 |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | 843 |

RECEIVED BY                          TOTAL   837

KEEP THIS SLIP FOR REFERENCE

**TOSCA**    **24564**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571    DATE  6-21-07

NAME  IVY

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 10 | 3010 | 22 - | 220 |
| 2 | 25 | 2211 | 21 - | 525 |
| 3 | 5 | 8604 | 18 - | 90 |
| 4 | 3 | 491 | 19 - | 57 |
| 5 | 5 | 1914 | 17 - | 85 |
| 6 | 2 | 2551 | 18 - | 36 |
| 7 | 3 | 50 | 19 - | 57 |
| 8 | 2 | 2884 | 19 - | 38 |
| 9 | 8 | 2510 | 19 - | 152 |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

RECEIVED BY

TOTAL  1260

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                    **24575**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE: 6.26.07

NAME: IVY

ADDRESS:

CITY, STATE, ZIP:

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|----|-----|-------------|-------|--------|---|
| 1 | 5 | 1914 | 17 | 85 | |
| 2 | 6 | 2510 | 19 | 114 | |
| 3 | 5 | 640 | 17 | 85 | |
| 4 | 1 | 802 | | 17 | |
| 5 | 8 | 2630 | 20 | 160 | |
| 6 | 3 | 31 | 21 | 63 | |
| 7 | 5 | 2452 | 20 | 100 | |
| 8 | 1 | 1852 | | 17 | |
| 9 | 5 | 6385 | 22 | 110 | |
| 10 | 8 | 2172 | 20 | 160 | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

RECEIVED BY

TOTAL: 911

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

No. 24562

DATE 6-18-07

NAME _IVY_

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 6 | 6385 | 11 — | 110 | |
| 2 | 3 | 492 | 18 — | 54 | |
| 3 | 6 | 491 | 19 — | 114 | |
| 4 | 11 | 1910 | 18 — | 198 | |
| 5 | 12 | 802 | 17 — | 204 | |
| 6 | 9 | 492 | 20 — | 180 | |
| 7 | 5 | 9100 | 15 — | 75 | |
| 8 | 8 | 2171 | 20 — | 160 | |
| 9 | 10 | 2131 | 19 — | 190 | |
| 10 | 4 | 831 | 21 — | 84 | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

RECEIVED BY

TOTAL 1369

KEEP THIS SLIP FOR REFERENCE

**TOSCA**     24564
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE 6-21-07

NAME _Ivy_

ADDRESS

CITY, STATE, ZIP

| | QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 10 | 3010 | 22 - | 220 - |
| 2 | 25 | 2211 | 21 - | 525 - |
| 3 | 5 | 8604 | 18 - | 90 - |
| 4 | 3 | 491 | 19 - | 57 - |
| 5 | 5 | 1914 | 17 - | 85 - |
| 6 | 2 | 2551 | 18 - | 36 - |
| 7 | 3 | 50 | 19 - | 57 - |
| 8 | 2 | 2994 | 19 - | 38 - |
| 9 | 8 | 2510 | 19 - | 152 - |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

RECEIVED BY

TOTAL _1260 -_

KEEP THIS SLIP FOR REFERENCE

**TOSCA**        24549

125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571    DATE 6-12-07

NAME **Ivy**

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 6 | 490 | 21 | 126 | |
| 2 | 5 | 1390 | 20 | 100 | |
| 3 | 3 | 2552 | 19 | 57 | |
| 4 | 3 | 491 | 19 | 57 | |
| 5 | 2 | 2490 | 17 | 34 | |
| 6 | 8 | 2454 | 18 | 144 | |
| 7 | 4 | 2550 | 19 | 76 | |
| 8 | 7 | 51 | 18 | 126 | |
| 9 | 3 | 2630 | 20 | 60 | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

RECEIVED BY        TOTAL 780

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                    24528
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

| | DATE |
|---|---|
| NAME | 5-31-07 |

NAME        I J Y

ADDRESS

CITY, STATE, ZIP

| | QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 10 | 802 | 17 | 170 |
| 2 | 10 | 8604 | 18 | 180 |
| 3 | 3 | 1251 | 19 | 57 |
| 4 | 3 | 2630 | 20 | 60 |
| 5 | 2 | 1230 | 18 | 36 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 503 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**

125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

No. 24549

DATE 6-12-07

NAME Ivy

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|----|-----|-------------|-------|--------|---|
| 1 | 6 | 490 | 21. | 126 | |
| 2 | 5 | 1790 | 20. | 100 | |
| 3 | 3 | 2552 | 19. | 57 | |
| 4 | 3 | 491 | 19. | 57 | |
| 5 | 2 | 2490 | 17. | 34 | |
| 6 | 8 | 7454 | 18. | 144 | |
| 7 | 4 | 2550 | 19. | 76 | |
| 8 | 7 | 51 | 18. | 126 | |
| 9 | 3 | 2630 | 20. | 60 | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | TOTAL | 780 | |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

