IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| CHLOÉ, S.A.S., J. CHOO LIMITED<br>Plaintiffs,<br>- against -<br>KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),<br><br>Defendants. | Civil Action No.: 07 CV 6491 (WCP)<br><br>[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]<br><br>DECLARATION OF GREGORY A. NYLEN IN SUPPORT OF REPLY TO DEFENDANTS NEWCOME TRADING, INC.'s d/b/a TOSCA, NEW WEALTH, INC.'s d/b/a TOSCA and TOSCA HANDBAGS' OPPOSITION TO THE TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY ORDER, ORDER RESTRAINING ASSETS AND ORDER SEALING FILE AND OPPOSITION TO CROSS-MOTION FOR RELEASE OF SEIZED ASSETS |

I, Gregory A. Nylen, declare as follows:

1.  I am an attorney licensed to practice law in the State of California. I am a shareholder at the law firm of Greenberg Traurig, LLP, counsel to Chloé, S.A.S. and J. Choo Limited (collectively, "Plaintiffs"). I make this declaration in support of Plaintiffs' Reply to Defendants Newcome Trading, Inc.'s ("Newcome") d/b/a Tosca, New Wealth, Inc.'s ("New Wealth") d/b/a Tosca and Tosca Handbags' ("TH") (collectively, "Tosca

Defendants") Opposition to Plaintiffs" *ex parte* Application for a Temporary Restraining Order, Seizure Order, Order to Show Cause for a Preliminary Injunction, Expedited Discovery Order, Order Restraining Assets and Order Sealing File ("TRO") and Opposition to Tosca Defendants' Cross-Motion for Release of Seized Assets as it applies to the Tosca Defendants. If called as a witness, I could testify to the following upon personal knowledge and/or upon my review of GT's files on this matter.

2. On July 26, 2007, I participated in the execution of the TRO upon Defendant New Wealth at 3801 Broadway Place, Los Angeles, CA 90037. During the seizure, I spoke with a man who identified himself as Joseph Choi, Sales/Marketing Director of New Wealth Trading d/b/a TOSCA USA. I also spoke with a man who identified himself as Jason Chang, Sales/Marketing Associate of New Wealth Trading d/b/a TOSCA USA. Attached hereto as Exhibit A are true and correct photocopies of these individuals' business cards that they handed to me during the seizure.

3. When I spoke to Mr. Choi and Mr. Chang, they stated Newcome representatives had alerted them prior to our arrival that GT attorneys would be coming to their business, and that, as a result, New Wealth was expecting us. It was clear to me that the New Wealth representatives that I met were not the least bit surprised by our arrival and acted in a fashion that confirmed they were expecting me.

4. I observed in the New Wealth warehouse high stacks of goods, sometimes nearly to the ceiling. There were noticeable gaps in those stacks (the piles were significantly lower) where they kept the style numbers identified as Counterfeit Products. In fact, some of these particular stacks were in disarray, as opposed to the neatly stacked piles surrounding them.

NY 238490744

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 2, 2007 at Santa Monica, California.

*Gregory A. Nylen* (signature)

Gregory A. Nylen

# EXHIBIT A



**Joseph Choi**
Sales/Marketing Director
joseph.tosca@gmail.com

Tel. 323.235.4110 • Fax. 323.235.2533
Corp. Office 3801 Broadway Place  Los Angeles, CA 90037



**Jason Chang**
Sales/Marketing Associate
jason.tosca@gmail.com

Tel. 323.235.4110 • Fax. 323.235.2533
Corp. Office 3801 Broadway Place  Los Angeles, CA 90037

**TOSCA** Los Angeles
1116 S. Main St. LA. CA 90015
Tel. 213.748.0300 / Fax 213.748.0456

**TOSCA** New York
125 W. 30th St, New York, NY 10001
Tel. 212.279.2570 / Fax 212.279.2571

**TOSCA** Korea
Castle Plaza 305
289-13 Sung-Soo 2ga Dong
Sung-Dong Gu, Seoul, Korea
Tel. 82.2.467.8426  Fax 82.2.465.8443

**TOSCA** Japan
2-14-12 Minami-Aoyama, Minato-Ku
Tokyo, Japan
Tel. 81.3.3402.6015  Fax 81.3.3402.6562