# EXHIBIT

# A

**STARTING 2007 SPRING ORDERS**

| | | | | | | blk | tan | white | Yellow | red | T/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005-12-23 | W-468 | TESS RE-O | 04-Jan | X | | W-468 | blk | | | | T/Q |
| purple taxca | | 640 GRP | THUR | | 5500 PCS | 640 | 800 | 800 | 450 | 450 | 3600 |
| | | SOFT EMB | | | HD HIGHNESS V.106E | 641 | 700 | 800 | 400 | 400 | 2500 |
| | | SHINY SILVER | | | | 21-Dec | | | | | 6000 |

| | | | | | | blk | tan | red | white | red | T/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005-12-23 | W-474 | AV & WALLETS | 04-Jan | X | | W-474 | blk | | | | T/Q |
| purple taxca | | 6440, 6700, 6900 | THUR | | 5000 PCS | 6440 | 1100 | | | 1100 | |
| | | EMB MATL | | | ?? | 6700 | 800 | 300 | 400 | 600 | 2100 |
| | | EMB PVD MATL | | | | 6770 | 900 | 400 | 400 | 400 | 1100 |
| | | SHINY SILVER | | | | 6900 | 700 | 300 | | | 1700 |
| | | | | | | 24-Dec | | | | | 6000 |

PART/ALL

| | | | | | | blk | tan | white | red | T/Q |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005-12-30 | W-488 | GLDE | 11-Jan | X | | W-488 | blk | | | T/Q |
| blk design | | 2370 GRP | THUR | | 9050 PCS | 2370 | 500 | 350 | 250 | 1450 |
| | | WRINKLE PVC | | | HD FREEDOM V.104E | 2371 | 500 | 350 | 250 | 1650 |
| | | shiny silver | | | | 2372 | 600 | 350 | 250 | 1650 |
| | | | | | | 2373 | 700 | 400 | 300 | 1650 |

* 10PCS OF GRP 2370 & 2371 WILL DELIVER ON 09 JAN ETD
PART/ALL 10PCS OF GRP 2370 & 2371 WILL DELIVER ON 09 JAN ETD

| | | | | | | blk | tan | white | red | T/Q |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005-12-31 | W-488 | GLDE + | 13-Jan | | | W-488 | blk | | | T/Q |
| blk design | | 2370 GRP | SAT | | | 2374 | 700 | 300 | 300 | 1100 |
| | | | | | APL. PHILIPPINES V.107E | 1400 50# | 450 | 300 | 300 | 1050 |
| | | | | | | 30-Dec | | | | 8000 |

| | | | | | | blk | tan | white | pink | red | T/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005-01-06 | W-470 | baking bag | 18-Jan | X | | W-470 | blk | | | | T/Q |
| purple taxca | | 950 GRP | THUR | | 6180 PCS | 950 | 800 | 400 | 300 | 300 | 1800 |
| | | similar TP MATL | | | HD DUKE 1ST E | 952 | 800 | 300 | 300 | 300 | 1680 |
| | | SHINY SILVER | | | | 953 | 800 | | | | 1680 |
| | | | | | | 04-Jan | | | | | 6180 |

* 900 PCS OF 950 GRP WILL DELIVER ON 13 JAN ETD

PARTIAL-WILL DELIVER OH 13 JAN ETD

| | | | | | | blk | tan | white | pink | red | T/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | W-470 | blk | tan | white | pink | red | T/Q |
| | | | | | | 950 | 600 | 400 | 400 | 70 | 70 | 1080 |
| | | | | | | 952 | 800 | 200 | 80 | 40 | 70 | 330 |
| | | | | | | 953 | 100 | 100 | 140 | 130 | 30 | 460 |
| | | | | | | 04-Jan | | | | | | 840 |

| | | | | | | blk | white | tan | white | red | T/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005-01-13 | W-471 | silver buckle, belt | 25-Jan | | | W-471 | blk | | | | T/Q |
| purple taxca | | 1980 GRP | THUR | | 4500 PCS | 1980 | 600 | 600 | 350 | 350 | 1800 |
| | | red emb | | | HD INDEPENDENCE 109E | 1981 | 700 | 600 | 400 | 400 | 2100 |
| | | shiny silver | | | | 1982 | 700 | 300 | | | 600 |
| | | | | | | 13-Jan | | | | | 4600 |

2007-C

| | | blk | tan | white | pink | olive | powder | | |
|---|---|---|---|---|---|---|---|---|---|
| W-7702 | 2800 | 600 | 400 | 400 | 400 | 300 | 300 | | |
| | 2831 | 600 | 400 | 400 | 400 | 300 | 300 | | |
| | 2831 | 600 | 400 | 400 | 400 | 300 | 300 | | |
| | 2832 | 600 | 400 | 400 | 400 | 300 | 300 | | |
| | 2835 | 1600 | 1000 | 1000 | 1000 | 300 | 300 | | |
| 21-Jul | | | | | | | | | |

| | | blk | tan | white | olive powder | | | |
|---|---|---|---|---|---|---|---|---|
| W-7703 | 6380 | 200 | | | | 700 | | |
| | 6381 | 200 | | | | 2500 | | |
| | 6382 | 600 | 400 | 400 | 300 | 2000 | | |
| | 6382 | 600 | 400 | 400 | 300 | 2000 | | |
| | 6702 | 600 | 600 | | | 600 | 1500 | |
| 21-Jul | | | | | | | 0700 | |

| | | blk | white | natural | powder | gold | | |
|---|---|---|---|---|---|---|---|---|
| W-7705 | 2700 | 600 | 600 | 600 | 600 | 600 | | |
| 2791 or 2792 | 600 | 600 | 600 | 600 | | 2400 | | |
| 14-Jul | | | | | | 2400 | | |

| | | blk | red | medler | white | orange | tan | |
|---|---|---|---|---|---|---|---|---|
| W-7704 | 600 | 600 | 600 | 600 | 300 | | | |
| | 8836 | 600 | | | | | 400 | |
| | 8841 | 600 | | | | | 300 | |
| 25-Jul | | | | | | | | |

| | | blk | white | silver | gold | | | |
|---|---|---|---|---|---|---|---|---|
| W-7706 | 600 | 700 | 600 | 2800 | | | | |
| 3010 or 3011 | 600 | 700 | 600 | 2800 | | | | |
| | 3072 | 600 | 700 | 300 | 1400 | | | |
| | 3073 | 600 | 700 | 300 | 2800 | | | |
| 3014 or 3015 | 600 | 700 | 300 | 8200 | | | | |
| 20-Jul | | | | | | | | |

| | | blk | white | tan | metallic | | | |
|---|---|---|---|---|---|---|---|---|
| W-7704 | 2800 | 900 | 700 | 600 | 2800 | | | |
| 2881/720 | 900 | 700 | 600 | 2800 | | | | |
| 2883/74 | 900 | 700 | 600 | 2800 | | | | |
| 28-Jul | 900 | 700 | 600 | 7000 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2007-04-21 | W-7702 | 1st RBO | 08-May | ?? | | | |
| 1st design | | 2500 GRP | THUR | | | | |
| | | BOTT EMB | | | | | |
| | | SHINY SILVER | | | | | |
| purple fleece | | | | | | | |
| 2007-04-21 | W-7703 | TWIST & NJ WALL | 08-May | 6000 PCS | | | |
| | | RESOLER_COLO | THUR | | | | |
| purple fleece | | EMB | | ?? | | | |
| | | SHINY SILVER | | | | | |
| 2007-04-31 | W-7705 | Lambert clear bag | 08-May | 4000 PCS | | | |
| | | 2760 GRP | THUR | | | | |
| purple fleece | | VINYL+TIP TRIM | | | | | |
| | | SHINY SILVER | | | | | |
| 2007-04-26 | W-7704 | MIX RB-O | 11-May | ?? | | | |
| purple fleece | | 6245, BODL 8441 | THUR | | | | |
| | | paisly ?, w | | ?? | | | |
| 2007-04-26 | W-7704 | BALLEN-O | 11-May | 6200 PCS | | | |
| 1st design | | 8010 GRP | THUR | | | | |
| | | TM497 / PRO MAN'S | | ?? | | | |
| | | ANTIQUE BRONZE | | | | | |
| 2007-04-28 | W-7705 | ??? | 18-May | 7800 PCS | | | |
| 1st design | | 2500 GRP | THUR | | | | |
| | | BUILD MT TP | | | | | |
| | | BRUSH GOLD | | | | | |

