# EXHIBIT

# I

TOSCA    24614
125 West 30th Street, New York, NY 10001
Tel. 212-279-3570 • Fax: 212-279-3571    DATE 7-19-07

NAME  IVY
ADDRESS
CITY, STATE, ZIP

| | | | | | |
|---|---|---|---|---|---|
| 1 | 4 | 7365 | | 22 | 88 |
| 2 | 3 | 1122 | | 16 | 48 |
| 3 | | 116 | | 16 | 46 |
| 4 | 2 | 2452 | | 30 | 60 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

RECEIVED BY    TOTAL  244

KEEP THIS SLIP FOR REFERENCE

# Newcome Trading, Inc.

d/b/a TOSCA

125 West 30th Street, New York, NY, 10001

Tel : (212) 279-2570 • Fax (212) 279-2571

**114336**

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE 7-20-07 |
|---|---|---|---|---|---|
| NAME YI PING TRADING | | | | | |
| ADDRESS | | | | | |
| CITY, STATE, ZIP | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| | QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 5 | 3010 | 22 — | 110 |
| 2 | 11 | 8604 | 18 — | 198 |
| 3 | 5 | 490 | 21 — | 105 |
| 4 | 5 | 2551 | 18 — | 90 |
| 5 | 4 | 691 | 19 — | 76 |
| 6 | 4 | 692 | 18 — | 72 |
| 7 | 3 | 1852 | 17 — | 51 |
| 8 | 3 | 1644 | 19 — | 57 |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |

RECEIVED BY

TOTAL 759

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                    **24605**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571        DATE 7-16-07

| NAME | 114 | | |
|------|-----|---|---|
| ADDRESS | | | |
| CITY, STATE, ZIP | | | |

| | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|-----|-------------|-------|--------|
| 1 | 5 | 2650 | 20 - | 100 |
| 2 | 7 | 2211 | 20 - | 140 |
| 3 | 3 | 2171 | 20 - | 60 |
| 4 | 5 | 1910 | 18 - | 90 |
| 5 | 2 | 692 | 18 - | 36 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 426 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**        **24585**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax 212-279-2571

| | DATE 7-2-07 |
|---|---|

NAME *IVY*

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 3 | 2552 | 16 — | 48 | — |
| 2 | 3 | 2454 | 15 — | 45 | — |
| 3 | 12 | 490 | 21 — | 252 | — |
| 4 | 6 | 1790 | 17 — | 102 | — |
| 5 | 6 | 691 | 17 — | 102 | — |
| 6 | 2 | 492 | 16 — | 32 | — |
| 7 | 17 | 2538 D | 8 — | 136 | — |
| 8 | 15 | 6950 D | 8 — | 120 | — |
| 9 | 3 | 8520 | 22 — | 66 | — |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | $ 1161 | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| | RECEIVED BY | | TOTAL | 903 | — |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                    **24610**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 · Fax. 212-279-2571        DATE 7-18-0+

NAME

ADDRESS

CITY, STATE, ZIP

| | QTY. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 5 | 6385 | 22 | 110 | |
| 2 | 2 | 692 | 18 | 36 | |
| 3 | 6 | 802 | 17 | 102 | |
| 4 | 5 | 772 | 18 | 90 | |
| 5 | 8 | 8604 | 18 | 144 | |
| 6 | 5 | 1492 | 20 | 100 | |
| 7 | 5 | 491 | 19 | 95 | |
| 8 | 3 | 2551 | 18 | 54 | |
| 9 | 5 | 116 | 16 | 80 | |
| 10 | 2 | 112 | 16 | 32 | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | 843 | |
| RECEIVED BY | | | TOTAL | | |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

24564

DATE 6-21-07

NAME IVY

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 10 | 3010 | 22 - | 220 |
| 2 | 25 | 2211 | 21 - | 525 |
| 3 | 5 | 8604 | 18 - | 90 |
| 4 | 3 | 491 | 19 - | 57 |
| 5 | 5 | 1914 | 17 - | 85 |
| 6 | 2 | 2551 | 18 - | 36 |
| 7 | 3 | 50 | 19 - | 57 |
| 8 | 2 | 2994 | 19 - | 38 |
| 9 | 8 | 2510 | 19 - | 152 |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 1260 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**     **'24575**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571   DATE 6,26 0 +

NAME 1 U 4

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 5 | 1914 | 17 — | 85 — |
| 2 | 6 | 2510 | 19 — | 114 — |
| 3 | 5 | 640 | 17 — | 85 — |
| 4 | 1 | 802 | | 17 — |
| 5 | 8 | 2630 | 20 — | 160 |
| 6 | 3 | 31 | 21 — | 63 — |
| 7 | 5 | 2452 | 20 — | 100 — |
| 8 | 1 | 1852 | | 17 — |
| 9 | 5 | 6385 | 22 — | 110 |
| 10 | 8 | 2172 | 20 — | 160 |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 911 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

No. 24562

DATE 6-18-04

NAME 104

ADDRESS

CITY, STATE, ZIP

| | QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 5 | 6385 | 22 — | 110 — |
| 2 | 3 | 492 | 18 — | 54 — |
| 3 | 6 | 491 | 19 — | 114 — |
| 4 | 11 | 1910 | 18 — | 198 — |
| 5 | 12 | 802 | 17 — | 204 — |
| 6 | 9 | 492 | 20 — | 180 — |
| 7 | 5 | 9200 | 15 — | 75 — |
| 8 | 8 | 2171 | 20 — | 160 — |
| 9 | 10 | 2131 | 19 — | 190 — |
| 10 | 4 | 831 | 21 — | 84 — |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

RECEIVED BY

TOTAL 1369

KEEP THIS SLIP FOR REFERENCE

**TOSGA**
125 West 30th Street, New York, NY 10001
Tel. 212-279-3270 • Fax. 212-279-3271

No. 24564
DATE 6-21-07

NAME TUY

| | | | | |
|---|---|---|---|---|
| 1. | 10 | 3010 | 22 — | 220 — |
| 2. | 25 | 2411 | 21 — | 525 — |
| 3. | 5 | 8604 | 18 — | 90 — |
| 4. | 3 | 491 | 19 — | 57 — |
| 5. | 5 | 1914 | 17 — | 85 — |
| 6. | 2 | 2151 | 18 — | 36 — |
| 7. | 3 | 50 | 19 — | 57 — |
| 8. | 2 | 2884 | 18 — | 38 — |
| 9. | 8 | 2510 | 19 — | 152 — |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECIEVED BY | | | TOTAL | 1260 — |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**

25549

125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE 6-12-07

NAME: IvV

ADDRESS

CITY, STATE, ZIP

| QTY | DESCRIPTION | PRICES | AMOUNT |
|-----|-------------|--------|--------|
| 1 | 6 | 490 | 25 | 175 |
| 2 | 5 | 1790 | 20 | 100 |
| 3 | 3 | 2552 | 19 | 57 |
| 4 | 3 | 491 | 19 | 57 |
| 5 | 2 | 2490 | 17 | 34 |
| 6 | 8 | 2454 | 18 | 144 |
| 7 | 4 | 2550 | 19 | 76 |
| 8 | 7 | 51 | 18 | 126 |
| 9 | 3 | 2630 | 20 | 60 |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 780 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**                                          **24528**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2870 • Fax. 212-279-2871        DATE  5-31-07

NAME  IVY

ADDRESS

CITY, STATE, ZIP

| | QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 10 | 802 | 17 | 170 | — |
| 2 | 10 | 8604 | 18 | 180 | — |
| 3 | 3 | 1251 | 19 | 57 | — |
| 4 | 3 | 2630 | 20 | 60 | — |
| 5 | 2 | 1230 | 18 | 36 | — |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | TOTAL | 503 | — |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**

125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

No. 24549

DATE 6-12-07

NAME Ivy

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 6 | 490 | 21. | 126 | |
| 2 | 5 | 1790 | 20. | 100 | |
| 3 | 3 | 2552 | 19. | 57 | |
| 4 | 3 | 491 | 19. | 57 | |
| 5 | 2 | 2490 | 17. | 34 | |
| 6 | 8 | 2454 | 18. | 144 | |
| 7 | 4 | 2550 | 19. | 76 | |
| 8 | 7 | 51 | 18. | 126 | |
| 9 | 3 | 2630 | 20. | 60 | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | TOTAL | 780 | |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
**24555**
125 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE 6-15-07

