SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chloe, S.A.S., J. Choo Limited     Plaintiff,

- against -

Ken Chen a/k/a Shu Chen   Defendant.
a/k/a Xiang Chen, et al.

__7__ cv __6491__ (WP)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I,  Scott Gelin  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Katherine Compton
Firm Name:          Greenberg Traurig, LLP
Address:            2200 Ross Avenue, Suite 5200
City/State/Zip:     Dallas, TX 75201
Phone Number:       (214) 665-3600
Fax Number:

Katherine Compton   is a member in good standing of the Bar of the States of

**Texas**

There are no pending disciplinary proceeding against  Katherine Compton  in any State or Federal court.

Dated: 7/27/07
City, State: New York, New York

Respectfully submitted,

_____
Sponsor's
SDNY Bar     **SG-9599**
Firm Name:   **Greenberg Traurig, LLP**
Address:     **200 Park Avenue**
City/State/Zip: **New York, N.Y. 10166**
Phone Number: **(212) 801-2191**
Fax Number:  **(212) 801-9200**

Scott Gelin (SG 9599)
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166
(212) 801-9200

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Chloe, S.A.S., J.Choo Limited,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Ken Chen a/k/a Shu Chen Defendant,<br>a/k/a Xiang Chen, et al.<br><br>　　　　Defendant | 07 Cv. 6491 (WP)<br><br>**AFFIDAVIT OF SCOTT GELIN IN SUPPORT OF THE MOTION FOR PRO HAC VICE ADMISSION OF <u>KATHERINE COMPTON</u>** |
|---|---|

STATE OF NEW YORK　　）
　　　　　　　　　　　　　） ss:
COUNTY OF NEW YORK　）

SCOTT GELIN, being duly sworn, deposes and says:

　　　　1.　　I am an attorney admitted to practice in the Southern District of New York and I am employed by the firm Greenberg Traurig, LLP, ("Greenberg"), attorneys for Plaintiffs in the above-captioned matter. I submit this affidavit in support of the motion for <u>pro hac vice</u> admission of my colleague Katherine Compton, attorney from Greenberg's Dallas office.

　　　　2.　　I have found Ms. Compton to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      3.      Ms. Compton is a member in good standing of the bar of the District of Texas. She is familiar with Plaintiffs' business, the facts and the circumstances in the above captioned matter, and the Plaintiffs would like her to represent them in this matter.

      4.      A copy of a Certificate of Good Standing issued to Ms. Compton on July 25, 2007 by the State Bar of Texas is annexed hereto as Exhibit A.

      WHEREFORE, it is respectfully requested that the motion to admit Ms. Katherine Compton's, pro hac vice be granted.

Dated: New York, New York
July 27, 2007

Respectfully Submitted,

_____
Scott Gelin

Sworn to before me this
27th day of July, 2007

_____
NOTARY PUBLIC

JAMES H. DONOIAN
Notary Public State New York
No. 02DO6029195
Qualified in New York County
Commission Expires August 8, 20 09

3

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

July 25, 2007

Re:   Kathy Compton, State Bar Number 04652100

To Whom It May Concern:

This is to certify that Ms. Kathy Compton was licensed to practice law in Texas on November 8, 1985, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Compton's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chloe, S.A.S., J. Choo Limited       Plaintiff,

                                                                      7   cv  6491    (WP )

         - against -
                                Defendant.           **ORDER FOR ADMISSION**
Ken Chen a/k/a Shu Chen a/k/a                         **PRO HAC VICE**
Xiang Chen, et al.                                    **ON WRITTEN MOTION**

Upon the motion of  Scott Gelin        attorney for  Plaintiff

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Katherine Compton |
| Firm Name: | Greenberg Traurig, LLP |
| Address: | 2200 Ross Avenue, Suite 5200 |
| City/State/Zip: | Dallas, TX 75201 |
| Telephone/Fax: | (214) 665-3600 |
| Email Address: | comptonk@gtlaw.com |

is admitted to practice pro hac vice as counsel for  Plaintiff   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

Harley I. Lewin, Esq.
Scott Gelin, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiffs*

---------------------------------------------------------     :

