IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

CHLOÉ, S.A.S., J. CHOO LIMITED

                            Plaintiffs,

           - against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE,
JEANCARLO DOE, JOSEPH a/k/a JOSE
DOE, SISI a/k/a CECI DOE, TOP LUXURY
HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS
DOE, INSTYLE LUXURY HANDBAGS,
CORINA DOE a/k/a QIMIAO HU a/k/a QI
MIAO HU, KENNY DOE a/k/a YE GUO
a/k/a GUO Q YE, NEWCOME TRADING
d/b/a TOSCA, QUICK GLOBAL SHIPPING,
HOWARD EXPRESS SHIPPING, RANDY
DOE, and various JOHN and JANE DOES 1-
10 and XYZ COMPANIES
(UNIDENTIFIED),

                          Defendants.

------------------------------------------------------ x

Civil Action No.: 07 cv 6491 (WHP)

ORDER GRANTING
<u>ADMISSION PRO HAC VICE</u>

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the affidavit, sworn to on July 27, 2007, of Scott Gelin in support of Katherine Compton's motion to appear <u>pro hac vice</u>, it is ordered that Ms. Compton be admitted to this Court <u>pro hac vice</u> to represent Plaintiffs in the above-captioned action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/07

The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated: August 9, 2007
         New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*