IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

CHLOÉ, S.A.S., J. CHOO LIMITED

                        Plaintiffs,

            - against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),

                        Defendants.

------------------------------------------------------X

Civil Action No.: 07 cv 6491 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        This Court having held a hearing on August 3, 2007, it is ordered that the time for Defendants to answer or otherwise respond to the Complaint in this action is

extended until September 7, 2007.

Dated: August 9, 2007
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Copy mailed to*:

James Donoian, Esq.
Julie Bookbinder, Esq.
Greenberg Traurig, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166
*Counsel for Plaintiffs*