USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHLOÉ, S.A.S., J. CHOO LIMITED

                Plaintiffs,

- against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),

                Defendants.

------------------------------------------------------------X

Civil Action No.: 07 cv 6491 (WHP)

CONTINUED TEMPORARY RESTRAINING ORDER AS TO DEFENDANTS QUICK GLOBAL SHIPPING, INC., SONG GAO, LISA WU, JAE MAN YOO, AND PSK AMERICA, INC., AND [PROPOSED] ORDER THEREON

AND CHEN YING GIFT SHOP, EMI HUANG,

Plaintiffs CHLOÉ, S.A.S. and J. CHOO LIMITED ("Plaintiffs") having moved *ex parte* against Ken Chen a/k/a Shu Chen a/k/a Xiang Chen, Daniel Doe, Goddess Trading d/b/a goddesstrading@hotmail.com, Luxung Goods, Luxury Goods, Terry Doe d/b/a aznterry911@hotmail.com, Jason Doe d/b/a jarry326@yahoo.com.cn, Fashion Handbags, Benny Doe, JeanCarlo Doe, Joseph a/k/a Jose Doe, Sisi a/k/a Ceci Doe, Top Luxury

Handbags d/b/a luxuryhandbags277@yahoo.com, Francisco Doe, Ben Doe, Carlos Doe, Instyle Luxury Handbags, Corina Doe a/k/a Qimiao Hu a/k/a Qi Miao Hu, Kenny Doe a/k/a Ye Guo a/k/a Guo Q Ye, Newcome Trading d/b/a TOSCA, Quick Global Shipping, Howard Express Shipping, Randy Doe, and various unidentified XYZ corporations and/or unidentified John and Jane Doe Defendants (collectively, "Defendants"), for a Temporary Restraining Order, Seizure Order, Order Restraining the Transfer of Assets, Order Sealing the File, Order for Expedited Discovery and Order to Show Cause for Preliminary Injunction (the "Order") pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. § 1051 et seq.), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"); and

    The Court, having issued such Order on July 19, 2007 granting Plaintiffs' *ex parte* application for the reason that Plaintiffs succeeded in showing that they are likely to prove that Defendants are manufacturing, importing, exporting, marketing, advertising, distributing, offering for sale and/or selling goods ("Counterfeit Products") bearing counterfeit reproductions of Plaintiffs' federally registered trademarks and trade names as defined in Plaintiffs' Complaint (collectively, "Plaintiffs' Trademarks"); and Plaintiffs having served and executed the Order and related papers in this action as against Defendants; and,

    The Court, having extended such Order on August 3, 2007; and

    Plaintiffs, having served Defendants Quick Global Shipping, Inc., Song Gao, Lisa Wu, Jae Man Yoo, and PSK America, Inc. ("Represented Defendants"); and the Court, having reviewed the Complaint, Memoranda of Law, Reply Memoranda of Law,

Plaintiffs having represented that they are entering into a stipulation with Defendants Chen Ying Gift Shop and Enyi Huang, supporting Declarations and exhibits submitted therewith, as well as Represented Defendants' opposition papers, and having heard oral argument on August 3 and August 10, 2007,

IT IS HEREBY ORDERED that the Order of July 19, 2007 is continued against the Represented Defendants, Chen Ying Gift Shop, and Enyi Huang until August 17, 2007, with the limited exceptions contained herein; and

IT IS FURTHER ORDERED that the asset restraint contained in the Order shall remain in place (the "Restricted Accounts"), and may be continued from week-to-week at the Court's discretion, with the limited exceptions contained herein; and

IT IS FURTHER ORDERED that the Restricted Accounts in the name of Defendant Lisa Wu are released except as to $10,000 to be kept restrained; and

IT IS FURTHER ORDERED that $1956.23 is released from the Restricted Account in the name of Defendant Jae Man Yoo, keeping the balance of that Restricted Account under restraint.

~~IT IS FINALLY ORDERED that the bond posted by Plaintiffs is hereby released.~~

**SO ORDERED**

Dated: 8/10/2007

By: /s/ William H. Pauley III
UNITED STATES DISTRICT JUDGE