Harley I. Lewin, Esq.
Scott Gelin, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiffs*

------------------------------------------------------- :

CHLOÉ, S.A.S., J. CHOO LIMITED,
Plaintiffs,

            : 

- against -

            :

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN,
DANIEL DOE, GODDESS TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM, LUXUNG
GOODS, LUXURY GOODS, TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON DOE
d/b/a JARRY326@YAHOO.COM.CN, FASHION
HANDBAGS, BENNY DOE a/k/a YU LIN,
JEANCARLO DOE, JOSEPH a/k/a JOSE DOE a/k/a
JOSE CHONG WEN, SISI a/k/a CECI DOE, TOP
LUXURY HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS DOE a/k/a
CARLOS RENE TSE SIO, INSTYLE LUXURY
HANDBAGS, LIN LIN NAN a/k/a CORINA DOE
a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE
a/k/a YE GUO a/k/a GUO Q YE, NEWCOME
TRADING d/b/a TOSCA, QUICK GLOBAL
SHIPPING, HOWARD EXPRESS SHIPPING,
RANDY DOE, JAE MAN YOO, YAN HE XIA, WAI
KIT WONG, CHEN LI YU, CHEN X. JIANG, W. FEI
ZENG, CHENG CHEN, XIANXN CAI, FU
ALEJANDRO CHANG, WAI KIT LEW, ENYI
HUANG, YUE XU, SONG GAO, LISA WU, JIMMY
NG, TUAN PHAN, LING CAI, LISA CHAN YAN
FEN CHEN, P.S.K. AMERICA, INC., HENG FA
INC., CHEN STAR GIFT SHOP, JOEY'S GIFT
SHOP, INC., CATSE CO., INC., SHEN XING GIFT
SHOP INC., NEW WEALTH TRADING, INC. d/b/a
TOSCA USA, TOSCA HANDBAGS, NICE
HANDBAGS, 265 CANAL BOOTH #16, 265 CANAL
BOOTH #5, 265 CANAL BOOTH #4, 277 CANAL
ADJACENT H-3D, 421A BROADWAY, and various
JOHN and JANE DOES and XYZ COMPANIES
(UNIDENTIFIED,
Defendants.

-------------------------------------------------------

Civil Action No.: 07 CV 6491 (WCP)

**ACKNOWLEDGMENT AND
ACCEPTANCE OF SERVICE**

NY 238508404v1 8/17/2007

    I represent the Defendants Shen Xing Gift Shop and Enyi Huang (hereinafter "Defendant") in this action. I hereby acknowledge and accept service of process on behalf of Defendant and waive its right to personal service of the following documents:

1) Amended Summons
2) Amended Complaint

Dated: New York, NY
       August 17, 2007

_____
Todd Greenberg, Esq..
*Attorney for Defendants Shen Xing Gift Shop and Enyi Huang .*

Todd Greenberg, Esq.
118-21 Queens Boulevard
Suite 306
Forest Hills, New York 11375