Harley I. Lewin, Esq.
Scott Gelin, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiffs*

            :     Civil Action No.: 07 CV 6491 (WCP)

------------------------------------------------------ :

CHLOÉ, S.A.S., J. CHOO LIMITED,
Plaintiffs,

            :

- against -

            :        **ACKNOWLEDGMENT AND**
                    **ACCEPTANCE OF SERVICE**

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN,
DANIEL DOE, GODDESS TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM, LUXUNG
GOODS, LUXURY GOODS, TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON DOE
d/b/a JARRY326@YAHOO.COM.CN, FASHION
HANDBAGS, BENNY DOE a/k/a YU LIN,
JEANCARLO DOE, JOSEPH a/k/a JOSE DOE a/k/a
JOSE CHONG WEN, SISI a/k/a CECI DOE, TOP
LUXURY HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS DOE a/k/a
CARLOS RENE TSE SIO, INSTYLE LUXURY
HANDBAGS, LIN LIN NAN a/k/a CORINA DOE
a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE
a/k/a YE GUO a/k/a GUO Q YE, NEWCOME
TRADING d/b/a TOSCA, QUICK GLOBAL
SHIPPING, HOWARD EXPRESS SHIPPING,
RANDY DOE, JAE MAN YOO, YAN HE XIA, WAI
KIT WONG, CHEN LI YU, CHEN X. JIANG, W. FEI
ZENG, CHENG CHEN, XIANXN CAI, FU
ALEJANDRO CHANG, WAI KIT LEW, ENYI
HUANG, YUE XU, SONG GAO, LISA WU, JIMMY
NG, TUAN PHAN, LING CAI, LISA CHAN YAN
FEN CHEN, P.S.K. AMERICA, INC., HENG FA
INC., CHEN STAR GIFT SHOP, JOEY'S GIFT
SHOP, INC., CATSE CO., INC., SHEN XING GIFT
SHOP INC., NEW WEALTH TRADING, INC. d/b/a
TOSCA USA, TOSCA HANDBAGS, NICE
HANDBAGS, 265 CANAL BOOTH #16, 265 CANAL
BOOTH #5, 265 CANAL BOOTH #4, 277 CANAL
ADJACENT H-3D, 421A BROADWAY, and various
JOHN and JANE DOES and XYZ COMPANIES
(UNIDENTIFIED,
Defendants.

--------------------------------------------------------

I represent the Defendants Newcome Trading d/b/a Tosca, Tosca Handbags, Inc. and New Wealth Trading d/b/a TOSCA. (hereinafter "Defendant"). I hereby acknowledge and accept service of process on behalf of Defendant and waive its right to personal service of the following documents:

1) Amended Summons
2) Amended Complaint

Dated: New York, NY
       August 17, 2007

 

T.J. McKenna, Esq.
*Attorney for Defendants Newcome*
*Trading d/b/a Tosca, Tosca*
*Handbags, Inc. and New Wealth*
*Trading d/b/a TOSCA*

T.J. McKenna
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017