USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHLOÉ, S.A.S., J. CHOO LIMITED

                        Plaintiffs,

      - against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),

                        Defendants.

------------------------------------------------------------X

Civil Action No.: 07 cv 6491 (WHP)

CONTINUED TEMORARY RESTRAINING ORDER AS TO DEFENDANTS CHEN XING GIFT SHOP AND ENYI HUANG

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiffs having represented that they are entering into a stipulation with Defendants Chen Xing Gift Shop and Enyi Huang, this Court extends its

Order dated August 10, 2007 until August 24, 2007 as to those Defendants only.

Dated: August 17, 2007
     New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to*:

James Donoian, Esq.
Julie Bookbinder, Esq.
Greenberg Traurig, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166
*Counsel for Plaintiffs*