Harley I. Lewin, Esq.
Scott Gelin, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiffs*

------------------------------------------------------- :

CHLOÉ, S.A.S., J. CHOO LIMITED,
Plaintiffs,

      :

- against -

      :

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE a/k/a YU LIN, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE a/k/a JOSE CHONG WEN, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE a/k/a CARLOS RENE TSE SIO, INSTYLE LUXURY HANDBAGS, LIN LIN NAN a/k/a CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, JAE MAN YOO, YAN HE XIA, WAI KIT WONG, CHEN LI YU, CHEN X. JIANG, W. FEI ZENG, CHENG CHEN, XIANXN CAI, FU ALEJANDRO CHANG, WAI KIT LEW, ENYI HUANG, YUE XU, SONG GAO, LISA WU, JIMMY NG, TUAN PHAN, LING CAI, LISA CHAN YAN FEN CHEN, P.S.K. AMERICA, INC., HENG FA INC., CHEN STAR GIFT SHOP, JOEY'S GIFT SHOP, INC., CATSE CO., INC., SHEN XING GIFT SHOP INC., NEW WEALTH TRADING, INC. d/b/a TOSCA USA, TOSCA HANDBAGS, NICE HANDBAGS, 265 CANAL BOOTH #16, 265 CANAL BOOTH #5, 265 CANAL BOOTH #4, 277 CANAL ADJACENT H-3D, 421A BROADWAY, and various JOHN and JANE DOES and XYZ COMPANIES (UNIDENTIFIED,
Defendants.

------------------------------------------------------- :

Civil Action No.: 07 CV 6491 (WCP)

**ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE**

*NY 238508404v1 8/17/2007*

I represent the Defendants Ken Chen a/k/a Shu Chen a/k/a Xiang Chen and Goddess Trading d/b/a Goddesstrading@hotmail.com (hereinafter "Defendant") in this action. I hereby acknowledge and accept service of process on behalf of Defendant and waive its right to personal service of the following documents:

1) Amended Summons
2) Amended Complaint

Dated: New York, NY
      August 17, 2007

Morton Minsley, Esq.
*Attorney for Defendants Ken Chen*
*a/k/a Shu Chen a/k/a Xiang Chen*
*and Goddess Trading d/b/a*
*Goddesstrading@hotmail.com.*

Morton Minsley
101 Lafayette Street, 10th Floor
New York, New York 10013