# EXHIBIT

# B

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2007-07-16 12:06:04 ET**

**Serial Number:** 75354912 <u>Assignment Information</u>

**Registration Number:** 2641408

**Mark (words only):** JIMMY CHOO

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-10-29

**Filing Date:** 1997-09-11

**Transformed into a National Application:** No

**Registration Date:** 2002-10-29

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-12-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. CHOO LIMITED

**Address:**
J. CHOO LIMITED
37 IXWORTH PLACE
LONDON SW3 3QH
United Kingdom
**Legal Entity Type:** LIMITED COMPANY
**State or Country Where Organized:** United Kingdom

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
footwear, namely, boots and shoes
**Basis:** 1(a)

Latest Status Info

**First Use Date:** 1997-04-01
**First Use in Commerce Date:** 1997-04-01

---

### ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name "JIMMY CHOO" identifies a living individual whose consent is of record.

---

### MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

---

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Assignment Of Ownership Not Updated Automatically

2006-12-20 - Assignment Of Ownership Not Updated Automatically

2006-12-13 - Assignment Of Ownership Not Updated Automatically

2006-10-25 - Assignment Of Ownership Not Updated Automatically

2002-10-29 - Registered - Principal Register

2002-08-26 - Opposition terminated for Proceeding

2002-08-26 - Opposition dismissed for Proceeding

2000-06-16 - Opposition instituted for Proceeding

2000-02-17 - Extension Of Time To Oppose Received

2000-01-25 - Published for opposition

1999-12-23 - Notice of publication

1999-11-29 - Approved for Pub - Principal Register (Initial exam)

1999-10-18 - Communication received from applicant

1999-08-10 - Final refusal mailed

1999-08-02 - Previous action count withdrawn

1999-07-01 - Assigned To Examiner

1998-11-16 - Assigned To Examiner

Latest Status Info                                                                                              Page 3 of 3

1998-06-15 - Non-final action mailed

1998-05-19 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
J RODMAN STEELE JR

**Correspondent**
GREGORY A. NELSONR
AKERMAN SENTERFITT
222 LAKEVIEW AVENUE- 4TH FLOOR
P.O. BOX 3188
WEST PALM BEACH, FL 33402-3188

**Domestic Representative**
J. Rodman Steele, Jr.

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:06:20 ET

**Serial Number:** 76426351 <u>Assignment Information</u>

**Registration Number:** 2833725

**Mark (words only):** JIMMY CHOO

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-04-20

**Filing Date:** 2002-07-01

**Transformed into a National Application:** No

**Registration Date:** 2004-04-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-05-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place
London, SW3 3QH
United Kingdom
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** United Kingdom

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
Soaps; perfumery; essential oils for personal use; cosmetics; hair lotions; body lotions; foot lotions; dentrifices; shoe cream; shoe polish; and cobblers' wax

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 009
**Class Status:** Active
Sunglasses; spectacles; sunglasses and spectacles cases and frames; magnetically encoded bank cards; blank magnetic data carriers; recording discs; pre-recorded CD's, CD ROM's, tapes and discs featuring information and advice in the field of fashion; and protective industrial footwear
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 014
**Class Status:** Active
Precious metals and their alloys in general; cufflinks, tie pins, buckles, cigarette cases, cigar cases, cigar holders, household containers, jewelry cases, key rings, ornamental pins and purses all made of precious metals or coated therewith; jewelry; precious gemstones; and horological and chronometric instruments
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
Leather and imitations of leather sold in bulk; travel trunks; traveling bags; handbags; purses; wallets; hat boxes for travel; umbrellas; parasols; and walking sticks
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
Retail store services featuring a wide variety of consumer goods of others; retail store services and electronic retailing services via computer featuring perfume, cosmetics, footwear, clothing, sunglasses, jewelry and watches; and shoppers' guide information
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name in the mark identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
2641408

**Foreign Application Number:** 2292643
**Foreign Registration Number:** 2294643
**Foreign Registration Date:** 2002-08-02
**Country:** United Kingdom
**Foreign Filing Date:** 2002-02-14
**Foreign Expiration Date:** 2012-02-14

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-29 - Case File In TICRS

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Assignment Of Ownership Not Updated Automatically

