# EXHIBIT C

#9A













#2



114-0359-C01
11/21/2006
Kenny (Canal St. Vendor
Tosca
25 Howard St.
New York, NY 10013
JB







