# EXHIBIT

# A

Latest Status Info                                                                              Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 11:49:19 ET

**Serial Number:** 73021091 <u>Assignment Information</u>

**Registration Number:** 1020289

**Mark**

# Chloé

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-06-07

**Filing Date:** 1974-05-09

**Transformed into a National Application:** No

**Registration Date:** 1975-09-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-06-07

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active
PERFUME
**Basis:** 1(a)
**First Use Date:** 1974-04-09
**First Use in Commerce Date:** 1974-04-09

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2005-06-07 - Second renewal 10 year

2005-06-07 - Section 8 (10-year) accepted/ Section 9 granted

2005-06-07 - Assigned To Paralegal

2005-04-14 - Combined Section 8 (10-year)/Section 9 filed

2005-04-14 - PAPER RECEIVED

1996-01-16 - First renewal 10 year

1995-11-20 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1981-11-18 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU

Latest Status Info                                                                    Page 1 of 2

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 11:49:43 ET

**Serial Number:** 73151282 <u>Assignment Information</u>

**Registration Number:** 1103275

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-13

**Filing Date:** 1977-12-06

**Transformed into a National Application:** No

**Registration Date:** 1978-10-03

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1999-03-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France

Latest Status Info

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS
**Basis:** 1(a)
**First Use Date:** 1977-03-22
**First Use in Commerce Date:** 1977-03-22

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1020289

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-06-06 - Assignment Of Ownership Not Updated Automatically

1999-01-13 - First renewal 10 year

1998-10-05 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1984-03-12 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
633 3RD AVE
NEW YORK NY 10017-6754

Latest Status Info                                                                     Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 11:50:33 ET

**Serial Number:** 73242506 <u>Assignment Information</u>

**Registration Number:** 1182862

**Mark**

# Chloé

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-08

**Filing Date:** 1979-12-11

**Transformed into a National Application:** No

**Registration Date:** 1981-12-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe, Societe Anonyme

**Address:**
Chloe, Societe Anonyme
54-56 RUE DU FAUBOURG SAINT-HONORE
75008 Paris
France

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry-Namely, Dress Jewelry
**Basis:** 1(a)
**First Use Date:** 1974-12-31
**First Use in Commerce Date:** 1974-12-31

**International Class:** 018
**Class Status:** Section 8 - Cancelled
Leather Goods-Namely, Handbags, Suitcases and Luggage
**Basis:** 1(a)
**First Use Date:** 1973-09-30
**First Use in Commerce Date:** 1973-09-30

**International Class:** 024
**Class Status:** Section 8 - Cancelled
**Basis:** 1(a)
**First Use Date:** 1977-06-30
**First Use in Commerce Date:** 1977-06-30

**International Class:** 025
**Class Status:** Active
Clothing-Namely, Belts, Scarves, Frocks, Dresses, Coats, Costumes, Suits, Skirts, Blouses, Vests and
Pantsuits, Hats and Ties and Ladies Shoes, Fur Coats, Jackets, Stoles, Hats, Muffs, Capes, Fur-Lined
Raincoats and Said Garments Made of Skin, Lingerie
**Basis:** 1(a)
**First Use Date:** 1970-09-30
**First Use in Commerce Date:** 1970-09-30

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1143167
9508430

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2002-02-08 - First renewal 10 year

Latest Status Info

2002-02-08 - Section 9 granted/check record for Section 8

2002-02-08 - Partial Section 8 ( 10-Year) accepted/checked record for section

2001-12-04 - Combined Section 8 (10-year)/Section 9 filed

1988-04-11 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1987-10-02 - Section 8 (6-year) and Section 15 Filed

1981-12-22 - Registered - Principal Register

1981-09-29 - Published for opposition

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU PC

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-16 11:53:53 ET

**Serial Number:** 73648744 Assignment Information

**Registration Number:** 1491810

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** A partial Section 8 affidavit has been accepted.

