```
------------------------------------------------------- :
CHLOÉ, S.A.S., J. CHOO LIMITED,
                                                        :
     Plaintiffs,
                                                        :
- against -
                                                        :
KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS                               :    Civil Action No.: 07 CV 6491 (WCP)
TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM,                             :
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a                                         :
AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,                        :
FASHION HANDBAGS, BENNY DOE,
JEANCARLO DOE, JOSEPH a/k/a JOSE                        :
DOE, SISI a/k/a CECI DOE, TOP LUXURY                         NOTICE OF APPEARANCE
HANDBAGS d/b/a                                          :
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS                          :
DOE, INSTYLE LUXURY HANDBAGS,
CORINA DOE a/k/a QIMIAO HU a/k/a QI                     :
MIAO HU, KENNY DOE a/k/a YE GUO
a/k/a GUO Q YE, NEWCOME TRADING                         :
d/b/a TOSCA, QUICK GLOBAL SHIPPING,
HOWARD EXPRESS SHIPPING, RANDY                          :
DOE, and various JOHN and JANE DOES 1-
10 and XYZ COMPANIES                                    :
(UNIDENTIFIED),

     Defendants.
-------------------------------------------------------
```

PLEASE TAKE NOTICE that Julie P. Bookbinder, Esquire of Greenberg Traurig LLP hereby appears as counsel in this case for Plaintiffs Chloé, S.A.S. and J. Choo Limited and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

Dated:  August 30, 2007
        New York, NY


                                        Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____

Julie P. Bookbinder, Esq.
Greenberg, Traurig LLP
200 Park Avenue
New York, NY 10166
bookbinderj@gtlaw.com
Tel: 212.801.6498
Fax: 212.801.6400

2