USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

CHLOÉ, S.A.S. et al.,

        Plaintiffs,

-against-

KEN CHEN et al.,

        Defendants.

----------------------------------X

07 Civ. 6491 (WHP)

<u>SCHEDULING ORDER No. 1</u>

WILLIAM H. PAULEY III, District Judge:

        This Court will hold a pre-trial conference on September 11, 2007 at 12:00 p.m. Counsel for Plaintiffs is directed to serve a copy of this Order on all counsel and all parties who have not yet appeared through counsel.

Dated: August 30, 2007
       New York, New York

               SO ORDERED:

               WILLIAM H. PAULEY III
               U.S.D.J.

*Copy mailed to:*

James H. Donoian, Esq.
Scott David Gelin, Esq.
Harley Irwin Lewin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
34th Floor
New York, NY 10166

1