September 6, 2007

<u>Via: ECF & Facsimile 212-805-6390</u>

Hon. William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street-Room 2210
New York, NY 10007-1312

      Re: Chloe , S.A.S., et al v. Chen, et al.
         Civil Action No. 07 CV 6491

Honorable Sir:

 Please be advised that this office has been retained to represent the above named defendants, Enyi Huang and Shen Xing Gift Shop.

 Please accept this letter as a request for an Extension of Time.

 I am respectfully requesting Court's approval for Defendants' time to submit their Answer to the Complaint in this action be extended from September 7, 2007 to September 21, 2007.

 I am currently on trial in a criminal case, People v. Sclafani and Baeza, Saratoga County, and need time to submit Defendants' Answer.

 I have contacted Julie Bookbinder, attorney at the law firm of Greenberg Traurig, LLP, who represent Plaintiffs Chloe, S.A.S., J. Choo Limited, and she has no objection to the adjournment.

 I hope this does not cause the court any inconvenience.

 Thank you for your attention.

             Very truly yours,

             ADDABBO & GREENBERG
             <u>s/Todd D. Greenberg, Esq.</u>

TDG:id
cc: Julie Bookbinder, Esq.
   Greenberg Traurig, LLP