```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X    07 CV 6491(WHP)

CHLOE S.A.S, J. CHOO LIMITED,

                Plaintiffs,

    -against-


KEN CHEN, ET AL.,

                Defendants.

--------------------------------X
```

**NOTICE OF APPEARANCE**

PLEASE BE ADVISED that I, Steven Hoffner, an attorney duly admitted to practice law in the Southern District of New York hereby file my Notice of Appearance on behalf of the following Defendants:

JOSE CHONG WEN,

CARLOS RENE TSE SIO,

FU ALEJANDRO CHANG,

YAN FEN CHEN, and

CATSE CO., INC.

Dated: New York, New York
       September 6, 2007

                                                     Respectfully,


                                                     Steven Hoffner, Esq.
                                                     Attorney for Defendants