UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CHLOE, S.A.S.., J.CHOO LIMITED

                    Plaintiffs

      -against-

KEN CHEN a/k/a/ SHU CHEN A/K/A XIANG CHEN
et. al.

                    Defendants
_____

Civil Action No: 07-cv-6491 (WHP)

ANSWER

The Defendant YAN HE XIA, in answering the complaint of the plaintiffs' pleas as follows:

1)     This answering defendant denies paragraphs numbered:
27,62,63,64,65,66,67,68,69,70,71,72,73,74,75,76,77,78,79,80,81,82,83,84,85,86,87,88,89,90,91,92,93,94,95,96,97,98,99,100,101,102,103,104,105,106,107,108,109,110,111,112,113,114,115,116,117,118,119,120,121,122,123,124,125,126,127,128,129,130,131,132,133,134.

2)     This answering defendant denies possessing knowledge and/or information sufficient to forma belief as to the truth or falsity of paragraphs numbered:
1,2,,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,28,29,30,31,32,33,34,35,36,37,38,39,40,41,42,43,44,45,46,47,48,49,50,51,52,53,54,55,56,57,58,59,60,61.

3)     This answering defendant denies each and every paragraph, allegation , fact, cause of action, or assertion not specifically admitted above.

                    AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4)     The court lacks jurisdiction over this answering Defendant due to the improper service of process of the summons and complaint. Upon an inspection of file backs , no affidavit of service has been  presented to the within court.

                    AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5)     These plaintiffs may not bring state law causes of action in the State of New York, under any theory of diversity, as these plaintiffs' are not authorized to perform and or otherwise conduct business in the State of New York.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6) The alleged trade marks of "Chloe" are invalid.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7) These plaintiff's do not own rights to the trade mark "Chloe"

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

8) "Chloe" is a Greek mythical figure, referenced in works at least since 1559. It is so ancient , used, in the public domain (see Dauphins and Chloe, M. Ravel 1912) that is incapable of being properly trademarked.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

9) Plaintiffs suffered no damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

10) The merchandise in question was not placed for sale, owed, or controlled by the Defendant.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

11) That the merchandise in question was allegedly first observed by plaintiff when the possession of the premises was exclusively under the custody and control of the agents of the plaintiffs'.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

12) That during the "raids" upon the premises of the defendants' herein, no steps, and or inadequate steps were taken to assure that property of other shops was not moved into this answering Defendant's shop.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

13) Latches

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

14) Res judicata

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

15) Failure to properly trademark the allegedly offended Mark.

Wherefore may this honorable court dismiss the complaint against this answering Defendant and for such other and further relief as to which this honorable court deems just and proper.

                                                                                        _____/s/_____
Mark P. Getzoni, Esq.
Attorney for the Defendant Yan He Xia
36-40 Main Street , Suite 306
Flushing, NY 11354
718-359-8899

Dated: September 6th, 2007