UNITED STATES DISTRICT COURT
SOUHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHLOE, S.A.S. et al.,

                        Plaintiffs,          CASE NO. 07-Civ-6491 (WHP)

      -against-

KEN CHEN et al.,

                        Defendants.
---------------------------------------------------------X

### ENTRY OF APPEARANCE

      NOW COMES Kevin K. Tung of KEVIN KERVENG TUNG, P.C., and hereby enters his appearance in the above-captioned case on behalf of Defendant LIN LIN NAN, XIANXN CAI, JOEY'S GIFT SHOP, INC., LING CAI, CHENG CHEN and CHEN STAR GIFT SHOP.

      The undersigned certifies that he is admitted to practice before this Court.

                                              KEVIN KERVENG TUNG, P.C.
                                              Attorneys for Defendants
                                              LIN LIN NAN,
                                              XIANXN CAI
                                              JOEY'S GIFT SHOP
                                              LING CAI
                                              CHENG CHEN and
                                              CHEN STAR GIFT SHOP

                                              /s/ Kevin K. Tung
                                              By: Kevin K. Tung, Esq. (KT-1478)
                                              33-70 Prince Street, Suite CA-30
                                              Flushing, New York 11354
                                              Tel:      (718) 939 4633
                                              Fax:      (718) 939 4468
                                              Email: kevinkervengtungpc@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of September, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification and delivery of such filing to registered participants for the litigation in which this document has been filed.

      KEVIN KERVENG TUNG, P.C.
Attorneys for Defendant
LIN LIN NAN,
XIANXN CAI
JOEY'S GIFT SHOP
LING CAI
CHENG CHEN and
CHEN STAR GIFT SHOP

/s/ Kevin K. Tung
By: Kevin K. Tung, Esq. (KT-1478)
33-70 Prince Street, Suite CA-30
Flushing, New York 11354
Tel:    (718) 939 4633
Fax:    (718) 939 4468
Email: kevinkervengtungpc@gmail.com