UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CHLOÈ, S.A.S., J.CHOO LIMITED                    07 CIV 6491

                Plaintiff,                    **NOTICE OF APPEARANCE**

       -against-

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS TRADING d/b/a
GODDESS TRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS, TERRY
DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE,
JEANCARLO DOE, JOSEPH a/k/a JOSE DOE,
SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE,
BEN DOE, CARLOS DOE, INSTYLE LUXURY HANGBAGS,
CORINA DOE a/k/a QIMIAO HU a/k/a YE GUO a/k/a
GUO Q YE, NEWCOME TRADING d/b/a
TOSCA, QUICK GLOBAL SHIPPING,HOWARD SHIPPING
EXPRESS, RANDY DOE, and various JOHN and JANDE DOES
1-10 and XYZ COMPANIES
(UNIDENTIFIED)

                Defendants.
--------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the defendants, DANIEL DOE and CHEN X. JIANG hereby appear in the above numbered and entitled cause and that the undersigned has been retained as counsel for said defendants and hereby demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

DATED:   New York, New York
         September 7, 2007

.

_____
MORTON S. Minsley, ESQ.
Attorney for the Defendants-Daniel Doe
and Chen X. Jiang
101 Lafayette Street, 10th Floor
New York, NY  10013
Phone:(212) 346-0849
Fax: (212) 766-9798


TO: Harley I. Lewin, ESQ.
    Attorney for Plaintiffs
    GREENBERG TRAURIG,LLP
    200 Park Avenue, MetLife Building
    New York, NY  10166
    Phone: (212) 801-9200

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )Ss.:
COUNTY OF NEW YORK       )

Jacqueline Santiago, being duly sworn deposes and says:

I am not a party to this action and I am a resident of the State of New York, City of New York. On September 7, 2007, I served a NOTICE OF APPEARANCE upon Plaintiff's attorney, Harley I. Lewin, Esq. at Greenberg Traurig, LLP, located at 200 Park Avenue, MetLife Building, New York, New York 10166 by Regular Mail.

_____
Jacqueline Santiago

Sworn to before me this
<u>7</u> day of September, 2007

_____
Notary Public

MORTON SETH MINSLEY
NOTARY PUBLIC
STATE OF NEW YORK
REG. NO. 02MI14787441
QUALIFIED IN WESTCHESTER
COMMISSION EXP. 04/30/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X    07 CIV 6491 (WHP)

CHLOÈ, S.A.S., J.CHOO LIMITED

                                                 Plaintiff,

     -against-

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS TRADING d/b/a
GODDESS TRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS, TERRY
DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE,
JEANCARLO DOE, JOSEPH a/k/a JOSE DOE,
SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE,
BEN DOE, CARLOS DOE, INSTYLE LUXURY HANGBAGS,
CORINA DOE a/k/a QIMIAO HU a/k/a YE GUO a/k/a
GUO Q YE, NEWCOME TRADING d/b/a
TOSCA, QUICK GLOBAL SHIPPING,HOWARD SHIPPING
EXPRESS, RANDY DOE, and various JOHN and JANDE DOES
1-10 and XYZ COMPANIES
(UNIDENTIFIED)

                                              Defendants.
_____X

## NOTICEOF APPEARANCE

**MORTON S. MINSLEY, ESQ.**
Attorney for Defendants- DANIEL DOE AND
CHEN X. JIANG

**LAW OFFICES OF MORTON S. MINSLEY**
101 LAFAYETTE STREET
10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: (212) 346-0849
FAX: (212) 766-9798