UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

*Case#: 07 CV 6491 (WHP)*

**CHLOE, S.A.S., J. CHOO LIMITED,**

       Plaintiff,

  - against -       **FRCP RULE 7.1 CERTIFICATION**

**KEN CHEN a/k/a SHU CHEN et.al.,**

       Defendant.

-------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Howard Shipping Express a/k/a Howard Shipping Express Inc., certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

NONE

DATED:  September 7, 2007

Respectfully submitted,

by:  S/ -----------------------
  Andrew Squire, (AS6696)
  Attorney for Defendant
   Howard Shipping Express a/k/a Howard Shipping Express Inc.
  379 Decatur Street
  Brooklyn, NY 11233
  718.771.2221

*67\choo.7.1\wpd*