# ADDABBO • GREENBERG
## LAW

TODD D. GREENBERG
DOMINIC L. ADDABBO*

COUNSEL TO THE FIRM:
HYMAN J. GREENBERG
JOSEPH P. ADDABBO, JR.
JILL C. STONE
HELEN P. EICHLER

*NY & FLA. BAR

SEP 07 2007
CHAMBERS OF
WILLIAM H. PAULEY U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2007

September 6, 2007

Via: ECF & Facsimile 212-805-6390

Hon. William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street-Room 2210
New York, NY 10007-1312

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/10/2007

Re:  Chloe, S.A.S., et al v. Chen, et al.
     Civil Action No. 07 CV 6491

Honorable Sir:

Please be advised that this office has been retained to represent the above named defendants, Enyi Huang and Shen Xing Gift Shop.

Please accept this letter as a request for an Extension of Time.

I am respectfully requesting Court's approval for Defendants' time to submit their Answer to the Complaint in this action be extended from September 7, 2007 to September 21, 2007.

I am currently on trial in a criminal case, People v. Sclafani and Baeza, Saratoga County, and need time to submit Defendants' Answer.

I have contacted Julie Bookbinder, attorney at the law firm of Greenberg Traurig, LLP, who represent Plaintiffs Chloe, S.A.S., J. Choo Limited, and she has no objection to the adjournment.

I hope this does not cause the court any inconvenience.

Thank you for your attention.

(718) 268-0400 FAX (718) 575-9869 • QUEENSLAW.COM • EMAIL: MAIL@QUEENSLAW.COM
118-21 QUEENS BOULEVARD • SUITE 306 • FOREST HILLS, NY 11375