Harley I. Lewin, Esq.
Scott Gelin, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiffs*

---

| | |
|---|---|
| CHLOÉ, S.A.S., J. CHOO LIMITED,<br>Plaintiffs,<br>- against -<br>KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),<br><br>Defendants. | Civil Action No.: 07 CV 6491 (WCP)<br><br>**[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]** |

---

## PROOF OF SERVICE

I, **Joseph V. Clabby** declare:

1)    I am a resident of the State of New York and over the age of eighteen years, and not a party to the within action; my business address is 2635 Petit Avenue, Bellmore, NY 11710. On July 20, 2007, I served the following documents

      1) Summons
      2) Complaint

      3) Temporary Restraining Order

on Li Yu Chen by personally delivering the documents to the person at the address listed below:

>Li Yu Chen
>89 Crosby Street
>New York, NY 10012

    I declare under penalty of perjury laws under the laws of the State of New York that the above is true & correct.

    Executed on July 30, 2007 at **Bellmore, New York**

*[signature]*
Joseph V. Clabby