AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHLOÉ S.A.S, J. CHOO LIMITED

       Plaintiffs,

-against-

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN,
DANIEL DOE, GODDESS TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM,LUXUNG GOODS,
LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM,
JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS,
BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE,
TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS,
CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a
GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING,
HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10
and XYZ COMPANIES (UNIDENTIFIED),

       Defendants.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER: Civ.

**07 CIV 6491**

**Judge Pauley**

TO: **SEE ATTACHED RIDER**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

HARLEY I. LEWIN
SCOTT GELIN, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
(212) 801-6400

an answer to the Complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            JUL 1 8 2007
_____       _____
CLERK                      DATE

*/s/ Marios Quintero*
_____
(BY) DEPUTY CLERK

NY 238472392v1 7/17/2007

*PSK America Inc*
*470 Bway*

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7/20/07 |
| NAME OF SERVER (PRINT) JAKE ARNOLD | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of Service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of Person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): served 1/00 Jae, M on behalf of PSK America Inc

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/20/07
              Date                                           Signature of Server

1161 E Marion St #230 Shelby NC 28150
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NY 238472392v1 7/17/2007