UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
:
CHLOÉ, S.A.S. et al., : 07 Civ. 6491 (WHP)
:
        Plaintiffs, : SCHEDULING ORDER No. 2
:
   -against- :
:
KEN CHEN et al., :
:
        Defendants. :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

     The Court having held a pre-trial conference on the record on September 11, 2007, the following schedule is established:

1. Defendants shall file and serve their answers or amended answers by September 28, 2007; Plaintiffs may move for default judgments against any Defendant who fails to file and serve its answer by that date;

2. Fact discovery shall be completed, and the parties shall identify all experts and make their initial disclosures by January 31, 2008;

3. Plaintiffs shall serve any expert reports by February 15, 2008;

4. Defendants shall serve any expert reports by February 29, 2008;

5. Expert discovery shall be completed by March 17, 2008;

6. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by April 11, 2008; and

1

7. This Court will hold a final pre-trial conference on April 18, 2008 at 10:00 a.m.

Counsel for Plaintiffs is directed to serve a copy of this Order on all counsel and all parties who have not yet appeared through counsel.

Dated: September 12, 2007
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

Julie P. Bookbinder, Esq.
James H. Donoian, Esq.
Scott David Gelin, Esq.
Harley Irwin Lewin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
34th Floor
New York, NY 10166