Mahendra M. Ramgopal (MR4632)
Attorney-at-Law
54 Franklin Street, Main Floor
New York, NY 10013
Tel: 212-283-4944


IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————X

CHLOE, S.A.S, J. CHOO LIMITED,                    Civil Action No.: 07CIV6491

                Plaintiffs

       Against                                      **NOTICE OF MOTION
                                                 TO RECONSIDER AND
                                                 MODIFY ORDER
                                                 GRANTING
                                                 PRELIMINARY
                                                 INJUNCTION**

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, QUICK GLOBAL SHIPPING, SONG
GAO, LISA WU, et AL.


                Defendants
——————————————————————X

    PLEASE TAKE NOTICE that Defendants Quick Global Shipping, Song Gao and Lisa Wu (hereinafter Quick Defendant) will move this Court on September 28, 2007 or a date convenient to the Court, to reconsider, recall, dissolve and/or modify the Order dated August 17, 2007, of the Hon. William H. Pauley III, United States District Judge, granting a Preliminary Injunction against Quick Defendants.


Dated: New York, New York                        Respectfully submitted
       17 September 2007

                                                 *Mahendra Ramgopal*
                                                 Mahendra Ramgopal (4632)
                                                 Attorney-at law
                                                 For Quick Defendants
                                                 54 Franklin Street
                                                 New York, NY 10013