Harley I. Lewin, Esq.
Scott Gelin, Esq.
Greenberg Traurig LLP
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiffs*

| | |
|---|---|
| CHLOÉ, S.A.S., J. CHOO LIMITED,<br>Plaintiffs,<br>- against -<br>KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED),<br>Defendants. | Civil Action No.: 07 CV 6491 (WCP)<br><br>[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

## PROOF OF SERVICE

I, __Carlos Fernandez_____ declare:

1)      I am a resident of the State of __California_____ and over the age of eighteen years, and not a party to the within action; my business address is _556 S. Fair Oaks Ave Pasadena, Ca____. On July 26, 2007, I served the following documents

1) Summons
2) Complaint

NY 238483765v3 7/27/2007

3) Civil Cover Sheet
4) Chloe Rule 7.1 Disclosure Statement
5) J. Choo Rule 7.1 Disclosure Statement
6) Ex Parte Application
7) Order Sealing File
8) Temporary Restraining Order
9) Memorandum of Law in Support of TRO
10) Garric Declaration
11) Lewin Declaration
12) Merritt Declaration
13) McCarthy Declaration
14) Walker Declaration

on __July 26, 2007 at 3:45 PM__ by personally delivering the documents to the person at the address listed below:

    Joseph Soo Choi – New Wealth Trading Inc., dba Tosca USA
    3801 Broadway Pl., Los Angeles, CA

I declare under penalty of perjury laws under the laws of the State of New York that the above is true & correct.

Executed on July 27, 2007 at **Pasadena, CA**

_____
Carlos Fernandez