Verification

State of New York          )
                           )ss:.
County of Queens           )

      The undersigned, being duly sworn, states (1) that deponent has read the answering defendants' Answer to Amended Complaint; (2) that the contents of the answering defendants' Answer to Amended Complaint are true to deponent's own knowledge except as to those matters which are alleged on information and belief and as to them deponent believes them to true.

Dated: Flushing, New York
      September 9/25, 2007

                                  By: LIN LIN NAN

Sworn to before me this
25th day of September, 2007

_____
Notary Public

                       FANGMEI ZHAO
            Notary Public, State of New York
                No. 02ZH6099745
              Qualified in Kings County
      Commission Expires October 06, 20__

# VERIFICATION

State of New York        )
                         )ss.:
County of Queens         )

LIN LIN NAN, being duly sworn, deposes and says:

I am the operation manager for 265 CANAL BOOTH #16, which is defendant in the within action; I have read the answering defendants' Answer to Amended Complaint and knows the contents thereof; that the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

Dated: Flushing, New York
       September 25, 2007

_____
LIN LIN NAN

Sworn to before me this
26th Day of September, 2007

_____
Notary Public

FANGMEI ZHAO
Notary Public, State of New York
No. 02ZH6099745
Qualified in Kings County
Commission Expires October 06, 20__

Verification

State of New York )
)ss:.
County of Queens )

The undersigned, being duly sworn, states (1) that deponent has read the answering defendants' Answer to Amended Complaint; (2) that the contents of the answering defendants' Answer to Amended Complaint are true to deponent's own knowledge except as to those matters which are alleged on information and belief and as to them deponent believes them to true.

Dated: Flushing, New York
    September 25, 2007

_____
By: XIANXIN CAI

Sworn to before me this
25th day of September, 2007

_____
Notary Public

FANGMEI ZHAO
Notary Public, State of New York
No. 02ZH6099745
Qualified in Kings County
Commission Expires October 06, 20 07

# VERIFICATION

State of New York )
)ss.:
County of Queens )

XIANXIN CAI, being duly sworn, deposes and says:

I am the operation manager for JOEY'S GIFT SHOP, INC., which is defendant in the within action; I have read the answering defendants' Answer to Amended Complaint and knows the contents thereof; that the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

Dated: New York, New York
       September ___, 2007

_____
XIANXIN CAI

Sworn to before me this
25th Day of September, 2007

_____
Notary Public

FANGMEI ZHAO
Notary Public, State of New York
No. 02ZH6099745
Qualified in Kings County
Commission Expires October 06, 20__

Verification

State of New York        )
                         )ss:.
County of Queens         )

The undersigned, being duly sworn, states (1) that deponent has read the answering defendants' Answer to Amended Complaint; (2) that the contents of the answering defendants' Answer to Amended Complaint are true to deponent's own knowledge except as to those matters which are alleged on information and belief and as to them deponent believes them to true.

Dated: Flushing, New York
       September 25, 2007

*Cai Lian Xiao*
By: CAI LIAN XIAO

Sworn to before me this
25th day of September, 2007

*[signature]*
_____
Notary Public

**FANGMEI ZHAO**
**Notary Public, State of New York**
**No. 02ZH6099745**
**Qualified in Kings County**
**Commission Expires October 06, 20 07**

# VERIFICATION

State of New York            )
                             )ss.:
County of Queens             )

CAI LIAN XIAO, being duly sworn, deposes and says:

I am the operation manager for LIAN FAR GIFT SHOP, which is defendant in the within action; I have read the answering defendants' Answer to Amended Complaint and knows the contents thereof; that the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

Dated: Flushing, New York
       September 25, 2007

_____
CAI LIAN XIAO

Sworn to before me this
25th Day of September, 2007

_____
Notary Public

FANGMEI ZHAO
Notary Public, State of New York
No. 02ZH6099745
Qualified in Kings County
Commission Expires October 06, 20 07

Verification

State of New York           )
                            )ss:.
County of Queens            )

The undersigned, being duly sworn, states (1) that deponent has read the answering defendants' Answer to Amended Complaint; (2) that the contents of the answering defendants' Answer to Amended Complaint are true to deponent's own knowledge except as to those matters which are alleged on information and belief and as to them deponent believes them to true.

Dated: New York, New York
       September 24, 2007

By: CHENG CHEN

Sworn to before me this
24th day of September, 2007

Notary Public

YUH-LING LU
Notary Public, State of New York
No. 02LU6126810
Qualified in Queens County
Commission Expires on May 16, 2009

## VERIFICATION

State of New York         )
                          )ss.:
County of Queens          )

CHENG CHEN, being duly sworn, deposes and says:

I am the operation manager for CHEN STAR GIFT SHOP, which is defendant in the within action; I have read the answering defendants' Answer to Amended Complaint and knows the contents thereof; that the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

Dated: New York, New York
       September 24, 2007

_____
CHENG CHEN

Sworn to before me this
24th Day of September, 2007

_____
Notary Public

YUH-LING LU
Notary Public, State of New York
No. 02LU6126810
Qualified in Queens County
Commission Expires on May 16, 20__