```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                        :

CHLOÉ, S.A.S. et al.,                       07 Civ. 6491 (WHP)
                                        :

           Plaintiffs,                    ORDER
                                        :

          -against-
                                        :

KEN CHEN et al.,                     :

           Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Counsel for Defendants Quick Global Shipping, Song Gao and Lisa Wu ("Moving Defendants") having filed a motion to reconsider and modify this Court's August 17, 2007 preliminary injunction order, the following schedule is established:

       (1) Plaintiffs shall serve and file any opposition by October 1, 2007;

       (2) Moving Defendants shall serve and file any reply by October 8, 2007; and

       (3) This Court will hear oral argument on October 26, 2007 at 9:30 a.m.

       Counsel for Plaintiffs is directed to serve a copy of this Order on all parties who have not yet appeared through counsel.

Dated: September 25, 2007
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                          U.S.D.J.

*All counsel of record*

*Copies mailed to:*

Julie P. Bookbinder, Esq.
James H. Donoian, Esq.
Scott David Gelin, Esq.
Harley Irwin Lewin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
34th Floor
New York, NY 10166
*Counsel for Plaintiffs*