UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    07 CV-6491(whp)
_____

CHLOE, S.A.S,  J.CHOO LIMITED,
                                    Plaintiffs                    **CROSS-CLAIM REPLY**

                    -against-

KEN CHEN A/K/A/ SHU CHEN A/K/A
XIANG CHEN, QUICK GLOBAL SHIPPING,
SONG GAO, LISA WU,
ET, AL.
                                    Defendants
_____

The defendant Yan He Xia, in replying to the cross- claims of the defendant Howard Shipping Express a/k/a Howard Shipping Express Inc.

1)      Upon the EFC system's designating Yan He Xia a cross-claim defendant of Howard Shipping Express a/k/a Howard Shipping Express Inc.;

2)      This defendant in reply to the Cross-Claims of  Howard Shipping Express a/k/a Howard Shipping Express Inc hereby alleges:

3)      This defendant denies each and every cross-claim interposed against this defendant and all paragraphs and/or statements of fact comprising said cross-claim.

                    **AS AND OR A FIRST AFFIRMATIVE DEFENSE TO SAID CROSS CLAIMS.**

4)      This answering defendant has no business relationship to Howard Shipping Express a/k/a Howard Shipping Express Inc. and does not utilize any service provided by said cross-claimant.

                    **AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

5)      No cross-claims against this replying defendant have been observed as part of the cross-claimant's answer to the amended complaint,( regardless of the EFC's designation of this replying defendant as a cross-claim defendant.)

**Wherefore**, may this honorable court dismiss any and all cross claims against this replying defendant.

                                    _____/s/_____
                                    Mark P. Getzoni MG(1630)
                                    Attorney for the defendant
                                    Yan He Xia

Dated: September 27th, 2007

Forest Hills, NY