UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          07 CV-6491(whp)
_____

CHLOE, S.A.S, J.CHOO LIMITED,
                Plaintiffs                **CROSS-CLAIM REPLY**

      -against-

KEN CHEN A/K/A/ SHU CHEN A/K/A
XIANG CHEN, QUICK GLOBAL SHIPPING,
SONG GAO, LISA WU,
ET, AL.
                Defendants
_____

The defendant Yan He Xia, in replying to the cross- claims of the defendant Howard Shipping Express a/k/a Howard Shipping Express Inc.

1)    Upon the EFC system's designating Yan He Xia a cross-claim defendant of Howard Shipping Express a/k/a Howard Shipping Express Inc.;

2)    This defendant in reply to the Cross-Claims of Howard Shipping Express a/k/a Howard Shipping Express Inc hereby alleges:

3)    This defendant denies each and every cross-claim interposed against this defendant and all paragraphs and/or statements of fact comprising said cross-claim.

          **AS AND OR A FIRST AFFIRMATIVE DEFENSE TO SAID CROSS CLAIMS.**

4)    This answering defendant has no business relationship to Howard Shipping Express a/k/a Howard Shipping Express Inc. and does not utilize any service provided by said cross-claimant.

          **AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

5)    No cross-claims against this replying defendant have been observed as part of the cross-claimant's answer to the amended complaint,( regardless of the EFC's designation of this replying defendant as a cross-claim defendant.)

**Wherefore**, may this honorable court dismiss any and all cross claims against this replying defendant.

                                                          _____/s/_____
                                                          Mark P. Getzoni MG(1630)
                                                          Attorney for the defendant
                                                          Yan He Xia

Dated: September 27th, 2007

Forest Hills, NY