UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

*Case#: 07 CV 6491 (WHP)*

**CHLOE, S.A.S., J. CHOO LIMITED,**

                    Plaintiff,

                                          **CERTIFICATE OF SERVICE**

   - against -

**KEN CHEN a/k/a SHU CHEN et.al.,**

                    Defendant.

-------------------------------------------------------------x

I hereby certify that on this 28th day of September, 2007, I electronically filed the Amended Answer to the Amended Complaint dated September 28th, 2007 with the Clerk of the Court using the CM/ECF system, which will send notification and delivery of such filing to registered participants for the litigation in which this document has been filed.

                                          S/Andrew Squire
                                          Andrew Squire, Esq.
                                          Attorney for Howard Express Shipping
                                          379 Decatur Street
                                          Brooklyn NY 11233
                                          (718) 771 2221