IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

CHLOÉ, S.A.S., J. CHOO LIMITED         :

               Plaintiffs,         :

      - against -         :

KEN CHEN a/k/a SHU CHEN a/k/a XIANG         :
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a         :
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,         :
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON         :
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE a/k/a         :
YU LIN, JEANCARLO DOE, JOSEPH a/k/a
JOSE DOE a/k/a JOSE CHONG WEN, SISI         :
a/k/a CECI DOE, TOP LUXURY
HANDBAGS d/b/a         :
LUXURYHANDBAGS277@YAHOO.COM,         :
FRANCISCO DOE, BEN DOE, CARLOS
DOE a/k/a CARLOS RENE TSE SIO,         :
INSTYLE LUXURY HANDBAGS, LIN LIN
NAN a/k/a CORINA DOE a/k/a QIMIAO HU         :
a/k/a QI MIAO HU, KENNY DOE a/k/a YE
GUO a/k/a GUO Q YE, NEWCOME         :
TRADING d/b/a TOSCA, QUICK GLOBAL
SHIPPING, HOWARD EXPRESS         :
SHIPPING, RANDY DOE, JAE MAN YOO,         :
YAN HE XIA, WAI KIT WONG, CHEN LI
YU, CHEN X. JIANG, W. FEI ZENG,         :
CHENG CHEN, XIANXN CAI, FU
ALEJANDRO CHANG, WAI KIT LEW,         :
ENYI HUANG, YUE XU, SONG GAO,         :
LISA WU, JIMMY NG, TUAN PHAN, LING
CAI, LISA CHAN YAN FEN CHEN, P.S.K.         :
AMERICA, INC., HENG FA INC., CHEN
STAR GIFT SHOP, JOEY'S GIFT SHOP,
INC., CATSE CO., INC., SHEN XING GIFT
SHOP INC., NEW WEALTH TRADING,
INC. d/b/a TOSCA USA, TOSCA
HANDBAGS, NICE HANDBAGS, 265
CANAL BOOTH #16, 265 CANAL BOOTH
#5, 265 CANAL BOOTH #4, 277 CANAL
ADJACENT H-3D, 421A BROADWAY, and
various JOHN and JANE DOES and XYZ
COMPANIES (UNIDENTIFIED),

               Defendants.

-------------------------------------------------------- 

Civil Action No.: 07 CV 6491 (WHP)

**DECLARATION OF JULIE BOOKBINDER
IN SUPPORT OF OPPOSITION TO
DEFENDANTS' QUICK GLOBAL
SHIPPING, LISA WU d/b/a QUICK
GLOBAL SHIPPING AND SONG GAO
d/b/a QUICK GLOBAL SHIPPING's
MOTION FOR RECONSIDERATION AND
MODIFICATION OF PRELIMINARY
INJUNCTION**

I, JULIE BOOKBINDER, under penalty of perjury, hereby declare as follows:

1.    I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I am an associate at the law firm of Greenberg Traurig, LLP ("GT") and counsel to Chloé, S.A.S. and J. Choo Limited (collectively, "Plaintiffs"). I make this declaration in support of Plaintiffs' Opposition to Defendants Quick Global Shipping ("Quick Global"), Lisa Wu ("Wu") d/b/a Quick Global Shipping and Song Gao ("Gao") d/b/a Quick Global Shipping (collectively, "Quick Defendants") Motion for Reconsideration and Modification of the Preliminary Injunction as it applies to the Quick Defendants. If called as a witness, I could testify to the following upon personal knowledge and/or upon my review of GT's files on this matter.

2.    Annexed hereto as Exhibit A is a true and correct copy of a letter from my colleague Scott Gelin sent on September 28, 2007 by facsimile to Judge Pauley, requesting permission to file this declaration.

3.    Annexed hereto as Exhibit B is a true and correct copy of a customer list for Quick Global containing Quick Global account numbers, names, and telephone numbers for individuals that use Quick Global's shipping services. Entry 23 of Exhibit B lists the name Yan Fen Chen (Carlos); Entry 63 lists the name Ken Chen; Entry 111 lists the name Jose Chong; Entry 128 lists the name Canal & Broadway; Entry 199 lists the name ALBA/TOSCA; and Entry 236 lists the name Cai Joey. Exhibit B was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been Bates labeled by Plaintiffs as 25HOWARD 00001-00014.

4.    Annexed hereto as Exhibit C is a true and correct copy of a hand-written customer list for Quick Global containing Quick Global account numbers, names, and telephone numbers

for individuals that use Quick Global's shipping services. Entry 23 of Exhibit C lists the name Carlos Tse; Entry 63 lists the name Ken Chen; Entry 88 lists the name TOSCA/URCA; Entry 111 lists the name Jose Chong; Entry 128 lists the name Canal & Broadway Merchandise; Entry 199 lists the name Tosca/Alba/Linma; Entry 236 lists the name Cai Joey. Exhibit C was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been Bates labeled by Plaintiffs as 25HOWARD 00966-00982.

5.      Annexed hereto as Exhibit D are true and correct copies of letters stating "In Person / By Hand" delivery to Lisa Wu by an agent for Louis Vuitton Malletier regarding the Louis Vuitton trademarks, which each include a signed acknowledgement from Lisa Wu. Exhibit D was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been Bates labeled by Plaintiffs as 25HOWARD 02379-02381, 02410-02412.

6.      Annexed hereto as Exhibit E is a true and correct copy of a letter stating "By Federal Express and/or By Hand" delivery to Lisa Wu by an agent Marc Jacobs International LLC regarding the Marc Jacobs trademarks, which includes a signed acknowledgement from Lisa Wu. Exhibit E was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been Bates labeled by Plaintiffs as 25HOWARD 02382-02384.

7.      Annexed hereto as Exhibit F is a true and correct copy of a copy of a money order payable to "Lisa" with a notation of "China Town Handbags." Exhibit F was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been Bates labeled by Plaintiffs as 25HOWARD 02706.

8.    Annexed hereto as Exhibit G is a true and correct copy of a fax cover page concerning Ladies Handbags, listing a contact name of Lisa Wu.  Exhibit G was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been Bates labeled by Plaintiffs as 25HOWARD 00159.

9.    Annexed hereto as Exhibit H is a true and correct copy of a page of a Verizon bill addressed to Lisa Wu, Flr 1, 25 Howard, New York, NY 10013-3111.  Exhibit H was seized from Quick Global's premises at 25 Howard Street, New York, New York on July 25, 2007 and has been Bates labeled by Plaintiffs as 25HOWARD 02709.

10.    On July 25, 2007, I participated in the seizure at Quick Global's premises at 25 Howard Street, New York, New York.  I entered and exited the premises through the store's entrance which opened onto Howard Street.  Entering the Quick Global store, I noticed the store's main counter to the right, where the shipping business of Quick Global was conducted and where a Quick Global employee sat.  Continuing past the main counter, there was short hallway lined with doors which opened to ten storage rooms.  Defendant Gao had keys to each storage room and opened each for Plaintiffs' representatives.  Most of these rooms were full of branded handbags, including Counterfeit Products, which Plaintiffs' representatives seized pursuant to the Seizure Order.  Other than the main entrance door on Howard Street, I did not see any other entrances or exits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 1, 2007 at New York, New York.

Julie Bookbinder

# Exhibit A

# Greenberg
# Traurig

Scott Gelin
Tel. (212) 801-2191
Fax (212) 801-6400
gelins@gtlaw.com

September 28, 2007

<u>**VIA FACSIMILE (212-805-6390)**</u>

Hon. William H. Pauley
United States District Court
Southern District of New York
500 Pearl St., Room 2210
New York, NY 10007

Re: *Chloé, S.A.S., et al. v. Chen, et al.*
　　<u>Civil Action No. 07 CV 6491</u>

Dear Judge Pauley:

We are counsel for Plaintiffs Chloé, S.A.S. and J. Choo Limited in the above-captioned matter. Pursuant to S.D.N.Y. Local Civil Rule 6.3, we write to request permission to file a declaration with exhibits in support of our opposition to the Motion to Reconsider and Modify of the Preliminary Injunction ("Motion") filed by Defendants Quick Global Shipping, Song Gao, and Lisa Wu (collectively, "Quick Defendants"). We make this request on the grounds that, since the date that the Preliminary Injunction was entered against the Quick Defendants, we have discovered further evidence in support of the Preliminary Injunction that was not before the Court previously. We note that the Quick Defendants have filed a declaration in support of the Motion, and we would agree not to object to this declaration if we are permitted to file one as well.

Very truly yours,

GREENBERG TRAURIG, L.L.P.

