USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                                :

CHLOÉ, S.A.S. et al.,                       07 Civ. 6491 (WHP)
                                                :
              Plaintiffs,                  ORDER
                                                :

              -against-
                                                  :

KEN CHEN et al.,                      :

              Defendants.       :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Oral argument on the motion to reconsider and modify this Court's August 17, 2007 preliminary injunction order by Defendants Quick Global Shipping, Song Gao and Lisa Wu is adjourned from October 26, 2007 until November 2, 2007 at 9:30 a.m. Counsel for Plaintiffs is directed to serve a copy of this Order on all parties who have not yet appeared through counsel.

Dated: October 25, 2007
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                          U.S.D.J.

*All counsel of record*