```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
CHLOÉ, S.A.S. et al.,                       :   07 Civ. 6491 (WHP)
                                            :
                    Plaintiffs,             :   ORDER
                                            :
        -against-                           :
                                            :
KEN CHEN et al.,                            :
                                            :
                    Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

WILLIAM H. PAULEY III, District Judge:

  Oral argument on the motion to reconsider and modify this Court's August 17, 2007 preliminary injunction order by Defendants Quick Global Shipping, Song Gao and Lisa Wu is adjourned from November 2, 2007 until November 9, 2007 at 9:30 a.m. Counsel for Plaintiffs is directed to serve a copy of this Order on all parties who have not yet appeared through counsel.

Dated: October 29, 2007
   New York, New York

                 SO ORDERED:

                 _____
                 WILLIAM H. PAULEY III
                 U.S.D.J.

*All counsel of record*

It is **ORDERED** that counsel to whom this Order is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to chambers.