USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/07__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                        :

CHLOÉ, S.A.S. et al.,

                        :

           Plaintiffs,            07 Civ. 6491 (WHP)

                        :

           -against-              ORDER

                        :

KEN CHEN et al.,

                        :

           Defendants.

                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        On September 17, 2007, Defendants Quick Global Shipping, Song Gao and Lisa

Wu moved for reconsideration of this Court's August 17, 2007 preliminary injunction order.  For

the reasons set forth on the record on November 9, 2007, the motion for reconsideration is

denied.

Dated:  November 9, 2007
       New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                         U.S.D.J.

*All Counsel of Record*

*Counsel for Plaintiffs is directed to fax or
mail copies of this Order to all parties who
have not yet appeared through counsel, and
to retain verification of such in the case file.
Do not send such verification to chambers.*

1