IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
CHLOÉ, S.A.S., J. CHOO LIMITED

                Plaintiffs,

   - against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE a/k/a
YU LIN, JEANCARLO DOE, JOSEPH a/k/a
JOSE DOE a/k/a JOSE CHONG WEN, SISI
a/k/a CECI DOE, TOP LUXURY
HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS
DOE a/k/a CARLOS RENE TSE SIO,
INSTYLE LUXURY HANDBAGS, LIN LIN
NAN a/k/a CORINA DOE a/k/a QIMIAO HU
a/k/a QI MIAO HU, KENNY DOE a/k/a YE
GUO a/k/a GUO Q YE, NEWCOME
TRADING d/b/a TOSCA, QUICK GLOBAL
SHIPPING, HOWARD EXPRESS
SHIPPING, RANDY DOE, JAE MAN YOO,
YAN HE XIA, WAI KIT WONG, CHEN LI
YU, CHEN X. JIANG, W. FEI ZENG,
CHENG CHEN, XIANXN CAI, FU
ALEJANDRO CHANG, WAI KIT LEW,
ENYI HUANG, YUE XU, SONG GAO,
LISA WU, JIMMY NG, TUAN PHAN, LING
CAI, LISA CHAN YAN FEN CHEN, P.S.K.
AMERICA, INC., HENG FA INC., CHEN
STAR GIFT SHOP, JOEY'S GIFT SHOP,
INC., CATSE CO., INC., SHEN XING GIFT
SHOP INC., NEW WEALTH TRADING,
INC. d/b/a TOSCA USA, TOSCA
HANDBAGS, NICE HANDBAGS, 265
CANAL BOOTH #16, 265 CANAL BOOTH
#5, 265 CANAL BOOTH #4, 277 CANAL
ADJACENT H-3D, 421A BROADWAY, and
various JOHN and JANE DOES and XYZ
COMPANIES (UNIDENTIFIED),

                Defendants.

Civil Action No.: 07 CV 6491 (WHP)

### ADVISORY TO THE COURT REGARDING STATUS OF SETTLEMENTS AND STATUS OF REMAINING DEFENDANTS

Plaintiffs CHLOÉ, S.A.S. and J. CHOO LIMITED ("Plaintiffs") file this advisory to the Court in lieu of submitting a joint pre-trial order (per scheduling order dated September 12, 2007) to advise the Court of the following: a) most of the Defendants have settled; b) the status of settlements that are in the process of being finalized; c) the Defendants that continue to engage in settlement discussions; and d) Plaintiffs' intention to seek a brief extension to the trial date to finalize settlements and seek default or summary judgment against the remaining Defendants.

**A. Plaintiffs Have Fully Settled with Numerous Defendants**

The following Defendants have fully settled, and permanent injunctions have been filed with the Court:

a) Newcome Trading, Inc. d/b/a Tosca

b) Tosca Handbags

c) New Wealth Trading, Inc. d/b/a Tosca USA

d) P.S.K. America, Inc.

e) Enyi Huang

f) Shen Xing Gift Shop Inc. a/k/a Shen Xing Gift Chop a/k/a Chen Xing Gift Shop

g) Howard Express Shipping, Inc. (awaiting Court signature on Permanent Injunction); and

h) Jae Man Yoo.

### B. Plaintiffs Are in the Process of Signing Settlement Agreements with Numerous Defendants

Plaintiffs are in the process of signing Settlement Agreements and Permanent Injunctions with the following Defendants:

    a)      Joseph a/k/a Jose Doe a/k/a Jose Chong Wen a/k/a Jose Ching Wen

    b)      Carlos Doe a/k/a Carlos Rene Tse Sio

    c)      Fu Alejandro Chang

    d)      Yan Fen Chen a/k/a Yan Sen Chen

    e)      Catse Co., Inc.; and

    f)      Yan He Xia a/k/a Yang He Xia.

