# Greenberg Traurig

Katherine Compton
Tel. 214-665-3600
Fax 214-665-3601
comptonk@gtlaw.com

April 11, 2008

**VIA ECF AND FEDERAL EXPRESS**

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl St., Room 2210
New York, NY 10007

Re:   *Chloé, S.A.S., et al. v. Chen, et al.*
      Civil Action No. 07 CV 6491

Dear Judge Pauley:

We represent Plaintiffs in the above-captioned matter and write to request an adjournment of the trial date currently set for April 18. This is the first request for adjournment of this date, and counsel for the Defendants have consented. We respectfully request a ninety (90) day adjournment, with a new trial date to be set in July 2008. We are hoping to have finalized all settlements and concluded any motions for default or summary judgment by the new trial date.

Very truly yours,

GREENBERG TRAURIG, L.L.P.

By: _____
Katherine Compton

cc:   All Counsel of Record
      All Pro Se Defendants

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance