# Greenberg Traurig

Katherine Compton
Tel. 214-665-3600
Fax 214-665-3601
comptonk@gtlaw.com



April 11, 2008

**VIA ECF AND FEDERAL EXPRESS**

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl St., Room 2210
New York, NY 10007

Re:  *Chloé, S.A.S., et al. v. Chen, et al.*
     Civil Action No. 07 CV 6491

Dear Judge Pauley:

We represent Plaintiffs in the above-captioned matter and write to request an adjournment of the trial date currently set for April 18. This is the first request for adjournment of this date, and counsel for the Defendants have consented. We respectfully request a ninety (90) day adjournment, with a new trial date to be set in July 2008. We are hoping to have finalized all settlements and concluded any motions for default or summary judgment by the new trial date.

Very truly yours,

GREENBERG TRAURIG, L.L.P.

By: _____
    Katherine Compton

cc: All Counsel of Record
    All Pro Se Defendants



*The final pre-trial conference currently set for 4/18/2008 is adjourned until July 11, 2008 at 10:15 a.m. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by June 20, 2008.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/23/2008

NY 238,748,688v1 4/11/2008