IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHLOÉ, S.A.S., J. CHOO LIMITED

                Plaintiffs,

- against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE d/b/a AZNTERRY911@HOTMAIL.COM, JASON DOE d/b/a JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE a/k/a YU LIN, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE a/k/a JOSE CHONG WEN, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE a/k/a CARLOS RENE TSE SIO, INSTYLE LUXURY HANDBAGS, LIN LIN NAN a/k/a CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, JAE MAN YOO, YAN HE XIA, WAI KIT WONG, CHEN LI YU, CHEN X. JIANG, W. FEI ZENG, CHENG CHEN, XIANXN CAI, FU ALEJANDRO CHANG, WAI KIT LEW, ENYI HUANG, YUE XU, SONG GAO, LISA WU, JIMMY NG, TUAN PHAN, LING CAI, LISA CHAN YAN FEN CHEN, P.S.K. AMERICA, INC., HENG FA INC., CHEN STAR GIFT SHOP, JOEY'S GIFT SHOP, INC., CATSE CO., INC., SHEN XING GIFT SHOP INC., NEW WEALTH TRADING, INC. d/b/a TOSCA USA, TOSCA HANDBAGS, NICE HANDBAGS, 265 CANAL BOOTH #16, 265 CANAL BOOTH #5, 265 CANAL BOOTH #4, 277 CANAL ADJACENT H-3D, 421A BROADWAY, and various JOHN and JANE DOES and XYZ COMPANIES (UNIDENTIFIED),

                Defendants.

------------------------------------------------------------x

Civil Action No.: 07 CV 6491 (WHP)

PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT AS TO DEFENDANTS JOSEPH a/k/a JOSE DOE a/k/a JOSE CHONG WEN a/k/a JOSE CHING WEN, CARLOS DOE a/k/a CARLOS RENE TSE SIO, FU ALEJANDRO CHANG, YAN FEN CHEN a/k/a YAN SEN CHEN, CATSE CO., INC.AND [PROPOSED] ORDER THEREON

*NY 238,691,061v1 2/27/2008*

Plaintiffs Chloé, S.A.S. and J. Choo Limited, having commenced this action for an injunction and other relief against, *inter alia*, Defendants Joseph a/k/a Jose Doe a/k/a Jose Chong Wen a/k/a Jose Ching Wen, individually, Carlos Doe a/k/a Carlos Rene Tse Sio, individually, Fu Alejandro Chang, individually, Yan Fen Chen a/k/a Yan Sen Chen, individually and Catse Co., Inc. ("Settling Defendants") pursuant to the Lanham Act, 15 U.S.C. § 1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473, and under the laws of the State of New York, for trademark counterfeiting, trademark infringement, trademark dilution, unfair competition and false designation of origin, and unlawful deceptive acts and practices for the reason that the Settling Defendants are alleged to be engaged in importing, distributing, offering for sale and/or selling, among other things, products that bear counterfeits and/or infringing imitations of Plaintiffs' trademarks described and defined in the Complaint (collectively "Plaintiffs' Marks"); and

Settling Defendants, having entered into a Settlement Agreement (the "Settlement Agreement") with Plaintiffs and having stipulated to the entry of a Permanent Injunction and Final Judgment; and

Settling Defendants, do not admit to liability by entering into the Settlement Agreement with Plaintiffs and having stipulated to the entry of a Permanent Injunction and Final Judgment; and

The parties, having indicated below their consent to the form and entry of this Permanent Injunction and Final Judgment on Consent (the "Injunction").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Settling Defendants, their agents, servants, employees, representatives, confederates, affiliates and any other persons or entities acting in concert or participation with them, hereby agree to be, and are permanently enjoined and restrained from:

(a) Using the Plaintiffs' Marks or any reproduction, counterfeit or copy of Plaintiffs' Marks, in connection with the importation, exportation, manufacture, distribution, advertising, promotion, offer for sale and/or sale of products that are not Plaintiffs' Products (as defined in the Settlement Agreement), or in any manner likely to

cause others to believe Settling Defendants' products are connected with Plaintiffs or Plaintiffs' Products; and

(b)     Passing off, inducing, or enabling others to sell or pass off any products which are not Plaintiffs' Products as and for genuine Plaintiffs' Products; and

(c)     Committing any other acts calculated to cause purchasers or prospective purchasers to believe Settling Defendants' products are connected with Plaintiffs' Products, unless they are such; and

(d)     Manufacturing or arranging the manufacture of, importing, exporting, shipping, delivering, distributing, offering for sale, selling and/or otherwise moving or disposing of, in any manner, products falsely bearing one or more of Plaintiffs' Marks, logos or trade names, or any reproduction, counterfeit or copy of same; and

(e)     Making any representations, orally or in writing, to any member or segment of the public, that they are authorized, licensed or otherwise permitted by Plaintiffs to manufacture, export, import, ship, deliver, distribute, offer for sale and/or sell Plaintiffs' Products unless they are such; and

(f)     Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subsections (a) through (e).

**IT IS FINALLY ORDERED,** that this Court has jurisdiction over the parties, and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction and the Settlement Agreement between the parties, which is hereby made a part hereof and incorporated by reference, and to determine any issues that may arise under either.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

4/30/2008

NY 238,691,061v1 2/27/2008                3

CONSENTED TO BY CHLOÉ, S.A.S.
and J. CHOO LIMITED

Dated: 4/10/08       By: /s/ Katherine Compton
                         Harley I. Lewin (HL 1819)
                         Scott Gelin (SG 9599)
                         James Donoian (JD 9052)
                         GREENBERG TRAURIG, LLP
                         200 Park Avenue, 34th Floor
                         MetLife Building
                         New York, New York 10166
                         Telephone: (212) 801-9200
                         Facsimile: (212) 801-6400

                         -and-

                         Katherine Compton
                         GREENBERG TRAURIG, LLP
                         2200 Ross Avenue
                         Suite 5200
                         Dallas, Texas 75201
                         Telephone: (214) 665-3660
                         Facsimile: (214) 665-5960
                         *Admitted pro hac vice*

                         *Attorneys for Plaintiffs*
                         *Chloé, S.A.S., J. Choo Limited*

CONSENTED TO BY JOSEPH a/k/a
JOSE DOE a/k/a JOSE CHONG WEN
a/k/a JOSE CHING WEN, CARLOS
DOE a/k/a CARLOS RENE TSE SIO,
FU ALEJANDRO CHANG, YAN FEN
CHEN a/k/a YAN SEN CHEN,
CATSE CO., INC.

Dated: 3/12/08       By: /s/ Steven Hoffner with permission
                         Steven A. Hoffner        /Katherine Compton/
                         350 Broadway
                         Suite 1105
                         New York, NY 10013
                         Tel: (212) 941-8330
                         Fax: (212) 941-8137

                         *Attorneys for Defendants Joseph a/k/a Jose*
                         *Doe a/k/a Jose Chong Wen a/k/a Jose Ching*
                         *Wen, Carlos Doe a/k/a Carlos Rene Tse Sio,*

*Fu Alejandro Chang, Yan Fen Chen a/k/a
Yan Sen Chen and CATSE Co., Inc.*

**SO ORDERED**

Dated: _____    By: _____
                                        UNITED STATES DISTRICT JUDGE