# Greenberg
# Traurig



Julie Bookbinder
Tel. (212) 801-6948
Fax (212) 805-9412
bookbinderj@gtlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2008
```

July 7, 2008

**VIA FACSIMILE (212-805-6390)**

Hon. William H. Pauley
United States District Court
Southern District of New York
500 Pearl St., Room 2210
New York, NY 10007

    Re:    *Chloé, S.A.S., et al. v. Chen, et al.*
           Civil Action No. 07 CV 6491

Dear Judge Pauley:

    We are counsel for Plaintiffs Chloé, S.A.S. and J. Choo Limited in the above-captioned matter and write to advise that we will file an application for entry of default against any remaining unrepresented defendants by Friday, July 11, 2008. Accordingly, we respectfully request an adjournment of the pre-trial conference scheduled for July 11, 2008.

Very truly yours,

GREENBERG TRAURIG, L.L.P.

By: _____
    Julie Bookbinder

cc:    Defendants' counsel
       Pro se Defendants

*Application granted. The conference is adjourned until July 25, 2008 at 2:00 p.m.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/21/2008

NY 238,846,340    Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com