**COURTESY COPY**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
CHLOÉ, S.A.S., J. CHOO LIMITED          :
                                         :   Civil Action No.: 07 CV 6491 (WHP)
              Plaintiffs,                :
                                         :
       - against -                       :
                                         :
KEN CHEN a/k/a SHU CHEN a/k/a XIANG      :
CHEN, DANIEL DOE, GODDESS                :   **PERMANENT INJUNCTION AND FINAL**
TRADING d/b/a                            :   **JUDGMENT ON CONSENT AS TO**
GODDESSTRADING@HOTMAIL.COM,              :   **DEFENDANTS QUICK GLOBAL SHIPPING,**
LUXUNG GOODS, LUXURY GOODS,              :   **LISA WU AND SONG GAO AND**
TERRY DOE d/b/a                          :   [PROPOSED] **ORDER THEREON**
AZNTERRY911@HOTMAIL.COM, JASON           :
DOE d/b/a JARRY326@YAHOO.COM.CN,         :
FASHION HANDBAGS, BENNY DOE a/k/a        :
YU LIN, JEANCARLO DOE, JOSEPH a/k/a      :
JOSE DOE a/k/a JOSE CHONG WEN, SISI      :
a/k/a CECI DOE, TOP LUXURY               :
HANDBAGS d/b/a                           :
LUXURYHANDBAGS277@YAHOO.COM,             :    USDC SDNY
FRANCISCO DOE, BEN DOE, CARLOS           :    DOCUMENT
DOE a/k/a CARLOS RENE TSE SIO,           :    ELECTRONICALLY FILED
INSTYLE LUXURY HANDBAGS, LIN LIN         :    DOC #: _____
NAN a/k/a CORINA DOE a/k/a QIMIAO HU     :    DATE FILED: 7/22/2008
a/k/a QI MIAO HU, KENNY DOE a/k/a YE     :
GUO a/k/a GUO Q YE, NEWCOME              :
TRADING d/b/a TOSCA, QUICK GLOBAL        :
SHIPPING, HOWARD EXPRESS                 :
SHIPPING, RANDY DOE, JAE MAN YOO,        :   SO ORDERED:
YAN HE XIA, WAI KIT WONG, CHEN LI        :
YU, CHEN X. JIANG, W. FEI ZENG,          :   /s/ William H. Pauley
CHENG CHEN, XIANXN CAI, FU               :   WILLIAM H. PAULEY III U.S.D.J.
ALEJANDRO CHANG, WAI KIT LEW,            :   7/21/2008
ENYI HUANG, YUE XU, SONG GAO,            :
LISA WU, JIMMY NG, TUAN PHAN, LING       :
CAI, LISA CHAN YAN FEN CHEN, P.S.K.      :
AMERICA, INC., HENG FA INC., CHEN        :
STAR GIFT SHOP, JOEY'S GIFT SHOP,        :
INC., CATSE CO., INC., SHEN XING GIFT    :
SHOP INC., NEW WEALTH TRADING,           :
INC. d/b/a TOSCA USA, TOSCA              :
HANDBAGS, NICE HANDBAGS, 265             :
CANAL BOOTH #16, 265 CANAL BOOTH         :
#5, 265 CANAL BOOTH #4, 277 CANAL        :
ADJACENT H-3D, 421A BROADWAY, and        :
various JOHN and JANE DOES and XYZ       :
COMPANIES (UNIDENTIFIED),                :
                                         :
              Defendants.                :
                                         :
---------------------------------------------------------- x

Plaintiffs Chloé, S.A.S. and J. Choo Limited, having commenced this action for an injunction and other relief against, *inter alia*, Defendants Quick Global Shipping, Lisa Wu, Individually, and Song Gao, Individually ("Settling Defendants") pursuant to the Lanham Act, 15 U.S.C. § 1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473, and under the laws of the State of New York, for trademark counterfeiting, trademark infringement, trademark dilution, unfair competition and false designation of origin, and unlawful deceptive acts and practices for the reason that the Settling Defendants are alleged to be engaged in importing, distributing, offering for sale and/or selling, among other things, products that bear counterfeits and/or infringing imitations of Plaintiffs' trademarks described and defined in the Complaint (collectively "Plaintiffs' Marks"); and

Settling Defendants, having entered into a Settlement Agreement (the "Settlement Agreement") with Plaintiffs and having stipulated to the entry of a Permanent Injunction and Final Judgment; and

Settling Defendants, do not admit to liability by entering into the Settlement Agreement with Plaintiffs and having stipulated to the entry of a Permanent Injunction and Final Judgment; and

The parties, having indicated below their consent to the form and entry of this Permanent Injunction and Final Judgment on Consent (the "Injunction").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Settling Defendants, their agents, servants, employees, representatives, confederates, affiliates and any other persons or entities acting in concert or participation with them, hereby agree to be, and are permanently enjoined and restrained from:

(a) Using the Plaintiffs' Marks or any reproduction, counterfeit or copy of Plaintiffs' Marks, in connection with the importation, exportation, manufacture, distribution, advertising, promotion, offer for sale and/or sale of products that are not Plaintiffs' Products (as defined in the Settlement Agreement), or in any manner likely to cause others to believe Settling Defendants' products are connected with Plaintiffs or Plaintiffs' Products; and

(b) Passing off, inducing, or enabling others to sell or pass off any products which are not Plaintiffs' Products as and for genuine Plaintiffs' Products; and

(c) Committing any other acts calculated to cause purchasers or prospective purchasers to believe Settling Defendants' products are connected with Plaintiffs' Products, unless they are such; and

(d) Manufacturing or arranging the manufacture of, importing, exporting, shipping, delivering, distributing, offering for sale, selling and/or otherwise moving or disposing of, in any manner, products falsely bearing one or more of Plaintiffs' Marks, logos or trade names, or any reproduction, counterfeit or copy of same; and

(e) Making any representations, orally or in writing, to any member or segment of the public, that they are authorized, licensed or otherwise permitted by Plaintiffs to manufacture, export, import, ship, deliver, distribute, offer for sale and/or sell Plaintiffs' Products unless they are such; and

(f) Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subsections (a) through (e).

**IT IS FINALLY ORDERED,** that this Court has jurisdiction over the parties, and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction and the Settlement Agreement between the parties, which is hereby made a part hereof and incorporated by reference, and to determine any issues that may arise under either.

**CONSENTED TO BY CHLOÉ, S.A.S. and J. CHOO LIMITED**

Dated: July 10, 2008     By: _____
Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
James Donoian (JD 9052)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, New York 10166

                                         Telephone: (212) 801-9200
                                         Facsimile: (212) 801-6400

                                                 -and-

Katherine Compton
GREENBERG TRAURIG, LLP
2200 Ross Avenue
Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3660
Facsimile: (214) 665-5960
*Admitted pro hac vice*

*Attorneys for Plaintiffs
Chloé, S.A.S., J. Choo Limited*

CONSENTED TO BY QUICK
GLOBAL SHIPPING, LISA WU AND
SONG GAO

Dated: July 9th 2008    By: *Mahendra Ramgopal*
                                           Mahendra Ramgopal
                                           54-56 Franklin St.
                                           Main Floor
                                           New York, NY 10013
                                           Tel.: (647) 964-5843
                                           Fax: (212) 732-4144

                                           *Attorneys for Defendants Quick Global
                                           Shipping, Lisa Wu and Song Gao*

**SO ORDERED**

Dated: _____    By: _____
                                           UNITED STATES DISTRICT JUDGE