

# Greenberg Traurig

Katherine Compton
Tel. 214.665.3680
Fax 214. 665.5960
comptonk@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2008

JUL 2 2 2008

July 22, 2008

**VIA FACSIMILE (212-805-6390)**
**and FEDERAL EXPRESS**

Hon. William H. Pauley
United States District Court
Southern District of New York
500 Pearl St., Room 2210
New York, NY 10007

    Re:   *Chloé, S.A.S., et al. v. Chen, et al.*
           Civil Action No. 07 CV 6491

Dear Judge Pauley:

    We are counsel for Plaintiffs Chloé, S.A.S. and J. Choo Limited in the above-captioned matter and write to advise that we have filed and the Clerk has granted our application for entry of default against certain remaining unrepresented defendants and will now be filing Motions for Default Judgment against those unrepresented defendants by August 1, 2008.

    We are also in the process of attempting to settle with defendants Ken Chen a/k/a Shu Chen a/k/a Xiang Chen a/k/a Su Zhen Xie; Daniel Doe; Goddess Trading d/b/a GoddessTrading@hotmail.com; Chen X. Jiang; and Ming Liang Chen at this time. Accordingly, we respectfully request an adjournment of the pre-trial conference scheduled for July 25, 2008.

*Application granted. The conference
is adjourned until August 8, 2008
at 10:00 a.m.*

Very truly yours,

GREENBERG TRAURIG, L.L.P.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/28/2008

By: _____
    Katherine A. Compton

cc:    Defendants' counsel
       Pro se Defendants

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo–Office/Strategic Alliance

www.gtlaw.com