**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

CHLOÉ, S.A.S., J. CHOO LIMITED

                 Plaintiffs,

     - against -

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE a/k/a
YU LIN, JEANCARLO DOE, JOSEPH a/k/a
JOSE DOE a/k/a JOSE CHONG WEN, SISI
a/k/a CECI DOE, TOP LUXURY
HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS
DOE a/k/a CARLOS RENE TSE SIO,
INSTYLE LUXURY HANDBAGS, LIN LIN
NAN a/k/a CORINA DOE a/k/a QIMIAO HU
a/k/a QI MIAO HU, KENNY DOE a/k/a YE
GUO a/k/a GUO Q YE, NEWCOME
TRADING d/b/a TOSCA, QUICK GLOBAL
SHIPPING, HOWARD EXPRESS
SHIPPING, RANDY DOE, JAE MAN YOO,
YAN HE XIA, WAI KIT WONG, CHEN LI
YU, CHEN X. JIANG, W. FEI ZENG,
CHENG CHEN, XIANXN CAI, FU
ALEJANDRO CHANG, WAI KIT LEW,
ENYI HUANG, YUE XU, SONG GAO,
LISA WU, JIMMY NG, TUAN PHAN, LING
CAI, LISA CHAN YAN FEN CHEN, P.S.K.
AMERICA, INC., HENG FA INC., CHEN
STAR GIFT SHOP, JOEY'S GIFT SHOP,
INC., CATSE CO., INC., SHEN XING GIFT
SHOP INC., NEW WEALTH TRADING,
INC. d/b/a TOSCA USA, TOSCA
HANDBAGS, NICE HANDBAGS, 265
CANAL BOOTH #16, 265 CANAL BOOTH
#5, 265 CANAL BOOTH #4, 277 CANAL
ADJACENT H-3D, 421A BROADWAY, and
various JOHN and JANE DOES and XYZ
COMPANIES (UNIDENTIFIED),

                 Defendants.

---------------------------------------------------------- X

Civil Action No.: 07 CV 6491 (WHP)

**AFFIDAVIT OF JULIE BOOKBINDER IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ENTRY OF DEFAULT JUDGMENT AND
PERMANENT INJUNCTION, AGAINST
DEFENDANTS LUXUNG GOODS, RANDY
DOE, FRANCISCO DOE, W. FEI ZENG,
HENG FA INC., NICE HANDBAGS, 265
CANAL BOOTH #4, 421A BROADWAY,
BENNY DOE A/K/A DENNY DOE A/K/A YU
LIN AND FOR ENTRY OF STATUTORY
DAMAGES AGAINST DEFENDANT BENNY
DOE A/K/A DENNY DOE A/K/A YU LIN**

I, **JULIE BOOKBINDER,** of full age and under penalty of perjury, declares and state as follows:

1.      I am an attorney licensed to practice law in the State of New York and am admitted to practice before the bars of the Southern and Eastern Districts of New York.  I am an Associate of the law firm of Greenberg Traurig, LLP, located at 200 Park Avenue, New York, New York 10166.  Greenberg Traurig, LLP is counsel to plaintiffs in this matter, CHLOÉ, S.A.S. and J. CHOO LIMITED (collectively, "Plaintiffs").  I submit this Affidavit in support of Plaintiffs' Motion for Entry of Default Judgment and Permanent Injunction Against Defendants Luxung Goods, Randy Doe, Francisco Doe, W. Fei Zeng, Heng Fa Inc., Nice Handbags, 265 Canal Booth #4, 421A Broadway, Benny Doe a/k/a Denny Doe a/k/a Yu Lin (collectively, "Defaulting Defendants") and for Statutory Damages Against Defendant Benny Doe a/k/a Denny Doe a/k/a Yu Lin.  I have personal knowledge of the following facts, and could competently testify thereto if called.

2.      Attached hereto as Exhibit A is a true and correct copy of the Clerk's Certificate of Default for the Defaulting Defendants.

3.      Attached hereto as Exhibit B is a true and correct copy of the Declaration of Scott Gelin in Support of Plaintiffs' Application for Entry of Default, dated July 9, 2008.

4.      No part of the judgment sought against Defendant Benny Doe a/k/a Denny Doe a/k/a Yu Lin has been paid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 1st day of August, 2008 in New York, New York.

