# Greenberg Traurig

Julie Bookbinder
Tel. 212.801.6946
Fax 212.805.9412
bookbinderj@gtlaw.com

August 6, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/15/2008

**VIA FACSIMILE (212-805-6390)**
**and HAND DELIVERY**

Hon. William H. Pauley
United States District Court
Southern District of New York
500 Pearl St., Room 2210
New York, NY 10007

*Application granted. The conference is adjourned until August 22, 2008 at 9:45 a.m.*

*SO ORDERED:*

*WILLIAM H. PAULEY III U.S.D.J.*
*8/15/2008*

Re: *Chloé, S.A.S., et al. v. Chen, et al.*
    Civil Action No. 07 CV 6491

Dear Judge Pauley:

We are counsel for Plaintiffs Chloé, S.A.S. and J. Choo Limited in the above-captioned matter and write to respectfully request an adjournment of the pre-trial conference scheduled for August 8, 2008. We have now settled with or filed for a default judgment against all defendants with the exception of Ken Chen a/k/a Shu Chen a/k/a Xiang Chen a/k/a Su Zhen Xie; Daniel Doe; Goddess Trading d/b/a GoddessTrading@hotmail.com; Chen X. Jiang; and Ming Liang Chen. We have received a partially executed settlement agreement from counsel for these defendants, Morton Minsley, and are apprised by Mr. Minsley that his remaining client-defendants are traveling but expected to return to the New York area late next week and will sign the settlement agreement at that time. Accordingly, we respectfully request an adjournment of the pre-trial conference scheduled for August 8, 2008.

Very truly yours,

GREENBERG TRAURIG, L.L.P.

By: _____
Julie Bookbinder

cc: Morton Minsley, Esq.
    Pro se Defendants