No. 24555

DATE 6-15-07

NAME Ivy

ADDRESS

CITY, STATE, ZIP

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 8 | 2172 | 19 | 152 |
| 2 | 8 | 2510 | 19 | 152 |
| 3 | 10 | 2994 | 19 | 190 |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | TOTAL | 494 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**    **24522**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE: 5-29-07

NAME: IVY

ADDRESS:

CITY, STATE, ZIP:

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 13 | 1914 | 17 — | 221 | — |
| 2 | 10 | 6 | 18 — | 180 | — |
| 3 | 3 | 2490 | 17 — | 51 | — |
| 4 | 5 | 2131 | 19 — | 95 | — |
| 5 | 3 | 6385 | 22 — | 66 | — |
| 6 | 5 | 691 | 19 — | 95 | — |
| 7 | 5 | 691 | 19 — | 95 | — |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | TOTAL | 803 | — |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                    **24533**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571    DATE 6-1-07

| | NAME | 104 | | |
|---|---|---|---|---|
| | ADDRESS | | | |
| | CITY, STATE, ZIP | | | |

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 45 | 640 | 17 — | 765 | — |
| 2 | 28 | 641 | 19 — | 532 | — |
| 3 | 15 | 901 | 17 — | 255 | — |
| 4 | 8 | 1792 | 20 — | 160 | — |
| 5 | 5 | 2631 | 21 — | 105 | — |
| 6 | 5 | 1250 | 18 — | 90 | — |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | 1907 | — |
| 18 | | | | | |
| | RECEIVED BY | | TOTAL | 1972 | |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
125 West 30th Street, New York, NY 10001.
Tel. 212-279-2570 • Fax. 212-279-2571

No. 24541

DATE 6-7-07

| NAME | IVY |
|------|-----|

| ADDRESS | |
|---------|---|

| CITY, STATE, ZIP | |
|------------------|---|

| | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|-----|-------------|-------|--------|
| 1 | 5 | 1780 | 20 | 100 |
| 2 | 5 | 1914 | 17 | 85 |
| 3 | 19 | 25380 | 8 | 152 |
| 4 | 10 | 2550 | 19 | 190 |
| 5 | 10 | 51 | 18 | 180 |
| 6 | 10 | 52 | 18 | 180 |
| 7 | 5 | 641 | 18 | 45 |
| 8 | 3 | 2630 | 20 | 60 |
| 9 | 3 | 31 | 21 | 63 |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

| RECEIVED BY | | TOTAL | 1115 |
|-------------|---|-------|------|

KEEP THIS SLIP FOR REFERENCE

# EXHIBIT

# **D**

# Greenberg Traurig

Julie Bookbinder
Tel. 212.801.8948
Fax 212.805.9412
bookbinderj@gtlaw.com

July 30, 2007

**BY OVERNIGHT MAIL**
China Trust Bank (U.S.A.)
41-60 Main St., Suite 301B
Flushing, NY 11355
Attention: Banking Ops Dept.

      Re:    **Chloe S.A.S., J. Choo Limited v. Ken Chen, et al**
                 **Civil Action No. 07-6491 (WHP)**

Dear Ms. Ho:

      We follow up on our letter of July 25 in which we served you with a Temporary Restraining Order which provided for the freezing of accounts of Defendants in the above-referenced matter. At this time, Plaintiffs have agreed to release $100,000 from restraint on Lisa Wu's China Trust Bank Superplus Checking Account No. 18102181302 (the "Superplus Account"). Plaintiffs will continue the asset restraint on the remaining balance of $108,198.53 in the Superplus Account, as well as the other accounts on hold at China Trust Bank in the names of Quick Global Shipping Inc. and Lisa Wu. Plaintiffs hereby instruct China Trust Bank to release, effective today, the agreed upon amount of $100,000 from the Superplus Account.

Thank you for your assistance with this matter.

                    Very truly yours,

                    GREENBERG TRAURIG, LLP

                    By:_____
                        Julie Bookbinder

CC: Mahendra Ramgopal, Esq.

# Greenberg Traurig

Julie Bookbinder
Tel. 212.801.6946
Fax 212.805.9412
bookbinderj@gtlaw.com

July 30, 2007

**BY EMAIL (mmramgopal@yahoo.com)**
**AND OVERNIGHT MAIL**
Mahendra Ramgopal, Esq.
59 Franklin St.
Ground Floor C
New York, NY 10013

> Re: **Chloe S.A.S., J. Choo Limited v. Ken Chen, et al**
> **Civil Action No. 07-6491 (WHP)**

Dear Mahendra:

In reliance on your conversations with Katherine Compton and acceptance of service on behalf of Lisa Wu individually, we have instructed China Trust Bank to release $100,000 from restraint in Lisa Wu's Superplus Checking Account. We appreciate your continued cooperation in this matter and will forward expedited discovery requests shortly.

Very truly yours,

GREENBERG TRAURIG, LLP

By: _____
Julie Bookbinder

Enclosure