# EXHIBIT

# B

# Newcome Trading, Inc. d/b/a TOSCA

125 West 30th Street, New York, NY 10001
Tel : (212) 279-2570 • Fax: (212) 279-2571   **113035**

| CUSTOMERS ORDER NO. | PHONE | DATE 2-20-07 |
| --- | --- | --- |

**NAME** E XCHANGE 3 CLOTHIER

**ADDRESS**

**CITY, STATE, ZIP**

| | QTY. | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | 5 | 1990 | 22. | 110 |
| 2 | 2 | 2171 | 22. | 44 |
| 3 | 2 | 2370 | 21. | 42 |
| 4 | 2 | 1912 | 22. | 44 |
| 5 | 5 | 6382 | 16. | 80 |
| 6 | 2 | 2172 | 22. | 44 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| RECEIVED BY | | Bal | | 364 |

**KEEP THIS SLIP FOR REFERENCE**

# EXHIBIT
# C



M. LOS ANGELES, CA.90037, USA.                                    Date:

| 番号<br>Article | 品 名<br>Description/Spek | 数 量<br>Quantity | |
|---|---|---|---|
| | **LADIES HANDBAGS** | **PIECE** | FO |
| | ORDER NO. : W-713<br>MATERIAL : 4445 PVC/WRINKLED PVC, CHEAPER BLK LINING | | |
| |     BLK   HEN   PEWTER  WHT  RED | | |
| | #831    900   600   600     500   2,500 | | |
| | 6773   700   300   500     400   2,100 | | |
| | #1614  500   300   300     300   1,400 | | |
| | #1600  800       600   600  600   2,600 | | |
| | ORDER NO. : W-711<br>MATERIAL : SOFT EMB PVC, CHEAPER BLK LINING | | |
| |     BLK  TAN  SILVER  WHT  RED | | |
| | #115   240  150  200   200  150 | 540 | |
| | **TOTAL :** | **9,540 PCS** | |
| | (SAY TOTAL U.S. DOLLARS FIFTY NINE THOUSAND EIGHT HUNDRED SIX | | |
| | *DRAWN UNDER L/C NO. NBCM00109221 OF NARA BANK, LOS ANGELES DATE | | |
| | *FROM HONG KONG TO LONG BEACH, U.S.A. AS PER VESSEL "OOCL LONG BEA | | |
| | *THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.* | | |

Warehouse  in  (Mon  6/25)



07-MAR-2007 18:02  FROM HEAD OFFICE                              TO 00021

MAN TUNG  MAN TUNG HANDBAG PRODUCTS FACTO

No. [ 2930 ]                                    發 票
                                               INVOICE

NEW WEALTH TRADING, INC.
2801 BROADWAY PLACE,
LOS ANGELES, CA 90021, USA.                              Date:

| 數量 | 貨 名 Description/Unit | | 單位 Quantity | FOB H |
|---|---|---|---|---|
| | LADIES HANDBAG | PIECE | |
| | | | |
| | ORDER NO.: W-677 | | |
| | MATERIAL : SOFT EMB PVC, CHEAPER BLK LINING | | |
| | BLK TAN WHT YELLOW OLIVE | | |
| | #6640     40   310   990   960   660 | 2,160 | |
| | #6641     60    40   690   140   220 | 1,130 | |
| | | | |
| | ORDER NO.: W-681 | | |
| | MATERIAL : TR-4467 PVC, CHEAPER BLK LINING | | |
| | BLK PINK PEWTER TAN | | |
| | #2110    150    20    15    50 | 300 | |
| | | | |
| | ORDER NO.: W-683 | | |
| | MATERIAL : 6445 PVC, CHEAPER BLK LINING | | |
| | BLK BEIGE WHT PEWTER | | |
| | #2110      7    10   240    20 | 270 | |
| | #2211     20    20   185    20 | 240 | |
| | | | |
| | TOTAL : | 4,320 PCS | |

Warehouse in Mon (3/19)

| 原料 Materials | 品 名 Specification/Goods | | | | | | | 數 量 Quantity |
|---|---|---|---|---|---|---|---|---|
| **LADIES HANDBAGS** | | | | | | | | **PIECE** |
| ORDER NO.: W-704 | | | | | | | | |
| MATERIAL: EMB PVC/PLAIN PVC, CHEAPER BLK LINING | | | | | | | | |
| | BLK | RED | PEWTER | WHT | ORANGE | TAN | PINK | |
| 20/ #9343 | 500 | 300 | / | 300 | 300 | / | 200 | 1,600 |
| #8604 | 600 | / | 300 | 500 | / | 400 | / | 2,000 |
| #9441 | 500 | / | / | 200 | / | 300 | | 1,000 |
| ORDER NO.: W-705 | | | | | | | | |
| MATERIAL: WRINKLED PVC, CHEAPER BLK LINING | | | | | | | | |
| | BLK | WHT | SILVER | GOLD | | | | |
| #3010 | 600 | 400 | 300 | 300 | | | | 1,600 |
| #3012 | 600 | 400 | 300 | 300 | | | | 1,600 |
| #3013 | 210 | 300 | 300 | 300 | | | | 1,210 |
| #3015 | 600 | 400 | 300 | 300 | | | | 1,600 |
| ORDER NO.: W-712 | | | | | | | | |
| MATERIAL: 4445 PVC/WRINKLED PVC, CHEAPER BLK LINING | | | | | | | | |
| | BLK | REN | PEWTER | WHT | RED | | | |
| 20/ #2211 | 1,000 | 700 | 700 | 600 | 700 | | | 3,700 |
| 20/ #2214 | 400 | 250 | 250 | 250 | / | | | 1,150 |
| ORDER NO.: W-713 | | | | | | | | |
| MATERIAL: PVC, CHEAPER BLK LINING | | | | | | | | |
| | BLK | REN | PEWTER | WHT | RED | GOLD | OLIVE | |
| #840 | 1,200 | 900 | 900 | 600 | 1,000 | 600 | 500 | 5,700 |
| #841 | 1,000 | 800 | 800 | 500 | 800 | 500 | 400 | 4,800 |
| ORDER NO.: W-694 | | | | | | | | |
| MATERIAL: TR-4445 PVC/PLAIN PVC, CHEAPER BLK LINING | | | | | | | | |
| | BLK | TAN | WHT | LEEWTEE | | | | |
| #2510 | 20 | / | 40 | / | | | | 60 |
| #2511 | 10 | 20 | 40 | 60 | | | | 130 |
| **TOTAL:** | | | | | | | | **26,192 PCS** |

Warehouse in Mon 6/18

| 貨號 Article No. | 貨名 Description/Style | 數量 Quantity |
|---|---|---|
| | **LADIES HANDBAGS** | **PIECE** |
| | ORDER NO.: W-698. | |
| | MATERIAL: TR-4445 PVC/ PLAIN PVC, CHEAPER BLK LINING | |

| | BLK | TAN | WET | L.PEWTER | |
|---|---|---|---|---|---|
| #2510 | 700 | 500 | 560 | 600 | 1,440 |
| #2511 | 790 | 480 | 560 | 540 | 2,570 |