NAME Ivy

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 8 | 2172 | 19 | 152 | |
| 2 | 8 | 2510 | 19 | 152 | |
| 3 | 10 | 2994 | 19 | 190 | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | TOTAL | 494 | |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
135 West 30th Street, New York, NY 10001
Tel. 212-279-3570 • Fax. 212-279-3571

**24522**

DATE 5-29-07

NAME 1 V Y

ADDRESS

CITY, STATE, ZIP

| | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 13 | 1914 | 17- | 221 |
| 2 | 10 | 6 | 18- | 180 |
| 3 | 3 | 2490 | 17- | 51 |
| 4 | 5 | 2131 | 19- | 95 |
| 5 | 3 | 6385 | 22- | 66 |
| 6 | 5 | 641 | 19- | 95 |
| 7 | 5 | 691 | 19- | 95 |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TOTAL | 803 |

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
128 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

**24533**

DATE 6-7-07

NAME: IVY

| | QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 45 | 640 | 13 | 765 |
| 2 | 28 | 641 | 19 | 532 |
| 3 | 15 | 920 | 11 | 165 |
| 4 | 8 | 1792 | 20 | 160 |
| 5 | 5 | 2631 | 21 | 105 |
| 6 | 5 | 1250 | 18 | 90 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | 1907 | |
| 18 | | | | |

RECEIVED BY

TOTAL

KEEP THIS SLIP FOR REFERENCE

**TOSCA**
135 West 30th Street, New York, NY 10001
Tel. 212-279-2570 • Fax. 212-279-2571

DATE 6-7-07

No. 24541

| | | | | | |
|---|---|---|---|---|---|
| 1 | 5 | 1420 | | 15 | 100 |
| 2 | 5 | 1414 | | 14 | 75 |
| 3 | 19 | 8380 | | 16 | 152 |
| 4 | 10 | 2550 | | 14 | 140 |
| 5 | 10 | 51 | | 18 | 180 |
| 6 | 12 | 52 | | 18 | 146 |
| 7 | 5 | 641 | | 18 | 91 |
| 8 | 5 | 2630 | | 16 | 80 |
| 9 | 3 | 31 | | 21 | 63 |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | | TOTAL | 1113 |

KEEP THIS SLIP FOR REFERENCE

# EXHIBIT

# J

 **_2990 GRP_**   Sample Sketches

* **MATERIAL:** *High quality soft synthetic leather.*
* **AVAILABLE COLORS:** *Black, White, Mustard tan, Silver, Gold.*

*Style No. 2990*                    *Style No. 2993*



L 14" x W 6" x H 8.5"         L 14" x W 6" x H 8"

*Style No. 2994*

 

L 12" x W 5.5" x H 8"

## 2370 GRP     Sample Sketches

* **MATERIAL:** *High quality wrinkled synthetic leather.*

* **AVAILABLE COLOR:** *Black, Tan, White, Red.*
  *\*For 2373D & 2374D: Black, Tan, White only.*
  *\*For T400 S/M & T400 L: Black, Tan, White only.*

*Style No. 2370*

*Style No. 2371*



L 13.5" x W 4.5" x H 10"

L 14.25" x W 4.5" x H 9"

*Style No. 2372*

*Style No. 2374D*

*Style No. 2374D*





L 5" x H 4"

L 7.5" x H 4"

*Style No. T400 S/M & L*



L 15.25" x W 5.75" x H 11"

 **_280 GRP_** Sample Sketches

* MATERIAL: *High quality synthetic leather.*
* AVAILABLE COLOR: *Black, Tan, White.*

### *Style No. 280*

 

**L 10" x W 7" x H 10.5"**

### *Style No. 282*       ### *Style No. 285*

 

# EXHIBIT

# K



萬通手袋製品廠有限公司
MAN TUNG HANDBAG PRODUCTS FACTORY LTD.

No.: **2890**

發票
**INVOICE**

NEW WEALTH TRADING, INC.
3801 BROADWAY PLACE,
LOS ANGELES, CA 90037, USA.

Date: 30 DEC, 2006

| Article No. | Description of Goods | | | | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | LADIES HANDBAG | | | | | PIECE | FOB HONG KONG | |
| | ORDER NO.: W-668 | | | | | | | |
| | MATERIAL : WRINKLED PVC, CHEAPER BLK/NYLON LINING | | | | | | | |
| | | BLK | TAN | WHT | RED | | | |
| #2370 | | 230 | 340 | 300 | 250 | 1,110 | USD 7.60 | USD 8,436.00 |
| #2371 | | 200 | 330 | 330 | 340 | 1,100 | USD 8.60 | USD 9,460.00 |
| #2372 | | 100 | 250 | 350 | 250 | 950 | USD 7.40 | USD 7,030.00 |
| | TOTAL: | | | | | 3,160 PCS | | USD 24,926.00 |

(SAY TOTAL U.S. DOLLARS TWENTY FOUR THOUSAND NINE HUNDRED AND TWENTY SIX ONLY.)

*DRAWN UNDER L/C NO. NBCM30006222 OF NARA BANK, LOS ANGELES DATED 22/12/2006.*

*FROM HONG KONG TO LONG BEACH, U.S.A. AS PER VESSEL "APL PHILIPPINES" V.107E ON/ABT 30-12-2006.*

*THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.*

MAN TUNG DEALERS FACTORY LIMITED

E. & O.E.

TOTAL | USD24,926.00

Issued by:                    Received by:

萬通手袋製品廠有限公司      MAN TUNG HANDBAG PRODUCTS FACTORY LIMITED

萬 慶 手 袋 製 品 廠 有 限 公 司
MAN HING HANDBAGS PRODUCTS FACTORY LTD.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LADIES HANDBAGS: | | | | | PIECE | U/PRICE (USD) | |

ORDER NO: W-468
MATERIAL: WRINKLED PVC/ CREAPER SILK/ NYLON LINING

| | BLUE | TAN | GREY | RED | | | |
|---|---|---|---|---|---|---|---|
| 82370 | 220 | 340 | 300 | 250 | 1,110 | USD 19 | USD 24,090.00 |
| 82371 | 200 | 330 | 230 | 340 | 1,100 | USD 19 | USD 20,900.00 |
| 82372 | 100 | 250 | 150 | 250 | 950 | USD 10 | USD 24,090.00 |

**TOTAL:** 3,160 PCS USD 24,920.00

(SAY TOTAL U.S. DOLLARS TWENTY FOUR THOUSAND NINE HUNDRED AND TWENTY SIX ONLY.)

*DRAWN UNDER L/C NO. NBCM0009722 OF NARA BANK, LOS ANGELES DATED 22/12/2006.*

*FROM HONG KONG TO LONG BEACH, U.S.A. AS PER VESSEL, "APL PHILIPPINES" V.107E ON/ABT 30-12-2006.*

*THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.*

USD 24,926.00

萬通手袋製品廠有限公司
MAN TUNG HANDBAG PRODUCTS FACTORY LTD.

## PACKING LIST

SOLD TO:

NEW WEALTH TRADING, INC.
3801 BROADWAY PLACE,
LOS ANGELES, CA 90037, USA

AGAINST INV#2880 P.1.

30 DEC, 2006

DATE:

| SHIPPING MARKS | DESCRIPTION OF GOODS | CNO. | COLOUR | PC/CTN | TOTAL PCS | MEASUREMENT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | LADIES HANDBAGS | | | | | PER EACH PCS N.W. | PER EACH CARTON N.W. |
| | ORDER NO.: W-868 | | | | | | |
| | MATERIAL.: WRINKLED PVC, CHEAPER BLK / NYLON LINING | | | | | | |
| T | #2370 | 26-48 | BLACK | 10 | 210 | 0.7 KG | 7 KG |
| STYLE NO. | | 62 | BLACK | 10 | 10 | | |
| QTY: | | 51-83 | TAN | 10 | 330 | | |
| COLOUR: | | 85 | TAN | 10 | 10 | | |
| C/T NO. | | 86-110 | RED | 10 | 250 | | |
| MADE IN CHINA | | 111-138 | WHITE | 10 | 280 | | |
| ORDER NO.: | | 140 | WHITE | 10 | 10 | | |
| W-868 | | 145 | WHITE | 10 | 10 | | |
| | #2371 | 29-46 | BLACK | 10 | 180 | 0.9 KG | 9 KG |
| | | 49-50 | BLACK | 10 | 20 | | |
| | | 51-82 | TAN | 10 | 320 | | |
| | | 85 | TAN | 10 | 10 | | |
| | | 86-108 | RED | 10 | 230 | | |
| | | 110 | RED | 10 | 10 | | |
| | | 111-143 | WHITE | 10 | 330 | | |
| | #2372 | 41-50 | BLACK | 10 | 100 | 0.7 KG | 7 KG |
| | | 61-85 | TAN | 10 | 250 | | |
| | | 86-110 | RED | 10 | 250 | | |
| | | 111-145 | WHITE | 10 | 350 | | |
| | | 316 CTNS | | | 3,160 PCS | | |

X 40'HQ CONTAINER    CTR#HDMU8447847    SEAL#HJR47745
TTL G.W.: 3,740 KGS'    TTL N.W.: 2,442 KGS    TTL MEAS.: 65 CBM
TTL: 316 CTNS & 3,160 PCS

"FROM HONG KONG TO LONG BEACH, U.S.A. AS PER VESSEL "APL PHILIPPINES" V.107E ON/ABT 30-12-2006."