CHLOÉ, S.A.S., J. CHOO LIMITED,  :  Civil Action No.: 07 CV 6491 (WCP)
Plaintiffs,
                                 :
- against -
                                 :  **[FILED UNDER SEAL**
KEN CHEN a/k/a SHU CHEN a/k/a XIANG  :  **PURSUANT TO 15 U.S.C. § 1116]**
CHEN, DANIEL DOE, GODDESS TRADING
d/b/a GODDESSTRADING@HOTMAIL.COM,  :
LUXUNG GOODS, LUXURY GOODS, TERRY
DOE d/b/a AZNTERRY911@HOTMAIL.COM,  :
JASON DOE d/b/a
JARRY326@YAHOO.COM.CN, FASHION  :
HANDBAGS, BENNY DOE, JEANCARLO
DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI  :
DOE, TOP LUXURY HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,  :
FRANCISCO DOE, BEN DOE, CARLOS DOE,
INSTYLE LUXURY HANDBAGS, CORINA  :
DOE a/k/a QIMIAO HU a/k/a QI MIAO HU,
KENNY DOE a/k/a YE GUO a/k/a GUO Q YE,  :
NEWCOME TRADING d/b/a TOSCA, QUICK
GLOBAL SHIPPING, HOWARD EXPRESS  :
SHIPPING, RANDY DOE, and various JOHN
and JANE DOES 1-10 and XYZ COMPANIES  :
(UNIDENTIFIED),
                                 :
Defendants.
                                 :
---------------------------------------------------------     :


## PROOF OF SERVICE

I, Michell A. Reid declare:

1)   I am a resident of the State of New York and over the age of eighteen years, and not party to the within action; my business address is 200 Park Avenue, New York, NY 10166. On July 30 , 2007, I served the following document

   Pro Hac Vice Motion of Katherine Compton, Esq.

by personally placing a true copy in a sealed envelope with postage fully paid I the in the United States mail to the person at the addresses listed below:

   **SEE ATTACHED RIDER**

I declare under penalty of perjury laws under the laws of the State of New York that the above is true & correct.

Executed on  July 30, 2007 at  New York, New York

_____
Michelle A. Reid

Case 1:07-cv-06491-WHP   Document 58   Filed 07/30/2007   Page 8 of 11

## RIDER A

Tae Hyung Whang, Esq.
Pak & Whang PC
Attorneys at Law
12 West 32nd St.
Suite 1200
New York, NY 10001
*Attorney for Jae Man Yoo & PSK America Inc.*

Wai Kit Wong
89 Crosby
NY, NY 10012

Li Yu Chen
89 Crosby
NY, NY 10012

Wai Kit Wong
250 Lafayette
NY, NY 10012-4040

Li Yu Chen
250 Lafayette
NY, NY 10012-4040

Chen X. Jiang
Booths 2&3
265 Canal St
NY, NY 10013-6010

W. Fei Zeng
Booths 2&3
265 Canal St
NY, NY 10013-6010

Lin Lin Nan
Booth 16
265 Canal St
NY, NY 10013-6010

Cheng Chen
Booth 12
265 Canal S10013-6010t
NY, NY  10013-6010

Tuan Phan
Booth 11
265 Canal St
NY, NY 10013-6010

Ling Cai
Booth 5
265 Canal St
NY, NY 10013-6010

Lisa Chan
Booth 4
265 Canal St
NY, NY 10013-6010

Xianxn Cai
Booth 9A
265 Canal St
NY, NY 10013-6010

Carlos Rene Tse Sio
Catse Inc.
Booth H3-D
277 Canal St
NY, NY 10013-6010

Daniel, Goddess Trading, Luxury Goods
Booth H2-C
277 Canal St
NY, NY 10013-6010

Wai Kit Lew
277 Canal St
NY, NY 10013-6010

Enyi Huang
Chen Xing Gift Chop
248B Canal St
NY, NY 10013-6010

Ken Chen a/k/a Shu Chen a/k/a Xiang Chen
251A Canal St
NY, NY 10013-6010

Yan He Xia
422 Broadway
NY, NY 10013-2519

Jimmy Ng
421A Broadway
NY, NY 10013-2519

T.J. McKenna, Esq.
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017
*Attorneys for Newcome Trading d/b/a TOSCA*

Kyung Mee Choi
New Wealth Trading d/b/a TOSCA
1116 S. Main St.
Los Angeles, CA 90015-2541

Joseph Soo Choi
New Wealth Trading d/b/a TOSCA
3801 Broadway Place
Los Angeles, CA 90037-1413

Jerry Chan H Tran
Howard Express Shipping
33 Howard St.
NY, NY 10013-3111

Mahendra Ramgopal, Esq
59 Franklin St.
Ground Floor C
NY, NY 10013
*Attorney for Quick Global Shipping, Song Gao and Lisa Wu*

Mr. Greenberg, Esq.
118-21 Queens Boulevard
Suite 306
Forest Hills, NY 11375
*Attorney for Chen Xing Gift Chop & Enyi Huang*