2006-12-20 - Assignment Of Ownership Not Updated Automatically

2006-12-13 - Assignment Of Ownership Not Updated Automatically

2006-12-06 - Assignment Of Ownership Not Updated Automatically

2006-10-25 - Assignment Of Ownership Not Updated Automatically

2004-04-20 - Registered - Principal Register

2004-02-03 - ITU claim deleted

2004-03-04 - Notice of Allowance canceled

2004-02-03 - PAPER RECEIVED

2003-12-30 - Notice of allowance - mailed

2003-10-07 - Published for opposition

2003-09-17 - Notice of publication

2003-05-27 - Section 44(d) claim - Deleted

2003-07-25 - Approved for Pub - Principal Register (Initial exam)

2003-05-27 - Communication received from applicant

2003-05-27 - PAPER RECEIVED

2003-01-03 - Non-final action mailed

2002-12-30 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**

Latest Status Info

Gregory A.Nelson

**Correspondent**
GREGORY A.NELSON
AKERMAN, SENTERFITT & EIDSON, P.A
POST OFFICE BOX 3188
WEST PALM BEACH, FLORIDA 33402-3188
Phone Number: (561) 653-5000,

**Domestic Representative**
Gregory A. Nelson,
Phone Number: (561) 653-5000

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-16 12:06:41 ET

**Serial Number:** 79000303 Assignment Information

**Registration Number:** 2951871

**Mark**

# LEGS & BEYOND

**(words only):** LEGS & BEYOND

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-05-17

**Filing Date:** 2003-11-03

**Transformed into a National Application:** No

**Registration Date:** 2005-05-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-05-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. J Choo Limited

**Address:**
J Choo Limited
37 Ixworth Place London SW3 3QH
United Kingdom
**Legal Entity Type:** incorporated company
**State or Country Where Organized:** United Kingdom

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
facial soap, bath soap, hand soap, skin soap; perfumery, essential oils, cosmetics, hair lotions, body lotions, foot lotions; shoe cream, shoe polish, shoe wax; nail care preparations, nail varnish, nail polish, nail varnish and polish removing preparations, talcum powder; sunscreen preparations; sun tanning preparations; pumice stone for personal use; emery boards
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0815985
**International Registration Date:** 2003-11-03
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2003-07-30
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2004-02-05
**International Registration Renewal Date:** 2013-11-03
**Notification of Designation Date:** 2004-01-29
**Date of Automatic Protection:** 2005-07-29
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2006-04-21 - Final Decision Processed And Sent To IB

2006-04-18 - Final Disposition Notice Created, To Be Sent To IB

2005-05-17 - Registered - Principal Register

2005-02-22 - Published for opposition

2005-02-02 - Notice of publication

2004-12-17 - Law Office Publication Review Completed

2004-10-05 - Assigned To LIE

2004-10-05 - Assigned To LIE

2004-09-29 - Approved for Pub - Principal Register (Initial exam)

2004-09-24 - Amendment From Applicant Entered

2004-08-20 - Communication received from applicant

2004-08-20 - PAPER RECEIVED

2004-08-13 - Refusal Processed By IB

2004-06-02 - Non-final action mailed

2004-05-28 - Assigned To Examiner

2004-02-09 - New Application Entered In Tram

2004-02-05 - Sn Assigned For Sect 66a Appl From IB

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
A.A. Thornton & Co.
235 High Holborn
London WC1V 7LE UNITED KINGDOM

---

Latest Status Info                                                                  Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:07:06 ET

**Serial Number:** 79004998 <u>Assignment Information</u>

**Registration Number:** 2989855

**Mark**



**(words only):** 4 INCHES

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-08-30

**Filing Date:** 2004-06-24

**Transformed into a National Application:** No

**Registration Date:** 2005-08-30

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-08-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place London, SW3 3QH
United Kingdom
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** United Kingdom

---

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
Photographs, posters, photographic prints, calendars
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 036
**Class Status:** Active
Charitable fund raising services
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0832335
**International Registration Date:** 2004-06-24
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2004-02-26
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2004-10-07
**International Registration Renewal Date:** 2014-06-24
**Notification of Designation Date:** 2004-10-07
**Date of Automatic Protection:** 2006-04-07
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** No

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2005-08-30 - Registered - Principal Register

2005-06-07 - Published for opposition

2005-05-18 - Notice of publication

2005-02-17 - Law Office Publication Review Completed

2005-02-17 - Assigned To LIE

2005-01-28 - Approved for Pub - Principal Register (Initial exam)