**Date of Status:** 1994-09-29

**Filing Date:** 1987-03-10

**Transformed into a National Application:** No

**Registration Date:** 1988-06-14

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1995-01-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUME, TOILET WATER, COLOGNE, TALCUM POWDER, BODY LOTION, BODY CREAM,
PERSONAL DEODORANT, BEAUTY OR BATH SOAP

Latest Status Info

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 009
**Class Status:** Section 8 - Cancelled
EYEGLASSES, SUNGLASSES, CALCULATORS, DRESSMAKER'S MEASURES, ELECTRIC
FLATIRONS AND OPTICAL LENSES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
HANDBAGS, PURSES, TRAVEL CASES, TRAVELLING BAGS, PARASOLS, UMBRELLAS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Section 8 - Cancelled
TEXTILE FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, LINING MATERIAL FOR
USE IN THE MANUFACTURE OF CLOTHING, BED LINEN, BATH LINEN, HANDKERCHIEFS
AND CLOTH LABELS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
BATHROBES, BATHING SUITS, COATS, DRESSES, HATS, JACKETS, GLOVES, TIES, SHIRTS,
BLOUSES, TROUSERS, SKIRTS, SCARVES, SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 026
**Class Status:** Section 8 - Cancelled
ARTIFICIAL FLOWERS AND FRUIT, HAIRBANDS, BRAIDS, BUCKLES AND CORDS, NEEDLES,
PINS, LACE, EMBROIDERY, RIBBONS, HAIR ORNAMENTS, BUTTONS, HOOKS AND EYES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862

1447853

**Foreign Application Number:** 813907
**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Filing Date:** 1986-09-12
**Foreign Expiration Date:** 1996-09-12

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-30 - Assignment Of Ownership Not Updated Automatically

1994-09-29 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-10 - Section 8 (6-year) and Section 15 Filed

1988-06-14 - Registered - Principal Register

1988-03-22 - Published for opposition

1988-02-19 - Notice of publication

1988-01-20 - Approved for Pub - Principal Register (Initial exam)

1987-12-07 - Communication received from applicant

1987-11-21 - Non-final action mailed

1987-09-23 - Communication received from applicant

1987-05-29 - Non-final action mailed

1987-05-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ALBERT ROBIN

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN, PC
633 THIRD AVENUE
NEW YORK, NY 10017

Latest Status Info

**Domestic Representative**
ALBERT ROBIN

Latest Status Info                                                        Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 11:55:36 ET

**Serial Number:** 73666087 <u>Assignment Information</u>

**Registration Number:** 1513535

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1994-07-21

**Filing Date:** 1987-06-10

**Transformed into a National Application:** No

**Registration Date:** 1988-11-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
71 AVENUE FRANKLIN ROOSEVELT
PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
PAPER BAGS, BOOKS, FRAGRANCES, PAPER BOXES, PRINTED LABELS, PHOTOGRAPHS, POSTERS, SKETCHES

Latest Status Info

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862
1447853

**Foreign Application Number:** 854175
**Foreign Registration Number:** 1406755
**Foreign Registration Date:** 1987-05-05
**Country:** France
**Foreign Filing Date:** 1987-05-05
**Foreign Expiration Date:** 1997-05-05

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-04-23 - Notice Of Suit

1994-07-21 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-02-24 - Section 8 (6-year) and Section 15 Filed

1988-11-22 - Registered - Principal Register

1988-08-30 - Published for opposition

1988-07-29 - Notice of publication

1988-06-21 - Approved for Pub - Principal Register (Initial exam)

1988-06-08 - Examiner's amendment mailed

1988-06-07 - Allowance/count withdrawn

1988-04-04 - Communication received from applicant

1988-03-24 - Non-final action mailed

1988-03-24 - Allowance/count withdrawn

1988-02-01 - Communication received from applicant

1988-01-04 - Non-final action mailed

1987-10-30 - Communication received from applicant

1987-09-23 - Non-final action mailed

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN
633 THIRD AVENUE
NEW YORK, NY 10017

**Domestic Representative**
WEISS DAWID FROSS ZELNICK & LEHRMAN

Latest Status Info                                                    Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 11:56:26 ET

**Serial Number:** 74264531 <u>Assignment Information</u>

**Registration Number:** 1817655

**Mark (words only):** CHLOE NARCISSE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-02-21

**Filing Date:** 1992-04-10

**Transformed into a National Application:** No

**Registration Date:** 1994-01-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 9

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-02-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 RUE DU FAUBOURG SAINTY HONORE
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
eau de toilette
**Basis:** 44(e)

Latest Status Info                                                                                          Page 2 of 3

**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Translation:** The English translation of "NARCISSE" in the mark is "narcissus".