By: _____
　　Scott Gelin

CC: Mahendra Ramgopal, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

www.gtlaw.com

# EXHIBIT
# B

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 001 | ~~JENNY~~ Cas: Jenny Sister | 347-680-023 |
| 002 | ~~TONY~~ Lei (cash) | (#028) 646-262-9388 |
| 003 | SANDY/ KENNY | 347-453-7312 |
| 004 | | |
| 005 | ~~DAVID~~ Cas (Jimmy) | 347-806-1890 |
| 006 | | |
| 007 | - Ash | 917-570-8446 646-351-2373 |
| 008 | LIU | 917-662-2012 |
| 009 | Yang Ming Hui | 917-939-6361 |
| 010 | | |
| 011 | JEFF | 917-682-7894 |
| 012 | XUN GAUNG HUANG CAI | 646-431-3440 |
| 013 | CAI | 646-541-1116 |
| 014 | | |
| 015 | | |
| 016 | | |
| 017 | | |
| 018 | ZHOU MIAO | |
| 019 | | |
| 020 | LINDA 917-335-2557 | ~~347-680-5766/201-519-5200~~ |
| 021 | LILY | 917-559-5652 |
| 022 | | |
| 023 | YAN FEN CHEN ( CARLOS ) | 917-731-1464 |
| 024 | | |
| 025 | | |
| 026 | | |
| 027 | T.C. WONG | |
| 028 | LILI | 646-262-9389 |
| 029 | | |
| 030 | A | |
| 031 | PACIFIC GROUP INC | |
| 032 | | |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 033 | YUN | |
| 034 | BERNARD L. YE | |
| 035 | LING | |
| 036 | DEMBA SOW | 917-482-6465 |
| 037 | MAY | |
| 038 | CHEN | 917-587-1684. |
| 039 | HUANG | |
| 040 | SOW | 646-456-7366 671-7441 |
| 041 | ASH ( JIMMY ) | 917-578-8110 |
| 042 | LINDA | 917-681-8681 |
| 043 | JACK LEE | |
| 044 | TASLIM CHOWDHURY | 646-436-5431 |
| 045 | LITON SARDER | |
| 046 | MAHAMET | |
| 047 | GOUSUL ANOWER 212-578-3097 (cellular) 708 718-277-5359. | |
| 048 | PAK CHUEN LAM | |
| 049 | EMON | 917-498-0643 |
| 050 | LIANG | |
| 051 | TING LEE | 646-778-2393 |
| 052 | JACKY ZOU | 646-996-5800 |
| 053 | KIM | 917-578-8444 |
| 054 | MOHAMMED ALAM | 718-450-1288/ 718-838-8594 |
| 055 | STEPHANIE | 917-416-5832. |
| 056 | LE | 917-463-8789 |
| 057 | CHEIKHE GUEY | |
| 058 | PING | 917-385-8707 |
| 059 | JENNY | |
| 060 | TONY LI | 917-682-6160 |
| 061 | MONICA/ WAN PING PAN | 212-343-0408 |
| 062 | SOPHIA | |
| 063 | KEN CHEN | |
| 064 | ZAHEER RAZA | 917-650-8628 |

25HOWARD 00002

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 065 | JIAN | 917-968-4962 |
| 066 | ~~PETER LI~~ Chuen Li | 212-203-7198 /917-295-~~8713~~ ~~8463~~ |
| 067 | JAY | 917-217-1355 |
| 068 | LINDA PARK | |
| 069 | PETER | |
| 070 | LI | |
| 071 | DONG | 917-681-5722 |
| 072 | LIN | 917-682-8665 |
| 073 | MARCO | |
| 074 | CHEIKHOU DIOP | 917-621-6418/ 917-569-2015 |
| 075 | JIANG CHONG | |
| 076 | MAMAN PENG | |
| 077 | DUNG | |
| 078 | LUCY | |
| 079 | JAM | 347-728-0644/ 646-235-4446 |
| 080 | LENA | 917-418-4865 |
| 081 | RICHARD | |
| 082 | LI PING YE | 917-577-5870 |
| 083 | MIAO LING LIU | 212-226-5278/ 917-399-4813 |
| 084A | JIN WOO KIM | 646-423-8871 |
| 085 | XIU | 646-354-1714/~~917-642-2426~~ |
| 086 | JIMMIE | |
| 087 | YE | 917-578-9966 |
| 088 | WWY/ TOSCA/ URCA | 347-236-7213 |
| 089 | CAS | |
| 090 | KEVIN WONG | |
| 091 | CHRIS | 917-416-9339 |
| 092 | E-Z ENTERPRISE | |
| 093 | SANG LEE | 917-528-6352 |
| 094 | TINA HUANG | |
| 095 | ZENA / CA | 917-560-4332 |
| 096 | THE DIVINE TRIBE | 917-771-3062/ 917-405-7716 |

646-431-5310 Chad

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 097 | TOS | 917-528-6350 |
| 098 | HUANG | |
| 099 | JIANG | 718-801-5691 |
| 100 | TOMMY LY 646-409-5819 | ~~917-468-2818/ 646-322-1599~~ |
| 101 | DAME DIOP / Marktar Toure | 646-372-9254 |
| 102 | OPHEALIA | 917-682-6176 |
| 103 | ~~WEN~~ Cas 小花 | 917-939-8558 |
| 104 | SHAFIUDDIN MIAH | 646-372-9254 |
| 105 | XU | |
| 106 | TOMMY (apple) | 917-335-1213 |
| 107 | SOW HADYA ( Helen) | 646-~~865~~ 506-1252. |
| 108 | CHI | |
| 109 | DAVID | |
| 110 | ZAKIR HOSSAIN | 703-362-8314 |
| 111 | JOSE CHONG | 917-731-2300 |
| 112 | LUCY | |
| 113 | DIALLO | 646-256-3320 |
| 114 | NAAEM | 917-627-8034 |
| 115 | HUANG | |
| 116 | MUKA | 917-733-0644 |
| 117 | JOHN SIAO | 917-299-7805 |
| 118 | ASH ( PETER) | 917-335-5311 |
| 119 | KEVIN | |
| 120 | JOHN HUANG | 917-662-6814 |
| 121 | LISA | 917-660-6888 |
| 122 | AIN | |
| 123 | THOMDUP GYALSTEN | 917-838-9252 |
| 124 | MY LUU | 917-544-2580 |
| 125 | AROMA HOUSE GIFT INC | 212-625-0383/ 646-251-1838 |
| 126 | DANNY LI | |
| 127 | LIN | |
| 128 | CANAL & BROADWAY | |

25HOWARD 00004

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 129 | JENNY | 718-285-2124 |
| 130 | BEGUM SHEFALI | 917-945-7727/ 917-535-0478 |
| 131 | CHEIKH DIOUF | 917-577-9564 |
| 132 | JERRY | |
| 133 | HUANG LIAO MIN | 917-415-3160 |
| 134 | | |
| 135 | H | 917-337-9391 |
| 136 | MAKO | ~~347-538-1683~~ 646-577-7229 |
| 137 | ERIC KEY | |
| 138 | AMY JIANG | 646-339-6335 |
| 139 | TERRY KAM | 917-886-1087 |
| 140 | YE | 917-682-5126 |
| 141 | DANNY | 917-559-0965 |
| 142 | HI | 917-217-8158 |
| 143 | QU JIANG | 917-578-6269 |
| 144 | SAMBA | |
| 145 | C | 917-577-2188 |
| 146 | ZHENG XIAO QU | 646-529-1318 |
| 147 | EAGLE | 917-882-4857 |
| 148 | MIKE CHEN | |
| 149 | KUI | |
| 150 | WEN YAO LI | 917-416-1408 |
| 151 | LI | |
| 152 | JIANG DIAN KAI | |
| 153 | ALASSANE BIANKA | |
| 154 | LIN CHAO FEI | |
| 155 | TONY | |
| 156 | ZHENG | |
| 157 | JACK | 718-301-3176 |
| 158 | LILI | 917-578-3998 |
| 159 | | |
| 160 | HO | |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 161 | AHMED NABI CHY | |
| 162 | YAN LI | |
| 163 | LAM | |
| 164 | WOPPA ALIOU | 646-613-9783 |
| 165 | HUANG XI KAI | 917-299-0535 |
| 166 | MANDY ( Cas ) | 917-349-6809 |
| 167 | | |
| 168 | WEN | 212-268-0885 |
| 169 | KATHY | 917-302-4987 |
| 170 | XING WU JIANG | 917-662-5230 |
| 171 | BELL | 917-682-5230 /917-650-3685 |
| 172 | CH | 646-296-0890 |
| 173 | CAS | |
| 174 | MOHAMMAD S. ISLAM Rbi Kulaum | 646- 318- 3546 /646-272-8447 |
| 175 | LUCY | |
| 176 | HU | 917-731-8376 |
| 177 | LILI | 347-680-1924 |
| 178 | JUDY | 917-417-0053 |
| 179 | BAO WEN KANG | 718-208-6636 |
| 180 | LI | |
| 181 | HUANG YUN | 917-299-5661 |
| 182 | TONY HUANG | 917-577-8707 |
| 183 | WU Mingie | 917-440-1761 |
| 184 | CONNIE | 347-219-1317 |
| 185 | YE RONG PING | 646-623-4496 |
| 186 | ASH | |
| 187 | VICTOR VI | 917-299-6606 |
| 188 | SUN HING DA | 212-961-6668/ 212-385-1118 |
| 189 | MAMADOU BAH | 646-241-9564 |
| 190 | AZIZ | 917-547-8197 |
| 191 | RAY | 917-547-0183/ 646-633-9035 |
| 192 | JOHN LI | |