### C. Plaintiffs Are in Ongoing Settlement Discussions with Certain Defendants

The following Defendants are in ongoing settlement Discussions with Plaintiffs:

    a)      Ken Chen a/k/a Shu Chen a/k/a Xiang Chen

    b)      Goddess Trading d/b/a Goddesstrading@hotmail.com

    c)      Daniel Doe

    d)      Chen X. Jiang

    e)      Lin Lin Nan a/k/a Corina Doe a/k/a Qimiao Hu a/k/a Qi Miao Hu d/b/a qimiaoh@hotmail.com

    f)      Xianxn Cai

    g)      Joey's Gift Shop, Inc.

    h)      Ling Cai

    i)      Cheng Chen

    j)      Chen Star Gift Shop; and

k)  Song Gao and Lisa Wu d/b/a Quick Global Shipping.

We are hopeful that we will finalize all settlements within ninety days.

### D. Plaintiffs Intend to Seek Default or Summary Judgment Against the Remaining Defendants

Plaintiffs intend to request a brief ninety day extension of the scheduled trial date and believe that if such extension is granted, Plaintiffs will be able conclude negotiations with the remaining answering Defendants and seek default or summary judgment, as appropriate, against the remaining Defendants.

Dated: April 11, 2008

Respectfully submitted,
GREENBERG TRAURIG LLP

By: /s/ Katherine A. Compton
Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
James Donoian (JD 9052)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Katherine Compton
GREENBERG TRAURIG, LLP
2200 Ross Avenue
Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3660
Facsimile: (214) 665-5960
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs
Chloé, S.A.S., J. Choo Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or by first class mail as follows:

Mahendra Ramgopal
54-56 Franklin St.
Main Floor
New York, NY  10013
*Attorney for Defendants Song Gao and Lisa Wu, both individually and both d/b/a Quick Global Shipping*

Morton Minsley
101 Lafayette Street, 10th floor
New York, NY  10013
*Attorney for Defendants Ken Chen, Goddess Trading, Daniel Doe and Chen X. Jiang*

Steven A. Hoffner
350 Broadway
Suite 1105
New York, NY  10013
*Attorney for Defendants Jose Chong Wen, Carlos Rene Tse Sio Fu Alejandro Chang, Caste Inc., 277 Canal Adjacent3-D, and Ya Fen Chen*

Mark Peter Getzoni
36-40 Main Street, Suite 306
Flushing, New York 11354
*Attorney for Defendant Yan He Xia*

Kevin K. Tung
33-70 Prince Street
Flushing, New York 11354
*Attorney for Defendants Lin Lin Nan, Xianxn Cai, Joey's Gift Shop, Ling Cai, Cheng Chen and Chen Star Gift Shop*

Jimmy Ng
421A Broadway
New York, NY  10013-2519

Daniel
Luxury Goods
Booth H2-C
277 Canal St
New York, NY  10013-6010

Wai Kit Lew
976 56th Street, Apt. 1
Brooklyn, NY 11219

Wai Kit Wong
89 Crosby Street
New York, NY  10012

Li Yu Chen
89 Crosby Street
New York, NY  10012

Li Yu Chen
250 Lafayette Street
New York, NY  10012-4040

W. Fei Zeng
Booths 2 & 3
265 Canal St.
New York, NY  10013-6010

Tuan Phan
Booth 11
265 Canal St.
New York, NY 10013-6010

Lisa Chan
Booth 4
265 Canal St.
New York, NY  10013-6010

Yue Xu
143-30 Roosevelt Ave.
Flushing, NY 11354

Nice Handbags
Booth #11
265 Canal St.
New York, NY  10013-6010

Heng Fa Inc.
Booths 2 & 3
265 Canal St.
New York, NY 10013-6010

Benny Doe a/k/a Denny Doe a/k/a Yu Lin
89 Crosby Street
New York, New York 10013

Francisco Doe
277 Canal Street, H-3-D
New York, New York 10013

Randy Doe
421A Broadway
New York, New York 10013

Jason Doe
420 Broadway
New York, New York 10013

/s/ Katherine A. Compton
Katherine A. Compton