_____
JULIE BOOKBINDER

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was caused to be served by First Class Mail upon the parties set forth below in accordance with Rule 5, Federal Rules of Civil Procedure on August 1, 2008:

421A Broadway
New York, NY 10013-2519
c/o Jimmy Ng

W. Fei Zeng
Booths 2 & 3
265 Canal St.
New York, NY 10013-6010

Luxung Goods
277 Canal Street H-2-C
New York, NY 10013

265 Canal Street Booth #4
New York, NY 10013

Nice Handbags
Booth #11
265 Canal St.
New York, NY 10013-6010

Heng Fa Inc.
Booths 2 & 3
265 Canal St.
New York, NY 10013-6010

Benny Doe a/k/a Denny Doe a/k/a
Yu Lin
89 Crosby Street
New York, New York 10013

Francisco Doe
277 Canal Street, H-3-D
New York, New York 10013

Randy Doe
421A Broadway
New York, New York 10013

Julie Bookbinder

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

CHLOÉ, S.A.S., J. CHOO LIMITED                    :

               Plaintiffs,                    Civil Action No.: 07 CV 6491 (WHP)

                                  :

       - against -                       :

                                    :

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a                                     : **CLERK'S CERTIFICATE OF DEFAULT**
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,               :
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON             :
DOE d/b/a JARRY326@YAHOO.COM.CN,
FASHION HANDBAGS, BENNY DOE a/k/a          :
YU LIN, JEANCARLO DOE, JOSEPH a/k/a
JOSE DOE a/k/a JOSE CHONG WEN, SISI        :
a/k/a CECI DOE, TOP LUXURY
HANDBAGS d/b/a                               :
LUXURYHANDBAGS277@YAHOO.COM,               :
FRANCISCO DOE, BEN DOE, CARLOS
DOE a/k/a CARLOS RENE TSE SIO,             :
INSTYLE LUXURY HANDBAGS, LIN LIN
NAN a/k/a CORINA DOE a/k/a QIMIAO HU        :
a/k/a QI MIAO HU, KENNY DOE a/k/a YE
GUO a/k/a GUO Q YE, NEWCOME                 :
TRADING d/b/a TOSCA, QUICK GLOBAL
SHIPPING, HOWARD EXPRESS                     :
SHIPPING, RANDY DOE, JAE MAN YOO,          :
YAN HE XIA, WAI KIT WONG, CHEN LI
YU, CHEN X. JIANG, W. FEI ZENG,            :
CHENG CHEN, XIANXN CAI, FU
ALEJANDRO CHANG, WAI KIT LEW,              :
ENYI HUANG, YUE XU, SONG GAO,
LISA WU, JIMMY NG, TUAN PHAN, LING          :
CAI, LISA CHAN YAN FEN CHEN, P.S.K.
AMERICA, INC., HENG FA INC., CHEN          :
STAR GIFT SHOP, JOEY'S GIFT SHOP,
INC., CATSE CO., INC., SHEN XING GIFT       :
SHOP INC., NEW WEALTH TRADING,
INC. d/b/a TOSCA USA, TOSCA                 :
HANDBAGS, NICE HANDBAGS, 265
CANAL BOOTH #16, 265 CANAL BOOTH           :
#5, 265 CANAL BOOTH #4, 277 CANAL
ADJACENT H-3D, 421A BROADWAY, and          :
various JOHN and JANE DOES and XYZ
COMPANIES (UNIDENTIFIED),                    :

                                    :

           Defendants.                       :

*Y 238,781,726*

Plaintiffs CHLOÉ, S.A.S. and J. CHOO LIMITED (collectively, "Plaintiffs"), having applied to the Clerk of the Court for entry of default against Defendants LUXUNG GOODS, RANDY DOE, FRANCISCO DOE, W. FEI ZENG, HENG FA INC., NICE HANDBAGS, 265 CANAL BOOTH #4, 421A BROADWAY, and BENNY DOE A/K/A DENNY DOE A/K/A YU LIN (the "Defaulting Defendants"), and the Plaintiffs having shown by Declaration to the satisfaction of the Clerk of the Court that the Defaulting Defendants have been properly served and have failed to plead or otherwise defend in response to the amended complaint filed in this action within the time permitted;