ORDER NO.: W-706
MATERIAL: TR-4445 PVC, CHEAPER BLK LINING

| | BLK | WET | TAN | SILVER | GOLD | |
|---|---|---|---|---|---|---|
| #1000 | 170 | 400 | 320 | 120 | 90 | 950 |
| #2503 | 160 | 400 | 300 | 60 | 220 | 1,140 |
| #2504 | 120 | 400 | 300 | 40 | 240 | 1,100 |

ORDER NO.: W-707
MATERIAL: EMB PVC/WRINKLED PVC/TR-4421 PVC, NYLON/CHEAPER

| | BLK | TAN | PEWTER | WET | RED | |
|---|---|---|---|---|---|---|
| #2772 | 500 | 350 | 250 | 150 | 250 | 1,500 |
| #2171 | 600 | / | 400 | 300 | 400 | 1,700 |
| #2172 | 600 | / | 400 | 300 | 400 | 1,700 |

ORDER NO.: W-705
MATERIAL: WRINKLED PVC, CHEAPER BLK LINING

| | BLACK | |
|---|---|---|
| #3013 | 190 | 190 |

| | | |
|---|---|---|
| **TOTAL:** | | **13,600 PCS** |

(SAY TOTAL U.S. DOLLARS EIGHTY SIX THOUSAND NINE HUNDRED

Warehouse in (Mon 6/11)

| 型號<br>Article No. | 品名<br>Description/Item | | | | | 數量<br>Quantity |
|---|---|---|---|---|---|---|
| **LADIES HANDBAGS** | | | | | | **PIECE** |
| | | | | | | |
| ORDER NO.: W-702 | | | | | | |
| MATERIAL: SOFT EMB PVC, CHEAPER BLK LINING | | | | | | |
| | BLK | TAN | WHT | OLIVE | PEWTER | |
| #2140 | 40 | 10 | 20 | 20 | 140 | 140 |
| #2131 | 20 | 10 | 70 | 10 | 20 | 150 |
| | | | | | | |
| ORDER NO.: W-705 | | | | | | |
| MATERIAL: EMB PVC, BLK NYLON LINING | | | | | | |
| | BLK | TAN | PINK | WHT | OLIVE | |
| #6340 | | 200 | / | / | / | 200 |
| #6341 | 100 | 260 | 100 | 400 | 30 | 1,100 |
| #6342 | 60 | 20 | 60 | 40 | 30 | 200 |
| | | | | | | |
| ORDER NO.: W-506 | | | | | | |
| MATERIAL: TR-4445 PVC, CHEAPER BLK LINING | | | | | | |
| | BLK | WHT | TAN | SILVER | GOLD | |
| #2990 | 430 | / | 190 | 120 | 220 | 950 |
| #2995 | 440 | / | / | 240 | 80 | 760 |
| #2994 | 480 | / | / | 260 | 60 | 800 |
| | | | | | | |
| ORDER NO.: W-708 | | | | | | |
| MATERIAL: SOFT EMB PVC, CHEAPER BLK LINING | | | | | | |
| | BLK | WHT | LT BROWN | PEWTER | RED | |
| #640 | 410 | 400 | 400 | 40 | 200 | 1,950 |
| #641 | 600 | 130 | 300 | 400 | 200 | 1,630 |
| | | | | | | |
| ORDER NO.: W-709 | | | | | | |
| MATERIAL: TR-4445 PVC, CHEAPER BLK LINING | | | | | | |
| | BLK | WHITE | SILVER | RED | GOLD | |
| #2550 | 20 | 60 | 20 | 180 | / | 280 |
| #2552 | 40 | 370 | 400 | 60 | 140 | 1,010 |
| | | | | | | |
| **TOTAL:** | | | | | | **9,630 PCS** |

Warehouse in Mon (6/4)

# EXHIBIT

# D

Porox : 1/19/04 : 630. – 此
1/22/04 : 3,457. 此
1/23/04 : 3,317.50 此
Total : 7405. 此

C.C : 1,298. 此 x0 此
(2,469.—)

★ J. Young : 660. 此 x0 此
Maritza : 460. 此
(298A) : (460.—)

421A : 420. 此
(1043.—)
X-L : 414. 此
(198.—)
298A : 400. 此
(0.—)

1/17/05 ( Wed. Sunny. 32°F )
Sale was nothing.

1/20/05 ( Thur. Sunny. 32°F )
C-C. : 2860. 此
(CR 391.—)

★ J. Young : 330. 此 x0 此
_____ : _____ ( post-check )

X-C : 721. 此 x0 ( CR : 391.— )
( Rot : 330.— )

421A : 240. 此 x0 此
(1,284.—)

251A : 1,318. 此
250 : 780. 此
(309.—)

1/21/05 ( Fri. Sunny. 18°F )

New Star : 1053. 此
(0.—)
Xiaoling : 520. 此 x0 此
(2,573.—)

421A : 572. 此 x0 此
(1,857.—)

★ J. Young : 1,640. 此 x0 此
zhang. : 324. 此 x0 此
(324.—)

Porox : 607. 此 x0 此

1/22/05 ( Sat. Snow. 18°F )
C.C : 1,488. 此

C-C : 177. 此 0 ( CR 1,158.— )

1/24/05 ( Mon. Sunny. 22°F )
_____ : _____ ( post-ck )

421A : 276. 此 x0 此
(2,133.—)

251A : _____ 此 x0 此

X-L : 96. 此 x0 此
(285.—)

Xiao-Ling : 336. 此 x0 此
(2,909.—)

Porox : 560. 此 x0 此

★ J. Young : 565. 此 x0 此

1/25/05 ( Tue. Sunny. 32°F )

New Star : 418. 此 x0 此
(418.—)

C.C. bounced ck : (846. + 9.—) 84.

C.C : 1,423. 此 x ( 8ck 1,296.— )

Tom : 201. 此
( _____ )

7/26/08 (Tue. 95°F. Sunny)
JD : 13.00. 7/31
260 : 1063. 7/31

7/27/08 (Wed. 98°F. Sunny)

7/28/08 (Thur. 80°F. Sunny)
260. : 862. 7/29

7/29/08 (Thur. 83°F. Sunny)

7/30/08 (Sat. 83°F. Sunny)

8/1/08 (Mon. 87°F. Sunny)

8/2/08 (Tue. 92°F. Sunny)
421. : 309. 8/6
375 : 630. 8/6
JD : 31x 4/6

8/3/08 (Wed. 96°F. Sunny)
260. : 1,212. 8/6
298 : 86. 8/6

8/4/08 (Thur. 97°F. Sunny)
268 : 400.—

8/5/08 (Thur. 97°F. Sunny)

8/6/08 (Sat. 86°F. Sunny)

8/8/08 (Mon. 85°F. Sunny)
268 : 388. 8/9
421 : 624. 8/9
lovely : 204. 8/9
287 : 193. 8/9
Timmy : 903. 8/9
375 : 1,163. 8/9

8/9/08 (Tue. 83°F. Sunny)
260 : 1000. 8/10

8/10/08 (Wed. 85°F. Sunny) ●

8/11/08 (Thur. 92°F. Sunny)

8/12/08 (Fri. 93°F. Sunny)

8/13/08 (Sat. 98°F. Sunny)

8/15/08 (Mon. 86°F. Cloud)
260 : 899. 8/16

8/16/08 (Tue. 80°F. Cloud)
Timmy : 10.77. 8/17
251A : 834. 8/17
JD : 823. 8/17
375 : 424. 8/17
268 : 2,662. 8/17

8/17/08 (Wed. 87°F. Sunny)  ●

8/18/08 (Thur. 82°F. Sunny)

8/19/08 (Fri. 80°F. Sunny)
298 : 63. 8/21
260 : 768. 8/21

8/20/08 (Sat. 84°F. Cloud)

8/22/08 (Mon. 87°F. Sunny)
260 : 1012. 8/23
268 : 967. 8/23         for sale
421 : 860. 8/23     ( for it. )