"DRAWN UNDER L/C NO. NBCA30006222 OF NARA BANK, LOS ANGELES DATED 22/12/2006."

"THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS."

For and on behalf of
萬通手袋製品廠有限公司
MAN TUNG HANDBAG PRODUCTS FACTORY LIMITED

Authorized Signature(s)



萬通手袋製品廠有限公司    MAN TUNG HANDBAG PRODUCTS FACTORY LIMITED
萬通手袋製品廠    MAN TUNG HANDBAG PRODUCTS PTE.
香港新界葵涌打磚坪街41號華昌工業中心5樓E及F室    Unit 5E, 5&F, Block E, Wah Lok Industrial Centre, 31-41 Shan Mei Street, Fo Tan, N.T., Hong Kong
電話(TEL):(852)26972145/26972225    電話(FAX):(852)26922158

萬通皮具(深圳)有限公司    MAN TUNG LEATHER GOODS (SHENZHEN) CO., LTD.
中國深圳市寶安區平湖鎮平湖大街平湖新村1區1號    C1, Ping Wong Industrial District, Ping Wong Road, Sham Hom, Ping Wu Town, Long Hong Zone, Shenzhen, China
電話(TEL):(86)755/28366190/28366090    電話(FAX):(86)755/28366443
http://www.mantunghandbag.com.hk    info@mantunghandbag.com.hk

# HYUNDAI
MERCHANT MARINE CO., LTD.

## BILL OF LADING

| Shipper / Exporter ( complete name and address ) | | Document No. 063141 | B/L NO. |
|---|---|---|---|
| MAN TUNG HANDBAG PRODUCTS FACTORY LTD. | | HCM2323544 | HXCA0127536 |
| UNIT F-50, 20/F,WAH LOK IND. CENTRE, 31-41 SHAN MEI ST., FO TAN, SHATIN, NEW TERRITORIES HONG KONG | | Export Reference | |
| Consignee ( complete name and address ) | | Forwarding Agent References | |
| TO:   T ORDER OF NARA BANK, 373.  WILSHIRE BLVD. SUITE 460 LOS ANGELES.,CA 90010, U.S.A. TEL:(213)351-5980 | | Point and Country of Origin | |
| Notify Party ( complete name and address ) | | Domestic Routing / Export Instructions | |
| NEW WEALTH TRADING, INC. 3801 BROADWAY PLACE. LOS ANGELES, CA 90037, U.S.A. | | | |
| Pre-carriage by | Place of Receipt * HONG KONG CY | | |
| Ocean Vessel / Voyage / Flag APL PHILIPPINES   V#107E | Port of Loading HONG KONG | Onward Inland Routing | |
| Port of Discharge LOS ANGELES,CA | For Transshipment to | Place of Delivery * LOS ANGELES,CA CY | Final Destination ( For the Merchants Ref. ) |

### PARTICULARS FURNISHED BY SHIPPER

| Container No. / Seal No. Marks and Numbers | No. of Containers or Packages | Description of Packages and Goods | | Gross Weight KGS 3,740.0000 | Measurement CBM 65.0000 |
|---|---|---|---|---|---|
| T STYLE NO. QTY: COLOUR: C/T NO. MADE IN CHINA ORDER NO. W-668 | "SHIPPER'S LOAD & COUNT" (816CTNS) CY / CY 816 CTNS LADIES HANDBAGS L/C NO.MBCM30069222 "FREIGHT COLLECT" "SHIPPER DECLARE TO STATE:THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS" HDMU5407967/HLX477485   DC 4H | | | | |
| Total Number of Containers or Packages ( in words ) | ONE (1X40'HC) CONTAINER ONLY. | | | | |

| Freight & Charges | Rate | Unit | Prepaid | Collect |
|---|---|---|---|---|
| FREIGHT AS ARRANGED | | | | |

| Declared Value : US$ (Optional) | | Total Charges | | | |
|---|---|---|---|---|---|
| | | Number of Original B(s)L THREE (3) (ORD:DECEMBER THIRTEEN,2006) Dated at | On Board Date DEC. 30,2006 | | |
| | | HYUNDAI MERCHANT MARINE CO., LTD. AS CARRIER By   HYUNDAI MERCHANT MARINE (HK) LTD As agent for the Carrier | HONGKONG DEC. 31,2006 | | |

* Application only when this document is used as an Intermodal transport Bill of Lading. ALSO 90



萬通手袋製品廠有限公司
MAN TUNG HANDBAG PRODUCTS FACTORY LTD.

No.: **2888**

發票
**INVOICE**

NEW WEALTH TRADING, INC.
3901 BROADWAY PLACE,
LOS ANGELES, CA 90037, USA.

Date: **29 DEC, 2006**

| 貨名 Article No. | | 貨名 Description of Goods | | | 數量 Quantity | 單價 Unit Price | 金額 Amount |
|---|---|---|---|---|---|---|---|
| **LADIES HANDBAGS** | | | | | **PIECE** | **FOB HONG KONG** | |
| ORDER NO.: W-668 | | | | | | | |
| MATERIAL : WRINKLED PVC, CHEAPER BLK/NYLON LINING | | | | | | | |
| | **BLK** | **TAN** | **WHT** | | | | |
| #237K | 270 | / | / | | 270 | USD 7.60 | USD 2,052.00 |
| #237L | 280 | / | / | | 280 | USD 8.60 | USD 2,408.00 |
| #2372 | 400 | 100 | | | 500 | USD 7.40 | USD 3,700.00 |
| #2373D | 700 | 400 | 400 | | 1,500 | USD 3.80 | USD 5,700.00 |
| #2374D | 500 | 300 | 300 | | 1,100 | USD 3.40 | USD 3,740.00 |
| #T4008AM | 450 | 300 | 300 | | 1,050 | USD 4.40 | USD 4,620.00 |
| #T402L | 450 | 300 | 300 | | 1,050 | USD 4.40 | USD 4,620.00 |
| **TOTAL:** | | | | | **5,750 PCS** | | **USD 26,840.00** |

SAY TOTAL U.S. DOLLARS TWENTY SIX THOUSAND EIGHT HUNDRED AND FORTY ONLY.)

DRAWN UNDER L/C NO. NBCM30069222 OF NARA BANK, LOS ANGELES DATED 22/12/2006.*

FROM HONG KONG TO LONG BEACH, U.S.A. AS PER VESSEL "HYUNDAI FREEDOM" V.100S ON ABT 29-12-2006.*

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.*

For and in behalf of
MAN TUNG HANDBAG PRODUCTS FACTORY LIMITED

E. & O. E.

總額 TOTAL  **USD26,840.00**

Issued by:                    Received by:

萬通手袋製品廠有限公司    MAN TUNG HANDBAG PRODUCTS FACTORY LIMITED
MAN TUNG LEATHER GOODS (SHENZHEN) CO., LTD.