Latest Status Info

2005-01-28 - Assigned To Examiner

2004-10-08 - New Application Entered In Tram

2004-10-07 - Sn Assigned For Sect 66a Appl From IB

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
A.A. THORNTON & CO.
235 High Holborn
London, WC1V 7LE UNITED KINGDOM

Latest Status Info                                                      Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:07:27 ET

**Serial Number:** 78276825 <u>Assignment Information</u>

**Registration Number:** 3014869

**Mark (words only):** TULITA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-11-15

**Filing Date:** 2003-07-21

**Transformed into a National Application:** No

**Registration Date:** 2005-11-15

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-11-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place
London SW3 3QH
United Kingdom
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** United Kingdom
**Phone Number:** +44 20 7591 7000

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Leather and imitations of leather, and goods made of these materials, namely, luggage trunks, travelling

bags, handbags, purses, wallets, hat boxes for travel, umbrellas, parasols, walking sticks, leather key cases, leather business card cases
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Application Number:** 003239712
**Foreign Registration Number:** 003239712
**Foreign Registration Date:** 2004-10-27
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2003-06-20
**Foreign Expiration Date:** 2013-06-20

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Assignment Of Ownership Not Updated Automatically

2006-12-20 - Assignment Of Ownership Not Updated Automatically

2006-12-13 - Assignment Of Ownership Not Updated Automatically

2006-10-25 - Assignment Of Ownership Not Updated Automatically

2005-11-15 - Registered - Principal Register

2005-08-23 - Published for opposition

2005-08-03 - Notice of publication

2005-05-05 - Law Office Publication Review Completed

2005-05-05 - Assigned To LIE

2005-04-25 - Approved for Pub - Principal Register (Initial exam)

2005-03-28 - Teas/Email Correspondence Entered

2005-03-10 - Communication received from applicant

2005-03-10 - TEAS Response to Office Action Received

2005-01-06 - INQUIRY TO SUSPENSION E-MAILED

Latest Status Info                                              Page 3 of 3

2005-01-06 – Suspension Inquiry – Completed

2004-12-08 – LIE Checked Susp – To Atty For Action

2004-12-08 – LIE Checked Susp – To Atty For Action

2004-04-22 – LETTER OF SUSPENSION E-MAILED

2004-03-10 – Communication received from applicant

2004-03-10 – TEAS Response to Office Action Received

2004-02-03 – Non-final action e-mailed

2004-02-03 – Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Stephen A. Hill

**Correspondent**
Stephen A. Hill
Rankin, Hill, Porter & Clark LLP
925 Euclid Avenue, Suite 700
Cleveland, OH 44115
Phone Number: 216-566-9700
Fax Number: 216-566-9711

**Domestic Representative**
Rankin, Hill, Porter & Clark LLP
Phone Number: 216-566-9700
Fax Number: 216-566-9711

Latest Status Info                                                                      Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:07:46 ET

**Serial Number:** 76584973 <u>Assignment Information</u>

**Registration Number:** 3025360

**Mark**



**(words only):** JIMMY CHOO

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-12-13

**Filing Date:** 2004-04-02

**Transformed into a National Application:** No

**Registration Date:** 2005-12-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-12-13

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. CHOO LIMITED

**Address:**
J. CHOO LIMITED
37 IXWORTH PLACE
LONDON SW3 3QH
United Kingdom

**Legal Entity Type:** LIMITED COMPANY
**State or Country Where Organized:** United Kingdom

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
Leather and imitations of leather sold in bulk, travel trunks, traveling bags, handbags, purses, wallets, hat boxes for travel, umbrellas, parasols, and walking sticks
**Basis:** 1(a)
**First Use Date:** 2002-10-14
**First Use in Commerce Date:** 2003-06-07

---

## ADDITIONAL INFORMATION

---

**Description of Mark:** The mark consists of the wording JIMMY CHOO engraved in the top center of a single oval-shaped link.