**Prior Registration Number(s):**
1020289
1103275
1491810

**Foreign Application Number:** 92/406720
**Foreign Registration Number:** 92/406720
**Foreign Registration Date:** 1992-02-21
**Country:** France
**Foreign Filing Date:** 1992-02-21
**Foreign Expiration Date:** 2002-02-21

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2006-10-18 - Review Of Correspondence Complete

2005-02-03 - FAX RECEIVED

2004-10-25 - FAX RECEIVED

2004-02-21 - First renewal 10 year

2004-02-21 - Section 8 (10-year) accepted/ Section 9 granted

2003-12-24 - Combined Section 8 (10-year)/Section 9 filed

2000-04-08 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-12-29 - Section 8 (6-year) and Section 15 Filed

1994-01-25 - Registered - Principal Register

1993-11-02 - Published for opposition

1993-10-01 - Notice of publication

1993-09-01 - Approved for Pub - Principal Register (Initial exam)

Latest Status Info                                                                 Page 3 of 3

1993-08-09 - Communication received from applicant

1993-03-04 - Inquiry as to suspension mailed

1992-08-07 - Letter of suspension mailed

1992-08-05 - Previous allowance count withdrawn

1992-07-21 - Approved for Pub - Principal Register (Initial exam)

1992-07-15 - Examiner's amendment mailed

1992-07-08 - Non-final action mailed

1992-06-23 - Assigned To Examiner

1992-06-19 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLZ
NEW YORK NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

Latest Status Info                                                                 Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 11:56:43 ET

**Serial Number:** 74320606 <u>Assignment Information</u>

**Registration Number:** 1857150

**Mark**



**(words only):** NARCISSE CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-09-16

**Filing Date:** 1992-10-07

**Transformed into a National Application:** No

**Registration Date:** 1994-10-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 9

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue du Faubourg Saint Honore
75008 Paris
France

**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active
; EAU DE TOILETTE;; BODY POWDER; AND BATH AND SHOWER GELS ]
**Basis:** 1(a)
**First Use Date:** 1992-03-20
**First Use in Commerce Date:** 1992-03-20

---

## ADDITIONAL INFORMATION

---

**Lining and Stippling:** The stippling in the drawing is a feature of the mark and is not used to indicate color.

**Translation:** The English translation of the word "NARCISSE" in the mark is "narcissus".

**Design Search Code(s):**
**05.05.25** - Daffodils; Iris (flower); Other flowers
**26.11.01** - Rectangles as carriers or rectangles as single or multiple line borders

**Prior Registration Number(s):**
950843
1182862
1491810

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2004-09-16 - First renewal 10 year

2004-09-16 - Section 8 (10-year) accepted/ Section 9 granted

2004-07-28 - Combined Section 8 (10-year)/Section 9 filed

2000-11-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2000-07-31 - Section 8 (6-year) and Section 15 Filed

1995-09-28 - Section 7 correction issued

1995-01-24 - Section 7 amendment filed

Latest Status Info                                                        Page 3 of 3

1994-10-04 - Registered - Principal Register

1994-06-16 - Allowed for Registration - Principal Register (SOU accepted)

1994-06-14 - Examiners Amendment -Written

1994-02-10 - Non-final action mailed

1994-01-26 - Assigned To Examiner

1994-01-19 - Statement of use processing complete

1993-12-03 - Amendment to Use filed

1993-06-15 - Notice of allowance - mailed

1993-03-23 - Published for opposition

1993-02-19 - Notice of publication

1993-01-21 - Approved for Pub - Principal Register (Initial exam)

1993-01-14 - Non-final action mailed

1993-01-12 - Assigned To Examiner

1993-01-07 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU,PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU,PC

---

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 11:57:08 ET

**Serial Number:** 74320620 <u>Assignment Information</u>

**Registration Number:** 1857151

**Mark**



**(words only):** NARCISSE CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-10-04

**Filing Date:** 1992-10-07

**Transformed into a National Application:** No

**Registration Date:** 1994-10-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 9

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-10-06

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue du Faubourg Saint Honore
75008 Paris
France

**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
EAU DE TOILETTE;
**Basis:** l(a)
**First Use Date:** 1992-03-20
**First Use in Commerce Date:** 1992-03-20

---

## ADDITIONAL INFORMATION

**Lining and Stippling:** The drawing is lined for the colors red, green, pink, blue and orange, and color is claimed as a feature of the mark.