25HOWARD 00006

| ACCOUNT NUMBER | NAME | PHONE # |
|---|---|---|
| 193 | JJ | |
| 194 | CHEN | 917-417-1460 |
| 195 | ZHOU | |
| 196 | LIU | |
| 197 | MERIT TRADING INC | 212-807-0068 |
| 198 | ~~DANNY~~ Cos | ~~917-971-6760~~ 917-867-3367 |
| 199 | ALBA/ TOSCA 347-660-3083 Amy | 347-992-2811 |
| 200 | DIAN KAI JIANG | |
| 201 | CA | 917-577-8099 |
| 202 | BANNY ( ASH ) | 347-234-7727 |
| 203 | ALI | 917-627-8034 |
| 204 | ALIOUNE SECK | 347-423-2792 |
| 205 | JOHN LEE ( CASH ) | 917-662-3823 |
| 206 | A.B. TRADE INTERNATIONAL, INC | 917-412-4858 |
| 207 | LONG | ~~917-681-2268~~ |
| 208 | CA | |
| 209 | BRYAN | 347-416-9443 |
| 210 | KUNGA TENZIN | |
| 211 | ADAM LY | 917-402-4764 |
| 212 | LIKE | 917-~~682-5246~~ 560-5084 |
| 213 | CYM | 917-256-9062 |
| 214 | LILY | 646-739-6286 |
| 215 | WU BING | 917-295-1779 |
| 216 | WEI | 917-295-1779 |
| 217 | WANG YU LI PING | 917-295-8058 |
| 218 | CA | 917-662-5135 |
| 219 | LILI | |
| 220 | ZHANG | 917-417-2693 |
| 221 | AIEX JEWELRY | 212-343-1535 |
| 222 | COS ( JAM ) | 646-235-4446 |
| 223 | ZHENG DONG LAN | 646-239-6720 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 224 | PA | |
| 225 | HU XING | 917-337-9391 |
| 226 | T.J | 917-399-7037 |
| 227 | OUMAR BARRY | 646-709-3757 |
| 228 | SHEN | ~~646-301-2899~~ 646-641-1189 |
| 229 | JAM PHEL | 212-920-7605 |
| 230 | DAVID | 917-335-7597 / Lisa 646-721-0412 |
| 231 | KIN SHENG TRADING | 212-343-8708 |
| 232 | PING PING LIN ( 266 ) | 917-432-9288 |
| 233 | CHAO LONG HUANG | 917-939-8586 |
| 234 | YE XIANG WEI | 917-881-7261 |
| 235 | MONICA | 917-459-8320 |
| 236 | CAI JOEY | 646-541-1116 |
| 237 | SBN TRADING | 917-627-8034 |
| 238 | JULIA/CHI (Jimmy) | 917-682-6606 / 917-682-8770 |
| 239 | QU ( Basement ) | 917-815-8660 |
| 240 | CA | 917-709-5768  917-295-6609 |
| 241 | CAS | 917-939-2597 |
| 242 | ANNIE CHEN | 646-702-0642 |
| 243 | LILI | 917-468-0344 |
| 244 | VENCEIT | |
| 245 | RASHID SM HARUN, U | 646-637-4758 |
| 246 | ASH | 347-393-7707 |
| 247 | HUANG, YUN LING | 347-558-7179 |
| 248 | LI | 347-680-1924 |
| 249 | WANG YU LI PAN | 917-295-8058 |
| 250 | CA | 917-412-3849 |
| 251 | PA | ~~646-879-6399~~ 917-731-7763 |
| 252 | GEM PARADISE | 646-643-8781 |
| 253 | GAO | 347-723-2891 ✓ |
| 254 | QU JIANG PING | 917-681-1387 |
| 255 | QU | 917-295-9529 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 256 | FUJI | 212-274-8887 |
| 257 | NEW HERBAL WOLRD | 646-479-9090 |
| 258 | HUANG | 917-567-6308 |
| 259 | TSETEN THUPTEN | 917-328-7229 |
| 260 | DAVID FANG | 917-335-7597 |
| 261 | CAI CHANG PU | |
| 262 | XIAO HUA GUAN | 917-939-1772 |
| 263 | LOURDES MERCEDES | 917-627-8034 |
| 264 | MIMI LI | 917-807-6288 |
| 265 | DING QIAO YUE  Basement. | 917-560-2370 |
| 266 | CASH ( PING PING LIN ) | 917-432-9288 |
| 267 | CHRISTY ZHU | 646-539-0016 |
| 268 | MICHAEL LEE | 646-853-1902 |
| 269 | XIAN YONG GAO | 646-229-1982 |
| 270 | YUKIONADA | 646-321-9621 |
| 271 | FORHAD ( FRANKY ) | 917-385-9442 |
| 272 | YE SHUI XIAN | 973-332-2727 |
| 273 | CAS | 917-559-3278 |
| 274 | PURE LION LIGHTING, INC | 718-599-5719 |
| 275 | DOU MING LU | 917-402-8148 |
| 276 | AARON ( LIN CHAO FEI ) | 646-705-4778 / 917-721-2259 |
| 277 | CAI LAN FEN | 917-299-7378 |
| 278 | XUE YUN WU | 917-295-8778 615-9565 |
| 279 | CASH ( CHANG HE YE ) | 646-302-5524 |
| 280 | DALEIN KABA | 646-245-2474 |
| 281 | SUSAN | 917-882-4857 |
| 282 | LIN HAI YAN | |
| 283 | JENNIFER T. | 917-681-6750 |
| 284 | NICK COOK | 917-403-4998 |
| 285 | Drake Choi | 646-542-3682 |
| 286 | Lati Zheng Jian Hua | 917-577-7782 |
| 287 | Zeng | 917-560-3211 |

25HOWARD 00009

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 288 | PAN | 917-578-7565 |
| 289 | LI ZHAO X | 646-258-2093 |
| 290 | ZHU | 917-560-5775 |
| 291 | HUANG CHUN JIN | 917-709-7805 |
| 292 | COSH | 917-662-9676 |
| 293 | CHEN HUA | 973-332-2727 |
| 294 | CASH | 646-773-1205 |
| 295 | SUNNY | 917-815-6360 |
| 296 | FANNY CRYSTAL JEWELRY | 212-925-1898 |
| 297 | -------------------------------- | -------------------- |
| 298 | ZHENG GUANG RONG | 917-662-6335 |
| 299 | YUNG | 917-622-1202 |
| 300 | LO, SERIGNE, M | 917-528-5488 |
| 301 | CASH | 917-807-8261 |
| 302 | -------------------------------- | -------------------- |
| 303 | JIMMY/ JIN DU | 646-533-7299 |
| 304 | GUANG MANG CHEN | 917-498-9280 |
| 305 | SAI WEI PAN | 718-256-6024 |
| 306 | XU LEI XU | ~~917-682-5733~~ 646-261-5588 |
| 307 | SHERRY HO | 917-302-9839 |
| 308 | SHARON (CAS) | 917-640-9291 |
| 309 | PASHMINA | 212-965-1012 |
| 310 | JAY | 917-609-7378 |
| 311 | WU LI PO | 646-702-1106 |
| 312 | XIAO RONG LI (CAS) | 646-431-8772 |
| 313 | -------------------------------- | -------------------- |
| 314 | CAS ( #008 )  Winnie | 917-886-9707 |
| 315 | -------------------------------- | -------------------- |
| 316 | RUBEL KHAN | 646-541-5731 |
| 317 | ASHLEY | 917-881-7276 |
| 318 | NEW TOP JEWERLY INC | 212-226-8159 |
| 319 | YE YONG CAI | 917-417-8245 |