NOW, THEREFORE, I, J. MICHAEL MCMAHON, the Clerk of the United States District Court for the Southern District of New York, do hereby certify that: (1) this action commenced on July 18, 2007, with the filing of a summons and complaint, which were amended when Plaintiffs filed an amended complaint on August 16, 2007, and (2) a copy of the summons and amended complaint was served on the Defaulting Defendants as follows: by serving Defendant Benny Doe a/k/a Denny Doe a/k/a Yu Lin personally at 89 Crosby Street, New York, NY; by serving Defendant Francisco Doe personally at 277 Canal Street H-3-D, New York, NY; by serving Defendant W. Fei Zeng a/k/a L. Fei Zeng personally at 265 Canal Street, New York, New York - Booth 2 & 3; by serving Defendant Randy Doe personally at 265 Canal Street, New York, NY (Booth 12A); by serving Defendant Heng Fa Inc. by personal service on an officer, director, managing or general agent, or other person authorized by appointment or by law to receive service for that Defendant at 265 Canal Street, New York, NY - Booth 2 & 3; by serving Defendant 421A Broadway by personal service on an officer, director, managing or general agent, or other person authorized by appointment or by law to receive service for that Defendant at 265 Canal Street, New York, NY (Booth 12A); by serving Defendant 265 Canal Booth #4 by

personal service on an officer, director, managing or general agent, or other person authorized by appointment or by law to receive service for that Defendant at 265 Canal Street, New York, NY - Booth #4; by serving Defendant Nice Handbags by personal service on an officer, director, managing or general agent, or other person authorized by appointment or by law to receive service for that Defendant at 265 Canal Street, New York, NY - Booth 11; by serving Defendant Luxung Goods by personal service on an officer, director, managing or general agent, or other person authorized by appointment or by law to receive service for that Defendant at 277 Canal Street H-2-C, New York, NY; and that such proof of service as to each of the Defaulting Defendants was filed as follows: as to Defendants Luxung Goods, Francisco Doe, August 30, 2007 as to Defendants W. Fei Zeng and Heng Fa, Inc., August 31, 2007 as to Defendants Nice Handbags and Benny Doe a/k/a Denny Doe a/k/a Yu Lin, September 7, 2007 as to Defendants Randy Doe and 421A Broadway, and September 12, 2007 as to Defendant 265 Canal Booth #4.

I further certify that the docket entries indicate that the Defaulting Defendants have not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendants LUXUNG GOODS, RANDY DOE, FRANCISCO DOE, W. FEI ZENG, HENG FA INC., NICE HANDBAGS, 265 CANAL BOOTH #4, 421A BROADWAY, and BENNY DOE A/K/A DENNY DOE A/K/A YU LIN is hereby noted.

DATED: New York, New York

_____July 10_____, 2008

**J. MICHAEL MCMAHON**
CLERK OF THE COURT

By:_____
              Deputy Clerk

Y 238,781,726                          3

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

CHLOÉ, S.A.S., J. CHOO LIMITED  :

                Plaintiffs,  :

    - against -  :

:

KEN CHEN a/k/a SHU CHEN a/k/a XIANG
CHEN, DANIEL DOE, GODDESS
TRADING d/b/a
GODDESSTRADING@HOTMAIL.COM,
LUXUNG GOODS, LUXURY GOODS,
TERRY DOE d/b/a
AZNTERRY911@HOTMAIL.COM, JASON
DOE d/b/a JARRY326@YAHOO.COM,
FASHION HANDBAGS, BENNY DOE a/k/a
YU LIN, JEANCARLO DOE, JOSEPH a/k/a
JOSE DOE a/k/a JOSE CHONG WEN, SISI
a/k/a CECI DOE, TOP LUXURY
HANDBAGS d/b/a
LUXURYHANDBAGS277@YAHOO.COM,
FRANCISCO DOE, BEN DOE, CARLOS
DOE a/k/a CARLOS RENE TSE SIO,
INSTYLE LUXURY HANDBAGS, LIN LIN
NAN a/k/a CORINA DOE a/k/a QIMIAO HU
a/k/a QI MIAO HU, KENNY DOE a/k/a YE
GUO a/k/a GUO Q YE, NEWCOME
TRADING d/b/a TOSCA, QUICK GLOBAL
SHIPPING, HOWARD EXPRESS
SHIPPING, RANDY DOE, JAE MAN YOO,
YAN HE XIA, WAI KIT WONG, CHEN LI
YU, CHEN X. JIANG, W. FEI ZENG,
CHENG CHEN, XIANXN CAI, FU
ALEJANDRO CHANG, WAI KIT LEW,
ENYI HUANG, YUE XU, SONG GAO,
LISA WU, JIMMY NG, TUAN PHAN, LING
CAI, LISA CHAN YAN FEN CHEN, P.S.K.
AMERICA, INC., HENG FA INC., CHEN
STAR GIFT SHOP, JOEY'S GIFT SHOP,
INC., CATSE CO., INC., SHEN XING GIFT
SHOP INC., NEW WEALTH TRADING,
INC. d/b/a TOSCA USA, TOSCA
HANDBAGS, NICE HANDBAGS, 265
CANAL BOOTH #16, 265 CANAL BOOTH
#5, 265 CANAL BOOTH #4, 277 CANAL
ADJACENT H-3D, 421A BROADWAY, and
various JOHN and JANE DOES and XYZ
COMPANIES (UNIDENTIFIED),