8/23/08 (Tue. 80°F. Sunny)
lovely : 708. 8/24
JD : 300. 8/24
XL : 612. 8/24

8/24/08 (Wed. 81°F. Sunny)  ●
375 : 708. 8/24

# EXHIBIT

# E







# EXHIBIT
# F

# Account Phonebook List

| Company Name | Name | | Phone #. |
|---|---|---|---|
| 4 Season | | cell | 917-282-6754 |
| 214 Kinghom St. Wholesalers | Marcello | cell | 646-281-1446 |
| 250 | Lucy | cell | 917-578-3053 |
| 251A | Kenny | cell | 347-236-7213 |
| 373 Canal St. | Jenny | cell | 917-416-9340 |
| 375 Canal St. | Lin | cell | 917-907-1880 |
| Andrew Berg | Andy | cell | 917-721-0340 |
| Anna | 34W. 33ST. #300 | store | 212-244-1616 |
| Bijou Inc. | Brian | cell | 770-262-4811 |
| | | store | 404-350-7959 |
| Carole Ann's Corner | Carole Ann | cell | 914-960-0642 |
| | | store | 914-725-1472 |
| C & W Shoes of Georgia, Inc | Medora Ware | cell | 678-296-6791 |
| | | store | 770-642-0051 |
| C.C. Gift Shop | Allen | cell | 917-306-4982 |
| Diva's | Angela | cell | 248-910-0916 |
| | | store | 313-271-2775 |
| DKM Accessories | Debbie | cell | 813-310-1006 |
| | | store | 813-902-0044 |
| Double Take Designs | Lauradell | cell | 917-696-2899 |
| | | store | 919-572-5620 |
| Erika | | cell | 631-834-1261 |
| Expressions | Shah | cell | 202-271-7903 |
| | | store | 202-775-9299 |
| Georgetown & Co. | Caroll | cell | 609-458-1904 |
| | | home | 856-482-9109 |
| | | fax | 856-482-2433 |
| House of Style | Vicky | cell | 404-819-2509 |
| | | store | 678-584-4678 |
| Jadey Discount | Wendy | cell | 347-728-1722 |
| Jem Treasures | Jane | cell | 203-414-6860 |
| Jiang | Jiang | cell | 917-681-5830 |
| Jun | Jun | cell | 917-528-6350 |
| Lori's Designer Shoes | Lori | cell | 847-921-9519 |
| | | store | 773-281-5655 |
| Lovely Inc. | Mrs. Kim | cell | 201-233-3611 |
| Lucky Gifts Inc. | Lily | cell | 347-386-5552 |
| Mott St. Gift Shop | Ashley | cell | 917-562-2156 |
| | | store | 212-791-0351 |
| New Fortune Inc. | Chai | cell | 917-335-6445 |
| Patricia Bernard | Patty | cell | 910-287-1175 |
| | | home | 810-664-5733 |
| | (Dave Bernard) | fax | 810-236-0593 |
| Revenge Stores Corp. | Michael | cell | 917-575-7840 |
| & | | store 1 | 212-740-3499 |
| Rush 1 | Michael | store 2 | 718-220-1212 |
| Seven Seas Enterprises | Seda | cell | 407-928-8216 |

# EXHIBIT
# G

## Jun Summary

Y 2007

1) Total Sales                    128,514.00
                         (Jun Goal = 100,000.00)

\*. Yearly Progress
Total by Jun / Year's Goal    =    849,733.00 / 1,710,000.00 = 50%

2) Market Share

| % | Jun.07 | May.07 | Apr.07 | Mar. 07 | Feb. 07 | Jan. 07 | Dec. 06 | Nov. 06 | Oct. 06 |
|---|---|---|---|---|---|---|---|---|---|
| Chinatown | 32 | 28 | 31 | 22 | 24 | 25 | 30 | 34 | 32 |
| Local | 12 | 14 | 11 | 19 | 10 | 17 | 46 | 3 | 11 |
| Broadway | 38 | 41 | 48 | 44 | 44 | 45 | 14 | 50 | 44 |
| Otherstates | 10 | 11 | 10 | 14 | 10 | 13 | 9 | 10 | 8 |
| Overseas | 8 | 6 | 0 | 1 | 12 | 0 | 1 | 3 | 5 |

| Sep. 06 | Aug. 06 | July 06 | June 06 | May. 06 | Apr.06 | Mar. 06 | Feb. 06 | Jan. 06 | Dec. 05 |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 35 | 20 | 18 | 28 | 35 | 19 | 29 | 25 | 28 |
| 14 | 16 | 22 | 26 | 23 | 19 | 25 | 20 | 30 | 37 |
| 48 | 33 | 42 | 40 | 38 | 33 | 33 | 32 | · 19 | 21 |
| 10 | 14 | 14 | 15 | 10 | 12 | 12 | 16 | 26 | 10 |
| 1 | 2 | 2 | 1 | 1 | 1 | 11 | 3 | 0 | 4 |

3) Purchased from LA

| | Date | Inv. No. | Q'ty(pcs) | Styles | Amount |
|---|---|---|---|---|---|
| 1 | 06/01/07 | 53399 | 920 | 640 Group, Mix | 13,220.00 |
| 2 | 06/04/07 | 53400 | 1200 | 2452 Group, Mix | 19,110.00 |
| 3 | 06/08/07 | 53538 | 1090 | 640 Group | 16,285.00 |
| 4 | 06/08/07 | 53539 | 1390 | 2550 Group | 21,125.00 |
| 5 | 06/15/07 | 53540 | 1860 | 2510, 2990 Group | 30,270.00 |
| 6 | 06/18/07 | 53541 | 486 | Mix | 7,435.00 |
| 7 | 06/21/07 | 53542 | 2880 | 3010, 2211 Group | 48,390.00 |
| 8 | 06/25/07 | 53543 | 560 | · Mix | 8,000.00 |
| 9 | 06/29/07 | 53544 | 1960 | 112,773,831,1614 Gr | 27,970.00 |
| | | Total : | 12,346 Pcs | Total : | 191,805.00 |

4) Open Account Status

| | May Bal. | Jun Paying | Jun Buying | Jun Balance |
|---|---|---|---|---|
| J. Young | 12,206.50 | 12,206.50 | 11,102.00 | 11,102.00 |
| Porox | 11,600.50 | 8,260.00 | 9,639.00 | 12,979.50 |
| B.J. Trading | 21,172.50 | 21,172.50 | 11,717.00 | 11,717.00 |
| H.C. Wholesalers | 19,750.00 | 24,662.00 | 14,370.00 | 9,458.00 |
| | | | Total: | 45,256.50 |

**5) Cash Pay Expense Summary**                 Total : 16,700.00

| | | |
|---|---|---|
| 1 | Wages | 9,050.00 |
| 2 | Mortgage | 2,474.00 |
| 3 | Foods | 728.00 |
| 4 | Taxi, Subway | 394.00 |
| 5 | Office Supplies | 28.00 |
| 6 | Summer Bonus | 4,000.00 |
| 7 | Others | 26.00 |
| | Total | 16,700.00 |

| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| 2005 | 13,998.00 | 14,339.00 | 14,061.00 | 19,896.00 | 15,312.35 | 18,826.15 |
| 2006 | 14,243.00 | 14,123.00 | 15,101.00 | 17,077.00 | 16,268.00 | 14,590.00 |
| 2007 | 10,830.00 | 11,791.00 | 12,766.00 | 14,049.00 | 12,396.00 | 16,700.00 |
| 2008 | | | | | | |
| 2009 | | | | | | |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 2005 | 18,363.00 | 14,282.00 | 15,923.70 | 16,320.29 | 15,479.29 | 32,001.75 |
| 2006 | 17,659.06 | 8,774.00 | 11,282.00 | 8,450.00 | 9,139.00 | 22,444.00 |
| 2007 | | | | | | |
| 2008 | | | | | | |
| 2009 | | | | | | |