WAI TUNG HANDBAG PRODUCTS FACTORY LTD.

| LADIES HANDBAGS | BLK | TAN | WHT | PRICE | HONG KONG | USD |
|---|---|---|---|---|---|---|
| ORDER NO. W-466 | | | | | | |
| MATERIAL : WRINKLED PVC, GR0APER, BLK, NYLON LINING | | | | | | |
| K2270 | 270 | / | / | 270 | USD 760 | USD 3,052.00 |
| K2371 | 280 | / | / | 280 | USD 860 | USD 2,408.00 |
| K2372 | 400 | 100 | / | 500 | USD 740 | USD 3,700.00 |
| K2373D | 700 | 400 | 400 | 1,500 | USD 360 | USD 5,700.00 |
| K2374D | 500 | 500 | 500 | 1,500 | USD 360 | USD 1,740.00 |
| K7400RM | 350 | 300 | 300 | 1,050 | USD 440 | USD 4,620.00 |
| K7401L | 450 | 300 | 300 | 1,050 | USD 440 | USD 4,620.00 |
| | | | | | | |
| TOTAL: | | | | 6,750 PCS | | USD 26,840.00 |

SAY TOTAL U.S. DOLLARS TWENTY SIX THOUSAND EIGHT HUNDRED AND FORTY ONLY.

*DRAWN UNDER L/C NO. NBCM3009222 OF NARA BANK, LOS ANGELES DATED 22/12/2005*

*FROM HONG KONG TO LONG BEACH, U.S.A. AS PER VESSEL "HYUNDAI FREEDOM" V.104 SON/ABT 29-12-2005.*

*THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.*

| | | USD26,840.00 |
|---|---|---|

WAI TUNG HANDBAG PRODUCTS FACTORY LIMITED

萬通手袋製品廠有限公司
**MAN TUNG HANDBAG PRODUCTS FACTORY LTD.**

## PACKING LIST

SOLD TO:

NEW WEALTH TRADING, INC.
3301 BROADWAY PLACE,
LOS ANGELES, CA 90037, USA

AGAINST INV#2866 P.1.

29 DEC, 2006
DATE:

| SHIPPING MARKS | DESCRIPTION OF GOODS | QNO. | COLOUR | PCS/CTN | TOTAL PCS | MEASUREMENT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | LADIES HANDBAGS | | | | | PER EACH PCS N.W. | PER EACH CARTON N.W. |
| | ORDER NO.: W-868 | | | | | | |
| | MATERIAL : WRINKLED PVC, CHEAPER BLK / NYLON LINING | | | | | | |
| T | #2370 | 1-27 | BLACK | 10 | 270 | 0.7 KG | 7 KG |
| STYLE NO. | #2371 | 1-28 | BLACK | 10 | 280 | 0.9 KG | 9 KG |
| QTY: | | | | | | | |
| COLOUR: | #2372 | 1-40 | BLACK | 10 | 400 | 0.7 KG | 7 KG |
| C/T NO. | | 61-60 | TAN | 10 | 100 | | |
| MADE IN CHINA | | | | | | | |
| ORDER NO.: | #T400L | 1-15 | BLACK | 30 | 450 | 0.3 KG | 9 KG |
| W-868 | | 16-25 | TAN | 30 | 300 | | |
| | | 26-35 | WHITE | 30 | 300 | | |
| | #T400S/M | 1-15 | BLACK | 30 | 450 | 0.3 KG | 9 KG |
| | | 16-25 | TAN | 30 | 300 | | |
| | | 26-35 | WHITE | 30 | 300 | | |
| | #2373D | 1-14 | BLACK | 50 | 700 | 0.2 KG | 10 KG |
| | | 15-22 | TAN | 50 | 400 | | |
| | | 23-30 | WHITE | 50 | 400 | | |
| | #2374D | 1-5 | BLACK | 100 | 500 | 0.1 KG | 10 KG |
| | | 6-8 | TAN | 100 | 300 | | |
| | | 9-11 | WHITE | 100 | 300 | | |
| | | **216 CTNS** | | | **5,750 PCS** | | |

X 20' CONTAINER          CTR#TTNU1863646    SEAL#HLR#06047
TTL. G.W. : 2,407 KGS    TTL N.W. : 1,531 KGS    TTL MEAS : 28 CBM
TTL : 216 CTNS & 5,750 PCS

"FROM HONG KONG TO LONG BEACH, U.S.A. AS PER VESSEL "HYUNDAI FREEDOM" V.104E ON/ABT 29-12-2006."

"DRAWN UNDER L/C NO. NBCM30089222 OF NARA BANK, LOS ANGELES DATED 22/12/2006."

"THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS."

For and on behalf of
萬通手袋製品廠有限公司
MAN TUNG HANDBAG PRODUCTS FACTORY LIMITED

Authorized Signature(s)



萬通手袋製品廠有限公司
萬通手袋製品廠有限公司
香港新界大埔汀角路41號太興工業中心大樓第3期第2室
電話(TEL):(852)26673887/26873886

萬通手袋製品(深圳)有限公司
中國深圳市寶安區福永鎮鳳凰村鳳凰大道第3室第3樓
電話(TEL):(86755)85306076/85306453

https://www.mantunghandbag.com.hk

MAN TUNG HANDBAG PRODUCTS FACTORY LIMITED
MAN TUNG HANDBAG PRODUCTS FTY.
Unit 02, 3/F., Block B, Wah Lok Industrial Centre, 37-41 Shan Mei Street, Fo Tan, N.T., Hong Kong
電話(FAX):(852)26358888

MAN TUNG HANDBAG PRODUCTS (SHENZHEN) CO. LTD.
C/L Fong Wang Industrial Centre, Fong Wang Road, Shum Mun, Ping Wai Town, Long Kong Zhen, Shenzhen, China
電話(FAX):(86755)85306453

info@mantunghandbag.com.hk

# EXHIBIT

# L





# EXHIBIT

# M

**VISION EXPRESS**
**WRAG - TIME**
*Expedited LTL Service*

304 Newton Ave
Oaklyn, NJ 08107

**Factored**                    **Original Invoice**

| DATE 06/27/2005 | SHP # | SERVICE LTL | ORIGIN LAX | DEST EWR | CHARGE Collect | TABLE | MANUAL | PRO # 020058916 |
|---|---|---|---|---|---|---|---|---|

| CONSIGNOR | ACCOUNT # 947728  PHONE # 212-279-2570 | SHIPPER | ACCOUNT # 947729  PHONE # 323-235-4110 | BILLING |
|---|---|---|---|---|

NEWCOME TRADING
125 WEST 30th STREET
NEW YORK NY, 10001

TOSCA
3801 BROADWAY PLACE
LOS ANGELES CA, 90037

BILL ACCOUNT:      947728
AS OF DATE:        06/27/2005
TERMS:             Net 30
DUE DATE:          07/27/2005
AMOUNT BILLED:  $ 1,029.72

| PICKED UP BY | GOTT | PRO NO. | | TRANSFER TO | | | PRO NO. |
|---|---|---|---|---|---|---|---|
| PIECES | COMMODITY - DESCRIPTION | | CLASS | WEIGHT | RATE | CHARGES | SPECIAL INSTRUCTIONS |
| 143 | BXS OF HANDBAGS | | | 3220 | 26.30 | 911.26 | EXCEPTION NOTED NZ |
| | 13.00% Fuel Surcharge | | | | | 118.46 | |
| | | | | | | | P.O. Number(s) |
| | | | | | | | 7-8-05  ck. 2890 |
| 143 | | | | 3220 | | 1029.72 | SUBJECT TO TERMS OF VISION EXPRESS RULES TARIFF # |
| DECLARED | | COD AMOUNT | | DISCOUNT | | | Rates reflect an increase effective June 6, 2 |

| BILL TO | NEWCOME TRADING 125 WEST 30th STREET NEW YORK NY, 10001 | REMIT TO: THIS ACCOUNT IS ASSIGNED, OWNED BY, AND PAYABLE ONLY TO The CIT Group/Commercial Services P.O. Box 1036 Charlotte, NC 28201-1036 PLEASE REFERENCE INVOICE NUMBER WITH PAYMENT |
|---|---|---|

07/30/2000 21:10  FAX 13232354120        TOSCAUSA                    ☒01

**TOSCA® U.S.A.**
NEW HEALTH TRADING INC DBA
CORP OFFICE & SHOWROOM:
43rd S MAIN STREET • LOS ANGELES CALIFORNIA 90011 U S A
TEL 213 235 4110 FAX 213 235 4130 E MAIL TOSCAUSA@HOTMAIL.COM

COMPANY/BUYER _Prada_                    ORDER DATE _7 — 31 — 2000_

ADDRESS_____          VIA_____

_____          PAY_____

TELEPHONE_____

SPECIAL INSTRUCTION_____

| STYLE # | Blk | Tan | Nuy | Red | | | TOTAL Q. |
|---------|-----|-----|-----|-----|---|---|---------|
| 2202 | 90 | 35 | 20 | 30 | Box. | | |
| 2201 | 60 | 35 | 15 | 20 | | | |
| 2203 | 45 | 15 | 15 | 15 | | | |
| 2204 | 60 | 35 | 15 | 20 | | | |
| | ↑ | PCS | | | | Total is 10100 PCS | |
| 2202 | 1800 | 700 | 400 | 600 | | | |
| 2201 | 1200 | 500 | 200 | 400 | PCS | | |
| 2203 | 900 | 300 | 300 | 350 | | | |
| 2204 | 1200 | 500 | 200 | 400 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

◄ TOSCA LA     ... MAIN STREET LOS ANGELES CALIFORNIA ...    TEL ...
◄ TOSCA NY     ...                                           TEL ...