**Name Portrait Consent:** The name "JIMMY CHOO" identifies a living individual whose consent is of record.

**Design Search Code(s):**
**14.01.05** - Chain links (not jewelry); Chains, bicycle; Chains, hardware
**17.03.02** - Bracelets; Chains, jewelry; Chokers (jewelry); Dog tags (military identification); Necklaces; Tags, identification (metal)
**26.03.17** - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric

**Prior Registration Number(s):**
2641408

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Assignment Of Ownership Not Updated Automatically

2006-12-20 - Assignment Of Ownership Not Updated Automatically

2006-12-13 - Assignment Of Ownership Not Updated Automatically

2006-10-25 - Assignment Of Ownership Not Updated Automatically

2005-12-13 - Registered - Principal Register

2005-12-01 - FAX RECEIVED

Latest Status Info

2005-09-20 - Published for opposition

2005-08-31 - Notice of publication

2005-06-03 - Law Office Publication Review Completed

2005-05-27 - Assigned To LIE

2005-05-23 - Approved for Pub - Principal Register (Initial exam)

2005-05-23 - Amendment From Applicant Entered

2005-04-26 - Communication received from applicant

2005-04-29 - PAPER RECEIVED

2005-04-14 - PAPER RECEIVED

2004-10-26 - Non-final action mailed

2004-10-25 - Non-Final Action Written

2004-10-22 - Assigned To Examiner

2004-04-20 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE APOLOZON,

**Correspondent**
LAWRENCE APOLOZON,
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017
Phone Number: 212-813-5900

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Phone Number: 212-813-5900

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:08:09 ET

**Serial Number:** 76584967 <u>Assignment Information</u>

**Registration Number:** 3059671

**Mark**



**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-02-14

**Filing Date:** 2004-04-02

**Transformed into a National Application:** No

**Registration Date:** 2006-02-14

**Register:** Supplemental

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-02-14

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. CHOO LIMITED

**Address:**
J. CHOO LIMITED
37 IXWORTH PLACE
LONDON SW3 3QH
United Kingdom
**Legal Entity Type:** LIMITED COMPANY
**State or Country Where Organized:** United Kingdom

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Shoes
**Basis:** 1(a)
**First Use Date:** 1998-05-15
**First Use in Commerce Date:** 1998-12-07

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**10.03.01** - Fans, hand-held
**26.01.06** - Circles, semi; Semi-circles
**26.05.25** - Triangles with one or more curved sides
**26.05.28** - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Assignment Of Ownership Not Updated Automatically

2006-12-20 - Assignment Of Ownership Not Updated Automatically

2006-12-13 - Assignment Of Ownership Not Updated Automatically

2006-12-06 - Assignment Of Ownership Not Updated Automatically

2006-10-25 - Assignment Of Ownership Not Updated Automatically

2006-02-14 - Registered - Supplemental Register

2005-12-30 - Law Office Publication Review Completed

2005-12-16 - Assigned To LIE

2005-12-13 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2005-12-13 - Amendment From Applicant Entered

2005-11-17 - Communication received from applicant

Latest Status Info                                                                    Page 3 of 3

2005-11-17 - PAPER RECEIVED

2005-06-06 - Non-final action mailed

2005-06-04 - Non-Final Action Written

2005-05-13 - Amendment From Applicant Entered

2005-04-26 - Communication received from applicant

2005-04-26 - PAPER RECEIVED

2005-03-09 - Amendment From Applicant Entered

2005-02-10 - Unresponsive/Duplicate Paper Received

2005-02-10 - PAPER RECEIVED

2004-10-25 - Non-final action mailed

2004-10-22 - Non-Final Action Written

2004-10-22 - Assigned To Examiner

2004-04-20 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Phone Number: 212-813-5900

Latest Status Info                                                                    Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:09:02 ET

**Serial Number:** 79011801 <u>Assignment Information</u>

**Registration Number:** 3093446

**Mark**

# TAHULA

**(words only):** TAHULA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-05-16

**Filing Date:** 2004-10-15

**Transformed into a National Application:** No

**Registration Date:** 2006-05-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-05-16

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place London, SW3 3QH
United Kingdom
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** United Kingdom

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Leather and imitations of leather, and goods made of these materials, namely, luggage, trunks, travel bags, handbags, purses, wallets, umbrellas, parasols, leather business card cases, key cases of leather
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0852308
**International Registration Date:** 2004-10-15
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2004-05-17
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2005-07-21
**International Registration Renewal Date:** 2014-10-15
**Notification of Designation Date:** 2005-07-21
**Date of Automatic Protection:** 2007-01-21
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

## PROSECUTION HISTORY

2007-01-20 - Final Disposition Notice Sent To IB

2007-01-19 - Final Disposition Processed

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2006-12-11 - Final Disposition Notice Created, To Be Sent To IB