**Translation:** The English translation of the word "NARCISSE" in the drawing is "narcissus".

**Design Search Code(s):**
**05.05.25** - Daffodils; Iris (flower); Other flowers
**26.11.01** - Rectangles as carriers or rectangles as single or multiple line borders

**Prior Registration Number(s):**
950843
1182862
1491810

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2004-10-04 - First renewal 10 year

2004-10-04 - Section 8 (10-year) accepted/ Section 9 granted

2004-07-14 - Combined Section 8 (10-year)/Section 9 filed

2000-11-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2000-07-31 - Section 8 (6-year) and Section 15 Filed

1995-09-28 - Section 7 correction issued

1995-01-24 - Section 7 amendment filed

1994-10-04 - Registered - Principal Register

1994-06-16 - Allowed for Registration - Principal Register (SOU accepted)

1994-06-14 - Examiners Amendment -Written

1994-02-10 - Non-final action mailed

1994-01-26 - Assigned To Examiner

1994-01-19 - Statement of use processing complete

1993-12-03 - Amendment to Use filed

1993-06-15 - Notice of allowance - mailed

1993-03-23 - Published for opposition

1993-02-19 - Notice of publication

1993-01-21 - Approved for Pub - Principal Register (Initial exam)

1993-01-14 - Examiner's amendment mailed

1993-01-13 - Assigned To Examiner

1992-12-30 - Assigned To Examiner

1992-12-28 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU, PC

Latest Status Info                                                           Page 1 of 3

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-16 11:57:52 ET

**Serial Number:** 74541575 Assignment Information

**Registration Number:** 1925176

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-01-03

**Filing Date:** 1994-06-22

**Transformed into a National Application:** No

**Registration Date:** 1995-10-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-06-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue de Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
sunglasses,,,,, cases and containers for such sunglasses and
**Basis:** 44(e)

**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1491810
1591790

**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Expiration Date:** 1996-09-12

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-06-20 - Case File In TICRS

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-04-23 - Notice Of Suit

2006-01-03 - First renewal 10 year

2006-01-03 - Section 8 (10-year) accepted/ Section 9 granted

2005-11-30 - Assigned To Paralegal

2005-10-13 - Combined Section 8 (10-year)/Section 9 filed

2005-10-13 - PAPER RECEIVED

2005-10-11 - PAPER RECEIVED

2001-03-28 - Section 8 (6-year) accepted

2000-12-06 - Section 8 (6-year) filed

1995-10-10 - Registered - Principal Register

1995-07-18 - Published for opposition

1995-06-16 - Notice of publication

1995-04-11 - Approved for Pub - Principal Register (Initial exam)

1995-03-20 - Communication received from applicant

1995-01-17 - Non-final action mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-16 12:01:28 ET

**Serial Number:** 76228096 Assignment Information

**Registration Number:** 2641982

**Mark (words only):** SEE BY CHLOE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-10-29

**Filing Date:** 2001-03-20

**Transformed into a National Application:** No

**Registration Date:** 2002-10-29

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-12-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54/56 Rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** Company
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
jewelry, precious gem stones, horological and chronometric instruments, namely watches and clocks; goods made from precious metals and semiprecious metals, namely belt buckles; goods coated with precious

metals and semi-precious metals, namely, belt buckles
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
luggage trunks, travelling bags, umbrellas, parasols and walking sticks; rucksacks, suitcases, holdalls, duffel bags, tote bags, travel cases, backpacks, handbags, credit card case; briefcases; attache cases, purses, wallets, key cases, coin purses, parts and fittings for all the aforesaid goods
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
clothing, namely, trousers, skirts, suits, dresses, jackets, blousons, shirts, coats, cardigans, sweaters, blouses, shorts, t-shirts, pullovers, lingerie, ties, scarves, footwear, headwear
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 2251157
**Foreign Registration Number:** 2251157
**Foreign Registration Date:** 2000-11-02
**Country:** United Kingdom
**Foreign Filing Date:** 2000-11-02
**Foreign Expiration Date:** 2010-11-02