25HOWARD 00010

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 320 | CASH | 917-578-7571 |
| 321 | H | 917-337-9391 |
| 322 | KAI | 917-299-0535 |
| 323 | MA SU FEN | ~~917-299-0785~~ 347-680-6960 |
| 324 | AINY | 917-939-0533 |
| 325 | JING ZHU | 646-289-1778 |
| 326 | 429 | 917-523-6879 |
| 327 | MAGGIE | ~~917-807-6152~~ 917-807-0190 |
| 328 | CAS | 917-559-0965 |
| 329 | LIN HUI ( AARON'S SISTER) | 917-807-6152 |
| 330 | CHEN (AS) | 646-523-8191 |
| 331 | CASH (HUANG) | 917-337-5455 |
| 332 | LINDA HARRIS | |
| 333 | CAS  (AH DAO) | |
| 334 | HUANG XIN YUN | 917-299-5661 |
| 335 | LIN | 917-662-5160 |
| 336 | NANCY ( ENG WI CHABO) | 917-686-8785 |
| 337 | | |
| 338 | CASH | |
| 339 | FONG MOOK FOOK | 517-862-5739 |
| 340 | GUO XIN LI | 917-567-5721 |
| 341 | CA | 917-292-6279 |
| 342 | KOK HEONG TSENG | 917-407-7666 |
| 343 | KHAN, MUSLLEH, U / Nurul Islam | 347-712-8230 / 917-704-3467 |
| 346 | CAS ( SAM ) #139 | 917-662-8861 |
| 347 | YI HUEI KAM | 347-328-3828 |
| 348 | H.S. MING XING IMPORT, Inc | 646-338-3466 |
| 349 | ZHU LING | 347-723-0328 |
| 350 | LI | 917-337-7153 |
| 351 | LHAPA TSERING | 718-415-4366 |
| 352 | HUI ~~QING~~ LI | 917-939-2525 |
| 353 | DIPOK MOLLICK | 646-732-1728 |

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 354 | CA ( TONY) | 917-681-7686 |
| 355 | XIAO CHUN ZHENG | 917-378-4817 |
| 356 | MIN | 646-778-1176 |
| 357 | YUE XU | 212-920-4188 |
| 358 | ZHENG | 917-299-7358 |
| 359 | EAST GOODIES (SYLVIA) | 646-239-8689 |
| 360 | Chen lop Soon | 6f6-898-786f |
| 361 | YE SHUE ZHU | |
| 362 | MOHAMMED HOSSAINI | 347-873-8818 |
| 363 | CAS (#010) | 917-567-0501 / 917-567-8165 |
| 364 | CA | 646-706-8053 |
| 365 | QI MIAO HU | 646-202-0238 |
| 366 | CASH (ANGELA) | 917-681-7588 |
| 367 | CHEN | 646-512-6093 |
| 368 | LEE | 917-577-8695 |
| 369 | BABAO | 917-418-8851 |
| 370 | CASH | 917-731-3992 |
| 371 | CASH (YANG) | 347-556-6066 |
| 372 | DISCOUNT PERFUME | 212-431-3178 |
| 373 | AMY | 917-577-9839 |
| 374 | SHI WAI PAN | 917-517-2798 |
| 375 | WILSEN HUNG | 917-559-8810 |
| 376 | CHEN MEI ZHEN(150's wife) | 917-416-1408 |
| 377 | CO 会议 | 917-681-2860 |
| 378 | CA | 917-299-3810 |
| 379 | XIANG CHEN | 917-353-5073 |
| 380 | CAS (WINNY) | 917-886-9707 |
| 381 | LI YU QING | 917-254-7248 |
| 382 | LIN YUE FENG | 718-708-9968 |
| 383 | CAS | 917-559-0838 |
| 384 | XIU RONG | 917-519-9996 |
| 385 | SUSAN FORD | |

25HOWARD 00012

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 386 | CASH ( ANDY) | 917-468-0050 |
| 387 | JIN SEONG SEO (CASH) | 917-294-1255 |
| 388 | CAS  水上憑朝 | 917-807-8261 |
| 389 | DONNA (CAS) | 718-710-1128 |
| 390 | MOHAMMED MONIRUZZAMAN | 347-8795089 |
| 391 | N.L LEE(BAO HIN YUE) | 917-821-5513 |
| 392 | CAS | 917-731-3650 |
| 393 | SAM CHONG | 917-640-2361 |
| 394 | KEMEI DAI | 917-478-3677 |
| 395 | CA | 917-560-8363 |
| 396 | WANG YU LI PIN | 917-559-7145 |
| 397 | ALIEU BARRY | 646-247-9901 |
| 398 | ZHOU YU LIAN | 347-291-3233 |
| 399 | LIN JIN CHENG | 646-812-0698 |
| 400 | DONG NGUYEN | 917-673-5790 |
| 401 | FANG LI PING | 646-610-3889 |
| 402 | JACK | 917662-3818 |
| 403 | CAS (JOE) | 646-207-2283 |
| 404 | CHANG YU JIANG | 917-682-4468 |
| 405 | KABIR AHMAD | 917-459-6691 |
| 406 | CHEIKH DIOUF | 646-707-1145 |
| 407  #95 228. | LUCY (EDDIE) 646-641-1189 | |
| 408 | CAS | 646-208-7250 |
| 409 | ZHANG WEN HU | 212-431-8433 |
| 410 | CASH (CHEN MING) | 646-691-0038 |
| 411 | CAS | 917-577-3329 |
| 412 | YANG ZONG XING | 718-7108010 |
| 413 | FASHION JEWELRY BIN, INC | 646-431-3440 (SARKI) |
| 414  Dai's friend | COS | 917-682-3064 |
| 415 | LUCKY PERFUME & GARMENT | 917-478-5731 |
| 416  Dai's's friend | JMC | 917-337-9731 |
| 417 | CAS | 718-304-4484 |

25HOWARD 00013

| ACCT NUMBER | NAME | PHONE # |
|---|---|---|
| 418 | Gidi Fashion. | 347-741-3399 |
| 419 | Chen Fen Guary | 917-577-2338. |
| 420 | Chen | 917-682-2578 |
| 421 | Choong Kim Yoong | 646-824-0559. |
| 422 | Ring Jire | 718-812-2057 |
| 423 | Zhu Zai Hang 917-815-2378 | 646-996-3255 |
| 424 | Amy | 646-409-6168 |
| 425 | Xiao Ning Wang | 646-421-3016- |
| 426 | Emran | ~~917-985-7727~~ 718-879-0623 |
| 427 | | |
| 428 | Xia Han | 646-209-6168 |
| 429 | | |
| 430 | | |
| 431 | | |
| 432 | | |
| 433 | | |
| 434 | | |
| 435 | | |
| 436 | | |
| 437 | | |
| 438 | | |
| 439 | | |
| 440 | | |
| 441 | | |
| 442 | | |
| 443 | | |
| 444 | | |
| 445 | | |
| 446 | | |
| 447 | | |
| 448 | | |
| 449 | | |

25HOWARD 00014

# EXHIBIT
# C

01  JENNY

02  TONY

03  SANDY A (KENNY)            347-453-7312

04  ANDY TAI                   917-566-5568

05  DAVID

06  NATURAL SKIN BEAUTY PRODUCT  646-331-9898

07  LI KE

08  LIU                        917 ~~662~~ 662-2012
                               646 ~~236~~ 1069

09  ZHENG  LIAN HI

010  FENG  (CAS)               917-567-0501/917-567-8165

011  JEFF                      917-682-7894

012  YUA GUANG HUANG

013  CAI                       646-541-1116

014  YU                        917-299-2419

015  SAM HUANG                 917-578-1777

016  ~~CHITO K. SINGH~~ (MOHAMMED M.  917-476-4000
                          ALAM)

017  CHEN

018  JENNY PARK (ZHOU MIAO

019  ABACUS BUSINESS COM. INC.

020  LINDA                     347-680-5766  2015195260

021  LILY                      917-559-5652

022  BRIAN YAP (TAN)

023  CARLOS TSE                917-731-1464

024  MOHAMMAD ISLAND           917-865-7684

025  SELENA (LIN)

026  ZHANG                     917-299-5820    **25HOWARD 00966**

027  T.C. WONG

028  LILI                      646 ~~441 2695~~ 262 9389

029   JUDY

030   JUAN (LIN)

031   PACIFIC GRP INC

032   HUANG NINA                      917 - 676 - 5738

033   YUN

034   BERNARD L. JE

035   LING (CASH)

036   DEMBA SOW                       917 - 482 - 6465

037   MAY

038   CHEN

039   HUANG

040   SOW

041   TOS                             917-578-8110
                                      646-996-4994/ 718-744-5853
042   LIU LIN (XIU LIN)
                                      917-6818681
043   JAK LEE