                Defendants.  :

-------------------------------------------------------- X

Civil Action No.: 07 CV 6491 (WHP)

**DECLARATION OF SCOTT GELIN IN
SUPPORT OF PLAINTIFFS' APPLICATION
FOR ENTRY OF DEFAULT**

*NY 238,781,768*

I, **SCOTT GELIN**, of full age and under penalty of perjury, declares and state as follows:

1.     I am an attorney licensed to practice law in the State of New York and am admitted to practice before the bars of the Southern and Eastern Districts of New York. I am a Shareholder of the law firm of Greenberg Traurig, LLP, located at 200 Park Avenue, New York, New York 10166. Greenberg Traurig, LLP is counsel to plaintiffs in this matter, CHLOÉ, S.A.S. and J. CHOO LIMITED (collectively, "Plaintiffs"). I submit this Declaration pursuant to Federal Rule of Civil Procedure 55(a) and Rule 55.1 of the Civil Rules for the Southern District of New York in support of Plaintiffs' Application for an Entry of Default against Defendants LUXUNG GOODS, RANDY DOE, FRANCISCO DOE, W. FEI ZENG, HENG FA INC., NICE HANDBAGS, 265 CANAL BOOTH #4, 421A BROADWAY, and BENNY DOE A/K/A DENNY DOE A/K/A YU LIN (collectively "Defaulting Defendants"). The Defaulting Defendants are not infants, and to the best of my knowledge are not in the military and are not incompetent. I have personal knowledge of the following facts, and could competently testify thereto if called.

2.     Plaintiffs filed their Complaint in this action alleging trademark counterfeiting, trademark infringement, unfair competition, false designation of origin and dilution brought pursuant to the Trademark Act of July 5, 1946 (15 U.S.C. § 1501, *et. seq.*, as amended) and alleging trademark infringement, dilution, unfair competition, and unlawful deceptive acts and practices pursuant to the laws of the State of New York on July 18, 2007, against KEN CHEN a/k/a SHU CHEN a/k/a XIANG CHEN, DANIEL DOE, GODDESS TRADING d/b/a GODDESSTRADING@HOTMAIL.COM, LUXUNG GOODS, LUXURY GOODS, TERRY DOE    d/b/a    AZNTERRY911@HOTMAIL.COM,    JASON    DOE    d/b/a

JARRY326@YAHOO.COM.CN, FASHION HANDBAGS, BENNY DOE, JEANCARLO DOE, JOSEPH a/k/a JOSE DOE, SISI a/k/a CECI DOE, TOP LUXURY HANDBAGS d/b/a LUXURYHANDBAGS277@YAHOO.COM, FRANCISCO DOE, BEN DOE, CARLOS DOE, INSTYLE LUXURY HANDBAGS, CORINA DOE a/k/a QIMIAO HU a/k/a QI MIAO HU, KENNY DOE a/k/a YE GUO a/k/a GUO Q YE, NEWCOME TRADING d/b/a TOSCA, QUICK GLOBAL SHIPPING, HOWARD EXPRESS SHIPPING, RANDY DOE, and various JOHN and JANE DOES 1-10 and XYZ COMPANIES (UNIDENTIFIED) (collectively, "Defendants"). Plaintiffs sought injunctive relief, statutory and actual damages and attorneys' fees and costs in their Complaint based on Defendants' willful counterfeiting of Plaintiffs' federally registered trademarks ("Plaintiffs' Marks"). At that time, Plaintiffs also sought and obtained a temporary restraining order and expedited discovery order (the "TRO") against the Defendants.