**6) Check Pay Expense Summary**               Total : 28,675.86

| | | | |
|---|---|---|---|
| 1 | Store Rent, Elec, Tax | | 7,298.35 |
| 2 | Trucking Com | NY | 10,194.37 |
| | | LA | 0.00 |
| 3 | Fed State Tax | | 3,376.79 |
| 4 | Car Ins, Pay, Parking | | 0.00 |
| 5 | Payroll | | 4,394.10 |
| 6 | Phone | | 248.81 |
| 7 | UPS | | 777.61 |
| 8 | CPA | | 200.00 |
| 9 | Credit Card | | 1,000.00 |
| 10 | Office Supply | | 53.09 |
| 11 | Health Ins. | | 800.83 |
| 12 | Others | | 331.91 |
| | | Total : | 28,675.86 |

| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| 2005 | 24,948.43 | 30,082.41 | 27,929.53 | 38,970.23 | 34,463.99 | 32,921.78 |
| 2006 | 24,833.91 | 22,498.87 | 28,572.11 | 26,277.99 | 26,208.42 | 21,779.69 |
| 2007 | 24,470.22 | 25,428.23 | 29,674.98 | 25,946.16 | 29,793.83 | 28,675.86 |
| 2008 | | | | | | |
| 2009 | | | | | | |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 2005 | 27,791.48 | 25,374.97 | 27,976.53 | 31,463.33 | 30,622.22 | 28,998.35 |
| 2006 | 21,602.00 | 23,469.01 | 26,956.23 | 31,241.54 | 30,425.33 | 21,248.66 |
| 2007 | | | | | | |
| 2008 | | | | | | |
| 2009 | | | | | | |

7) Total Expense Summary                    Total  45,375.86

| | | |
|---|---|---:|
| 1 | Wages, Payroll | 13,444.10 |
| 2 | Transportation | 10,971.98 |
| 3 | Store Rent, Elec | 7,298.35 |
| 4 | Taxi, Subway, Parking | 394.00 |
| 5 | Fed State Tax | 3,376.79 |
| 6 | Mortgage | 2,474.00 |
| 7 | Foods | 728.00 |
| 8 | Phone | 248.81 |
| 9 | CPA | 200.00 |
| 10 | Office Supply | 81.09 |
| 11 | Credit Card | 1,000.00 |
| 12 | Health Ins. | 800.83 |
| 13 | Summer Bonus | 4,000.00 |
| 14 | Others | 357.91 |

Total :  45,375.86

| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| 2005 | 38,946.43 | 44,421.41 | 41,990.53 | 58,868.23 | 49,776.34 | 51,747.93 |
| 2006 | 39,076.91 | 36,621.87 | 43,673.11 | 43,354.99 | 42,476.42 | 36,369.69 |
| 2007 | 35,300.22 | 37,219.23 | 42,440.98 | 39,995.16 | 42,179.83 | 45,375.86 |
| 2008 | | | | | | |
| 2009 | | | | | | |

| | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 2005 | 46,154.48 | 39,656.97 | 43,900.23 | 47,783.62 | 46,101.51 | 55,000.10 |
| 2006 | 39,261.26 | 32,243.01 | 38,238.23 | 39,691.54 | 39,564.33 | 43,692.66 |
| 2007 | | | | | | |
| 2008 | | | | | | |
| 2009 | | | | | | |

8) Fund To LA

| | |
|---|---:|
| 06/04/07 | 25,000.00 |
| 06/08/07 | 10,000.00 |
| 06/15/07 | 25,000.00 |
| 06/20/07 | 5,000.00 |
| 06/22/07 | 15,000.00 |
| 06/29/07 | 20,000.00 |

NR Deposit Total        0.00

| | |
|---|---:|
| Total : | 100,000.00 |
| CS Hold | 0.00 |
| Bank Bal. | 5,301.08 |

(BR Total)

National Brand 46-604 Eye-Ease
46-604 2 - Pack

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| Jan 2007 | Description | Debit Cash | Debit Check | Deposit | Balance |
|---|---|---|---|---|---|
| 6 1 | Sales 8.275.- Cash  978.- (Total) 28 - | | | CS  942 - | |
| Fri | (8.275.-)  Check  0.- | | | | |
| 88/62 | Open 7.297.- | | | | |
| Sunny | Collected from HC (9 mk) | | | CK  6653 - | |
| | Collected from Ivy | | | CS  803 - | |
| | Collected from Timmy (4 mk) | | | CK  1966 - | |
| | Collected from BJ Trading | | | CK  664 - | |
| | Collected from Mir Group (4 ps) | | | CK  520 - | |
| | Collected from Luann (2 ps) | | | CK  570 - | |
| | Wrag - Time (3677) | | 1023 57 | | |
| | Subway | 8 - | | | |
| | Total | 36 - | 1023 57 | 12058 - | 27905 43 |
| | SR :  0.-/  0.- | | BR 1023 57 | BR 12058 - | 22905 43 |
| | LR : 8.275.-/ 8.275.- | | | WR  0 - | 0 - |
| | | | | CS  0 - | 5000 - |
| 6 2 | Sales 2.760.- Cash  126.- (Total) 28 - | | | CS  1762 - | |
| Sat | (11.035.-)  Check  0.- | | | | |
| 88/60 | Open 2.634.- | | | | |
| Sunny | Collected from 421A Rway (20 mk) | | | CS  8003 - | |
| | Collected from BJ Trading | | | CK  1353 - | |
| | Weekly Wages | 1810 - | | | |
| | Payroll (In Bok. 3678) | | 272 30 | | |
| | Taxi for Deli | 50 - | | | |
| | Collected from Bag Ali (4 ps) | | | CK  565 - | |
| | Collected from Mir Group (4 ps) (2 mk) | | | CK  1392 - | |
| | Total | 1888 - | 272 30 | 4561 - | 32184 13 |
| | SR :  0.-/  0.- | | BR 272 30 | BR 4561 - | 27184 13 |
| | LR : 2.760.-/ 11.035.- | | | WR  0 - | 0 - |
| | | | | CS  0 - | 5000 - |
| 6 4 | Sales 7.163.- Cash  745.- (Total) 28 - | | | CS  717 - | |
| Mon | (18.198.-)  Check  0.- | | | | |
| 78/60 | Open 6.418.- | | | | |
| Rain | Collected from BJ Trading | | | CK  4352 - | |
| | Collected from Millenni.. Bu.. Hc (4 ps) | | | CK  1517 - | |
| | Collected from New Star (6 mk) | | | CK  6333 - | |
| | New Health Trading (3608) | | 25000 - | | |
| | Store Rent Elea (3879) | | 7298 35 | | |
| | Total | 28 - | 32298 35 | 11919 - | 11804 78 |
| | SR :  0.-/  0.- | | BR 32298 35 | BR 11919 - | 6804 78 |
| | LR : 7.163.-/ 18.198.- | | | WR  0 - | 0 - |
| | | | | CS  0 - | 5000 - |