04/00/2000 22:09  FAX 12122004120          TUSCABBA                          02/01

# TOSCA
### H A N D B A G S
1116 S.Main Street
Los Angeles, CA 90015
Tel:(213) 748-0300
Fax:(213) 748-0456

**ORDER FORM**

COMPANY / BUYER ___Tosca (NY)___

ADDRESS _____

TELEPHONE _____

SPECIAL INSTRUCTION _____

ORDER DATE ___5-1-2000___

VIA _____

PAY _____

W-176  2nd

| TOTAL QTY | STYLE# | BLACK | BROWN | GREEN | NAVY | WHITE | BONE/BEIGE | KHAKI | | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 241 | 47 | 24 | 24 | | | 17 | | | |
| | 242 | 47 | 24 | 24 | | | 17 | | | |
| | 243 | 47 | 24 | 24 | | | 17 | | | |
| | 244 | 47 | 24 | 24 | | | 17 | | | |
| | 245 | 35 | 15 | | | | | | | |
| W-176 GT | | Blu | Yel | PNK | Sil | WHT | Red | | | |
| | 2332 | 20 | 20 | 20 | 20 | 20 | 20 | | | |
| | 2335 | 20 | 20 | 20 | 20 | 20 | 20 | | | |
| | 2336 | 20 | 20 | 20 | 20 | 20 | 20 | | | |
| | 2333 | 20 | 20 | 20 | 20 | 20 | 20 | | | |
| | 2334 | 20 | 20 | 20 | 20 | 20 | 20 | 150 | | |
| | | BLK | Lon | Tan | Bon | | | | | |
| W-241 | | 78 | 40 | 40 | 28 | | | | | |
| | 242 | 78 | 40 | 40 | 28 | | | | | |
| | 243 | 78 | 40 | 40 | 28 | | | | | |
| | 244 | 78 | 40 | 40 | 28 | | | | | |
| | 245 | 61 | 25 | | | 1-11 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

07/20/2000 22:28  FAX 13232354120         TOSCAUSA                    ☒01

# TOSCA
HANDBAGS

ORDER FORM

Order No. ----

COMPANY / BUYER _Tosca New York_    ORDER DATE _7-20-00_
ADDRESS _Attn: Mr. Choi_           VIA _EDI & Herman-Miles_
                                    PAY
TELEPHONE
SPECIAL INSTRUCTION

| STYLE # | BLACK | BROWN | NAVY | WHITE | BONE | KHAKI | | TOTAL QTY |
|---------|-------|-------|------|-------|------|-------|---|-----------|
| | Bl | Pink | Red | Beige | | | | |
| 2nd ship ( Among Order No. 2020) | | | | | | | | |
| 2380 | 4 | 4 | 2 | 6 | | | | 16 |
| 2381 | 4 | 4 | 2 | 6 | | | | 16 |
| 2383 | 2 | 2 | 2 | 2 | | | → | 8 |
| 2384 | 6 | 6 | 4 | 8 | | | | 24 |
| 2388 | 4 | 4 | 3 | 5 | | | | 16 |
| | | | | | | Sub Total 80 Boxes | | |
| | Black | | Olive | Tan | | | | |
| 2421 | 4 | | | | | | | 4 |
| 2420 | | | 7 | | | | | 7 |
| 2144 | | | | 2 | | | | 2 |
| | | | | | | Sub Total 13 Boxes | | |
| | | | | | | Grand Total 93 Boxes | | |
| | | | | | | | | 87BX |
| | | | | | | | | 43. BX |
| | | | | | | | | 44.BX |

Now Wealth Trading Inc. dba /

# TOSCA USA

TOSCA CORP OFFICE & SHOWROOM    4076 S. Main Street    Los Angeles, California 90037 U.S.A    Tel. 323. 235 4110    Fax 323. 235 4120
TOSCA LA OFFICE & SHOWROOM    1116 S. Main Street    Los Angeles, California 90015 U.S.A    Tel. 213. 748 0300    Fax 213. 748 0456
TOSCA LA OFFICE & SHOWROOM    125 W. 30th Street    New York, New York 10001 U.S.A    Tel. 212. 279 2570    Fax 212. 279 2571

## INVOICE NO.

408○

| | | | | |
|---|---|---|---|---|
| **SOLD TO** | NAME OF BUSINESS *Poplop Int'l* | **SHIP TO** | NAME OF BUSINESS | |
| | ADDRESS | | ADDRESS | |
| | CONTACT PERSON | | CUSTOMER P.O.# | |
| | PHONE | | FAX | |

| DATE | ORDER NO. | SALESPERSON | . SHIP VIA | DATE REQUIRED |
|---|---|---|---|---|
| 6-14-07 | | | | |

| STYLE NO. | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | GRAND TOTAL |
|---|---|---|---|---|
| 2510 | 2 | 2 | | |
| 11 | 2 | 2 | | |
| 2990 | 2 — KEPT | 2 | | |
| 93 | | 1 | | |
| 94 | 2 | 2 | | |
| 2171 | 1 | 1 | | |
| 72 | 3 | 3 | | |
| 877 S | 3 | 3 | | |

## OVERALL GRAND TOTAL

16 pcs. $

*MINIMUM PURCHASE OF 6 PCS PER GROUP OF STYLE REQUIRED.
*IT IS THE COMPANY POLICY TO USE COD AS A PAYMENT METHOD.
*ALL ORDERS WILL BE COMPLETED AND SHIPPED OUR AFTER THE SHOW.
*SOME SHIPMENT WILL BE SHIPPED OUR PARTIALLY.
*THERE IS ABSOLUITHLY NO RETURN, ALL PURCHASES ARE THE FINAL, WITH
THE EXCEPTION OF MANUFATURER'S DEFACT.

**FOR THE CUSTOMER ONLY**

CUSTOMER NAME: _M160et_

SIGNATURE:                          DATE:

New Wealth Trading Inc. dba /
# TOSCA USA

**INVOICE NO.** 4053

TOSCA CORP OFFICE & SHOWROOM    4076 S. Main Street    Los Angeles, California 90037 U.S.A    Tel. 323. 235 4110    Fax 323. 235 4120
TOSCA LA OFFICE & SHOWROOM    1116 S. Main Street    Los Angeles, California 90015 U.S.A    Tel. 213. 748 0300    Fax 213. 748 0456
TOSCA LA OFFICE & SHOWROOM    125 W. 30th Street    New York, New York 10001 U.S.A    Tel. 212. 279 2570    Fax 212. 279 2571

**SOLD TO**
NAME OF BUSINESS: Pollop Int'l
ADDRESS:
CONTACT PERSON:
PHONE:

**SHIP TO**
NAME OF BUSINESS:
ADDRESS:
CUSTOMER P.O.#
FAX:

| DATE | ORDER NO. | SALESPERSON | SHIP VIA | DATE REQUIRED |
|------|-----------|-------------|----------|---------------|
| 2.28.07 | | | | |

| STYLE NO. | DESCRIPTION | | | | | TOTAL QUANTITY | UNIT PRICE | GRAND TOTAL |
|-----------|------|-------|-----|-----|--------|----------------|------------|-------------|
| | blk | white | Tan | red | yellow | | | |
| 1990 | 10 | 10 | 10 | 10 | 10 | 50 | | |
| 93 | 10 | 10 | 10 | 10 | 10 | 50 | | |
| 94 | 10 | 10 | 10 | 10 | 10 | 50 | | |
| 112 | | | 1 | | | 1 | | |
| 1690 | 1 | | | | | 1 | | |
| 94 | 1 | | | | | 1 | | |
| 831 | | 1 | | | | 1 | | |
| 8775 | 1 | | | | | 1 | | |

## OVERALL GRAND TOTAL
155 pcs. $

*MINIMUM PURCHASE OF 6 PCS PER GROUP OF STYLE REQUIRED.
*IT IS THE COMPANY POLICY TO USE COD AS A PAYMENT METHOD.
*ALL ORDERS WILL BE COMPLETED AND SHIPPED OUR AFTER THE SHOW.
*SOME SHIPMENT WILL BE SHIPPED OUR PARTIALLY.
*THERE IS ABSOLUTELY NO RETURN. ALL PURCHASES ARE THE FINAL, WITH
THE EXCEPTION OF MANUFATURER'S DEFACT.