2006-05-16 - Registered - Principal Register

2006-02-21 - Published for opposition

2006-02-01 - Notice of publication

2006-01-11 - Law Office Publication Review Completed

2006-01-11 - Assigned To LIE

2005-12-23 - Approved for Pub - Principal Register (Initial exam)

2005-12-16 - Amendment From Applicant Entered

2005-12-02 - Communication received from applicant

2005-12-02 - PAPER RECEIVED

2005-08-25 - Refusal Processed By IB

2005-08-09 - Non-Final Action Mailed - Refusal Sent To IB

2005-08-08 - Non-Final Action (Ib Refusal) Prepared For Review

2005-08-06 - Non-Final Action Written

2005-07-22 - Assigned To Examiner

2005-07-22 - New Application Entered In Tram

2005-07-21 - Sn Assigned For Sect 66a Appl From IB

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
A.A. Thornton & Co.
235 High Holborn
London WC1V 7LE UNITED KINGDOM

Latest Status Info                                                                    Page 1 of 4

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:09:21 ET

**Serial Number:** 78549468 <u>Assignment Information</u>

**Registration Number:** 3128827

**Mark**

# JIMMY CHEW

**(words only):** JIMMY CHEW

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-08-15

**Filing Date:** 2005-01-18

**Transformed into a National Application:** No

**Registration Date:** 2006-08-15

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-08-15

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place
London SW3 3QH
United Kingdom

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** United Kingdom

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
Leather and imitations of leather sold in bulk; travel trunks; traveling bags; handbags; purses; wallets; cosmetics cases sold empty; hat boxes for travel
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
Clothing, namely, shoes, sandals, boots, sneakers, dresses, shirts, blouses, sweaters, t-shirts, polo shirts, Oxford shirts, long pants, short pants, hats, scarves, baseball caps, socks, men's underwear, women's underwear, gloves, jackets, suits, ties, coats, socks and stockings
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name JIMMY CHEW does not identify a living individual.

**Prior Registration Number(s):**
2641408
2833725

**Foreign Application Number:** 2379398
**Foreign Registration Number:** 2379398
**Foreign Registration Date:** 2004-12-01
**Country:** United Kingdom
**Foreign Filing Date:** 2004-12-01
**Foreign Expiration Date:** 2014-12-01

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Assignment Of Ownership Not Updated Automatically

2006-12-20 - Assignment Of Ownership Not Updated Automatically

2006-12-13 - Assignment Of Ownership Not Updated Automatically

2006-12-06 - Assignment Of Ownership Not Updated Automatically

2006-10-25 - Assignment Of Ownership Not Updated Automatically

2006-08-15 - Registered - Principal Register

2006-05-23 - Published for opposition

2006-05-03 - Notice of publication

2006-04-05 - Law Office Publication Review Completed

2006-04-03 - Assigned To LIE

2006-03-24 - Approved for Pub - Principal Register (Initial exam)

2006-03-16 - Examiner's Amendment Entered

2006-03-15 - Examiner's amendment mailed

2006-03-15 - Examiners Amendment -Written

2006-03-15 - Amendment From Applicant Entered

2006-02-21 - Communication received from applicant

2006-02-24 - PAPER RECEIVED

2005-11-15 - TEAS Change Of Correspondence Received

2005-08-22 - Non-final action mailed

2005-08-20 - Non-Final Action Written

2005-08-17 - Assigned To Examiner

2005-06-17 - Amendment From Applicant Entered

2005-06-06 - Communication received from applicant

2005-06-06 - PAPER RECEIVED

2005-01-27 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**

Lawrence E. Apolzon
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:09:39 ET

**Serial Number:** 79012221 <u>Assignment Information</u>

**Registration Number:** 3154280

**Mark**

# JIMMY CHOO

**(words only):** JIMMY CHOO

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-10-10

**Filing Date:** 2005-04-21

**Transformed into a National Application:** No

**Registration Date:** 2006-10-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-10-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place London SW3 3QH
United Kingdom
**Legal Entity Type:** Limited company
**State or Country Where Organized:** United Kingdom

---

## GOODS AND/OR SERVICES

**International Class:** 024
**Class Status:** Active
Towels
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name JIMMY CHOO identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
2641408
2833725