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2002-10-29 - Registered - Principal Register

2002-08-06 - Published for opposition

2002-07-17 - Notice of publication

2002-02-27 - Approved for Pub - Principal Register (Initial exam)

2002-02-27 - Previous allowance count withdrawn

2001-09-27 - Approved for Pub - Principal Register (Initial exam)

2001-08-15 - Communication received from applicant

2001-07-13 - Non-final action mailed

2001-07-10 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Lawrenc E. Apoizon

**Correspondent**
LAWRENC E. APOIZON
ZELNICK LEHRMAN & ZISSU P C
866 UNITED NATIONS PLZ
NEW YORK NY 10017-1822

**Domestic Representative**
Lawrenc E. Apoizon

Latest Status Info                                                                   Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-16 12:02:02 ET

**Serial Number:** 75611908 <u>Assignment Information</u>

**Registration Number:** 2745487

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-08-05

**Filing Date:** 1998-12-24

**Transformed into a National Application:** No

**Registration Date:** 2003-08-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-12-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
jewelry; horological and chronometric instruments, namely, watches and clocks; watch straps; parts and fittings for all the aforesaid goods

Latest Status Info                                                                    Page 2 of 3

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1020289
1182862
1491810

**Foreign Registration Number:** 1428213
**Foreign Registration Date:** 1987-09-23
**Country:** France
**Foreign Expiration Date:** 2007-09-23

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-04-23 - Notice Of Suit

2003-10-24 - Section 7 correction issued

2003-08-25 - PAPER RECEIVED

2003-08-05 - Registered - Principal Register

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2001-11-01 - Sec. 44(E) Claim Added

2002-11-01 - ITU claim deleted

2002-09-07 - Notice of Allowance canceled

2002-10-08 - Petition To Director - Granted

2002-07-26 - Petition To Director Received

2002-02-25 - Extension 4 granted

2002-02-06 - Extension 4 filed

Latest Status Info                                                                          Page 3 of 3

2001-07-16 - Extension 3 granted

2001-07-16 - Extension 3 filed

2001-04-06 - Extension 2 granted

2001-02-22 - Extension 2 filed

2000-09-21 - Extension 1 granted

2000-07-31 - Extension 1 filed

2000-03-07 - Notice of allowance - mailed

1999-12-14 - Published for opposition

1999-11-12 - Notice of publication

1999-08-18 - Approved for Pub - Principal Register (Initial exam)

1999-08-09 - Communication received from applicant

1999-07-27 - Non-final action mailed

1999-07-26 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLZ
NEW YORK NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu PC

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2007-07-16 12:02:37 ET**

**Serial Number:** 78752377 <u>Assignment Information</u>

**Registration Number:** 3198388

**Mark**



**(words only):** CHLOE

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-01-16

**Filing Date:** 2005-11-11

**Transformed into a National Application:** No

**Registration Date:** 2007-01-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-01-16

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Société Anonyme

**Address:**
Chloe Société Anonyme
54/56 Rue du Faubourg Saint Honoré
75008 Paris
France

Latest Status Info

**Legal Entity Type:** Company
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Optical apparatus and instruments, namely, spectacles, sunglasses, eyeglasses, eye shades, and contact lenses, and frames, earpieces, lenses, cords, chains, cases and containers therefore
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
1925176

**Foreign Registration Number:** 003683661
**Foreign Registration Date:** 2005-09-21
**Country:** Erpn Cmnty TM Ofc
**Foreign Expiration Date:** 2014-03-05

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-04-23 - Notice Of Suit

2007-01-16 - Registered - Principal Register

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

Latest Status Info

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2006-02-24 - Applicant amendment prior to exam entered

2006-02-24 - PAPER RECEIVED

2005-11-16 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.