044   TASLIM CHOWDHURY                117628-1133  646 - 436 - 5431

045   LITON SARDER

046   MAHAMET

047   GOUSUL ANOWER

048   PAIK CHUEN, LAM                      048A
049   EMON                           917 - 498 - 0643
050   LIANG

051   TING LEE

052   JACKY ZOU                       646 996 5800

053   KIM                            917 - 578 8444

054   MOHAMMED ALOM (SHAKE (MASS)     718-450-1288   718 838 8594

055   STEPHIE

056   LE                             917 463 8789        **25HOWARD 00967**

| | | |
|---|---|---|
| 057 | CHEIKHE GUEY | |
| 058 | PING | 917-385 8707 |
| 059 | JENNY B | |
| 060 | TONY LI | 917 682 6160 |
| 061 | MONICA / WAN PING PAN | 212-343-0408 |
| 062 | SOPHIA | |
| 063 | REN CHEN | |
| 064 | ZAHEER RAZA | 917 650 8628 - ALI |
| 065 | JIAN | ~~917 958 4962~~ 917-968-4962 |
| 066 | PETER LI (CHUEN LEE | ~~917-362 3198~~  212-203-7198 |
| 067 | JAY | |
| 068 | LINDA PARK | |
| 069 | PETER | |
| 070 | LI | |
| 071 | DONG | 917-681-5722 |
| 072 | LIN | 917-682-8665 |
| 073 | MARCO | |
| 074 | CHEIKHOU DIOP | 917-621-6418 / 917-569-2015 |
| 075 | JIANG CHONG | |
| 076 | MAMAN PENG | |
| 077 | DUNG | |
| 078 | LUCY | |
| 079 | JAM | 646-2354446 |
| 080 | LENA | |
| 081 | RICHARD | |
| 082 | LI PING YE | 917-577-5870 |
| 083 | MIAO LING LIU | 212-226 5278 / 917-399-4813  347-245-5114 |
| 084A | JIN WOO KIM | 646 423 8871 |

25HOWARD 00968

085 Liu / Xiu      646-354-1714
              917-335-0408 / 917 642 2426

086 Jimmie

087 Ye           917 - 578 - 9966

088 Tosca / Urca     347 - 236 - 7213 .

089 Cas

090 Kevin Wong

091 Chris         917 - 416 - 9339
             917 - 355 - 6749

092 E-Z Ent

093 Sang Lee      917 - 528 - 6352

094 Tina Huang

095 Zena         917 - 560 - 4332

096 The Divine Tribe   646 - 431 - 5310 / Elle 917 - 771 - 3062
                                405 7716

097 Tos         917 - 528 - 6350

098 Huang

099 Jiang        718 801 5691

100 Tommy Ly     917 - 468 - 2818   646 322 1599

101 Dame Diop     646 - 372 9254

102 Ophealia     917 - 417 - 0053 - 917 - 682 - 6176

103 Wen

104 Shafiuddin Miah   917 - 330 - 6162 / 646 - 372 - 9254

105 Xu

106 Tommy

107 Moussa Koita / Sow Hadya.

108 Chi

109 David

110 Zakir Hossain     703 362 8314

111 Jose Chong      917 731 2300

112 Lucy                 **25HOWARD 00969**

| | | |
|---|---|---|
| 113 | DIALLO | 646 - 256 3320 |
| 114 | M. NAAEM | 917 - 627 8034 |
| 115 | HUANG | |
| 116 | MUKA | 917 682 6660 / 917 733 0644 |
| 117 | JOHN SIAO | 917 - 299 7805 |
| 118 | H·M | 646-773-1282 / 917 335 5 311 |
| 119 | KEVIN | |
| 120 | JOHN HUANG | 917 668 6814 |
| 121 | LISA | 917 - 660 6888 |
| 122 | AIN | 917-731-4023 |
| 123 | THOMOUP GYALSTEN | 917 - 838 - 9252 |
| 124 | MY LUU | 917 - 544 - 2580 |
| 125 | AROMA HOUSE GIFT INC | 212-625-0383 / 646 251 1838  KEVIN |
| 126 | DANNY LI | |
| 127 | LIN | |
| 128 | CANAL & BROADWAY MERCHANDISE | |
| 129 | JENNY | 718 - 285 2124 |
| 130 | MOHAMMED EWKAN  Begum Shefali | 917 535 0478 / 917 945 7727 |
| 131 | CHEIKH DIOUF | 917 - 577 - 9564 |
| 132 | JERRY | |
| 133 | HUANG XIAO MIN | 917 - 415 - 3160 |
| 134 | | |
| 135 | H | 917 - 337 9391 |
| 136 | MAKO | 347 538 1683 |
| 137 | ERIC KEY | |
| 138 | AMY JIANG | 917 418 1251  646 - 339 - 6335 |
| 139 | TERRY KAM | 917 - 886 - 1087 |
| 140 | YE | 917 - 682 5126 |

25HOWARD 00970

| 141 | DANNY | 9175590965 |
| 142 | HI (su) | 917-2178158 |
| 143 | Qu JING | 917-578 6269 |
| 144 | SAMBA | |
| 145 | C (LIU) | 917-5772188 |
| 146 | ZHENG XIAO Ou | 646 529 1318 |
| 147 | EAGLE | 917 8824857 |
| 148 | MIKE CHEN | |
| 149 | Kai | |
| 150 | Wen Yao Li | |
| 151 | LI | |
| 152 | Jiay Dian Kai | |
| 153 | A lassane Bianka. | |
| 154 | Lin Chao Fei | |
| 155 | Tony. | |
| 156 | Zheny. | |
| 157 | Jack. | 917-681-0703 718-301-3176. |
| 158 | LI LI | 917-578 3998 |
| 159 | | |
| 160 | Ho | |
| 161 | Ahmed Nabi Chy | |
| 162 | Yan Li | |
| 163 | LAM | |
| 164 | Woppa Alou | 646-613-9783 |
| 165 | Huay Xi Kai | 917-299-0535 |
| 166 | Mandy. | |
| 167 | Huang Ning. | 201-887-6212. |
| 168 | Wen | 212-268-0885 |

25HOWARD 00971

| | | |
|---|---|---|
| 151 | LI | |
| 163 | LAM | |
| 180 | LI | |
| 182 | TONY HUANG | 917 5778707 |
| 183 | WU | 917 4401761 |
| 192 | JOHN LI | 917 - 567 - 7927 |
| 244 | VENXEIT | |
| 261 | CAI CHANG PU | 646 - 322 - 4460 |
| 282 | LIN HAI YAN | |
| 288 | PAN KAN | ~~917 - 867 - 6453~~ |
| 311 | WINNIE WANG | 917 - 217 - 7621 |
| 313 | ZHAO | 917 - 709 - 6838 |
| 315 | JIANG | |
| 555 | IVAN | 917 - 560 - 5387 |
| 581 | JACK | 917 - 295 - 8209 |
| 998 | TOMMY | 646 - 533 - 4803 |
| 1124 | AWOW | ~~646 - 210 - 1669~~ 646 210 1669 |
| 048A | GAO HAO | |
| | HARY GOKLANI | 786 - 2005 206 |
| 232 | | 917 - 650 - 7976 |
| 208 | | 917 - 731 - 8579 |
| 334 | MOSTAFA | 917 - 577 - 2405 |
| 216 | LINDA | 917 - 468 - 3774 |
| 210 | | 646 - 296 - 0890 |
| 221 | | 917 - 416 - 9214 |
| 159 | | 646 - 721 - 0413 |
| 156 | JENNY | 347 - 993 - 5427 |
| 312 | | 718 - 628 - 8523 / 646 - 235 - 1410 |