3.    Plaintiffs served the Complaint, Summons, and TRO upon the Defendants on July 20-21, 2007 at various locations in New York, NY. As a result of information discovered during the execution of the TRO, Defendants JAE MAN YOO, YAN HE XIA, WAI KIT WONG, CHEN LI YU, CHEN X. JIANG, W. FEI ZENG, CHENG CHEN, XIANXN CAI, FU ALEJANDRO CHANG, WAI KIT LEW, ENYI HUANG, YUE XU, SONG GAO, LISA WU, JIMMY NG, TUAN PHAN, LING CAI, LISA CHAN YAN FEN CHEN, P.S.K. AMERICA, INC., HENG FA INC., CHEN STAR GIFT SHOP, JOEY'S GIFT SHOP, INC., CATSE CO., INC., SHEN XING GIFT SHOP INC., NEW WEALTH TRADING, INC. d/b/a TOSCA USA, TOSCA HANDBAGS, NICE HANDBAGS, 265 CANAL BOOTH #16, 265 CANAL BOOTH #5, 265 CANAL BOOTH #4, 277 CANAL ADJACENT H-3D, 421A BROADWAY were named as John and Jane Does and XYZ Companies.

4.    On August 16, 2007, Plaintiffs filed their Amended Complaint, adding the Defendants identified in Paragraph 3.  Annexed hereto as <u>Exhibit A</u> are the copies of the returns of service evidencing service of the Amended Complaint and Summons on the Defaulting Defendants filed with the Clerk of the Court.

5.    Defaulting Defendants have failed to answer or otherwise respond to the Complaint and the time for the Defaulting Defendants to answer or otherwise respond expired September 7, 2007, as set by the Court's Order of August 14, 2007.  Plaintiffs have not granted to the Defaulting Defendants an extension of time within which to answer or otherwise respond thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of July, 2008 in New York, New York.

SCOTT GELIN

# EXHIBIT A

B 151 — Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service. 10 pt. type. 1-95

© 1988 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

COUNTY OF

**COURT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHLOE S.A.S., J. CHOO LIMITED,

*Plaintiff(s)*

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

*Defendant(s)*

*Index No.* 07 CIV. 6491

*AFFIDAVIT OF*
*SERVICE OF SUMMONS*
*(AND COMPLAINT)*
AMENDED IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF    NEW YORK    SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein. is over 18 years of age and resides at BROOKLYN, NEW YORK
That on    8/23/07    at 10:40A.M., at 277 CANAL STREET H-2-C, NEW YORK, NY 10013
deponent served the within summons, *and complaint on*    LUXUNG GOODS                                   defendant therein named,
AMENDED IN A CIVIL CASE

**INDIVIDUAL**
1. ☐    by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒    a    DOMESTIC                corporation, by delivering thereat a true copy *of each* to    AMY CHEN
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be    MANAGING AGENT            thereof.

**SUITABLE AGE PERSON**
3. ☐    by delivering thereat a true copy *of each* to                                           a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐    by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
5A. ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                           and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
5B. ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**
**USE WITH**
**1, 2, OR 3**
☒

| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. |
|  | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
|  | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
|  | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN**
**NYC CIVIL CT.**
☐    The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
8/27/07

JOHN DICAMO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

*Thomas Huang*

PRINT NAME BENEATH SIGNATURE

THOMAS HUANG

License No. ........1249141........

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

■ 151— Affidavit of Service of Summons or Subpoena, Personal or Alternative Methods; Corp. or Ind.; Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

| COURT | UNITED STATES DISTRICT COURT |
|---|---|
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

CHLOE S.A.S., J. CHOO LIMITED

*Plaintiff(s)*

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

*Defendant(s)*

*Index No.* 07 CV 6491

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**
AMENDED, IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at SUNNYSIDE, NEW YORK

That on   9/4/07   at   3:15 P.M., at 265 CANAL STREET, NEW YORK, NEW YORK (BOOTH 12A) deponent served the within summons, *and complaint on*   RANDY DOE   defendant therein named,
AMENDED, IN A CIVIL CASE

**INDIVIDUAL** 1. ☒ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** 2. ☐ a                                corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                                thereof.