National Brand 45-804 Eye-Ease®
45-304 2 - Pack

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| | Jun | Description | Debit Cash | Debit Check | Deposit | Balance | |
|---|---|---|---|---|---|---|---|
| | 2007 | | | | | | |
| 1 | 6 5 | Sales 4.967 – Cash    147 – (tds) | 28 – | | CS    84 – | | 1 |
| 2 | Tue | (23.165. –) Check    0. – | | | 180 – | | 2 |
| 3 | 83/58 | Open 4.820 – | | | | | 3 |
| 4 | Sunny | Collected from Kenny | | | CK    378 – | | 4 |
| 5 | | Collected from 263 Canal | | | CS    180 – | | 5 |
| 6 | | Collected from Ivy | | | CS   1907 – | | 6 |
| 7 | | Workers' Com. Ins. (3680) | | 655 – | | | 7 |
| 8 | | Dot-Line Trans. (3681) | | 1022/7 | | | 8 |
| 9 | | Collected from Margie's (ups) | | | CK    282 – | | 9 |
| 10 | | Taxi for Delivery | 35 – | | | | 10 |
| 11 | | Total | 63 – | 1717/7 | 2831 – | 12918/61 | 11 |
| 12 | | SR :    0. –/    0. – | | BR  1717/7 BR  2831 – | 7918/61 | | 12 |
| 13 | | LR: 4.967 –/ 23.165. – | | WR    0 – | 0 – | | 13 |
| 14 | | | | CS    0 – | 5000 – | | 14 |
| 15 | 6 6 | Sales 5.496. – Cash    258 – (tds) | 28 – | | CS    230 – | | 15 |
| 16 | Wed | (28.661. –) Check    0. – | | | | | 16 |
| 17 | 72/57 | Open 5.238 – | | | | | 17 |
| 18 | Cloud | Collected from Dorex | | | CS   2686 – | | 18 |
| 19 | | Wtg – Time (3682) | | 360 68 | | | 19 |
| 20 | | Total | 28 – | 360 68 | 2916 – | 10547/23 | 20 |
| 21 | | SR :    0. –/    0. – | | BR  360 68 WR  2916 – | 10472/23 | | 21 |
| 22 | | LR: 5.496 –/ 28.661. – | | WR    0 – | 0 – | | 22 |
| 23 | | | | CS    0 – | 5000 – | | 23 |
| 24 | 6 7 | Sales 1.442. – Cash    219 – (tds) | 28 – | | CS    187 – | | 24 |
| 25 | Thur | (30.103. –) Check    0. – | | | | | 25 |
| 26 | 75/60 | Open 1.223. – | | | | | 26 |
| 27 | Sunny | Collected from RJ Trading (3)(4)(?) | | | CK  3002 – | | 27 |
| 28 | | Dot-Line Trans (3683) | | 389 52 | | | 28 |
| 29 | | Alarm Com. (3684) | | 114 06 | | | 29 |
| 30 | | ups (3685) | | 92 51 | | | 30 |
| 31 | | Subway | 4 – | | | | 31 |
| 32 | | Total | 32 – | 596 09 | 3189 – | 18065/89 | 32 |
| 33 | | SR :    0. –/    0. – | | BR  596 09 BR  3189 – | 13065/89 | | 33 |
| 34 | | LR: 1.442 –/ 30.103. – | | WR    0 – WR    0 – | 0 – | | 34 |
| 35 | | | | CS    0 – | 5000 – | | 35 |
| 36 | 6 8 | Sales 10.552 – Cash    0. – (tds) | 28 – | | CS    -68 – | | 36 |
| 37 | Fri | (40.655. –) Check    0. – | | | | | 37 |
| 38 | 89/65 | Open 10.552 – | | | | | 38 |
| 39 | Sunny | Collected from HC (4)(?) | | | CK  2137 – | | 39 |
| 40 | | Collected from Timmy (2)(?) | | | CK    675 – | | 40 |
| | | Collected from RJ Trading (2)(?) | | | CK  1640 – | | |

National Brand 45-904 Eye-Ease®
45-304 2 - Pack

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| | Jun 2007 | Description | Debit Cash | Debit Check | Deposit | Balance |
|---|---|---|---|---|---|---|
| 1 | 6 8 | Fed Tax 941 (3686) | | 1374 10 | | |
| 2 | Fri | CPA (3687) | | 200 - | | |
| 3 | 89/65 | Bank Service Charge | | 19 10 | | |
| 4 | Sunny | Stop Payment Charge | | 20 - | | |
| 5 | | New Wealth Trading (3669) | | 10000 - | | |
| 6 | | Taxi for Deli | 30 - | | | |
| 7 | | Total | 58 - | 11613 20 | 4297 - | 107049 64 |
| 8 | | SR: 5.801-/ 5.801.- | | BR 11613 20 | BR 4297 - | 57049 64 |
| 9 | | LR: 4.751-/34.854.- | | | WR 0 - | 0 - |
| 10 | | | | | CS 0 - | 5000 - |
| 11 | 6 9 | Sales 673.- Cash 480.-(Tax) | 28 - | | CS -1355 - | |
| 12 | Sat | ( 41.328.- ) Check 0.- | | | | |
| 13 | 81/63 | Open 193.- | | | | |
| 14 | Sunny | Collected from Ivy (2 inv.) | | | CS 1083 - | |
| 15 | | Collected from Michael | | | CS 1920 - | |
| 16 | | Payroll (In Bot. 3688) | | 272 30 | | |
| 17 | | Weekly Wages | 1810 - | | | |
| 18 | | Total | 1838 - | 272 30 | 1645 - | 121233 64 |
| 19 | | SR: 0-/ 5.801.- | | BR 272 30 | BR 1645 - | 71233 64 |
| 20 | | LR: 673.-/35.527.- | | | WR 0 - | 0 - |
| 21 | | | | | CS 0 - | 5000 - |
| 22 | 6 11 | Sales 2.462 - Cash 345.-(Tax) | 28 - | | CS 317 - | |
| 23 | Mon | ( 43.790.- ) Check 1.565.- | | | CK 1565 - | |
| 24 | 81/64 | Open 552.- | | | | |
| 25 | Sunny | Collected from New Star (2 inv.) | | | CK 2875 - | |
| 26 | | Dot-Line Trans (3689) | | 1155 48 | | |
| 27 | | Collected from Audacious (14 inv.) | | | CK 709 - | |
| 28 | | " " (14 inv.) | | | CK 198 - | |
| 29 | | Total | 28 - | 1155 48 | 5664 - | 126630 86 |
| 30 | | SR: 0-/ 5.801.- | | BR 1155 48 | BR 5664 - | 116630 86 |
| 31 | | LR: 2.462-/ 37.989.- | | | WR 0 - | 0 - |
| 32 | | | | | CS 0 - | 5000 - |
| 33 | 6 12 | Sales 5.630.- Cash 1.584-(Tax) | 28 - | | CK 1521 - | |
| 34 | Tue | ( 49.420.- ) Check 668.- | | | CK 668 - | |
| 35 | 82/65 | Open 3.378.- | | | | |
| 36 | Sunny | Collected from BJ Trading | | | CK 2471 - | |
| 37 | | Collected from Tom (2 inv.) | | | CK 1867 - | |
| 38 | | Wreg-Time (3690) | | 1040 21 | | |
| 39 | | Taxi for Deli | 28 - | | | |
| 40 | | Grocery | 10 - | | | |
| | | Total | 63 - | 1040 21 | 6527 - | 132117 65 |