FOR THE CUSTOMER ONLY
CUSTOMER NAME:
SIGNATURE:                    DATE:

New Wealth Trading Inc. dba /
# TOSCA USA

**INVOICE NO.**
404

TOSCA CORP OFFICE & SHOWROOM    4076 S. Main Street    Los Angeles, California 90037 U.S. A    Tel. 323. 235 4110    Fax 323. 235 4120
TOSCA LA OFFICE & SHOWROOM      1116 S. Main Street    Los Angeles, California 90015 U.S. A    Tel. 213. 748 0300    Fax 213. 748 0456
TOSCA LA OFFICE & SHOWROOM      125 W. 30th Street    New York, New York 10001 U.S. A    Tel. 212. 279 2570    Fax 212. 279 2571

**SOLD TO**
NAME OF BUSINESS  Perfoto 212
ADDRESS
CONTACT PERSON
PHONE

**SHIP TO**
NAME OF BUSINESS
ADDRESS
CUSTOMER P.O.#
FAX

| DATE | ORDER NO. | SALESPERSON | SHIP VIA | DATE REQUIRED |
|------|-----------|-------------|----------|---------------|
| 1-31-07 | | | | |

| STYLE NO. | DESCRIPTION | | | | TOTAL QUANTITY | UNIT PRICE | GRAND TOTAL |
|-----------|-------------|--|--|--|----------------|------------|-------------|
| 2370 | 10 | | | | 10 | | |
| 71 | 10 | | | | 10 | | |
| 72 | 10 | | | | 10 | | |
| | | | | | | | |

**OVERALL GRAND TOTAL**    30 pcs. $

*MINIMUM PURCHASE OF 6 PCS PER GROUP OF STYLE REQUIRED.
*IT IS THIS COMPANY POLICY TO USE COD AS A PAYMENT METHOD.
*ALL ORDERS WILL BE COMPLETED AND SHIPPED OUR AFTER THE SHOW.
*SOME SHIPMENT WILL BE SHIPPED OUT PARTIALLY
*THERE IS ABSOLUTELY NO RETURN, ALL PURCHASES ARE THE FINAL, WITH
THE EXCEPTION OF MANUFATURER'S DEFACT.

**FOR THE CUSTOMER OLNY**
CUSTOMER NAME:  MIGUEL
SIGNATURE:                    DATE:

New Wealth Trading Inc. dba /
# TOSCA USA

**INVOICE NO.**

ID  4043

TOSCA CORP OFFICE & SHOWROOM    4076 S. Main Street   Los Angeles, California 90037 U.S. A   Tel. 323. 235 4110  Fax 323. 235 4120
TOSCA LA OFFICE & SHOWROOM    1116 S. Main Street   Los Angeles, California 90015 U.S. A   Tel. 213. 748 0300  Fax 213. 748 0456
TOSCA LA OFFICE & SHOWROOM    125 W. 30th Street   New York, New York 10001 U.S. A   Tel. 212. 279 2570   Fax 212. 279 2571

**SOLD TO**

NAME OF BUSINESS  Polob Jnt'l

ADDRESS

CONTACT PERSON

PHONE

**SHIP TO**

NAME OF BUSINESS

ADDRESS

CUSTOMER P.O. #

FAX

| DATE | ORDER NO. | SALESPERSON | SHIP VIA | DATE REQUIRED |
|------|-----------|-------------|----------|---------------|
| 1-25-07 | | | | |

| STYLE NO. | DESCRIPTION | | | | | TOTAL QUANTITY | UNIT PRICE | GRAND TOTAL |
|-----------|-------------|---|---|---|---|----------------|------------|-------------|
| | BK | white | Tan | Red | pink | | | |
| 950 | 10 | 10 | 10 | 10 | 10 | 50 | | |
| 952 | 10 | 10 | 10 | 10 | 10 | 50 | | |
| 953 | 10 | 10 | 10 | 10 | 10 | 50 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OVERALL GRAND TOTAL

150 PCS. $

**FOR THE CUSTOMER OLNY**

CUSTOMER NAME:

SIGNATURE: _TOSCA_    DATE: 1/25/07

*MINIMUM PURCHASE OF 4 PCS PER GROUP OF STYLE REQUIRED.
*IT IS THE COMPANY POLICY TO USE COD AS A PAYMENT METHOD.
*ALL ORDERS WILL BE COMPLETED AND SHIPPED OUR AFTER THE SHOW.
*SOME SHIPMENT WILL BE SHIPPED OUR PARTIALLY.
*THERE IS ABSOLUTELY NO RETURN. ALL PURCHASES ARE THE FINAL, WITH
THE EXCEPTION OF MANUFATURER'S DEFACT.

New Wealth Trading Inc. dba /

# TOSCA USA

INVOICE NO.

4042

TOSCA CORP OFFICE & SHOWROOM    4076 S. Main Street  Los Angeles, California 90037 U.S. A   Tel. 323. 235 4110  Fax 323. 235 4120
TOSCA LA OFFICE & SHOWROOM    1116 S. Main Street  Los Angeles, California 90015 U.S. A   Tel. 213. 748 0300  Fax 213. 748 0456
TOSCA LA OFFICE & SHOWROOM    125 W. 30th Street  New York, New York 10001 U.S. A   Tel. 212. 279 2570  Fax 212. 279 2571

**SOLD TO**

NAME OF BUSINESS: Polon Int'C

ADDRESS

CONTACT PERSON

PHONE

**SHIP TO**

NAME OF BUSINESS

ADDRESS

CUSTOMER P.O.#

FAX

| DATE | ORDER NO. | SALESPERSON | SHIP VIA | DATE REQUIRED. |
|------|-----------|-------------|----------|----------------|
| 1-22-07 | | | | |

| STYLE NO. | DESCRIPTION | | | | | TOTAL QUANTITY | UNIT PRICE | GRAND TOTAL |
|-----------|-------------|--|--|--|--|----------------|------------|-------------|
| | Blk | Tan | white | Red | | | | |
| 270 | 10 | 10 | 10 | 10 | | 40 | | |
| 71 | 10 | 10 | 10 | 10 | | 40 | | |
| 72 | 10 | 10 | 10 | 10 | | 40 | | |
| 73D | 40 | 20 | 20 | | | 80 | | |
| 74D | 40 | 20 | 20 | | | 80 | | |
| T400L | 40 | 20 | 20 | | | 80 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OVERALL GRAND TOTAL

360 pcs. $

*MINIMUM PURCHASE OF 6 PCS PER GROUP OF STYLE REQUIRED.
*IT IS THE COMPANY POLICY TO USE COD AS A PAYMENT METHOD.
*ALL ORDERS WILL BE COMPLETED AND SHIPPED OUR AFTER THE SHOW.
*SOME SHIPMENT WILL BE SHIPPED OUR PARTIALLY
*THERE IS ABSOLUTELY NO RETURN. ALL PURCHASES ARE THE FINAL, WITH
THE EXCEPTION OF MANUFATURER'S DEFACT.