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0853636
**International Registration Date:** 2005-04-21
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2005-04-12
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2005-08-11
**International Registration Renewal Date:** 2015-04-21
**Notification of Designation Date:** 2005-08-11
**Date of Automatic Protection:** 2007-02-11
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

## PROSECUTION HISTORY

2007-05-24 - Final Decision Transaction Processed By IB

2007-05-09 - Final Disposition Notice Sent To IB

2007-05-09 - Final Disposition Processed

2007-05-07 - Final Disposition Notice Created, To Be Sent To IB

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2006-10-10 - Registered - Principal Register

2006-07-18 - Published for opposition

2006-06-28 - Notice of publication

2006-05-31 - Law Office Publication Review Completed

2006-05-19 - Assigned To LIE

2006-05-18 - Approved for Pub - Principal Register (Initial exam)

2006-05-16 - Amendment From Applicant Entered

2006-04-24 - Communication received from applicant

2006-04-24 - PAPER RECEIVED

2005-12-09 - Refusal Processed By IB

2005-11-23 - Non-Final Action Mailed - Refusal Sent To IB

2005-11-21 - Non-final action mailed

2005-11-19 - Non-Final Action (Ib Refusal) Prepared For Review

2005-11-18 - Non-Final Action Written

2005-11-18 - Non-Final Action Written

2005-11-18 - Assigned To Examiner

2005-08-15 - New Application Entered In Tram

2005-08-11 - Sn Assigned For Sect 66a Appl From IB

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
A.A. Thornton & Co.
235 High Holborn
London WC1V 7LE UNITED KINGDOM

Latest Status Info                                                                          Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:09:56 ET

**Serial Number:** 79021964 <u>Assignment Information</u>

**Registration Number:** 3194673

**Mark**



**(words only):** THEOLA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-01-02

**Filing Date:** 2006-02-15

**Transformed into a National Application:** No

**Registration Date:** 2007-01-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-01-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place London, SW3 3QH
United Kingdom
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** United Kingdom

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, trunks, travelling bags, handbags, evening bags, purses, wallets, leather business card cases, key cases of leather
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0879819
**International Registration Date:** 2006-02-15
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2006-02-01
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2006-04-27
**International Registration Renewal Date:** 2016-02-15
**Notification of Designation Date:** 2006-04-27
**Date of Automatic Protection:** 2007-10-27
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** No

## PROSECUTION HISTORY

2007-01-02 - Registered - Principal Register

2006-10-17 - Published for opposition

2006-09-27 - Notice of publication

2006-08-24 - Law Office Publication Review Completed

2006-08-24 - Assigned To LIE

2006-08-09 - Approved for Pub - Principal Register (Initial exam)

2006-08-03 - Assigned To Examiner

2006-04-28 - New Application Entered In Tram

2006-04-27 - Sn Assigned For Sect 66a Appl From IB

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
A.A. THORNTON & CO.
235 High Holborn
London, WC1V 7LE UNITED KINGDOM

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:10:14 ET

**Serial Number:** 79026064 <u>Assignment Information</u>

**Registration Number:** 3206481

**Mark**

# TAMALI

**(words only):** TAMALI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-02-06

**Filing Date:** 2006-02-15

**Transformed into a National Application:** No

**Registration Date:** 2007-02-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-02-06

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J. Choo Limited

**Address:**
J. Choo Limited
37 Ixworth Place London SW3 3QH
United Kingdom
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** United Kingdom

---

### GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, trunks, travelling bags, handbags, evening bags, purses, wallets, leather business card cases, key cases of leather
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0890871
**International Registration Date:** 2006-02-15
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2006-02-02
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2006-08-24
**International Registration Renewal Date:** 2016-02-15
**Notification of Designation Date:** 2006-08-24
**Date of Automatic Protection:** 2008-02-24
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** No

## PROSECUTION HISTORY

2007-02-06 - Registered - Principal Register

2006-11-21 - Published for opposition

2006-11-01 - Notice of publication

2006-09-30 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-09-06 - Approved for Pub - Principal Register (Initial exam)

2006-08-25 - Assigned To Examiner

2006-08-25 - New Application Entered In Tram

2006-08-24 - Sn Assigned For Sect 66a Appl From IB

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**

A.A. THORNTON & CO.
235 High Holborn
London, WC1V 7LE UNITED KINGDOM