**25HOWARD 00972**

| | | |
|---|---|---|
| 169 | Kathy. | 917 302 4987 |
| 170 | Xiang Wu Jiang. | 917-662-6291 |
| 171 | Bell | 917-682-5230 |
| 172 | CH | 646-296-0890 |
| 173 | Cas | |
| 174 | Mohammad S. Iskan | |
| 175 | Lucy. | 646-301-8099 |
| 176 | Hu | 917-731-8376. |
| 177 | Li Yi | 347-680-1924. |
| 178 | Judy. | 917-417-0053. |
| 179 | Bao Wen Kang | 718-208-6636. |
| 180 | Li | |
| 181 | Huang Yun | 917-299-5661 |
| 182 | Tony Huang. | |
| 183 | Wu. (Maggie) | 917-~~7644~~ 440-1761 |
| 184 | Connie | 347-219-1317. |
| 185 | Ye Rong Ping. | 646-219-1317. |
| 186 | Ash. | |
| 187 | Victor Vi | 917-299-6606. |
| 188 | Sun Hing Da (Sunny) | 212-961-6668 /212-385-1118 |
| 189 | Mamadou Bah | 646-241-9564. |
| 190 | Abdoul Aziz | 917-547-8197. |
| 191 | Ray | 917-547-0183/ 646-633-9035 |
| 192 | John Li | |
| 193 | JJ | |
| 194 | & Chen. | 917-417-1460 |
| 195 | Zhou. | |
| 196 | Liu | |

25HOWARD 00973

| 197 | Merit Trading. Inc | 212-807-0068 |
| 198 | Danny | 917-971-6760. |
| 199 | # Tosca / Alba / Linma | 347-992-2811 |
| 200 | Dian Kai Jiang | |
| 201 | CA | 917-577-8099 |
| 202 | Banny ( Ash ) | 347-234-7727. |
| 203 | Ali | 917-627-8034 |
| 204 | Alioune Seck | 347-423-2792 |
| 205 | John Lee  ( Cash ) | 917-662-3823. |
| 206 | A.B Trading. International Inc. | 917-412-4858 |
| 207 | Long. | 917-681-2268. |
| 208 | CA | |
| 209 | Bryan | 347-416-9443 |
| 210 | Kunga Tenzin | |
| 211 | Adam Ly | 917-402-4764. |
| 212 | Like | 917-682-5246 |
| 213 | Gym | 917-256-9062 |
| 214 | Lily | 646-739-6286 |
| 215 | Wu Bing | 646-785-1688 |
| 216 | Wu | 917-295-1774. |
| 217 | Wang Yu Li Ping. | 917-295-8058 |
| 218 | Ca | 917-662-5135 |
| 219 | Lili | |
| 220 | Zhang | 917-417-2693 |
| 221 | Alex Jewelry | 212-343-1535 |
| 222 | Jam | 347-728-0644 |
| 223 | Zheng Dong Lan | 646-239-6720 |
| 224 | PA | |

25HOWARD 00974

| | | |
|---|---|---|
| 225 | Hu Xing. | 917-337-9391 |
| 226 | T. J. | 917-399-7037 |
| 227 | Oumar Barry | 646-709-3757 |
| 228 | Shen. | 646-301-2899 |
| 229 | Jam Phel | 212-920-7605 |
| 230 | David. | 917-335-7597 |
| 231 | Kim Sheng Trading. | 212-343-8708 |
| 232 | Ping Ping Lin | 917-432-9288 |
| 233 | Chao Long Hung. | 917-939-8586 |
| 234 | Ye Xiang Wei | 917-881-7261 |
| 235 | Monica. | 917-459-8320 |
| 236 | Cai Joey | 646-541-1116 |
| 237 | SBN Trading. | 917-627-8034 |
| 238 | Julia. | 917-682-6606 / Jimmy |
| 239 | Qu. | 917-815-8660 |
| 240 | CA | 917-709-5768 |
| 241 | Cas. | 917-939-2597 |
| 242 | Annie Chen. | 646-702-0642 |
| 243 | Li Yi | 917-468-0344 |
| 244 | Venceit. | |
| 245 | Rashid SM. Harun, U | 646-637-4758 |
| 246 | Ash. | 347-393-7707 |
| 247 | Huang, Yun Ling. | 347-558-7179 |
| 248 | Li | 347-680-1924 |
| 249 | Wang Yu Li Pan | 917-295-8058 |
| 250 | CA | 917-412-3849 |
| 251 | PA | 646-879-6399 |
| 252 | Gem Paradise | 646-643-8781 / 212-226-9694 |

25HOWARD 00975

| 253 | Gao | 347-723-2891 |
| 254 | Qu Jiang Ping | 917-681-1387 |
| 255 | Qu | 917-295-9529 |
| 256 | Fuji | 212-274-8887 |
| 257 | New Herbal World | 646-479-9696 |
| 258 | Huary | 917-567-6308 |
| 259 | Tseten Thupten | 917-328-7229 |
| 260 | David Fang | 917-335-7597 |
| 261 | | |
| 262 | Xiao Hua Guan | 917-939-1772 |
| 263 | Lourdes Mercedes | 917-627-8034 |
| 264 | Mimi Li | 917-867-6288 |
| 265 | Ding Qiao Yue | 917-560-2376 |
| 266 | Cash (Ping Ping Lin) | 917-432-9288 |
| 267 | Christy Zhu | 646-539-0016 |
| 268 | Michael Lee | 646-853-1902 |
| 269 | Xian Yong Gao | 646-229-1982 |
| 270 | Yukoonada | 646-321-9621 |
| 271 | Forhad (Franky) | 917-385-9442 |
| 272 | Ye Shui Xian | 973 332-2727 |
| 273 | Cas | 917-555-3278 |
| 274 | Pure Lion Lighting. Inc | 718-599-5779 |
| 275 | Dou Ming Lu | 917-402-8148 |
| 276 | Aaron | 646-705-4778 |
| 277 | Cai Lan Fen | 917-299-7378 |
| 278 | Xue Yun Wu | 917-295-8778 |
| 279 | Cash (Chang He Ye) | 646-302-5524 |
| 280 | Dalein Kaba | 646-245-2474 |

25HOWARD 00976

# 281  Odein Kata  Susan          ~~(646 242 719)~~ 917-882-6857

# 282  Lin Hai Yan

# 283  Jennifer T            917-681-6750

# 284  Nick Cook             917-403-4998

# 285

286

287

288

289

290

25HOWARD 00977

#026 Zhang       917-299-5820.

#071 DonG       917-681-5722

#039 Huang      646-325-9150.
#041 Tos Jimmy  646-496-4994 / 718-744-5853
#021 Ly         917-559-5652

#082       917-577-5870

#011       917 682-7894

#097   Tos 917-528-6350

#014 Yu 917-299-2419.

#095   917-560-4332      Zena
#032   917-676-5738.
#054   718-450-1288      (洪入)印度

#083   212-226-5278      917-399-4813  Miao Ling Lin.

#093       917-528-6352

#104       917-330-6162

118    646-773-1282

25HOWARD 00978

#232   917-650-7476·   香達   #291.
12R218V1724 213340

#208.   917-731-8579.

#334   Mostafa·        917-577-2405

#010.      917-567-0501.            ✓

#216.      Linda.        917-468-3774

#210.        646-296-0890.

#008. Liu.    646-236-7049.              ✓

#581. Jack.    1917-295-8209.

#139  Terry kam  917-386-1287

#091.          917-355-6299

#1124       646-302-3769.   646-210-1669

#261       1646-322-4460.

#085.     917-335-0408.

#133.

25HOWARD 00979

#123       917 - 838 - 9252

#998   Bob    646 - 533 - 4803

#311           917 - 217 - 7621

#221       917 - 616 - 9214

#1725 #221    917 - 539 - 5652

#006       646 - 331 - 9898.

#096       646 - 434 - 5310

#023   Carlos   917 - 731 - 1464.        ✓

#024.   Mohammad.   917 - 865 - 7684         ✓.

#533.   917 - 560 - 5387.

#062  Sophia.

#313.  Zhao    917 - 709 - 6838.

#058   Ping.     917 - 385 - 8787.

25HOWARD 00980

~~#4~~ Andy ~~Zhang~~ Jiang    917 - 642 - 3465

#068   Yang Jie    ~~917 - 275 - 8591~~    ~~#1311~~
~~6559 3036~~    ~~(593/1607~~

#102   917 - 917 - 0053

#159   646 - 721 - 0413

#122   917 - 731 - 4023

#133   917 - 415 - 3160

#020   347 - 680 5766    ✓

#116   917 - 682 - 6160

#192   172 * 49 * 2 1245    917 - 567 - 7927

#156   347 - 993 - 5427   Jenry

#131   917 - 577 - 9564

#288   917 - 807 - 6433   (Pan)

#312   718 - 628 - 8823  / 646 - 235 - 1410   JMP

#083   347 - 245 - 5114

25HOWARD 00981

#011    Jeff    917 682-7894

#074    917-621-6418.

Lai ____ 917-569-2015 #074 討厭你 臉长疤點 人兄弟 而 cell phone.

#100    Tommy    1917-468-2818.

#061    Wan Ping Pan.    1212-343-0408

#049    Emon    多动印度人    917-498-0643.