**SUITABLE AGE PERSON** 3. ☐ by delivering thereat a true copy *of each* to                                a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE 3 OR 4** 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE 3 OR 4** 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2 OR 3 ☒**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE ☒** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

9/04/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

DI CONG JIANG

License No. 1220800

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151— Affidavit of Service of Summons or Subpoena. Personal or Alternative Methods: Corp. or Ind.: Military Service. 10 pt. type. 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUNTY OF _____    **COURT**

CHLOE S.A.S., J. CHOO LIMITED,

*Plaintiff(s)*

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

*Defendant(s)*

*Index No.* 07 CIV. 6491

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**
AMENDED IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF    NEW YORK    SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   BROOKLYN, NEW YORK
That on   8/23/07    at 10:30A.M., at   277 CANAL STREET H-3-D, NEW YORK, NY 10013
deponent served the within summons, *and complaint on*                                                          defendant therein named,
AMENDED IN A CIVIL CASE                FRANCISCO DOE

| | |
|---|---|
| **INDIVIDUAL** 1. ☒ | by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. |
| **CORPORATION** 2. ☐ | a                                   corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                                                            thereof. |
| **SUITABLE AGE PERSON** 3. ☐ | by delivering thereat a true copy *of each* to                                                        a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state. |
| **AFFIXING TO DOOR, ETC.** 4. ☐ | by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there |

| | |
|---|---|
| **MAILING TO RESIDENCE USE WITH 3 OR 4** 5A. ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                  and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. |
| **MAILING TO BUSINESS USE WITH 3 OR 4** 5B. ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. |

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐    The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
8/27/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

*Thomas Huang*
PRINT NAME BENEATH SIGNATURE
THOMAS HUANG

License No. 1249141

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151— Affidavit of Service of Summons or Subpoena. Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type. 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

COURT    UNITED STATES DISTRICT COURT
COUNTY OF        SOUTHERN DISTRICT OF NEW YORK

CHLOE S.A.S., J. CHOO LIMITED

Plaintiff(s)

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

Defendant(s)

*Index No.* 07 CV 6491

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*
AMENDED, IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF NEW YORK    SS: The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides at SUNNYSIDE, NEW YORK
That on 8/27/07    at 1:58 P.M. at 265 CANAL STREET, NEW YORK, NEW YORK—BOOTH 2&3
deponent served the within summons, *and complaint on* W. FEI ZENG    defendant therein named,
AMENDED, IN A CIVIL CASE    A/K/A L. FEI ZENG

INDIVIDUAL
1. ☒  by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
said defendant therein.

CORPORATION
2. ☐  a                                      corporation, by delivering thereat a true copy *of each* to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
knew said individual to be                                      thereof.

SUITABLE AGE PERSON
3. ☐  by delivering thereat a true copy *of each* to                                      a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC.
4. ☐  by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

MAILING TO
RESIDENCE
USE WITH 3 OR 4
5A. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at                                      and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO
BUSINESS
USE WITH 3 OR 4
5B. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant.

DESCRIPTION
USE WITH
1, 2, OR 3
☒

| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN
NYC CIVIL CT.
☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY
SERVICE
☒  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of
my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
the State or in the Federal statutes.

Sworn to before me on

8/27/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
DI CONG JIANG

License No. 1220800

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

© 1986 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

|  | COURT | UNITED STATES DISTRICT COURT |
| --- | --- | --- |
| COUNTY OF |  | SOUTHERN DISTRICT OF NEW YORK |

CHLOE S.A.S., J. CHOO LIMITED

*Plaintiff(s)*

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

*Defendant(s)*

*Index No.* 07 CV 6491

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*
AMENDED, IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   SUNNYSIDE, NEW YORK
That on   8/27/07        at 1:55   P.M., at 265 CANAL STREET, NEW YORK, NEW YORK–BOOTH 2&3
deponent served the within summons, *and complaint on*   HENG FA INC.        defendant therein named,
AMENDED, IN A CIVIL CASE

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a   DOMESTIC        corporation, by delivering thereat a true copy *of each* to   CHEN X. JIANG personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be   MANAGING AGENT        thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to        a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place— usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at        and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☒

| | | | | |
| --- | --- | --- | --- | --- |
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☒ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

8/27/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PLEASE PRINT BENEATH SIGNATURE

DI CONG JIANG

License No.        1220800

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151— Affidavit of Service of Summons or Subpoena, Personal or Alternative Method: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC. PUBLISHER, NYC 10013

|  | COURT | UNITED STATES DISTRICT COURT |
| --- | --- | --- |
| COUNTY OF |  | SOUTHERN DISTRICT OF NEW YORK |

CHLOE S.A.S., J. CHOO LIMITED

Plaintiff(s)