National Brand 45-604 Eye-Ease® 45-304 2-Pack

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| Jun 2007 | Description | Debit Cash | | Debit Check | | Deposit | | Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 6/12 Tue 82/65 Sunny | SR : 0.-/ 5.801.- LR : 5.630.-/ 43.619.- | | | BR | 1040.37 | BR cs cs | 16637 0 0 | 17117 0 5000 | 65 |
| 6/13 Wed 72/58 Rain | Sales 1.370.- Cash 261.- (Indiv) (50.790.-) Check 0.- Open 1.109.- Collected from Ivy Collected from Perox (UPS/3692) Dot-Line (3693) Total SR: 0.-/ 5.801.- LR: 1.370.-/ 44.989.- | | 28.- 28.- | BR | 147.33 903.66 1050.99 1050.99 | cs cs cs BR NR cs | 233 1115 2449.50 3997.50 3997.50 0 0 | 25064 20064 0 5000 | 16 16 |
| 6/14 Thur 66/56 Cloud | Sales 4.269.- Cash 887.- (Indiv) (55.049.-) Check 1.575.- Open 1.797.- Collected from HC (3inv.) Collected from Kenny Collected from Mir Group (4p?) Subway Total SR: 0.-/ 5.801.- LR: 4.269.-/ 49.248.- | | 28.- 4.- 32.- | | | cs cs ck ck ck BR NR cs | 856 1575 3759 580 588 7197 7197 0 0 | 32261 27261 0 5000 | 16 16 |
| 6/15 Fri 70/60 Cloud | Sales 6.599.50 Cash 1.174.- (Indiv) (61.648.50) Check 0.- Open 5.425.50 Collected from HC (2inv) Collected from J. Young (6inv?) New Wealth Trading (3617) Taxi for Deli Total SR: 0.-/ 5.801.- LR: 6.599.50/ 55.847.50 | | 28.- 25.- 53.- | | 25000.- 25000.- 25000.- | cs ck ck BR NR cs | 1121 1726 4000.50 6847.50 6847.50 0 0 | 14108 9108 0 5000 | 66 66 |
| 6/16 Sat 79/61 Sunny | Sales 5.335.- Cash 449.- (Indiv) (66.983.50) Check 0.- Open 4.886.- Collected from RJ Trading | | 28.- | | | cs ck | 1418 5745 | | |

National Brand 45-604 Eye-Ease
46-304 2 - Pack

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| | Jun 2007 | Description | Debit Cash | Debit Check | Deposit | Balance | |
|---|---|---|---|---|---|---|---|
| 1 | 6 16 | Collected from Ivy | | | CS 780 — | | 1 |
| 2 | Sat | Collected from Tresor (Wire) | | | CK 1590 — | | 2 |
| 3 | 79/61 | Weekly Wages | 1810 — | | | | 3 |
| 4 | Sunny | Payroll (Rang. 3698) | | 3032 60 | | | 4 |
| 5 | | Payroll (In Bok, 3699) | | 272 30 | | | 5 |
| 6 | | Taxi for Deli | 25 — | | | | 6 |
| 7 | | Truck Parking | 4 — | | | | 7 |
| 8 | | T-Mobile (3698) | | 37 42 | | | 8 |
| 9 | | Health Inc. (3699) (Renewal Increase) | | 800 83 | | | 9 |
| 10 | | Total | 1867 — | 4143 15 | 1497 — | 11462 57 | 10 |
| 11 | | SR: 0.—/ 5.801.— | | BR 4143 15 | BR 1497 — | 6462 57 | 11 |
| 12 | | LR: 5.335.—/ 61,182.50 | | | WR 0 — | 0 — | 12 |
| 13 | | | | | CS 0 — | 5000 — | 13 |
| 14 | 6 18 | Sales 2.872 — Cash  571 — (Todo) | 28 — | | CS 543 — | | 14 |
| 15 | Mon | (69.855.50) Check  538.— | | | CK 538 — | | 15 |
| 16 | 88/69 | Open 1.763.— | | | | | 16 |
| 17 | Sunny | Collected from BJ Trading | | | CK 2276 — | | 17 |
| 18 | | Collected from 4-U | | | CK 879 — | | 18 |
| 19 | | Dot-Line Trans. (3720) | | 795 11 | | | 19 |
| 20 | | Total | 28 — | 795 11 | 4236 — | 14903 40 | 20 |
| 21 | | SR: 0.—/ 5.801.— | | BR 795 11 | BR 4236 — | 9903 40 | 21 |
| 22 | | LR: 2.872.—/ 64.054.50 | | | WR 0 — | 0 — | 22 |
| 23 | | | | | CS 0 — | 5000 — | 23 |
| 24 | 6 19 | Sales 6.597.— Cash  517.— (Todo) | 28 — | | CS 464 — | | 24 |
| 25 | Tue | (76.452.50) Check  0.— | | | | | 25 |
| 26 | 85/66 | Open 6.080.— | | | | | 26 |
| 27 | Sunny | NYS Sales Tax (3701) | | 1307 69 | | | 27 |
| 28 | | Collected from Michael | | | CS 982 — | (Part of 1.645.—) | 28 |
| 29 | | Collected from Ivy | | | CS 404 — | | 29 |
| 30 | | Collected from 421 A | | | CS 1865 — | | 30 |
| 31 | | Taxi for Deli | 25 — | | | | 31 |
| 32 | | Total | 53 — | 1307 69 | 3806 — | 17400 71 | 32 |
| 33 | | SR: 0.—/ 5.801.— | | BR 1307 69 | BR 3806 — | 12400 71 | 33 |
| 34 | | LR: 6.597.—/ 70.651.50 | | | WR 0 — | 0 — | 34 |
| 35 | | | | | CS 0 — | 5000 — | 35 |
| 36 | 6 20 | Sales 2.413.— Cash  192.— (Todo) | 28 — | | CS 1664 — | | 36 |
| 37 | Wed | (78.865.50) Check  0.— | | | | | 37 |
| 38 | 84/63 | Open 2.221.— | | | | | 38 |
| 39 | Cloudy | New Wealth Trading (3695) | | 5000 — | | | 39 |
| 40 | | Collected from Millennium LLC (4135) | | | CK 1500 — | | 40 |
| | | Total | 28 — | 5000 — | 1664 — | 14064 71 | |

| Jun 2007 | Description | Debit Cash | Debit Check | Deposit | Balance |
|---|---|---|---|---|---|
| 6 20 Wed 84/63 | SR : 0.-/ 5,801.- | | BR 5000 - | BR 1664 - | 90647 71 |
| | LR : 2,413.-/73,064.85 | | NR 0 - | 0 - | |
| | | | CS 0 - | 5000 - | |
| 6 21 Thur 84/60 | Sales 5,852.50 Cash 381.- (Todi) | 28 - | | CS 308 - | |
| | (84,718.-) Check 0.- | | | | |
| | Open 5,471.50 | | | | |
| Sunny | Collected from BJ Trading (Delivi) | | | CK 1634 50 | |
| | Collected from Audacious (Wges) | | | CK 193 - | |
| | Collected from Tom | | | CK 1913 - | |
| | Wrag-Time (3702) | | 781 68 | | |
| | Staples (3703) | | 63 09 | | |
| | UPS (3704) | | 236 - | | |
| | Verizon (3705) | | 211 39 | | |
| | Taxi for Deli | 45 - | | | |
| | Total | 73 - | 1282 16 | 3448 50 | 16231 05 |
| | SR: 2,896.-/ 8,697.- | | BR 1282 16 | BR 3448 50 | 11231 05 |
| | LR: 2,956.50/76,021.- | | NR 0 - | 0 - | |
| | | | CS 0 - | 5000 - | |
| 6 22 Fri 78/69 | Sales 6,700.- Cash 844.- (Todi) | 28 - | | CS 812 - | |
| | (91,418.-) Check 0.- | | | | |
| | Open 5,856.- | | | | |
| Sunny | Collected from HC (5 in.) | | | CK 2807 - | |
| | Collected from J. Young (blank) | | | CK 4374 - | |
| | Collected from Ivy | | | CS 1369 - | |
| | New Wealth Trading (3696) | | 15000 - | | |
| | Dot-Line Trans (3708) | | 424 28 | | |
| | Tiffany Carting (3707) | | 178 75 | | |
| | Subway | 4 - | | | |
| | Total | 32 - | 15603 03 | 9362 - | 9990 02 |
| | SR: 0.-/ 8,697.- | | BR 15603 03 | BR 9362 - | 4990 02 |
| | LR: 6,700.-/ 82,721.- | | NR 0 - | 0 - | |
| | | | CS 0 - | 5000 - | |
| 6 23 Sat 77/57 | Sales 766.- Cash 576.- (Todi) | 28 - | | CS -1268 - | |
| | (92,184.-) Check 0.- | | | | |
| | Open 190.- | | | | |
| Sunny | Collected from Tom | | | CK 523 - | |
| | Collected from Timmy (2 invi) | | | CK 1419 - | |
| | Weekly Wages | 1810 - | | | |
| | Payroll (In Bok, 3708) | | 272 30 | | |
| | Grocery | 6 - | | | |
| | Total | 1844 - | 272 30 | 674 - | 10391 72 |