FOR THE CUSTOMER OLNY

CUSTOMER NAME: Miguel

SIGNATURE:                    DATE:

New Wealth Trading Inc. dba /

# TOSCA USA

TOSCA CORP OFFICE & SHOWROOM    4076 S. Main Street    Los Angeles, California 90037 U.S.A    Tel. 323. 235 4110  Fax 323. 235 4120
TOSCA LA OFFICE & SHOWROOM    1116 S. Main Street    Los Angeles, California 90015 U.S.A    Tel. 213. 748 0300  Fax 213. 748 0456
TOSCA LA OFFICE & SHOWROOM    125 W. 30th Street    New York, New York 10001 U.S.A    Tel. 212. 279 2570  Fax 212. 279 2571

## INVOICE NO.
4 404 1

**SOLD TO**

NAME OF BUSINESS  *PoRoX Int'l*

ADDRESS

CONTACT PERSON

PHONE

**SHIP TO**

NAME OF BUSINESS

ADDRESS

CUSTOMER P.O.#

FAX

| DATE | ORDER NO. | SALESPERSON | SHIP VIA | DATE REQUIRED |
|------|-----------|-------------|----------|---------------|
| 1-20-06 | | | | |

| STYLE NO. | DESCRIPTION | | | | | | | TOTAL QUANTITY | UNIT PRICE | GRAND TOTAL |
|-----------|-------------|---|---|---|---|---|---|----------------|------------|-------------|
| | B/L | Tar | /6n | white | yellow | | | | | |
| 746 | 6 | 6 | 6 | 6 | 6 | | | 40 | | |
| 8285 | 5 | | | | | | | 5 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## OVERALL GRAND TOTAL

PCS. $

*MINIMUM PURCHASE OF 6 PCS PER GROUP OF STYLE REQUIRED.
*IT IS THE COMPANY POLICY TO USE COD AS A PAYMENT METHOD.
*ALL ORDERS WILL BE COMPLETED AND SHIPPED OUR AFTER THE SHOW.
*SOME SHIPMENT WILL BE SHIPPED OUR PARTIALLY
*THERE IS ABSOLUTELY NO RETURN. ALL PURCHASES ARE THE FINAL, WITH
THE EXCEPTION OF MANUFACTURER'S DEFACT.

FOR THE CUSTOMER ONLY

CUSTOMER NAME: *MI Gое*

SIGNATURE:                    DATE:

New Wealth Trading Inc. dba /
**TOSCA**®USA

**INVOICE NO.**
403?

TOSCA CORP OFFICE & SHOWROOM    4076 S. Main Street    Los Angeles, California 90037 U.S.A    Tel. 323. 235 4110    Fax 323. 235 4120
TOSCA LA OFFICE & SHOWROOM    1116 S. Main Street    Los Angeles, California 90015 U.S.A    Tel. 213. 748 0300    Fax 213. 748 0456
TOSCA LA OFFICE & SHOWROOM    125 W. 30th Street    New York, New York 10001 U.S.A    Tel. 212. 279 2570    Fax 212. 279 2571

**SOLD TO**

NAME OF BUSINESS  *Polox Fit C*

ADDRESS

CONTACT PERSON

PHONE

**SHIP TO**

NAME OF BUSINESS

ADDRESS

CUSTOMER P.O.#

FAX

| DATE | ORDER NO. | SALESPERSON | SHIP VIA | DATE REQUIRED |
|------|-----------|-------------|----------|---------------|
| 1-18-07 | | | | |

| STYLE NO. | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | GRAND TOTAL |
|-----------|-------------|----------------|------------|-------------|
| 1912 | BL 2 | 2 | | |
| | | | | |

*Thank You, David !*

*HENRY*

**OVERALL GRAND TOTAL**      2 PCS.

*MINIMUM PURCHASE OF 6 PCS PER GROUP OF STYLE REQUIRED.
*IT IS THE COMPANY POLICY TO USE COD AS A PAYMENT METHOD.
*ALL ORDERS WILL BE COMPLETED AND SHIPPED OUR AFTER THE SHOW.
*SOME SHIPMENT WILL BE SHIPPED OUR PARTIALLY
*THERE IS ABSOLUTELY NO RETURN. ALL PURCHASES ARE THE FINAL, WITH THE EXCEPTION OF MANUFATURER'S DEFACT.

FOR THE CUSTOMER OLNY
CUSTOMER NAME:                    1-18-07
SIGNATURE:                    DATE:

# EXHIBIT

# N

2005-06-18    (revised)

### HM Group # 498

| | | | |
|---|---|---|---|
| 4980 | 15 | 19 | 17 |
| 4982 | 16 | 21 | 19 |
| 4985(kelly) | 14 | 18 | 16 |
| 4988 | 13 | 17 | 15 |
| 4989 | 16 | 21 | 19 |
| 4980C | 16.5 | 21 | 19 |
| 4982C | 18 | 23 | 21 |
| 4985C | 15.5 | 20 | 18 |
| 4988C | 14.5 | 19 | 17 |

### PD Group # 638

| | | | |
|---|---|---|---|
| 6380 | 14.5 | 18 | 17 |
| 6381 | 11 | 14 | 13 |
| 6382 | 12.5 | 16 | 15 |
| 6385 | 19 | 24 | 22 |

### MJ Group # 678

| | | | |
|---|---|---|---|
| 6780 | 13 | 15 | 14 |
| 6781 | 14.5 | 16 | 15 |
| 6784 | 13.6 | 17 | 15 |
| 6785 | 13.6 | 17 | 15 |
| 6786 | 12 | 15 | 13 |
| 6788 | 8 | 10 | 9 |
| 6789 | 12 | 15 | 13 |
| 6790 | 11 | 14 | 13 |
| 6792 | 8.8 | 11 | 10 |
| 6793 | 9.6 | 12 | 11 |

### TD Group # 692

| | | | |
|---|---|---|---|
| 6922 | 11.2 | 14 | 12 |
| 6923 | 9.6 | 12 | 10 |
| 6924 | 14 | 16 | 14 |
| 6925 | 8 | 10 | 8 |

### MJ Group # 696

| | | | |
|---|---|---|---|
| 6960 | 11 | 15 | 13 |
| 6963 | 10.5 | 13 | 11 |
| 6964 | 11 | 15 | 13 |
| 6965 | 9.5 | 12 | 10 |
| 6966 | 11 | 15 | 13 |
| 690D | 7 | 8 | 7 |
| 691D | 6 | 7 | 6 |

### DG Group # 710

| | |
|---|---|
| 7100 | 13 |
| 7101 | 15 |
| 7103 | 14 |
| 7104 | 13 |

### BM Group # 716

| | | | |
|---|---|---|---|
| 7160 | 16.5 | 22 | 20 |
| 7161 | 14.5 | 19 | 17 |
| 7164 | 13.5 | 18 | 16 |

### NG Group # 728

| | | | |
|---|---|---|---|
| 7282 | 13.5 | 18 | 16 |
| 7284 | 12 | 16 | 14 |
| 7285 | 13 | 17 | 15 |
| 7287 | 11 | 15 | 13 |

### PD Group # 730

| | | | |
|---|---|---|---|
| 7300 | 9.5 | 12 | 11 |
| 7301 | 8 | 10 | 9 |
| 7302 | 8.75 | 11 | 10 |
| 7303 | 19.5 | 24 | 22 |

### BRB Group # 736

| | | | |
|---|---|---|---|
| 7360 | 11.5 | 15 | 14 |
| 7363 | 13.5 | 17 | 16 |
| 7364 | 12.5 | 16 | 15 |
| 7365 | 15 | 19 | 17 |

### MJ Group # 740

| | |
|---|---|
| 7400 | 15 |
| 7401 | 14 |
| 7402 | 12 |
| 7403 | 19 |
| 7404 | 16 |

### PD Group # 800

| | | |
|---|---|---|
| 8000 | 12 | 15 |
| 8001 | 13 | 16 |
| 8002 | 13 | 16 |
| 8003 | 13.5 | 17 |

### LLUL Group # 802

| | | |
|---|---|---|
| 8020 | 12.8 | 16 |
| 8021 | 13.6 | 17 |
| 8022 | 11.2 | 14 |
| 8023 | 13.6 | 17 |