#096  (wife)    Ella    917-77#-3062

25HOWARD 00982

# EXHIBIT

# D

March 29, 2007

**IN Person / By Hand**
QUICK GLOBAL SHIPPING
25 Howard Street
New York, New York 10013
Room # 5

Attention: Lisa Chun Wu
Resident Alien # 120847

     I am the Agent for Criminal Enforcement for Louis Vuitton Malletier ("Louis Vuitton"), the owners of the exclusive right to use the world famous and federally registered "LV," "LOUIS VUITTON," Damier, Monogram Canvas, **Flower** trademarks and the S-Lock trademark, among others (hereinafter referred to as the "Louis Vuitton" Trademarks").

 

It has come to Louis Vuitton's attention that you are selling merchandise bearing the Louis Vuitton trademarks and that this merchandise is COUNTERFEIT.

Consequently, we hereby demand that you <u>immediately cease</u> any further manufacturing, sales, and distribution of such merchandise, and that you prepare, date and sign a written statement that you will not engage in the manufacture, sale, or distribution of counterfeit Louis Vuitton trademark products, and forward the same to the undersigned at Louis Vuitton within ten (10) days of your receipt of this letter.

It is further requested that you voluntarily provide Louis Vuitton's agent, Allegiance Protection Group, Inc. ("Allegiance"), P.O. Box 483 Midtown Station, New York, N.Y. 10018 a private investigations firm, with the following:

-    All counterfeit Louis Vuitton handbags, clothing, accessories and any other merchandise bearing any of Louis Vuitton Trademarks, or bearing marks substantially indistinguishable thereto, presently in your possession or control, whether on premises or off, including products in storage or en-route from your supplier(s);
-    A representation that any merchandise bearing marks substantially indistinguishable from the Louis Vuitton Trademarks has been withdrawn from sale;
-    The <u>identity of both your supplier and manufacturer</u> of the counterfeit Louis Vuitton merchandise, as well as the location of any dies, patterns or manufacturing materiel used in producing the counterfeit merchandise;

1

25HOWARD 02379

- The number of jewelry pieces, handbags, purses, luggage, wallets, clothing or other items bearing counterfeits and/or infringements of the Louis Vuitton trademarks that you purchased, the amount you sold, and the price for which you bought and sold these items along with the number of items in your inventory, and
- We request that you express your compliance in a written confirmation forwarded to the undersigned at Louis Vuitton within ten (10) days of your receipt of this letter.

We also ask you to refrain from telling your supplier (of items bearing counterfeits and/or infringements of Louis Vuitton trademarks) that you have been contacted by Louis Vuitton, or taking any other action which would interfere with Louis Vuitton's ability to eliminate such merchandise from the marketplace. We will hold you responsible for your complicity in any such actions to the maximum extent provided by the law.

Unless we receive the requested statement and confirming letter, Louis Vuitton may commence an action against you for trademark counterfeit, false designation of origin, unfair competition, and trademark dilution, seeking both preliminary and permanent injunctive relief, an award of treble damages for willful infringement, statutory damages, punitive damages, and attorneys' fees and costs.

In acknowledgement of your receipt and understanding of the information herein, we request that you sign the copy of this letter provided by Louis Vuitton and return it to the address provided below.

Please remit all correspondence to:

John C. Cassillo, Esq.
Manager Criminal Enforcement
19 East 57th Street
New York, NY 10022
212. 931.2937
212. 931.2932 FAX

2

25HOWARD 02380

We await an immediate response from you or your counsel.

Thank you,

William Ryan
Allegiance on behalf of Louis Vuitton

I have read the foregoing letter, and voluntarily surrender forty (40) counterfeit Louis Vuitton items to Allegiance Protection Group.

Date: March 29, 2007

Signature: _____

Printed: Lisa Chun Wu

3

25HOWARD 02381

March 29, 2007

**IN Person / By Hand**
QUICK GLOBAL SHIPPING
25 Howard Street
New York, New York 10013
Room # Front of store

Attention: Lisa Chun Wu
Resident Alien # 120847

     I am the Agent for Criminal Enforcement for Louis Vuitton Malletier ("Louis Vuitton"), the owners of the exclusive right to use the world famous and federally registered **"LV," "LOUIS VUITTON," Damier, Monogram Canvas, Flower** trademarks and the **S-Lock** trademark, among others (hereinafter referred to as the "Louis Vuitton" Trademarks").

 

It has come to Louis Vuitton's attention that you are selling merchandise bearing the Louis Vuitton trademarks and that this merchandise is COUNTERFEIT.

Consequently, we hereby demand that you <u>immediately cease</u> any further manufacturing, sales, and distribution of such merchandise, and that you prepare, date and sign a written statement that you will not engage in the manufacture, sale, or distribution of counterfeit Louis Vuitton trademark products, and forward the same to the undersigned at Louis Vuitton within ten (10) days of your receipt of this letter.

It is further requested that you voluntarily provide Louis Vuitton's agent, Allegiance Protection Group, Inc. ("Allegiance"), P.O. Box 483 Midtown Station, New York, N.Y. 10018 a private investigations firm, with the following:

- All counterfeit Louis Vuitton handbags, clothing, accessories and any other merchandise bearing any of Louis Vuitton Trademarks, or bearing marks substantially indistinguishable thereto, presently in your possession or control, whether on premises or off, including products in storage or en-route from your supplier(s);
- A representation that any merchandise bearing marks substantially indistinguishable from the Louis Vuitton Trademarks has been withdrawn from sale;
- The <u>identity of both your supplier and manufacturer</u> of the counterfeit Louis Vuitton merchandise, as well as the location of any dies, patterns or manufacturing materiel used in producing the counterfeit merchandise;

1

25HOWARD 02410

- The number of jewelry pieces, handbags, purses, luggage, wallets, clothing or other items bearing counterfeits and/or infringements of the Louis Vuitton trademarks that you purchased, the amount you sold, and the price for which you bought and sold these items along with the number of items in your inventory, and
- We request that you express your compliance in a written confirmation forwarded to the undersigned at Louis Vuitton within ten (10) days of your receipt of this letter.

We also ask you to refrain from telling your supplier (of items bearing counterfeits and/or infringements of Louis Vuitton trademarks) that you have been contacted by Louis Vuitton, or taking any other action which would interfere with Louis Vuitton's ability to eliminate such merchandise from the marketplace. We will hold you responsible for your complicity in any such actions to the maximum extent provided by the law.

Unless we receive the requested statement and confirming letter, Louis Vuitton may commence an action against you for trademark counterfeit, false designation of origin, unfair competition, and trademark dilution, seeking both preliminary and permanent injunctive relief, an award of treble damages for willful infringement, statutory damages, punitive damages, and attorneys' fees and costs.

In acknowledgement of your receipt and understanding of the information herein, we request that you sign the copy of this letter provided by Louis Vuitton and return it to the address provided below.

Please remit all correspondence to:

John C. Cassillo, Esq.
Manager Criminal Enforcement
19 East 57th Street
New York, NY 10022
212. 931.2937
212. 931.2932 FAX

25HOWARD 02411

We await an immediate response from you or your counsel.

Thank you,

William Ryan
Allegiance on behalf of Louis Vuitton

I have read the foregoing letter, and voluntarily surrender fifty (50) counterfeit Louis Vuitton items to Allegiance Protection Group.

Date: March 29, 2007                    Signature: _____

                                        Printed: Lisa Chun Wu

3

25HOWARD 02412

# EXHIBIT

# E

**By Federal Express and/or By Hand**

March 29, 2007
QUICK GLOBAL SHIPPING
25 Howard Street
New York, New York 10013
(212) 343-0068
Room # 6

**Re: COUNTERFEIT MARC JACOBS MERCHANDISE**

Dear Sir or Madam:

I am the Agent for Criminal Enforcement for Louis Vuitton Malletier ("Louis Vuitton"), the owners of the exclusive right to use the world famous and federally registered **"LV," "LOUIS VUITTON," Damier, Monogram Canvas, Flower** trademarks and the S-Lock trademark, among others (hereinafter referred to as the "Louis Vuitton" Trademarks").

We represent Marc Jacobs International LLC, as well as Marc Jacobs Trademarks LLC (hereinafter "Marc Jacobs"), two of our affiliated companies for intellectual property matters.

Marc Jacobs is the owner of world famous **"MARC JACOBS"** trademarks (hereinafter referred as the "Marc Jacobs Trademarks").