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

Defendant(s)

*Index No.* 07 CV 6491

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**
AMENDED, IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:  The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at  SUNNYSIDE, NEW YORK
That on  8/28/07        at 4:13  P.M., at 265 CANAL STREET, NEW YORK, NEW YORK–BOOTH 11
deponent served the within summons, *and complaint on*  NICE HANDBAGS        defendant therein named,
AMENDED, IN A CIVIL CASE

**INDIVIDUAL**
1 ☐
by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2 ☒
a  DOMESTIC        corporation, by delivering thereat a true copy *of each* to DAVE "DOE" – REFUSED TO GIVE LAST NAME
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be  MANAGING AGENT        thereof.

**SUITABLE AGE PERSON**
3 ☐
by delivering thereat a true copy *of each* to        a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4 ☐
by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place— usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A ☐
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at        and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B ☐
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☒

| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
|  | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
|  | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
|  | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐
The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐
I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

8/29/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE

DI CONG JIANG

License No.        1220800

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151 – Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Indl.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

CHLOE S.A.S., J. CHOO LIMITED

*Plaintiff(s)*

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

*Defendant(s)*

*Index No.* 07 CV 6491

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) AMENDED, IN A CIVIL CASE**

STATE OF NEW YORK, COUNTY OF NEW YORK     SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at SUNNYSIDE, NEW YORK

That on 8/27/07 at 2:39 P.M. at 265 CANAL STREET, NEW YORK, NEW YORK-BOOTH #4 deponent served the within summons, *and complaint on* 265 CANAL BOOTH #4 defendant therein named, AMENDED, IN A CIVIL CASE

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to MARK "DOE" – REFUSED TO GIVE LAST NAME personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☒ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

8/27/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
DI CONG JIANG

License No. 1220800

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151— Affidavit of Service of Summons or Subpoena; Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

| COURT | UNITED STATES DISTRICT COURT |
| --- | --- |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

CHLOE S.A.S., J. CHOO LIMITED

*Plaintiff(s)*

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

*Defendant(s)*

*Index No.* 07 CV 6491

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**
AMENDED, IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF NEW YORK     SS:    The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   SUNNYSIDE, NEW YORK

That on   9/4/07          at 3:15  P.M., at 265 CANAL STREET, NEW YORK, NEW YORK (BOOTH 12A)
deponent served the within summons, *and complaint on*   421A BROADWAY               *defendant therein named,*
AMENDED, IN A CIVIL CASE

**INDIVIDUAL 1.** ☐  by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒  a  DOMESTIC          corporation, by delivering thereat a true copy *of each* to   RANDY DOE
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be   MANAGING AGENT           thereof.

**SUITABLE AGE PERSON 3.** ☐  by delivering thereat a true copy *of each* to                                                  a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐  by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                                    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

9/04/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

DI CONG JIANG

License No.   1220800

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151 — Affidavit of Service of Summons or Subpoena. Personal or Alternative Methods: Corp. or Ind.: Military Service. 10 pt. type. 1-95

© 1986 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

|  | COURT | UNITED STATES DISTRICT COURT |
|---|---|---|
| COUNTY OF | | SOUTHERN DISTRICT OF NEW YORK |

CHLOE S.A.S., J. CHOO LIMITED

*Plaintiff(s)*

*against*

KEN CHEN A/K/A SHU CHEN A/K/A XIANG CHEN, ET AL.,

*Defendant(s)*

*Index No.* 07 CV 6491

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**
AMENDED, IN A CIVIL CASE

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at  SUNNYSIDE, NEW YORK

That on  8/28/07  at 12:22 P.M., at 89 CROSBY STREET, NEW YORK, NEW YORK deponent served the within summons, *and complaint on*  BENNY DOE A/K/A  defendant therein named,
AMENDED, IN A CIVIL CASE  DENNY DOE A/K/A
YU LIN

**INDIVIDUAL** ☒ 1  by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** ☐ 2  a  corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be  thereof.

**SUITABLE AGE PERSON** ☐ 3  by delivering thereat a true copy *of each* to  a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** ☐ 4  by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place— usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** ☐ 5A.  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at  and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** ☐ 5B.  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☒ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

8/29/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
DI CONG JIANG

License No. 1220800

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.