National Brand 45-404 Eye-Ease
45-304 2-Pack

Prepared By

Approved By

White    Date

National Brand 45-604 Eye-Ease
45-904 2 - Pack

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| Jun 2007 | Description | Debit Cash | Debit Check | Deposit | Balance | |
|---|---|---|---|---|---|---|
| 6 23 | SR : 0.—/ 8.697.— | | BR 272 30 | BR 674 — | 639 72 | 1 |
| Sat | LR : 766.—/ 83.487.— | | | WR 0 — | 0 — | 2 |
| 77/57 | | | | CS 0 — | 5000 — | 3 |
| 6 25 | Sales 7.356.—Cash 1.547.—(Tds) | 28 — | | CS 1509 — | | 4 |
| Mon | (99.540.—) check 0.— | | | | | 5 |
| 84/68 | Open 5.809— | | | | | 6 |
| Sunny | Collected from Designer Jewelry (dupl) | | | CK 699 — | | 7 |
| | Collected from Mir Group (West) | | | CK 653 — | | 8 |
| | Collected from New York (black) | | | CK 648 — | | 9 |
| | Total | 28 — | | 3355 — | 13750 72 | 10 |
| | SR : 0.—/ 8.697.— | | BR | BR 3355 — | 8750 72 | 11 |
| | LR : 7.356.—/ 90.843. — | | | WR 0 — | 0 — | 12 |
| | | | | CS 0 — | 5000 — | 13 |
| 6 26 | Sales 3.350.—Cash 360.—(Tds) | 28 — | | CS 344 — | | 14 |
| Tue | (103.890.—) check 0.— | | | | | 15 |
| 93/72 | Open 2990.— | | | | | 16 |
| Sunny | Collected from Qorox | | | CS 2895 50 | | 17 |
| | Wireg - Time (3709) | | WW40 69 | | | 18 |
| | Fire Extinguisher Refill | 18 — | | | | 19 |
| | Total | 46 — | WW40 69 | 3209 50 | 15819 53 | 20 |
| | SR : 0.—/ 8.697.— | | BR WW40 69 | BR 3209 50 | 10819 53 | 21 |
| | LR : 3.350.—/ 94.193.— | | | WR 0 — | | 22 |
| | | | | CS 0 — | 5000 — | 23 |
| 6 27 | Sales 9.761.50 Cash 1.190.—(Tds) | 28 — | | CS 1102 — | | 24 |
| Wed | (112.641.50) Check 5.700.— | | | CK 5700 — | | 25 |
| 93/78 | Open 2.861.50 | | | | | 26 |
| Sunny | Collected from Kenny | | | CK 1428 — | | 27 |
| | Taxi for Delivery | 40 — | | | | 28 |
| | UPS (3710) | | 391 77 | | | 29. |
| | Dot-Line Trans. (3711) | | 1165 38 | | | 30 |
| | Capital One (3712) | | 1000 — | | | 31 |
| | Total | 68 — | 2459 15 | 8250 — | 21610 38 | 32 |
| | SR : 0.—/ 8.697.— | | BR 2459 15 | BR 8250 — | 16610 38 | 33 |
| | LR : 9.761.50/ 103.944 50 | | | WR 0 — | 0 — | 34 |
| | | | | CS 0 — | 5000 — | 35 |
| 6 28 | Sales 1.516.—Cash 249.—(Tds) | 28 — | | CS 201 — | | 36 |
| Thur | (114.157.50) Check 650.— | | | CK 650 — | | 37 |
| 88/67 | Open 617.— | | | | | 38 |
| Sunny | Collected from Ivy | | | CK 1260 — | | 39 |
| | Collected from Hk | | | CK 3525 — | | 40 |
| | Hardware | 10 — | | | | |

National Brand 45-904 Eye-Ease
45-904 2 - Pack

| | | Prepared By | | |
|---|---|---|---|---|
| | | Approved By | | |

| Jun 2007 | Description | Debit Cash | Debit Check | Deposit | Balance |
|---|---|---|---|---|---|
| 6 28 Thur | Subway Grocery | 10 — | | | |
| | Total | 48 — | | 5639 — | 272349 38 |
| 88/67 Sunny | SR: 0.—/ 8.697.— | | | BR 5639 — | 222349 38 |
| | LR: 1.516.—/ 105.460.50 | | | WR 0 — | 0 — |
| | | | | CS 0 — | 5000 — |
| 6 29 Fri | Sales 5.244.50 Cash 532.—(Tota) | 28 — | | CS —2018 — | |
| 79/62 | (119.402.—) Check 0.— | | | | |
| Cloud | Open 4.712.50 | | | | |
| | Collected from Me (3imk) | | | CK 1134 — | |
| | Collected from J. Young (5imk) | | | CK 3832 — | |
| | New Wealth Trading (3897) | | 20000 — | | |
| | Mortgage | 2474 — | | | |
| | Taxi for Delivery | 45 — | | | |
| | Total | 2547 — | 20000 — | 29151 — | 102000 38 |
| | SR: 3.572.—/ 12.269.— | | BR 20000 — | BR 7451 — | 97700 38 |
| | LR: 1.672.50/ 107.133.— | | | WR 1500 — | 1500 — |
| | | | | CS 0 — | 5000 — |
| 6 30 Sat | Sales 1.412.— Cash 259.—(Tota) | 28 — | | CS —1604 — | |
| 82/62 | (120.814.—) Check 0.— | | | | |
| Sunny | Open 1.412.— | | | | |
| | Collected from Ivy | | | CS 911 — | |
| | Collected from Tom | | | CK 1066 — | |
| | Weekly Wages | 1810 — | | | |
| | Payroll (In Bok. 3713) | | 272 30 | | |
| | Summer Bonus | 4000 — | | | |
| | Taxi for Delivery | 25 — | | | |
| | Total | 5863 — | 272 30 | 373 — | 6301 08 |
| | SR: 0.—/ 12.269.— | | BR 272 30 | BR 373 — | 3801 08 |
| | LR: 1.412.—/ 108.545.— | | | WR 0 — | 1500 — |
| | | CS 4000 — | | CS 0 — | 1000 — |

# EXHIBIT

# H

**TOSCA**

**· 24420**

125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE: 4-28-07

NAME: Glen

ADDRESS:

CITY, STATE, ZIP:

| # | | | | | |
|---|---|---|---|---|---|
| 1 | 3 | 1494 | 20 – | 60 | |
| 2 | 3 | 96 | 22 – | 66 | – |
| 3 | 3 | 92 | 22 – | 66 | – |
| 4 | 3 | 641 | 21 – | 63 | – |
| 5 | 4 | 873 | 19 – | 76 | – |
| 6 | 3 | 8604 | 20 – | 60 | – |
| 7 | 12 | 2393 D | 8 – | 96 | |
| 8 | 6 | 24 D | 7 – | 42 | |
| 9 | 6 | 5120 | 8 – | 48 | |
| 10 | 12 | 2159 | 8 – | 96 | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

RECEIVED BY

**TOTAL** 673

KEEP THIS SLIP FOR REFERENCE

**TOSCA**

125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

24442

DATE 5-4-07

NAME 265 CANAL

ADDRESS

CITY, STATE, ZIP

| | | | | |
|---|---|---|---|---|
| 1 | 4 | 2472 | 19.7 | 76 |
| 2 | 3 | 73D | 8.7 | 24 |
| 3 | 3 | 740 | 7.5 | 24 |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 121 |

KEEP THIS SLIP FOR REFERENCE