### FDI Group # 804

| | |
|---|---|
| 8040 | 12 |
| 8041 | 13 |
| 8042 | 16 |
| 8043 | 17 |

### CH Group # 806

| | |
|---|---|
| 8060 | 18 |
| 8061 | 14 |
| 8062 | 15 |
| 8063 | 13 |

### TN Group # 808

| | |
|---|---|
| 8080 | 15 |
| 8081 | 16 |
| 8086 | 13 |
| 8087 | 14 |

| CH Group # 816 | | |
|---|---|---|
| 8160 | 15 | 19 |
| 8162 | 12 | 15 |
| 8163 | 13 | 16 |

| PD Group # 818 | | |
|---|---|---|
| 8180 | 11.5 | 14 |
| 8181 | 10.5 | 13 |
| 8182 | 13.5 | 17 |
| 8183 | 13 | 16 |

| TD Group # 820 | | |
|---|---|---|
| 8200 | | 14 |
| 8201 | | 15 |
| 8202 | | 15 |
| 8203 | | 14 |

| NG Group # 824 | | |
|---|---|---|
| 8240 | | 11 |
| 8241 | | 13 |
| 8244 | | 12 |
| 8246 | | 12 |

| NG Group # 830 | | |
|---|---|---|
| 8300 | | 12 |
| 8301 | | 14 |
| 8303 | | 11 |
| 8305 | | 11 |

| NG Group # 832 | | |
|---|---|---|
| 8320C | 15 | 18 |
| 8322C | 13 | 16 |
| 8323C | 12 | 15 |
| 8324C | 16.5 | 20 |

| RL Group # 838 | | |
|---|---|---|
| 8380 | | 15 |
| 8382 | | 17 |
| 8384 | | 15 |
| 8385 | | 15 |

| PD Group # 840 | | |
|---|---|---|
| 8400 | | 11 |
| 8401 | | 12 |
| 8402 | | 15 |
| 8403 | | 14 |

| PD Group # 842 | | |
|---|---|---|
| 8420 | | 15 |
| 8421 | | 14 |
| 8423 | | 13 |
| 8424 | | 13 |

| JY Group # 844 | | |
|---|---|---|
| 8440 | | 17 | |
| 8441 | | 16 | |
| 8442 | 14 | 18 | 16 |
| 8443 | 13 | 17 | 15 |

| DG Group # 846 | | |
|---|---|---|
| 8460 | 14.5 | 19 | 17 |
| 8462 | 13 | 17 | 16 |
| 8463 | 15.5 | 21 | 19 |
| 8465 | 14.5 | 19 | 17 |

| LLUL Group # 848 | | |
|---|---|---|
| 8481 | 9.6 | 12 |
| 8484 | 9.6 | 12 |
| 8485 | 9.6 | 12 |
| 8488 | 9.6 | 12 |

| JC Group # 850 | | |
|---|---|---|
| 8500 | 15 | 18 |
| 8501 | 17 | 19 |
| 8502 | 14 | 16 |
| 8504 | 13 | 15 |

| JC Group # 852 | | |
|---|---|---|
| 8520 | 21.5 | 27 | 24 |
| 8521 | | 15 | |
| 8522 | | 16 | |
| 8523 | | 15 | |
| 8524 | | 14 | |
| 8525 | 24.5 | 31 | 28 |

| BRA Group # 854 | | |
|---|---|---|
| 8542 | 12.5 | 16 | 15 |
| 8543 | 13.5 | 17 | 16 |
| 8545 | 12.5 | 16 | 15 |

| Shiny Group # 856 | | |
|---|---|---|
| 8560 | | 13 |
| 8561 | | 13 |
| 8565 | | 14 |
| 8566 | | 14 |

| Stone Group # 860 | | |
|---|---|---|
| 8600 | 13 | 17 | 16 |
| 8601 | 12 | 16 | 15 |
| 8602 | 13 | 17 | 16 |
| 8604 | 15.5 | 20 | 18 |

| MJ Group # 862 | | |
|---|---|---|
| 8620 | 14.5 | 19 | 17 |
| 8621 | 13.5 | 17 | 16 |
| 8622 | 12.5 | 16 | 15 |
| 8624 | 14.5 | 19 | 17 |

| PD Group # 866 | | | |
|---|---|---|---|
| 8660 | 13.5 | 17 | 16 |
| 8664 | 13.5 | 17 | 16 |
| 8665 | 12.5 | 16 | 15 |

| TD Group # 868 | | | |
|---|---|---|---|
| 8680 | 12.5 | 16 | 15 |
| 8681 | 13.5 | 17 | 16 |
| 8682 | 12.5 | 16 | 15 |
| 8683 | 11.5 | 15 | 14 |

| TD Group # 870 | | | |
|---|---|---|---|
| 8700 | 12 | 16 | 15 |
| 8702 | 13 | 17 | 16 |
| 8703 | 14 | 18 | 17 |
| 8705 | 12 | 16 | 15 |

| CHann Group # 872 | | | |
|---|---|---|---|
| 8720 | 12.5 | 16 | 15 |
| 8723 | 12.5 | 16 | 15 |
| 8725 | 13.5 | 17 | 16 |
| 8726 | 12.5 | 16 | 15 |

| PD Canvas # 874 | | |
|---|---|---|
| 8740 | | 18 |
| 8741 | | 17 |
| 8743 | | 18 |
| 8744 | | 17 |

| MJ Group # 876 | | | |
|---|---|---|---|
| 8760 | 16.5 | 22 | 19 |
| 8761 | 15.5 | 21 | 18 |
| 8763 | 14.5 | 19 | 17 |
| 8764 | 13.5 | 17 | 15 |

| Texi Group # 880 | | | |
|---|---|---|---|
| 8800 | 12.5 | 16 | 15 |
| 8802 | 13.5 | 17 | 16 |
| 8803 | 13.5 | 17 | 16 |
| 8805 | 13.5 | 17 | 16 |

| Ice Group # 914 | | | |
|---|---|---|---|
| 9140 | 13 | 17 | 16 |
| 9141 | 13.5 | 18 | 17 |
| 9144 | 12 | 16 | 15 |
| 9145 | 12 | 16 | 15 |

| BRA Group # 918 | | | |
|---|---|---|---|
| 9180 | 14.5 | 19 | 17 |
| 9183 | 14 | 18 | 16 |
| 9185 | 15.5 | 21 | 19 |
| 9187 | 14.5 | 19 | 17 |

pomoho

| Group # 920 | | | |
|---|---|---|---|
| 9200 | 12.5 | 16 | 15 |
| 9201 | 13.5 | 18 | 17 |
| 9202 | 10.5 | 14 | 13 |

| GC Group # 922 | | | |
|---|---|---|---|
| 9220 | 10 | 13 | 12 |
| 9222 | 11 | 14 | 13 |

| Chann Group # 924 | | | |
|---|---|---|---|
| 9240 | 12.5 | 16 | 15 |
| 9241 | 12.5 | 16 | 15 |
| 9242 | 13.5 | 17 | 16 |
| 9243 | 12.5 | 16 | 15 |

| Far Group # 926 | | | |
|---|---|---|---|
| 9260 | 12.5 | 16 | 15 |
| 9261 | 13.5 | 17 | 16 |
| 9262 | 13.5 | 17 | 16 |
| 9263 | 15.5 | 19 | 17 |

| TD Group # 928 | | | |
|---|---|---|---|
| 9281 | 14.5 | 19 | 17 |
| 9282 | 13.5 | 17 | 16 |
| 9284 | 12.5 | 16 | 15 |
| 9286 | 13.5 | 17 | 16 |

| TD Group # 930 | | | |
|---|---|---|---|
| 9300 | 12 | 16 | 15 |
| 9301 | 13 | 17 | 16 |
| 9304 | 12 | 16 | 15 |
| 9307 | 12 | 16 | 15 |

| PD Group # 932 | | | |
|---|---|---|---|
| 9320 | 14.5 | 19 | 17 |
| 9321 | 13.5 | 17 | 16 |
| 9322 | 12.5 | 16 | 15 |
| 9323 | 12.5 | 16 | 15 |

| MulB Group # 934 | | | |
|---|---|---|---|
| 9340 | 15.5 | 21 | 19 |
| 9341 | 14.5 | 19 | 17 |
| 9343 | 13.5 | 17 | 15 |
| 9344 | 14.5 | 19 | 17 |

| TD Group # 936 | | | |
|---|---|---|---|
| 9360 | 13.5 | 17 | 16 |
| 9361 | 12.5 | 16 | 15 |
| 9362 | 14.5 | 19 | 18 |

| Metallic Group | | | |
|---|---|---|---|
| 6784M | 18.5 | 24 | 20 |
| 6795M | 17.5 | 22 | 19 |
| 6788M | 12 | 15 | 14 |
| 6381M | 11 | 14 | 13 |
| 6382M | 12.5 | 16 | 15 |

# EXHIBIT O

Chloé - Microsoft Internet Explorer provided by Greenberg Traurig

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites   Links »   Go

Address   http://www.chloe.com/version_en/

# Chloé

COLLECTIONS   BOUTIQUES   E-SHOPPING   SHORTCUT   PRESS   CONTACT

MEDIUM SIZED PADDINGTON'N
CAFE LEATHER

DETAILED VIEW

LEGAL

NEWSLETTER

Done   Internet

Start   Inbox - Microsoft...   3 Reminders   3 Internet Exp...   #238490432v1...   #238478586v2...   Internet   9:45 AM