Marc Jacobs has obtained evidence that your property is being used for the offer for sale, sale and distribution of counterfeit merchandise bearing Marc Jacobs Trademarks. Specifically, occupiers, renters, or lessees of the commercial building located at 25 Howard Street in New York, are using your premises to carry on their illegal enterprises selling counterfeit Marc Jacobs merchandise.

This unauthorized use of reproductions of the Marc Jacobs Trademarks constitutes trademark counterfeiting, false designation of origin, dilution, and unfair competition, in violation of federal trademark and unfair competition law (15 U.S.C. §§ 1114, 1125). This federal statute (the "Lanham Act") specifically prohibits the distribution, offer for sale and sale of counterfeit merchandise and makes such activity punishable by fine up to $250,000 and a possible prison term of five years (18 U.S.C. § 2320). As the trademark owner, Marc Jacobs can institute a civil action for trademark counterfeiting, and the other causes of action, seeking permanent injunctive relief and an award of up to treble damages or the election of statutory damages of up to $1,000,000 per trademark per type of good and reasonable attorney fees and costs. (15 U.S.C. §1501 et seq.).

25HOWARD 02382

New York's Real Property Law, § 231, specifically holds landlords jointly and severally liable with their tenants, when they knowingly permit a tenant to engage in an unlawful trade, manufacture or business on its premises. Such unlawful trade most "certainly includes any enterprise operated in violation of the Penal Law." *1165 Broadway Corp. v. Dayana of N.Y. Sportswear, Inc.*, 633 N.Y.S. 2d 724, 726 (N.Y.C. Civ. Ct. Oct. 4, 1995). The conduct of your occupiers, renters, or lessees violates Penal Law §165.72, Trademark Counterfeiting in the Second Degree, a class E felony. In addition, cases decided on similar facts for Lanham Act violations have held that landlords can be held contributorily liable for trademark violations of their tenants if they knew or had reason to know that such illegal activity was occurring on their premises.

This letter will serve as formal notice to you that this illegal counterfeiting activity is taking place inside your property. Because of this illegal activity, we suspect these vendors as occupiers, renters or lessees are also in breach of their agreements with you. As you also must be aware, Marc Jacobs has already taken direct action against your occupiers, including commencing civil actions and seizing their counterfeit Marc Jacobs merchandise from your premises.

We demand that you immediately take all steps necessary to cause such illegal activities to cease. Absent your immediate cooperation, Marc Jacobs intends to hold you responsible for all damages to the fullest extent of the law and is prepared to commence appropriate legal proceedings to protect its valuable trademarks.

We thank you for your cooperation and await an immediate reply from you or your counsel.

It is further requested that you voluntarily provide Marc Jacobs's agent, Allegiance Protection Group, Inc. ("Allegiance"), P.O. Box 483 Midtown Station, New York, N.Y. 10018 a private investigations firm, with the following:

- All counterfeit Marc Jacobs handbags, clothing, accessories and any other merchandise bearing any of Marc Jacobs Trademarks, or bearing marks substantially indistinguishable thereto, presently in your possession or control, whether on premises or off, including products in storage or en-route from your supplier(s);
- A representation that any merchandise bearing marks substantially indistinguishable from the Marc Jacobs Trademarks has been withdrawn from sale;
- The identity of both your supplier and manufacturer of the counterfeit Marc Jacobs merchandise, as well as the location of any dies, patterns or manufacturing materiel used in producing the counterfeit merchandise;
- The number of jewelry pieces, handbags, purses, luggage, wallets, clothing or other items bearing counterfeits and/or infringements of the Marc Jacobs trademarks that you purchased, the amount you sold, and the price for which you bought and sold these items along with the number of items in your inventory, and
- We request that you express your compliance in a written confirmation forwarded to the undersigned at Marc Jacobs within ten (10) days of your receipt of this letter.

We also ask you to refrain from telling your supplier (of items bearing counterfeits and/or infringements of Marc Jacobs trademarks) that you have been contacted by Marc Jacobs, or

taking any other action which would interfere with Marc Jacobs's ability to eliminate such merchandise from the marketplace. We will hold you responsible for your complicity in any such actions to the maximum extent provided by the law.

Unless we receive the requested statement and confirming letter, Marc Jacobs may commence an action against you for trademark counterfeit, false designation of origin, unfair competition, and trademark dilution, seeking both preliminary and permanent injunctive relief, an award of treble damages for willful infringement, statutory damages, punitive damages, and attorneys' fees and costs.

In acknowledgement of your receipt and understanding of the information herein, we request that you sign the copy of this letter provided by Marc Jacobs and return it to the address provided below.

Please remit all correspondence to:

> John C. Cassillo, Esq.
> Manager Criminal Enforcement
> 19 East 57th Street
> New York, NY 10022
> 212. 931.2937
> 212. 931.2932 FAX

We await an immediate response from you or your counsel.

Thank you,

William Ryan
Allegiance on behalf of Marc Jacobs

I have read the foregoing letter, and voluntarily surrender thirty-one (31) counterfeit Marc Jacobs items to Allegiance Protection Group.

Date: March 29, 2007          Signature: _____

Printed: Lisa Chun Wu

25HOWARD 02384

# EXHIBIT
# F

25HOWARD 02706

# EXHIBIT
# G



**FAX COVER PAGE**          **1-888-458-7703**

### REQUEST FOR CLAIM PAYMENT

Please complete this form, using black ink only, to help expedite your claim. Include the lesser of your
**actual** cost of the merchandise, **replacement** cost or **repair** cost if repairable. Specify which cost you
are including. Include your transportation charges. The preceding letter includes instructions on filing
a claim and a **toll free fax number for your convenience 24 hours a day.** For future reference, this
claim is identified by **Shipper Number 08R74V,** and **Claim Number 79951811.**

| | |
|---|---|
| SHIPMENT TO: | **FRANK MONTERO**<br>**7801 REFLECTION COVE DR STE 20**<br>**FORT MYERS FL 33907** |

Shipper Number.....................08R74V
Number of Parcels.................1
Shipper Reference Number........12/07
Merchandise.............................WOMENS HANDBAGS

Pickup Date............... ...................12/07/04
Weight.................................... ...........8
Tracking Identification Number...1Z08R74V7241627767

Could this merchandise be replaced for your customer?          Yes ___  No ☒
If damaged, is the merchandise repairable?                            Yes ___  No ☒
If damaged, UPS may issue a Recovery Call Tag to take possession of the merchandise.

| Quantity | Merchandise Description | Specify Dollar Amount and Indicate Whether<br>Actual, Replacement or Repair Cost |
|---|---|---|
| 12 | LADIES HANDBAG (PVC) | $15.00 × 12 PCS = $180.00 |
| | | |
| | Transportation Charges: | $ 27.00 |
| | Total Amount Requested: | $ 207.00 |

Please provide a contact name and telephone number in the event further communication is necessary.
CONTACT NAME: CARYN LAI / LISA WU      PHONE: 212 - 343 0068

Please provide any additional Tracking Number(s) for the above shipment:
Tracking
Number(s):

In order to expedite your claim payment request; please FAX this completed barcoded Request for Claim
Payment form as your COVER PAGE, along with the ORIGINAL INVOICE and a copy of your shipment
record to:      1-888-458-7703
Or, mail it to:

**Claims Processing Center (SYR)**
**P.O. BOX 1265**
**Newport News VA 23601-1265**



**AABPEL1C01**

T890NTFM:000A0000

LDI 03

25HOWARD 00159

# EXHIBIT

# H



LISA WU
FLR 1
25 HOWARD
NEW YORK NY    10013-3111



*Verizon Reliability & Commitment*

*As a valued Verizon customer, you can count on us to meet all of your calling and Internet needs. We connect over 1.2 billion calls daily, keep 2.5 million small businesses like yours up and running with 99.9% network reliability. Call 1-888-572-9982.*

## Account Summary

| | |
|---|---|
| Previous Charges | $176.82 |
| Payment Received May 24. Thank You. | -176.82 |
| Past Due Charges | $.00 |

**New Charges**

| | |
|---|---|
| Verizon (page 3) | $126.33 |
| Verizon Online (page 3) | 47.95 |
| Other Providers (page 4) | 7.87 |
| **Total New Charges Due June 26** | **$182.15** |

Balances carried to the next bill may be assessed a 1.5% late payment charge.

| | |
|---|---|
| **Total Due** (Past Due + New) | **$182.15** |

These monthly charges are for your service from June 01 to June 30.

Mail payments to:
Verizon, PO Box 15124, Albany NY 12212-5124

Change of address?
Go to verizon.com/billingaddress or see page 2.

- - - - - - - - - - - - - - - - - ▼ Detach & return payment slip with your check, payable to Verizon. - - - -

25HOWARD 02709